IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests an enlargement of time of 30 days, to and including November 2, 2004, within which to respond to plaintiff's complaint. Our response is currently due on October 3, 2004. This is our first request for an enlargement of time for this purpose. Counsel for both parties have discussed this motion, and plaintiff's counsel has indicated that there is no objection to the granting of this motion.

The United States requests this enlargement of time because the agency's litigation report has not yet been received. Additional time is needed by the agency to review the allegations contained in the complaint, to perform the necessary legal research, and to prepare the litigation report, including the drafting of a proposed answer. The agency is unable to commit the necessary resources to this until after October 1, 2004, the beginning of the new fiscal year, because of the numerous close-out activities that must be accomplished prior to that date. Accordingly, we respectfully request the Court

to enlarge the time to respond to plaintiff's complaint to and including November 2, 2004.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

September 23, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2004, a copy of the foregoing Defendant's

Unopposed Motion for Extension of Time To Respond To Plaintiff's Complaint was filed

electronically. I understand that notice of this filing will be sent to all parties of record by operation of

the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Leslie Cayer Ohta

________________________________________