IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies and alleges as follows:

### I. Nature of the Action

1. The allegations contained in paragraph 3 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

### II. Parties

1. The allegations contained in paragraph 1 are admitted.

2. The allegations contained in paragraph 2 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

### III. Jurisdiction

3. The allegations contained in paragraph 3 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

### IV. Venue

4. The allegations contained in paragraph 4 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

V. Background

A. Contract Award

5. The allegations contained in paragraph 5 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

6. The allegations contained in paragraph 6 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

7. The allegations contained in paragraph 7 are admitted.

8. The allegations contained in paragraph 8 are admitted.

9. The allegations contained in paragraph 1 are admitted.

B. Relevant Contract Requirements

10. The allegations contained in paragraph 10 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

11. The allegations contained in paragraph 11 are admitted.

12. The allegations contained in paragraph 12 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

13. The allegations contained in paragraph 13 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

14. The allegations contained in paragraph 14 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

15. The allegations contained in paragraph 15 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

16. The allegations contained in paragraph 16 are admitted to the extent supported by the

document cited, which is the best evidence of its terms.

17. The allegations contained in paragraph 17 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

18. The allegations contained in paragraph 18 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

19. The allegations contained in paragraph 19 are denied.

20. The allegations contained in paragraph 20 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

21. The allegations contained in paragraph 21 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

22. The allegations contained in the first sentence of paragraph 22 are admitted; the allegations in the second sentence of paragraph 22 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

23. The allegations contained in paragraph 23 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

24. The allegations contained in paragraph 24 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

25. The allegations contained in the first sentence of paragraph 25 are admitted to the extent supported by the document cited, which is the best evidence of its terms. The remaining allegations are admitted.

26. The allegations contained in paragraph 26 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

27. The allegations contained in paragraph 27 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

C. Contract Performance

28. The allegations contained in the first, second, and third sentences of paragraph 28 are admitted to the extent supported by the document cited, which is the best evidence of its terms. The allegations contained in the fourth and fifth sentences of paragraph 28 are denied.

29. The allegations contained in paragraph 29 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

30. The allegations contained in paragraph 30 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

31. The allegations contained in paragraph the first, second, third and fourth sentences of paragraph 31 are admitted to the extent supported by the document cited, which is the best evidence of its terms. The allegations contained in the fifth sentence of paragraph 31 are denied.

32. The allegations contained in paragraph 32 are denied.

33. The allegations contained in paragraph 33 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

34. The allegations contained in paragraph 34 are admitted.

35. The allegations contained in paragraph 35 are denied.

36. The allegations contained in paragraph 367 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

37. The allegations contained in paragraph 37 are admitted.

38. The allegations contained in paragraph 38 are admitted to the extent supported by the

document cited, which is the best evidence of its terms.

39. The allegations contained in paragraph 39 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

40. The allegations contained in the first and second sentences of paragraph 40 are admitted to the extent supported by the document cited, which is the best evidence of its terms; the allegations contained in the third sentence of paragraph 40 are denied.

41. The allegations contained in paragraph 41 are denied.

42. The allegations contained in the first and second sentences of paragraph 42 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; the allegations contained in the third and fourth sentences of paragraph 42 are admitted.

43. The allegations contained in the first sentence of paragraph 42 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; the allegations contained in the second and third sentences of paragraph 43 are admitted.

44. The allegations contained in the first and second sentences of paragraph 42 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; the allegations contained in the third sentence of paragraph 44 are denied for lack of knowledge sufficient to form a belief as to the truth of the matters asserted.

45. The allegations contained paragraph 45 are denied for lack of knowledge sufficient to form abelief as to the truth of the matters asserted.

46. The allegations contained in the first, second, third, and forth sentences of paragraph 46 are admitted except to deny that plaintiff's characterization in the fourth sentence that the Navy "simply"

approved the request is accurate; the allegations contained in the fifth sentence of paragraph 46 are denied for lack of knowledge sufficient to form a belief as to the truth of the matters asserted.

47. The allegations contained in the first sentence of paragraph 47 are conclusions of law to which no response is required; the remaining allegations contained in paragraph 47 are denied.

48. The allegations contained in paragraph 48 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

49. The allegations contained in the first and second sentences of paragraph 49 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; the remaining allegations are admitted.

50. The allegations contained in paragraph 50 are denied.

51. The allegations contained in paragraph 51 are admitted to the extent supported by the document cited, which is the best evidence of its terms; the remaining allegations are admitted.

52. The allegations contained in paragraph 52 are admitted.

53. The allegations contained in paragraph 53 are admitted.

54. The allegations contained in paragraph 54 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

55. The allegations contained in paragraph 55 are admitted.

56. The allegations contained in paragraph 56 are admitted.

57. The allegations contained in the first and second sentences of paragraph 57 are admitted; the remaining allegations are denied.

58. The allegations contained in the first and second sentences of paragraph 58 are conclusions of law to which no response is required; the remaining allegations contained in paragraph 58 are denied.

59. The allegations contained in the first, second, third, fourth, and fifth sentences of paragraph 59 are admitted to the extent supported by the document cited, which is the best evidence of its terms.; the allegations contained in the sixth sentence of paragraph 59 are conclusions of law to which no response is required.

60. The allegations contained in the first sentence of paragraph 58 are conclusions of law to which no response is required; the remaining allegations contained in paragraph 60 are denied.

61. The allegations contained in paragraph 61 are admitted.

62. The allegations contained in the first sentence of paragraph 62 are admitted except for plaintiff's characterization of the NAS as "Navy-approved" which constitutes a legal conclusion to which no response is required; the allegations contained in the second, third, and fourth sentence of paragraph 62 are denied.

63. The allegations contained in paragraph 63 are conclusions of law to which no response is required.

64. The allegations contained in the first, third, and fourth sentences in paragraph 64 are denied. The allegations contained in the second and fifth sentences of paragraph 64 constitutes legal conclusions to which no response is required.

65. The allegations contained in the first sentence of paragraph 64 are admitted except for plaintiff's characterization of the NAS as "Navy-approved" which constitutes a legal conclusion to which no response is required. The allegations contained in the second, third, and fourth sentences of paragraph 65 are denied for lack of knowledge sufficient to form a belief as to the truth of the matters asserted.

66. The allegations contained paragraph 66 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

67. The allegations contained in the first sentence of paragraph 67 are denied for lack of knowledge sufficient to form a belief as to the truth of the matters asserted; the allegations in the second sentence are admitted; the allegations in the third sentence are denied.

D. Termination, Takeover and Completion

68. The allegations contained in paragraph 68 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

69. The allegations contained in paragraph 69 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

70. The allegations contained in paragraph 70 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

71. The allegations contained in paragraph 71 are admitted.

72. The allegations contained in the first, second, third, and fourth sentences of paragraph 72 are admitted; the allegations contained in the fifth sentence are denied.

73. The allegations contained in the first, second and third sentences of paragraph 73 are admitted. The allegations contained in the fourth sentence of paragraph 73 are denied for lack of knowledge sufficient to form a belief as to the truth of the matters asserted.

74. The allegations contained in paragraph 74 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

75. The allegations contained in paragraph 75 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

76. The allegations contained in paragraph 76 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

77. The allegations contained in paragraph 77 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

78. The allegations contained in paragraph 78 are admitted to the extent supported by the January 31, 2002 document cited, which is the best evidence of its terms.

79. The allegations contained in the first sentence of paragraph 79 are denied except to admit that the Navy was aware of problems; the allegations contained in the second sentence are denied.

80. The allegations contained in paragraph 80 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; otherwise the allegations are denied.

81. The allegations contained in paragraph 81 are denied.

82. The allegations contained in the first sentence of paragraph 82 are denied. The allegations contained in the second and third sentences of paragraph 82 are admitted.

83. The allegations contained in paragraph 83 are denied.

84. The allegations contained in paragraph 84 are denied.

85. The allegations contained in paragraph 85 are denied.

86. The allegations contained in paragraph 86 are denied.

87. The allegations contained in paragraph 87 are denied.

88. The allegations contained in paragraph 88 are denied.

89. The allegations contained in paragraph 89 are admitted.

90. The allegations contained in paragraph 90 are admitted.

91. The allegations contained in paragraph 91 are denied.

## VII. Causes of Action

A. Discharge / Impairment of Surety ship

**Count 1 - Failure to Require Proper Network Analysis Schedule**

92. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

93. The allegations contained in paragraph 93 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

94. The allegations contained in paragraph 94 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; otherwise the allegations are denied.

95. The allegations contained in paragraph 95 constitutes legal conclusions to which no response is required.

96. The allegations contained in paragraph 96 constitute legal conclusions to which no response is required.

97. The allegations contained in paragraph 97 constitutes legal conclusions to which no response is required.

98. The allegations contained in paragraph 98 constitutes legal conclusions to which no response is required.

99. The allegations contained in paragraph 99 are denied.

100. The allegations contained in paragraph 100 are denied.

101. The allegations contained in paragraph 101 are denied.

**Count 2 - Improper Payment for Windows and Doors**

102. Defendant incorporates by reference its responses contained in paragraphs 1 through 91

of its answer as though fully set forth here.

103. The allegations contained in paragraph 93 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

104. The allegations contained in paragraph 104 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

105. The allegations contained in paragraph 105 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

106. The allegations contained in paragraph 106 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

107. The allegations contained in the first sentence of paragraph 107 are admitted. The allegations contained in the second sentence of paragraph 107 constitutes legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 107 are denied.

108. The allegations contained in paragraph 108 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

109. The allegations contained in paragraph 109 constitutes legal conclusions to which no response is required.

110. The allegations contained in paragraph 110 are denied.

111. The allegations contained in paragraph 111 are denied.

**Count 3 - Improper Payment for Cabinets**

112. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

113. The allegations contained in paragraph 113 are admitted to the extent supported by the

document cited, which is the best evidence of its terms; otherwise the allegations are denied.

114. The allegations contained in paragraph 114 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

115. The allegations contained in paragraph 115 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

116. The allegations contained in paragraph 116 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

117. The allegations contained in the first sentence of paragraph 117 are admitted. The allegations contained in the second sentence of paragraph 107 constitutes legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 117 are denied.

118. The allegations contained in paragraph 118 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

119. The allegations contained in paragraph 119 constitutes legal conclusions to which no response is required.

120. The allegations contained in paragraph 120 are denied.

121. The allegations contained in paragraph 121 are denied.

**Count 4 - Improper Payment for Paint**

122. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

123. The allegations contained in paragraph 123 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

124. The allegations contained in paragraph 124 are admitted to the extent supported by the

document cited, which is the best evidence of its terms; otherwise the allegations are denied.

125. The allegations contained in paragraph 125 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

126. The allegations contained in paragraph 126 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

127. The allegations contained in the first sentence of paragraph 127 are admitted. The allegations contained in the second sentence of paragraph 127 constitutes legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 127 are denied.

128. The allegations contained in paragraph 128 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

129. The allegations contained in paragraph 109 constitutes legal conclusions to which no response is required.

130. The allegations contained in paragraph 130 are denied.

131. The allegations contained in paragraph 131 are denied.

**Count 5 - Improper Payment for Flooring**

132. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

133. The allegations contained in paragraph 93 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

134. The allegations contained in paragraph 134 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

135. The allegations contained in paragraph 135 are admitted to the extent supported by the

document cited, which is the best evidence of its terms; otherwise the allegations are denied.

136. The allegations contained in paragraph 106 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

137. The allegations contained in the first sentence of paragraph 137 are admitted. The allegations contained in the second sentence of paragraph 137 constitutes legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 137 are denied.

138. The allegations contained in paragraph 138 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

139. The allegations contained in paragraph 139 constitutes legal conclusions to which no response is required.

140. The allegations contained in paragraph 140 are denied.

141. The allegations contained in paragraph 141 are denied.

**Count 6 - Improper Payment for Siding**

142. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

143. The allegations contained in paragraph 143 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

144. The allegations contained in paragraph 144 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

145. The allegations contained in paragraph 145 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

146. The allegations contained in paragraph 146 are admitted to the extent supported by the

document cited, which is the best evidence of its terms; otherwise the allegations are denied.

147. The allegations contained in the first sentence of paragraph 147 are admitted. The allegations contained in the second sentence of paragraph 147 constitutes legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 147 are denied.

148. The allegations contained in paragraph 148 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

149. The allegations contained in paragraph 149 constitutes legal conclusions to which no response is required.

150. The allegations contained in paragraph 150 are denied.

151. The allegations contained in paragraph 151 are denied.

**Count 7 - Improper Payment for Asbestos Abatement**

152. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

153. The allegations contained in the first sentence of paragraph 153are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied. The allegations contained in the second sentence of paragraph 153 constitutes legal conclusions to which no response is required.

154. The allegations contained in paragraph 154 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

155. The allegations contained in paragraph 155 constitutes legal conclusions to which no response is required.

156. The allegations contained in the first and second sentences of paragraph 156 are admitted.

The allegations contained in the third sentence of paragraph 156 are denied for lack of knowledge sufficient to form a belief as to the truth of the matters asserted. The remaining allegations contained in paragraph 156 are denied.

157. The allegations contained in paragraph 157 are denied.

158. The allegations contained in paragraph 157 are denied.

**Count 8 - Improper Payment for Personnel**

159. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

160. The allegations contained in the first sentence of paragraph 160 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied. The allegations contained in the second sentence of paragraph 160 constitute legal conclusions to which no response is required.

161. The allegations contained in paragraph 161 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

162. The allegations contained in paragraph 162 constitute legal conclusions to which no response is required.

163. The allegations in the first, second, and third sentences of paragraph 163 are admitted. The remaining allegations contained in paragraph 163 are denied.

164. The allegations contained in paragraph 164 are denied.

165. The allegations contained in paragraph 165 are denied.

**Count 9 - Improper payment for Sitework**

166. Defendant incorporates by reference its responses contained in paragraphs 1 through 91

of its answer as though fully set forth here.

167. The allegations contained in the first sentence of paragraph 167 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied. The allegations contained in the second sentence of paragraph 167 constitute legal conclusions to which no response is required.

168. The allegations contained in paragraph 168 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

169. The allegations contained in paragraph 169 constitute legal conclusions to which no response is required.

170. The allegations in the first sentence of paragraph 170 that the Navy paid Landmark $590,000 for sitework is admitted. The remaining allegations contained in paragraph 170 are denied.

171. The allegations contained in paragraph 171 are denied.

172. The allegations contained in paragraph 172 are denied.

**Count 10 - Failure to Withhold Progress Payments**

173. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

174. The allegations contained in paragraph 174 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

175. The allegations contained in paragraph 175 constitutes legal conclusions to which no response is required.

176. The allegations contained in paragraph 176 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

177. The allegations in paragraph 156 are admitted.

178. The allegations contained in paragraph 178 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

179. The allegations contained in paragraph 179 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

180. The allegations contained in the first sentence of paragraph 180 are admitted; the remaining allegations are denied.

181. The allegations contained in paragraph 181 constitutes legal conclusions to which no response is required.

182. The allegations contained in paragraph 182 are denied.

**B. Equitable Subrogation**

**Count 11 - Improper Approval of Landmark's Network Analysis Schedule**

183. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

184. The allegations contained in paragraph 184 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

185. The allegations contained in paragraph 185 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; otherwise the allegations are denied.

186. The allegations contained in paragraph 186 constitutes legal conclusions to which no response is required.

187. The allegations contained in paragraph 187 constitute legal conclusions to which no response isrequired.

188. The allegations contained in paragraph 188 constitutes legal conclusions to which no response is required.

189. The allegations contained in paragraph 189 constitutes legal conclusions to which no response is required.

190. The allegations contained in paragraph 190 are denied.

191. The allegations contained in paragraph 191 are denied.

**Count 2 - Improper Payment for Windows and Doors**

192. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

193. The allegations contained in paragraph 193 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

194. The allegations contained in paragraph 194 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

195. The allegations contained in paragraph 195 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

196. The allegations contained in paragraph 196 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

197. The allegations contained in the first sentence of paragraph 197 are admitted. The allegations contained in the second sentence of paragraph 197 constitutes legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 197 are denied.

198. The allegations contained in paragraph 198 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

199. The allegations contained in paragraph 199 constitutes legal conclusions to which no response is required.

200. The allegations contained in paragraph 200 are denied.

201. The allegations contained in paragraph 201 are denied.

**Count 3 - Improper Payment for Cabinets**

202. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

203. The allegations contained in paragraph 203 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

204. The allegations contained in paragraph 204 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

205. The allegations contained in paragraph 205 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

206. The allegations contained in paragraph 206 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

207. The allegations contained in the first sentence of paragraph 207 are admitted. The allegations contained in the second sentence of paragraph 207 constitutes legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 207 are denied.

208. The allegations contained in paragraph 208 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

209. The allegations contained in paragraph 209 constitutes legal conclusions to which no response is required.

210. The allegations contained in paragraph 210 are denied.

211. The allegations contained in paragraph 211 are denied.

**Count 4 - Improper Payment for Paint**

212. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

213. The allegations contained in paragraph 213 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

214. The allegations contained in paragraph 214 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

215. The allegations contained in paragraph 215 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

216. The allegations contained in paragraph 216 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

217. The allegations contained in the first sentence of paragraph 217 are admitted. The allegations contained in the second sentence of paragraph 127 constitutes legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 127 are denied.

218. The allegations contained in paragraph 218 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

219. The allegations contained in paragraph 219 constitutes legal conclusions to which no response is required.

220. The allegations contained in paragraph 220 are denied.

221. The allegations contained in paragraph 221 are denied.

**Count 5 - Improper Payment for Flooring**

222. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

223. The allegations contained in paragraph 223 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

234. The allegations contained in paragraph 234 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

235. The allegations contained in paragraph 235 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

236. The allegations contained in paragraph 236 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

237. The allegations contained in the first sentence of paragraph 237 are admitted. The allegations contained in the second sentence of paragraph 237 constitutes legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 237 are denied.

238. The allegations contained in paragraph 238 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

239. The allegations contained in paragraph 239 constitutes legal conclusions to which no response is required.

240. The allegations contained in paragraph 240 are denied.

241. The allegations contained in paragraph 241 are denied.

**Count 16 - Improper Payment for Siding**

232. Defendant incorporates by reference its responses contained in paragraphs 1 through 91

of its answer as though fully set forth here.

233. The allegations contained in paragraph 233 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

234. The allegations contained in paragraph 234 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

235. The allegations contained in paragraph 235 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

236. The allegations contained in paragraph 236 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

237. The allegations contained in the first sentence of paragraph 237 are admitted. The allegations contained in the second sentence of paragraph 237 constitutes legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 237 are denied.

238. The allegations contained in paragraph 238 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

239. The allegations contained in paragraph 239 constitutes legal conclusions to which no response is required.

240. The allegations contained in paragraph 240 are denied.

241. The allegations contained in paragraph 341 are denied.

**Count 17 - Improper Payment for Asbestos Abatement**

242. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

243. The allegations contained in the first sentence of paragraph 243 are admitted to the extent

supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied. The allegations contained in the second sentence of paragraph 243 constitutes legal conclusions to which no response is required.

244. The allegations contained in paragraph 244 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

245. The allegations contained in paragraph 245 constitutes legal conclusions to which no response is required.

246. The allegations in the first, second, and third sentences of paragraph 246 are admitted. The remaining allegations contained in paragraph 246 are denied.

247. The allegations contained in paragraph 247 are denied.

248. The allegations contained in paragraph 248 are denied.

**Count 8 - Improper Payment for Personnel**

249. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

250. The allegations contained in the first sentence of paragraph 250 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied. The allegations contained in the second sentence of paragraph 250 constitute legal conclusions to which no response is required.

251. The allegations contained in paragraph 251 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

252. The allegations contained in paragraph 252 constitute legal conclusions to which no response is required.

253. The allegations in the first, second, and third sentences of paragraph 253 are admitted. The remaining allegations contained in paragraph 253 are denied.

254. The allegations contained in paragraph 254 are denied.

255. The allegations contained in paragraph 255 are denied.

**Count 19 - Improper payment for Sitework**

256. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

257. The allegations contained in the first sentence of paragraph 257 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied. The allegations contained in the second sentence of paragraph 167 constitute legal conclusions to which no response is required.

258. The allegations contained in paragraph 258 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

259. The allegations contained in paragraph 259 constitute legal conclusions to which no responseis required.

260. The allegations in the first sentence of paragraph 250 that the Navy paid Landmark $590,000 for sitework is admitted. The remaining allegations contained in paragraph 260 are denied.

261. The allegations contained in paragraph 261 are denied.

262. The allegations contained in paragraph 262 are denied.

**Count 20 - Failure to Withhold Progress Payments**

263. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

264. The allegations contained in paragraph 264 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

265. The allegations contained in paragraph 265 constitutes legal conclusions to which no response is required.

266. The allegations contained in paragraph 266 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

267. The allegations in paragraph 266 are admitted.

268. The allegations contained in paragraph 268 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

269. The allegations contained in paragraph 269 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

270. The allegations contained in the first sentence of paragraph 270 are admitted; the remaining allegations are denied.

271. The allegations contained in paragraph 271 constitutes legal conclusions to which no response is required.

272. The allegations contained in paragraph 272 are denied.

**C. Breach of the Takeover Agreement**

**Count 21 - Failure to Provide Government Property**

273. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

274. The allegations contained in paragraph 274 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

275. The allegations contained in paragraph 275 are denied.

276. The allegations contained in paragraph 276 are admitted.

277. The allegations contained in paragraph 277 constitute legal conclusions to which no response is required.

278. The allegations contained in paragraph 278 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

279. The allegations contained in paragraph 279 are denied.

280. The allegations contained in paragraph 280 are denied.

**Count 22 - Improper Assessment of Liquidated Damages**

281. Defendant incorporates by reference its responses contained in paragraphs 1 through 91 of its answer as though fully set forth here.

282. The allegations contained in paragraph 282 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

283. The allegations contained in paragraph 283 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

284. The allegations in paragraph 284 are admitted.

285. The allegations in paragraph 285 are denied.

286. The allegations in paragraph 286 are denied.

287. The allegations in paragraph 287 are denied.

288. The allegations in paragraph 288 are denied.

289. The allegations in paragraph 289 are denied.

Defendant denies each and every allegation not previously admitted or denied.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 289, or to any relief whatsoever.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

October 29, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October, 2004, a copy of the foregoing Defendant's Answer was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ Leslie Cayer Ohta

________________________________________