CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2004, a copy of the foregoing Joint Preliminary Status report was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

s/ Leslie Cayer Ohta