# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: December 21, 2004

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties' JPSR states that defendant will file a motion to dismiss for lack of jurisdiction. Defendant's motion will be filed on or before February 22. Plaintiff's response will be due 30 days thereafter pursuant to the rules of this court. We will schedule oral arguments in early April. Meanwhile, we note that the parties are exchanging relevant documents on an informal basis, and we encourage this process. Counsel may contact the court at any time for assistance.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge