IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO FILE A MOTION TO DISMISS FOR LACK OF JURISDICTION

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests an enlargement of time of 23 days, to and including March 18, 2005, within which to file a motion to dismiss for lack of jurisdiction. Our motion is currently due on February 22, 2005. This is our first request for an enlargement of time for this purpose. Counsel for both parties have discussed this motion, and plaintiff's counsel has indicated that there is no objection to the granting of this motion.

The United States requests this enlargement of time because additional time is needed to complete the necessary legal research and to prepare the motion. During the preceding 60-day period, I have prepared for, and argued, a pre-award bid protest in Arch Chemicals v. United States, Fed. Cl. 04-1421C, a case involving two issues of first impression; prepared for and conducted a 2-day settlement meeting with agency personnel in Vancouver, Washington, in connection with DeAtley Construction Company v. United States, 04-1052C; completed document discovery, retained experts, and began the initial preparations for a settlemnt meeting in San Diego, California, in May 2005 in Gladstone v United States, Fed. Cl. 9401144C and Gladstone v. United States, 04-1145C; conducted settlement negotiations and prepared the

settlement memorandum in Information Systems & Networks Corporation v. United States, 00-62C; and met with agency personnel in connection with Armour of America v. United States, 04-1731C. Moreover, I prepared for and argued the appeal in Durr v. DVA, No. 04-7099 at the Federal Circuit. In addition, despite the fact that my one-year detail with the Office of Immigration Litigation ("OIL") ended on June 30, 2004, because of the volume of cases being handled by OIL, I was required to prepare the appellate brief in Karapetyan v. Ashcroft, No. 03-73632 (9th Cir.), and the Solicitor General's Memorandum in Eguakun v. Ashcroft, No. 03-1480 (3rd Cir.). Finally, the parties in this case have completed the exchange of documents, the Government has retained schedule and financial experts, and the parties are continuing to address the merits of the case. Accordingly, we respectfully request the Court to enlarge the time to file a motion to dismiss for lack of jurisdiction to and including March 18, 2005.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, NW, Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

February 22, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2005, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A MOTION TO DISMISS FOR LACK OF JURISDICTION was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

s/ Leslie Cayer Ohta