**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

LUMBERMEN'S MUTUAL CASUALTY COMPANY,

v.

THE UNITED STATES,

No.04-1255C
(Judge Robert H. Hodges)

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERT WITNESSES

Pursuant to Rule 6(b) of the Court of Federal Claims, plaintiff Lumbermen's Mutual Casualty ("Lumbermen's") respectfully requests an extension of time of 17 days, to and including March 18, 2005, within which to designate its expert witnesses. The parties initially agreed in the joint status report for designation of expert witnesses by March 1, 2005. Counsel for both parties have discussed this motion and defendant's counsel has indicated that there is no objection to the granting of this motion.

Plaintiff requests this extension of time because additional time is needed to complete the necessary communications with potential expert witnesses. The parties have recently exchanged documents and are continuing to address the merits of the case.

Therefore, plaintiff respectfully requests an extension of time to and including March 18, 2005 to designate its expert witnesses.

DATED this 4th day of March, 2005.

s/ Derek D. Crick, WSBA #28759
Mark G. Jackson, WSBA #18325
425 Fourth Avenue, Suite 2900
(206) 623-7580
Fax (206) 370-6318
Seattle, Washington 98104
Attorneys for Plaintiff



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2005, a copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERT WITNESSES was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Derek D. Crick



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022