# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: March 10, 2005

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff's unopposed motion for extension of time to March 18 to designate expert witnesses is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge