No. 04-1255C
(Judge Robert H. Hodges, Jr.)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LUMBERMENS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

# DECLARATION OF MATTHEW MURETTA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION

---

Mark G. Jackson
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022

Counsel of Record for Plaintiff
LUMBERMENS MUTUAL
CASUALTY COMPANY

Derek D. Crick
Kevin A. Rosenfield
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022

Matthew Muretta declares and states as follows:

1. I am the President of Atherton Construction, Inc. ("Atherton") and have been in that position since 2000.

2. Along with Mr. Beatty of Lumbermens and Mr. Santiago of the Navy, I signed the Takeover Agreement relating to the completion of Contract No. N44255-97-C-5515 ("Contract"). Atherton became the contractor responsible for completing that project. Exhibit 1 to this declaration is a true and accurate copy of the Takeover Agreement I signed.

3. On behalf of Atherton, I also executed a Completion Agreement with Lumbermens. The Completion Agreement contained additional terms and conditions defining the relationship between Atherton and Lumbermens for the completion of the work under the Contract. For example, pursuant to the Completion Agreement, Atherton had a different completion date for the project than Atherton did under the Contract. As a result, Atherton would not be responsible for liquidated damages imposed by the government. Instead, Atherton would invoice the government and, if the government assessed liquidated damages and withheld payment to Atherton, Atherton would submit an invoice to and receive payment from Lumbermens for the difference. Exhibit 2 is a true and accurate copy of the Completion Agreement I signed.

4. The Navy incorporated the Takeover Agreement into the Contract in Modification No. A00013. A true and accurate copy of that modification is attached to this declaration as Exhibit 3.

5. Attached to this declaration as Exhibit 4 are excerpts of the terms and conditions of the Contract, including those terms relating to payment, liquidated damages and the Network Analysis Schedule.

6. Atherton sought a schedule extension of 46 days as the result of a differing site condition relating to electrical wiring. The government refused to extend the schedule and assessed liquidated damages against Atherton. Lumbermens reimbursed Atherton for the amount withheld by the government.

7. Atherton believed the scope of work embodied within Modification No. A00010 to the contract (the additional 21 FAF housing units) would have reasonably taken an additional 74 days to complete. However, the government assessed liquidated damages against Atherton during the time it took to complete that scope of work. Lumbermens reimbursed Atherton for the amount withheld by the government

8. Lumbermens paid Atherton in excess of $4 million above the Contract balance cited in the Takeover Agreement less deductions assessed for liquidated damages by the Navy. Some of that amount was used to pay for materials that should have been on site, given the Navy's earlier payments to the defaulted contractor, including such materials as windows and doors, cabinets, flooring, paint and siding. In addition, it appears progress payments were made to the defaulted contractor for work that had not been accomplished, including for abatement during the demolition process. Atherton purchased the materials and performed the work necessary to complete the project. When Atherton's invoices to the government were not paid, Atherton invoiced Lumbermens and was paid by Lumbermens

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 14, 2005.

Matthew Muretta

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2005, I electronically filed the foregoing attached document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/S/

Judy Goldfarb
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Fax: (206) 623-7022