No. 04-1255C
(Judge Robert H. Hodges, Jr.)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LUMBERMENS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

EXHIBIT 2
TO
DECLARATION OF MATTHEW MURETTA IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS FOR LACK OF JURISDICTION

---

Mark G. Jackson
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022

Counsel of Record for Plaintiff
LUMBERMENS MUTUAL
CASUALTY COMPANY

Derek D. Crick
Kevin A. Rosenfield
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022

# COMPLETION CONTRACT

## MAYLOR CAPEHART HOUSING AREA, NAS WHIDBEY ISLAND

THIS COMPLETION CONTRACT (the "Contract") is entered into this 20th day of November, 2001 by and between Lumbermens Mutual Casualty Company (the "Surety") and Atherton Construction, Inc. (the "Completing Contractor").

RECITALS:

WHEREAS, Landmark Construction Corporation (the "Defaulted Contractor") and the United States of America represented by the Department of the Navy (the "Government") entered into a contract (the "Original Contract") for the Defaulted Contractor to furnish all labor and material and perform all work for Whole Site Repair/Revitalization, Maylor Capehart Housing Area, NAS Whidbey Island (the "Project") in accordance with the terms and provisions of the Original Contract, including all contract documents forming a part of the Original Contract.

WHEREAS, as required by law and under the terms of the Original Contract, the Defaulted Contractor and the Surety made, executed and delivered to the Government a Bond, No. 4LS 501 933, guaranteeing performance in the amount of $9,878,026 and payment in the penal sum of $2,500,000.

WHEREAS, the Defaulted Contractor has defaulted in its performance of the Original Contract and has been terminated by the Government, and the Government has called upon the Surety to fulfill its obligations as surety under the terms of the Performance Bond;

WHEREAS, the Completing Contractor has submitted a Proposal dated September 5, 2001 to the Surety to complete the Original Contract, said Proposal being attached hereto and incorporated herein by reference as Exhibit 1; and

WHEREAS, the Surety and the Completing Contractor desire to enter into this Contract under the terms and conditions hereinafter set forth.

NOW, THEREFORE, the Surety and the Completing Contractor, for and in consideration of the mutual obligations and promises hereinafter set forth, do contract and agree as follows:

AGREEMENTS:

1. **Conditional Effect of This Contract.** Notwithstanding the date of the execution of this Contract, this Contract shall be conditioned upon and shall be not be effective or in force, until the execution of a takeover agreement by the Government and the Surety. If this Contract is executed by the Surety and the Completing Contractor prior to the execution of a takeover agreement by the Government and the Surety, the effective date of this Contract shall be the same as the takeover agreement. The failure of the Government and the Surety to execute a takeover agreement shall render this Contract null and void and of no effect.

2. **Contract Documents.** This Contract consists of the terms and provisions contained herein, including: the Completing Contractor's proposal dated September 5, 2001 attached hereto as Exhibit l; the Completing Contractor's supplements to its proposal, dated September 8 and September 10, 2001 and attached hereto as Exhibits 2 and 3; the Takeover Agreement between Surety and the Government for the subject Project; all documents or specific portions of documents which may be referred to herein or in any Exhibits attached hereto and incorporated herein by reference, thereby making them a part hereof; and the Original Contract, including all General, Supplementary and Special Conditions, drawings, specifications, forms, addenda and documents forming a part of the Original Contract, and any modifications to the Original Contract, all of which are incorporated herein by reference and which are hereinafter referred to collectively as the "Contract Documents." Should there arise a conflict between the several documents comprising this Contract, the terms of the Completion Contract shall control, followed by the terms of the Takeover Agreement, and the Original Contract.

3. **Duty to Be Bound.** The Completing Contractor shall be bound to the Surety by all of the terms and provisions of the Contract Documents, including administrative as well as technical provisions, and shall comply therewith in all respects. Furthermore, the Completing Contractor shall be bound in the same manner and to the same extent that the Surety and the Completing Contractor or either of them would be bound to the Government under the Original Contract, including but not limited to the conditions or determinations by the Government with respect to all work done thereunder. The Completing Contractor shall have no responsibility or liability for indebtedness incurred by the Defaulted Contractor.

4. **Reasonable Investigation.** The Completing Contractor agrees that it has performed a reasonable investigation to the status and conditions affecting the work to be done and that no representations in reference thereto have been made to it by the Surety or any of its representatives.

5. **Work to Be Performed.** The Completing Contractor shall furnish and pay for all labor, materials, services and equipment and shall do everything else necessary to perform and satisfactorily complete the Original Contract, including modifications A001 through A0012 issued thereto, as required by the Contract Documents.

6. **Time for the Performance of the Work.** The Completing Contractor shall commence work within ten (10) days after receipt of a written Notice to Proceed issued by the Government and shall complete all work in accordance with the terms and conditions of the

Contract Documents within 572 days. Time is of the essence. Subject to allowable time extensions as provided under the terms of the Original Contract, including, but not limited to, any extensions that may result from changes to the scope of work, if the Completing Contractor fails to complete the work under the Contract in the time allowed by this paragraph, the Completing Contractor is liable to the Surety for all liquidated damages assessed by the Government against the Surety under the Original Contract beginning *after* the date of completion set forth herein. The Surety may withhold from the Completing Contractor payments which otherwise may be due to the Completing Contractor in an amount equal to the liquidated damages properly assessed pursuant to the previous sentence by the Government. Any time extensions granted by the Government to the Defaulted Contractor or the Surety for issues that occurred prior to the date of the Notice to Proceed to the Completing Contractor shall not change the time for completion of the work by the Completing Contractor in this paragraph.

The Parties understand that the Government is or will be assessing liquidated damages against the Surety equal to $75.00 per unit per day based upon the performance of the Defaulted Contractor. The Parties also understand that, should the Completing Contractor complete performance of the project prior to the date set forth above (as may be modified by any changes), then the amount of liquidated damages assessed by the Government against Surety will decrease. Accordingly, the Parties agree that, in addition to the amount paid by surety to Completing Contractor as more fully described below, Surety shall pay to Completing Contractor an amount equal to one half the sum of the liquidated damages avoided by the Surety because of early completion of the Project by the Completing Contractor.

7. **Price.**

a. The Surety shall pay to the Completing Contractor and the Completing Contractor agrees to receive and accept $10,537,291.00 (the "Full Price") as full compensation for the performance and completion of the work as described in the Contract Documents. The Price represents the unpaid contract balance, including retainages, in the amount of $7,392,381.24 remaining on the Original Contract, to be paid by the Government (the "Government Price"), and an additional amount of $3,144,909.76 to be paid by the Surety (the "Surety Price"), all as hereinafter provided.

b. If the Government decreases the Government Price by withholding amounts of the Government Price from payment to Completing Contractor for reasons not the fault of Completing Contractor, then the Surety Price will increase by a corresponding amount ("Surety Price Increase") all so as to ensure that Completing Contractor receives Full Price.

c. The cost of all corrective work performed by the Completing Contractor for patently defective work previously performed by the Defaulted Contractor is included in the Full Price.

8. **Performance and Payment Bonds.** The Completing Contractor shall provide the Surety with Performance and Payment Bonds each in the penal sum of $10,537,291.00 in the form

attached hereto and incorporated herein as Exhibit 4 prior to the Completing Contractor commencing work. The surety must be a commercial surety company currently listed with the U.S. Department of the Treasury, acceptable to the Surety, and licensed to conduct business in the State of Washington. At the option of the Surety, the Performance Bond and the Payment Bond may name either the Surety or the Government as obligee, or both as obligees. Surety shall maintain its payment bond originally required by and provided to the Government.

9. **Indemnification Insurance.** The Completing Contractor shall indemnify the Surety and the Government against any and all loss, liability, costs, expenses and attorney's fees on account of any injury or claimed injury to persons or property arising out of or claimed to arise out of any act or omission by the Completing Contractor, its agents, servants, employees or subcontractors. In this connection, the Completing Contractor shall provide the insurance in the amounts and types as required by the terms of the Original Contract, naming the Surety and the Government as the named insureds under the policy or policies. The Completing Contractor shall also provide the Surety with insurance which may not be canceled except upon thirty (30) days written notice from the insurer to the Surety and the Government. All insurance and certificates evidencing said insurance shall be provided to the Surety prior to the Completing Contractor commencing work.

The Completing Contractor shall indemnify, save harmless and defend the Surety against all claims, money damages, judgments, interest, claimed damages and expenses of any kind whatsoever arising out of or in any way related to the Completing Contractor's performance of this Contract; and the use or misuse of hoists, rigging, blocking stays, scaffolding, formwork, framework, cranes, ladders, supports, staging elevators, or other mechanical contrivances, structures, materials, or equipment whether or not owned or operated by Completing Contractor; to the extent that said claims, money damages, judgments, interest, claimed damages and expenses were caused by, or resulted from, the sole negligence of the Completing Contractor, or the Completing Contractor's agent or employees; and to the extent of the Completing Contractor's negligence where said claims, money damages, judgments, interest, claimed damages and expenses were caused by, or resulted from, the concurrent negligence of the Surety and the Completing Contractor, or the Completing Contractor's agents and employees. Further, Completing Contractor shall pay all costs and expenses, including attorney's fees incurred by the Surety and the employees or representatives of the Surety in proportion to Completing Contractor's share of said negligence. PROVIDED FURTHER, after having negotiated with the Surety therefore, the Completing Contractor specifically and expressly waives its immunity under the Washington State Workman's Compensation statutes. By initialing below Completing Contractor specifically acknowledges said negotiations and waiver agreement.

Initials

Surety

SJB

Completing Contractor

11-20-01

10. **Payment.**

a. **Payment from the Government**. The Completing Contractor shall prepare and submit Progress Payment Requests to the Government, with a copy to the Surety, as required in the Original Contract and based upon the schedule of values set forth in the Original Contract. All payments made by the Government pursuant to such Progress Payment Requests belong solely to Completing Contractor.

b. **Payment from the Surety.**

i. **Surety Progress Payments.** At the same time Completing Contractor prepares and submits Progress Payment Requests to the Government, the Completing Contractor shall also prepare and submit pay requests to the Surety ("Surety Progress Payment Requests"). Surety Progress Payment Requests shall be based upon the Surety Price and the schedule of values, dated October 18, 2001, corresponding thereto, not upon the schedule of values set forth in the Original Contract. The Surety shall make payment in response to the Surety Progress Payment Request within ten (10) days of receipt of same. Surety may withhold ten percent (10%) from the amount requested as retainage. Late payments shall be subject to interest at the prime rate plus one (1) percentage point.

AND INCORPORATED HEREIN AS Exhibit 5
11-20-01

ii. **Surety Price Increase Payment.** Within ten (10) days after receiving notice of a circumstance resulting in a Surety Price Increase, as described in paragraph 7(b), Completing Contractor will prepare and submit a Surety Price Increase Invoice to Surety. The Surety shall make payment to Completing Contractor within ten (10) days after receipt of same. Late payments shall be subject to interest at the prime rate plus one (1) percentage point.

c. **Final Payment.** Final payment shall be made to the Completing Contractor within thirty (30) days after final completion of the Original Contract and the Government's acceptance of the Project, provided that (1) the Completing Contractor shall have furnished evidence satisfactory to the Surety that there are no claims, obligations or liens outstanding or unsatisfied for labor, services, materials, equipment, taxes or other items performed, furnished or incurred for or in connection with the work, and (2) the Completing Contractor shall have fully performed its obligations under this Contract, including but not limited to all obligations required pursuant to the terms of the Original Contract for final payment. Should there be any such claim, obligation or lien after final payment is made, the Completing Contractor shall (1) have the first option to defend any such claim, obligation or lien at the sole cost and expense, including attorney's fees, of the Completing Contractor; (2) indemnity and hold harmless the Surety from any such claim, obligation or lien; and (3) pay to the Surety all monies that the Surety and the Government shall pay in satisfying, discharging or defending against any such claim, obligation or lien or any action brought or judgment recovered thereon and all costs and expenses, including attorney's fees, disbursements and court costs

 

incurred in connection therewith. Any payments to the Completing Contractor at variance with the provisions of this Contract shall not prejudice or impair the Surety's rights and remedies under the Contract Documents.

11. **Subcontractors.** The Completing Contractor hereby covenants and agrees that it shall pay all of its subcontractors and suppliers. In the event that the Completing Contractor does not pay its subcontractors and suppliers any amounts *not* disputed by the Completing Contractor, the Surety shall have the right to pay such unpaid subcontractors or suppliers directly and deduct said amounts paid from any payment otherwise due to the Completing Contractor.

12. **Maintenance of Records and Accounts.** The Completing Contractor shall maintain separate records and accounts covering all costs incurred and expenditures made by it in completing the work under the Contract. The Completing Contractor shall also maintain separate cost records and accounts reflecting the cost of work identified by the Surety, the Government, or the Completing Contractor as beyond the scope of the work required under the Original Contract sufficient to allow the Surety to charge the Owner for these costs. The Completing Contractor shall make such records and accounts and supporting vouchers available for inspection and verification by the Surety and/or any authorized representatives of the Government until the expiration of three (3) years from the date of final payment under the Contract.

13. **Latent Defects and Warranty Work Applicable to the Work of the Defaulted Contractor.** The Parties recognize that the nature of work to be performed, which requires the Completing Contractor to finish up the incomplete and defective work of the Defaulted Contractor, is such that Completing Contractor may discover or uncover "Latent Defects" in the Defaulting Contractor's Work and/or Design that will require additional work by Completion Contractor and for which Completing Contractor shall receive additional compensation. "Latent Defects" for the purposes of this Completion Contract shall mean defects in the work or design performed or provided by or for Defaulted Contractor on the Project which are not readily apparent through reasonable inspection of the site, work and design. The Completing Contractor shall correct all latent defective work performed by the Defaulted Contractor and perform all warranty work applicable to the work of the Defaulted Contractor. The Completing Contractor shall notify the Government and the Surety in the event that any Latent Defects become evident during the performance by the Completion Contract. The Completing Contractor shall obtain the approval of the Government and the Surety in writing before proceeding to correct such defects if the corrective work is to be the basis for any claim for additional compensation under this Contract. Surety shall provide an equitable adjustment to the Price of and Time for the Completion Contract, as necessary, to compensate Completing Contractor for work performed as the result of Latent Defects or Warranty work applicable to the work of the Defaulted Contractor. Failure of the Parties to agree as to either the existence of Latent Defects or Warranty work, as well as the equitable adjustment that may be due for either, shall be a dispute between Completing Contractor and Surety an be resolved pursuant to the Disputes Clause of this Completion Agreement.

14. **Defects in Completing Contractor's Work.** The Completing Contractor shall be responsible for any and all defects in the work which is performed by the Completing Contractor or any of the Completing Contractor's subcontractors or materialmen.

15. **Independent Contractor.** The Parties expressly acknowledge and understand that Completing Contractor is a subcontractor to Surety and that Completing Contractor lacks privity of contract with the Government. However, as described more fully in paragraph 17, Completing Contractor will have certain rights and responsibilities normally reserved for prime contractors. Completing Contractor will be permitted to exercise the full prerogatives of a prime contractor in prosecuting the work, including but not limited to the selection and classification of supervisors and workers, scheduling, determination of equipment and material requirements, and the establishment of work hours and work week, including overtime. It is further understood and agreed that the Completing Contractor is an independent contractor in connection with all work to be performed by it pursuant to the Contract Documents.

16. **Changes.** Any and all provisions relating to changes contained in the Original Contract are specifically incorporated herein by reference and shall be binding between the Completing Contractor and the Surety.

17. **The Completion Contractor as the Surety's Representative on the Project.** The Surety shall be represented at the Project by the Completing Contractor. Prior to the issuance of the Notice to Proceed, the Completing Contractor shall name, and the Surety shall specifically authorize in writing an individual with the Completing Contractor to be its representative (the "Authorized Individual") solely for the purposes set forth in this paragraph. The Authorized Individual will represent the Surety in dealing with the Government on day to day construction issues with respect to the Project. The Surety hereby designates the Authorized Individual to prepare and process pay requisitions on the Contract.

The Authorized Individual shall have, on behalf of the Surety, the authority to negotiate and sign change orders required by the Government (hereinafter "Change Order") without the Surety's prior written approval. However, the Authorized Individual has no authority to negotiate, on behalf of Surety, any Change Order with respect to any issues or disputes arising between the Surety and the Government or the Surety and the Defaulting Contractor.

18. **Separate Claims of the Surety.** The Completing Contractor recognizes and acknowledges that the Surety has or may have its own separate claims against the Government, including claims relating to excessive payments made by the Government to the Defaulted Contractor. The Completing Contractor acknowledges that any payment or recovery on said claims is the separate and exclusive property of the Surety. In the course of its performance under this Contract, the Completing ~~Surety~~ will reasonably cooperate with the Surety in identifying and preserving documentation and materials that may be relevant to such claims of the Surety.

→ CONTRACTOR 11-20-01

19. **Disputes.**

a. **Claims Relating to the Government.** Completing Contractor's claims for additional compensation or extension of time which arise out of the Government directed or caused changes in the work or schedule shall be submitted by the Completing Contractor to Surety for processing in the manner and time prescribed in the Original Contract. Surety shall fully cooperate with Completing Contractor and permit Completing Contractor, at the option of Completing Contractor, to

prosecute such claims against the Government in the Surety's name and at the sole expense of the Completing Contractor, in accordance with the disputes clause of the Original Contract. Completing Contractor's recovery for such claims shall be limited to such sums or time as may be determined due by the Government or, if such determination is unsatisfactory to the Completing Contractor, after litigation in accordance with the disputes clause of the Original Contract. However, upon the Completing Contractor's written request and at the option of the Completing Contractor, the Surety agrees to prosecute all claims submitted by the Completing Contractor under the contractual remedial procedure of the Original Contract on behalf of and to the extent required by the Completing Contractor. The Completing Contractor agrees to be responsible for preparation and active prosecution of the claims to the extent permitted and shall reimburse the Surety all expenses and costs, including attorney's fees, incurred by the Surety on behalf of the Completing Contractor. The Surety agrees not to settle any of the Completing Contractor's claims with the Government without the Completing Contractor's written consent, which consent shall not be unreasonably withheld, and to pay the Completing Contractor whatever amounts it receives from the Government for the Completing Contractor's claim(s), less the Surety's actual costs, including but not limited to attorney's fees, consulting engineer fees and accounting fees. The Surety's receipt of said costs from the Completing Contractor shall be in addition to any recovery the Surety shall receive for itself from the Government, which may be incurred by the Surety during prosecution of the Completing Contractor's claims. To the extent that the Surety shall receive, along with the Completion Contractor, any recovery from the Government under this paragraph, the Surety and the Completing Contractor shall share in the cost of the claim process on a pro rata basis calculated on the amounts received by the Surety and the Completing Contractor, or on any other basis mutually agreed to by the Surety and the Completing Contractor. The Completing Contractor agrees that the Surety's liability herein is strictly limited to the amount(s) the Surety actually receives from the Government, less the above noted costs. Final determination of the Completing Contractor's claim(s) by the appropriate Board or Court shall be final and binding on the Completing Contractor.

b. **Claims Relating to the Surety or Completing Contractor.** Any disputes between the Surety and the Completing Contractor *not* caused by the Government and/or its agents shall be determined as described in this paragraph. Claims disputes or other matters in question between the parties to this Contract arising out of or relating to this Contract or breach thereof shall be subject to and decided by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association in effect as of the date of this Contract; provided, however, the parties agree to allow the arbitrators to, in their discretion, grant discovery to the parties as would otherwise be available in a court of competent jurisdiction under State of Washington Rules of Civil Procedure. Any arbitration undertaken by the parties pursuant to this paragraph shall take place in Seattle, Washington.

Completing Contractor shall require any subcontractor performing work on the Project to comply with these dispute resolution procedures, including, but not

limited to, those requirements relating to venue, choice of law and mandatory arbitration.

Additional persons or entities may be joined in any arbitration instituted under this Contract in any circumstances where such joinder would be authorized by the law of the State of Washington in a court of competent jurisdiction.

20. **Termination of Agreement.**

a. **Termination for Convenience.** In the event the Government terminates the original contract for convenience, the Surety may terminate this Completion Agreement for convenience. In that event, the rights between the Surety and the Completing Contractor will be determined through the application of the Termination for Convenience clause of the Original Contract, substituting the Surety for the Government and the Completing Contractor for the Contractor, as appropriate (with the exception of the right to terminate for convenience, which has been limited as herein set forth).

b. **Termination for Cause.** Should the Completing Contractor, at anytime, in the reasonable judgment of either the Government or the Surety, refuse or fail to supply a sufficient number of properly skilled workmen or materials, tools, equipment, facilities, or supplies of a proper quality; or fail in any respect to prosecute the work with promptness and diligence; or interfere with unduly or impede the work of others on the Project; or fail in the performance of any of its obligations under this Contract or under the Original Contract, and should the Completing Contractor fail within a reasonable period after receipt of written notice from either the Government or the Surety to remedy such default; or if a Petition of Bankruptcy should be filed by or against the Completing Contractor; or if the Completing Contractor shall become insolvent or fail to make prompt payment to all the subcontractors and/or materialmen or laborers; or shall disregard any applicable state, federal, local or municipal law, ordinance, rules and regulations pertaining to the work; or disregard the instructions of the Government or the Surety; or for any other cause whatsoever shall not carry on the work in an acceptable manner, the Surety may, in any such event, either terminate this Contract or may exclude the Completing Contractor and its employees and agents from the work without terminating this Contract. In any case, the Surety may take possession of all materials, equipment and tools, and complete, itself or through others, the Completing Contractor's work, charging such completion costs incurred as a result of default against the unpaid balance. If such costs or expenses shall exceed the unpaid balance, the Completing Contractor agrees to pay the deficit to the Surety. The Surety's costs for correcting defective work done by the Completing Contractor shall be reimbursed in full by the Completing Contractor. In the event of any default under this paragraph, the Completing Contractor shall not be entitled to any further payments under this Contract until the Completing Contractor's work shall be entirely finished and accepted by the Government, and payment therefore made to the Surety. The remedies afforded to the Surety in the above circumstances are

cumulative to any remedies available under the Original Contract, which remedies specifically are also declared to be available to the Surety as against the Completing Contractor.

21. **Force Majeure.** In the event the construction of the Project is interrupted or prevented by acts of God, acts of war or rebellion, labor disturbances (other than those caused by the Completion Contractor), acts of Government or governmental officers or any cause beyond the control of the Surety, the Surety shall be absolved of any responsibility therefore. The Surety's responsibility shall be limited to the presentation of the Completing Contractor's claim to the Owner. Any expense incident thereto shall be borne by the Completing Contractor. The Completing Contractor further agrees that, with respect to such claim, it shall have no greater rights against the Surety than the Surety has against the Owner under the terms of the Original Contract, and the Completing Contractor will abide by whatever final decision is made under the Original Contract regarding these claims. In the event of an interruption of the work caused by the Acts described above, the Completing Contractor shall return to its performance at the earliest possible date.

22. **Whole Agreement.** This Contract contains the entire understandings and agreements of the parties hereto. All oral or written agreements prior to the effective date of this Contract and which relate to this Contract and the matters set forth herein are declared null and void. Any modification of this Contract must be made in writing and executed by the parties hereto.

23. **Interpretation.** In the event that there is any provision of this Contract which is inconsistent or conflicting with any other documents forming a part of this Contract, including but not limited to the Original Contract referred to herein, the terms and conditions of this Contract shall govern and control.

24. **Governing Law.** This Contract is executed pursuant to and governed by the laws of the State of Washington.

25. **Notice.** Any notice required to be made under the terms of this Contract shall be deemed made if either party mails such notice by first class mail, postage prepaid, as follows:

As to the Completing Contractor:
Atherton Construction, Inc.
3855 South Jones Blvd
Las Vegas, NV 89103
Attention: Matt Muretta

As to the Surety:
Lumbermens Mutual Casualty Company
1 Kemper Drive
Long Grove, IL 60049
Attention: Stephen Beatty

26. **Construction of Contract.** It is understood and agreed by the Surety and the Completing Contractor that this Contract shall be construed without any regard to any presumption or other rule requiring construction against the party causing this Contract, or any Exhibits attached to this Contract, to be drafted.

27. **Execution in Counterparts.** This Contract may be executed in one or more counterparts, each of which shall be deemed to be an original.

IN WITNESS WHEREOF, the parties hereto have affixed their hands and seals to this Contract the day and year first set forth above, and the individuals who execute this Contract personally represent and warrant that they have full authority to execute this Contract on behalf of the respective parties.

COMPLETING CONTRACTOR:

By: [signature]

Its: PRESIDENT

11-20-01

Surety:

By: [signature]

Its: Assoc. Surety Counsel