# In the United States Court of Federal Claims

* * * * * * *

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY, | * | |
| Plaintiff, | * | No. 04-1255C |
| v. | * | Filed: May 4, 2005 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * *

**ORDER**

The material that plaintiff filed was rejected by the Clerk because it was not signed by the attorney of record. We ask that the Clerk accept this material for filing notwithstanding this defect; however, plaintiff will submit a document signed by the attorney of record, acknowledging responsibility for this material. This document must be filed immediately. Other materials violated the rules of the court as well. Counsel will ensure that plaintiff's filings comply with the rules of this court in the future.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge