Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 1 of 22

No. 04-1255C
(Judge Robert H. Hodges, Jr.)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LUMBERMENS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

EXHIBIT 4
TO
DECLARATION OF MATTHEW MURETTA IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS FOR LACK OF JURISDICTION

---

Mark G. Jackson
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022

Counsel of Record for Plaintiff
LUMBERMENS MUTUAL
CASUALTY COMPANY

Derek D. Crick
Kevin A. Rosenfield
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022

# EXHIBIT 4

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 3 of 22



SECTION 00720

CONTRACT CLAUSES BY REFERENCE
05/99

1.1 FAR 52.252-2, CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/

1.2 FAR 52.202-1, DEFINITIONS (OCT 1995) AND ALTERNATE I (APR 1984)

1.3 FAR 52.203-3, GRATUITIES (APR 1984)

1.4 FAR 52.203-5, COVENANT AGAINST CONTINGENT FEES (APR 1984)

1.5 FAR 52.203-6, RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1995)

1.6 FAR 52.203-7, ANTI-KICKBACK PROCEDURES (JUL 1995)

1.7 FAR 52.203-8, CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

1.8 FAR 52.203-10, PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

1.9 FAR 52.203-12, LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997)

1.10 FAR 52.204-2, SECURITY REQUIREMENTS (AUG 1996)

1.11 FAR 52.204-4, PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER (JUN 1996)

1.12 FAR 52.209-6, PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (JUL 1995)

1.13 FAR 52.211-13, TIME EXTENSIONS (APR 1984)

1.14 FAR 52.211-15, DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (SEP 1990)

1.15 NOT USED

1.16 FAR 52.215-2, AUDIT AND RECORDS - NEGOTIATION (AUG 1996)

1.17 FAR 52.215-10, PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (OCT 1997)

LMB 007272

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 4 of 22



1.18 FAR 52.215-11, PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA --MODIFICATIONS (OCT 1997)

1.19 FAR 52.215-12, SUBCONTRACTOR COST OR PRICING DATA (OCT 1997)

1.20 FAR 52.215-13, SUBCONTRACTOR COST OR PRICING DATA -- MODIFICATIONS (OCT 1997)

1.21 FAR 52.215-15, PENSION ADJUSTMENTS AND ASSET REVERSIONS (DEC 1998)

1.22 NOT USED

1.23 FAR 52.215-18, REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS (OCT 1997)

1.24 FAR 52.215-19, NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)

1.25 FAR 52.219-8, UTILIZATION OF SMALL BUSINESS CONCERNS (JAN 1999)

1.26 FAR 52.219-9, SMALL BUSINESS SUBCONTRACTING PLAN (JAN 1999) - ALTERNATE II, (JAN 1999)

1.27 FAR 52.219-14, LIMITATIONS ON SUBCONTRACTING (DEC 1996)

1.28 FAR 52.219-16, LIQUIDATED DAMAGES - SUBCONTRACTING PLAN (JAN 1999)

1.29 FAR 52.222-1, NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997)

1.30 FAR 52.222-3, CONVICT LABOR (AUG 1996)

1.31 FAR 52.222-4, CONTRACT WORK HOURS AND SAFETY STANDARDS ACT -- OVERTIME COMPENSATION (JUL 1995)

1.32 FAR 52.222-6, DAVIS-BACON ACT (FEB 1995)

1.33 FAR 52.222-7, WITHHOLDING OF FUNDS (FEB 1988)

1.34 FAR 52.222-8, PAYROLLS AND BASIC RECORDS (FEB 1988)

1.35 FAR 52.222-9, APPRENTICES AND TRAINEES (FEB 1988)

1.36 FAR 52.222-10, COMPLIANCE WITH COPELAND ACT REQUIREMENTS (FEB 1988)

1.37 FAR 52.222-11, SUBCONTRACTS (LABOR STANDARDS) (FEB 1988)

1.38 FAR 52.222-12, CONTRACT TERMINATION -- DEBARMENT (FEB 1988)

1.39 FAR 52.222-13, COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (FEB 1988)

1.40 FAR 52.222-14, DISPUTES CONCERNING LABOR STANDARDS (FEB 1988)

1.41 FAR 52.222-15, CERTIFICATION OF ELIGIBILITY (FEB 1988)

1.42 FAR 52.222-21, PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)

1.43 FAR 52.222-26, EQUAL OPPORTUNITY (FEB 1999)

1.44 FAR 52.222-27, AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 5 of 22



CONSTRUCTION (FEB 1999)

1.45 FAR 52.222-35, AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS (APR 1998)

1.46 FAR 52.222-36, AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998)

1.47 FAR 52.222-37, EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (APR 1998)

1.48 FAR 52.223-2, CLEAN AIR AND WATER (APR 1984)

1.49 FAR 52.223-5, POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION (APR 1998)

1.50 FAR 52.223-6, DRUG-FREE WORKPLACE (JAN 1997)

1.51 FAR 52.223-14, TOXIC CHEMICAL RELEASE REPORTING (OCT 1996)

1.52 FAR 52.225-11, RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (AUG 1998)

1.53 FAR 52.226-1, UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES (MAY 1999)

1.54 FAR 52.227-1, AUTHORIZATION AND CONSENT (JUL 1995)

1.55 FAR 52.227-2, NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (AUG 1996)

1.56 FAR 52.227-4, PATENT INDEMNITY -- CONSTRUCTION CONTRACTS (APR 1984)

1.57 FAR 52.228-1, BID GUARANTEE (SEP 1996)

1.58 FAR 52.228-2, ADDITIONAL BOND SECURITY (OCT 1997)

1.59 FAR 52.228-5, INSURANCE -- WORK ON A GOVERNMENT INSTALLATION (JAN 1997)

01310 - AMD 0001

Amounts of insurance are in Section ~~01110~~, "Summary of Work" paragraph "Minimum Insurance Requirements."

1.60 FAR 52.228-11, PLEDGES OF ASSETS (FEB 1992)

1.61 FAR 52.228-12, PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS (OCT 1995)

1.62 FAR 52.229-3, FEDERAL, STATE, AND LOCAL TAXES (JAN 1991)

1.63 FAR 52.229-5, TAXES -- CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (APR 1984)

1.64 FAR 52.230-2, COST ACCOUNTING STANDARDS (APR 1998)

1.65 FAR 52.230-3, DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (APR 1998)

1.66 FAR 52.230-5, COST ACCOUNTING STANDARDS, EDUCATIONAL INSTITUTION (APR 1996)

1.67 FAR 52.232-5, PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (MAY

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 6 of 22



1997)

1.68 FAR 52.232-17, INTEREST (JUN 1996)

1.69 NOT USED

1.70 FAR 52.232-23, ASSIGNMENT OF CLAIMS (JAN 1986)

1.71 FAR 52.232-27, PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (MAY 1997)
1.72 NOT USED

1.73 FAR 52.232-34, PAYMENT BY ELECTRONIC FUNDS TRANSFER-OTHER THAN CENTRAL CONTRACTOR REGISTRATION (MAY 1999)

1.74 FAR 52.232-36, PAYMENT BY THIRD PARTY (MAY 1999)

1.75 FAR 52.233-1, DISPUTES (DEC 1998) - ALTERNATE I (DEC 1991)

1.76 FAR 52.233-3, PROTEST AFTER AWARD (AUG 1996)

1.77 FAR 52.236-2, DIFFERING SITE CONDITIONS (APR 1984)

1.78 FAR 52.236-3, SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (APR 1984)

1.79 FAR 52.236-5, MATERIAL AND WORKMANSHIP (APR 1984)

1.80 FAR 52.236-6, SUPERINTENDENCE BY THE CONTRACTOR (APR 1984)

1.81 FAR 52.236-7, PERMITS AND RESPONSIBILITIES (NOV 1991)

1.82 FAR 52.236-8, OTHER CONTRACTS (APR 1984)

1.83 FAR 52.236-9, PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984)

1.84 FAR 52.236-10, OPERATIONS AND STORAGE AREAS (APR 1984)

1.85 FAR 52.236-11, USE AND POSSESSION PRIOR TO COMPLETION (APR 1984)

1.86 FAR 52.236-12, CLEANING UP (APR 1984)

1.87 FAR 52.236-13, ACCIDENT PREVENTION (NOV 1991) - Alternate I (NOV 1991)

1.88 FAR 52.236-14, AVAILABILITY AND USE OF UTILITY SERVICES (APR 1984)

1.89 FAR 52.236-15, SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984)

1.90 NOT USED

1.91 FAR 52.236-17, LAYOUT OF WORK (APR 1984)

1.92 FAR 52.236-26, PRECONSTRUCTION CONFERENCE (FEB 1995)

1.93 FAR 52.242-13, BANKRUPTCY (JUL 1995)

1.94 FAR 52.242-14, SUSPENSION OF WORK (APR 1984)

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 7 of 22



1.95 FAR 52.243-4, CHANGES (AUG 1987)

1.96 FAR 52.244-1, SUBCONTRACTS (FIXED-PRICE CONTRACTS) (OCT 1997)

1.97 FAR 52.245-1, PROPERTY RECORDS (APR 1984)

1.98 FAR 52.245-2, GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEC 1989)

1.99 FAR 52.245-3, IDENTIFICATION OF GOVERNMENT - FURNISHED PROPERTY (APR 1984)

1.100 NOT USED

1.101 FAR 52.246-12, INSPECTION OF CONSTRUCTION (AUG 1996)

1.102 FAR 52.246-21, WARRANTY OF CONSTRUCTION (MAR 1994) - ALTERNATE I (APR 1984)

1.103 FAR 52.248-3, VALUE ENGINEERING -- CONSTRUCTION (MAR 1989)

1.104 FAR 52.249-2, TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (SEP 1996) - ALTERNATE I (SEP 1996)

1.105 FAR 52.249-10, DEFAULT (FIXED - PRICE CONSTRUCTION)(APR 1984)

1.106 FAR 52.253-1, COMPUTER GENERATED FORMS (JAN 1991)

1.107 DFARS 252.203-7001, PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES (MAR 1999)

1.108 DFARS 252.203-7002, DISPLAY OF DOD HOTLINE POSTER (DEC 1991)

1.109 DFARS 252.204-7000, DISCLOSURE OF INFORMATION (DEC 1991)

1.110 DFARS 252.204-7003, CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992)

1.111 DFARS 252.205-7000, PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991)

1.112 NOT USED

1.113 NOT USED

1.114 DFARS 252.215-7000, PRICING ADJUSTMENTS (DEC 1991

1.115 NOT USED

1.116 NOT USED

1.117 DFARS 252.223-7004, DRUG-FREE WORK FORCE (SEP 1988)

1.118 DFARS 252.223-7006, PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS (APR 1993; ALTERNATE I (NOV 1995)

1.119 DFARS 252.225-7012, PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (MAY 1999)

1.120 DFARS 252.225-7014, PREFERENCE FOR DOMESTIC SPECIALTY METALS (MAR



LMB 007276

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 8 of 22



1998)

1.121 DFARS 252.225-7026, REPORTING OF CONTRACT PERFORMANCE OUTSIDE THE UNITED STATES (MAR 1998)

1.122 DFARS 252.225-7030, RESTRICTION ON ACQUISITION OF CARBON, ALLOY, AND ARMOR STEEL PLATE (OCT 1992)

1.123 DFARS 252.227-7013, RIGHTS IN TECHNICAL DATA - NONCOMMERCIAL ITEMS (NOV 1995)

1.124 DFARS 252.227-7019, VALIDATION OF ASSERTED RESTRICTIONS - COMPUTER SOFTWARE (JUN 1995)

1.125 DFARS 252.227-7023, DRAWINGS OR OTHER DATA TO BECOME PROPERTY OF GOVERNMENT (MAR 1979)

1.126 DFARS 252.227-7030, TECHNICAL DATA -- WITHHOLDING OF PAYMENT (OCT 1988)

1.127 RESERVED

1.128 DFARS 252.227-7033, RIGHTS IN SHOP DRAWINGS (APR 1966)

1.129 DFARS 252.227-7037, VALIDATION OF RESTRICTIVE MARKINGS ON TECHNICAL DATA (NOV 1995)

1.130 RESERVED

1.131 DFARS 252.231-7000, SUPPLEMENTAL COST PRINCIPLES (DEC 1991)

1.132 DFARS 252.233-7000, CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENTS OR RELIEF (MAY 1994)

1.133 DFARS 252.236-7000, MODIFICATION PROPOSALS--PRICE BREAKDOWN (DEC 1991)

1.134 DFARS 252.236-7005, AIRFIELD SAFETY PRECAUTIONS (DEC 1991)

1.135 NOT USED

1.136 DFARS 252.242-7000, POSTAWARD CONFERENCE (DEC 1991)

1.137 DFARS 252.243-7001, PRICING OF CONTRACT MODIFICATIONS (DEC 1991)

1.138 DFARS 252.243-7002, REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998)

-- End of Section --

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 9 of 22



SECTION 00721

CONTRACT CLAUSES
05/99

1.1 FAR 52.211-10, COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to: (a) commence work under this contract within 15 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 910 calendar days (SEE SECTION III-D, PAGE 14, ITEM 12 FOR PHASING SCHEDULE.) The time stated for completion shall include final cleanup of the premises.

DEFINITIONS

START: 4/26/00 END: OCT 23, 2002

a. The date of the receipt of the Notice to Proceed by the Contractor is the date of the contract award plus fifteen (15) calendar days.

b. The period within which the Contractor is required to proceed allows for the mailing of the Notice of Award and the Contractor's submission of the required bonds and Certificate of Insurance. The Contractor shall not commence work on this contract until performance and payment bonds have been approved by the Contracting Officer.

c. The commencement of work is the last day of the period within which the Contractor is required to proceed.

1.2 FAR 52.211-12, LIQUIDATED DAMAGES -- CONSTRUCTION (APR 1984)

(a) If the Contractor fails to complete the work within the time specified in the contract, or any extension, the Contractor shall pay to the Government as liquidated damages, the sum of $75.00 PER UNIT PER DAY, per number of units in work area, for each day of delay.

(b) If the Government terminates the Contractor's right to proceed, the resulting damage will consist of liquidated damages until such reasonable time as may be required for final completion of the work together with any increased costs occasioned the Government in completing the work.

(c) If the Government does not terminate the Contractor's right to proceed, the resulting damage will consist of liquidated damages until the work is completed or accepted.

1.3 FAR 52.215-21, REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA--MODIFICATIONS (OCT 1997)

(a) Exceptions from cost or pricing data. (1) In lieu of submitting cost or pricing data for modifications under this contract, for price adjustments expected to exceed the threshold set forth at FAR 15.403-4 on the date of the agreement on price or the date of the award, whichever is later, the Contractor may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable--

 LMB 007280

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 10 of 22



(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

(ii) Information on modifications of contracts or subcontracts for commercial items.

(A) If--(1) The original contract or subcontract was granted an exception from cost or pricing data requirements because the price agreed upon was based on adequate price competition or prices set by law or regulation, or was a contract or subcontract for the acquisition of a commercial item; and (2) The modification (to the contract or subcontract) is not exempted based on one of these exceptions, then the Contractor may provide information to establish that the modification would not change the contract or subcontract from a contract or subcontract for the acquisition of a commercial item to a contract or subcontract for the acquisition of an item other than a commercial item.

(B) For a commercial item exception, the Contractor shall provide, at a minimum, information on prices at which the same item or similar items have previously been sold that is adequate for evaluating the reasonableness of the price of the modification. Such information may include--

(1) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities.

(2) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market.

(3) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(a)(2) The Contractor grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this clause, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the Contractor's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for cost or pricing data. If the Contractor is not granted an exception from the requirement to submit cost or pricing data, the following applies:

(1) The Contractor shall submit cost or pricing data and supporting attachments in accordance with Table 15-2 of FAR 15.408.

 LMB 007281

By:

(End of Clause)

1.17 FAR 52.228-15, PERFORMANCE AND PAYMENT BONDS - CONSTRUCTION (SEP 1996)

(a) Definitions. As used in this clause--
"Contract price" means the award price of the contract or, for requirements contracts, the price payable for the estimated quantity; or for indefinite-delivery type contracts, the price payable for the specified minimum quantity.

(b) Unless the resulting contract price is $100,000 or less, the successful offeror shall be required to furnish performance and payment bonds to the Contracting officer as follows:

(1) Performance Bonds (Standard Form 25):
(i) The penal amount of performance bonds shall be 100 percent of the original contract price.
(ii) The Government may require additional performance bond protection when the contract price is increased. The increase in protection shall generally equal 100 percent of the increase in contract price.
(iii) The Government may secure additional protection by directing the Contractor to increase the penal amount or to obtain an additional bond.
(2) Payment Bonds (Standard Form 25-A):
(i) The penal amount of payment bonds shall equal--
(A) 50 percent of the contract price if the contract price is not more than $1 million;
(B) 40 percent of the contract price if the contract price is more than $1 million but not more than $5 million; or
(C) $2.5 million of the contract price is more than $5 million.
(ii) If the original contract price is $5 million or less, the Government may require additional protection if the contract price is increased. The penal amount of the total protection shall meet the requirement of subparagraph (b)(2)(i) of this clause.
(iii) The Government may secure additional protection by directing the Contractor to increase the penal sum of the existing bond or to obtain an additional bond.

(c) The Contractor shall furnish all executed bonds, including any necessary reinsurance agreements, to the Contracting Officer, within the time period specified in the Bid Guarantee provision of the solicitation, or otherwise specified by the Contracting Officer, but in any event, before starting work.

(d) The bonds shall be in the form of firm commitment, supported by corporate sureties whose names appear on the list contained in Treasury Department Circular 570, individual sureties, or by other acceptable security such as postal money order, certified check, cashier's check, irrevocable letter of credit, or, in certain bonds or notes of the United States. Treasury Circular 570 is published in the Federal Register, or may be obtained from the U.S. Department of Treasury, Financial Management Service, Surety Bond Branch, 401 14th Street, N.W., 2nd Floor, West Wing, Washington, DC 20227.

1.18 FAR 52.232-33, PAYMENT BY ELECTRONIC FUNDS TRANSFER - CENTRAL

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 12 of 22



CONTRACTOR REGISTRATION (MAY 1999)

(a) Method of payment. (1) All payments by the Government under this contract shall be made by electronic funds transfer (EFT), except as provided in paragraph (a)(2) of this clause. As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.
(2) In the event the Government is unable to release one or more payments by EFT, the
Contractor agrees to either--
(i) Accept payment by check or some other mutually agreeable method of payment; or
(ii) Request the Government to extend the payment due date until such time as the Government can make payment by EFT (but see paragraph (d) of this clause).

(b) Contractor's EFT information. The Government shall make payment to the Contractor using the EFT information contained in the Central Contractor Registration (CCR) database. In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the CCR database.

(c) Mechanisms for EFT payment. The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System. The rules governing Federal payments through the ACH are contained in 31 CFR part 210.

(d) Suspension of payment. If the Contractor's EFT information in the CCR database is incorrect, then the Government need not make payment to the Contractor under this contract until correct EFT information is entered into the CCR database; and any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(e) Contractor EFT arrangements. If the Contractor has identified multiple payment receiving points (i.e., more than one remittance address and/or EFT information set) in the CCR database, and the Contractor has not notified the Government of the payment receiving point applicable to this contract, the Government shall make payment to the first payment receiving point (EFT information set or remittance address as applicable) listed in the CCR database.

(f) Liability for uncompleted or erroneous transfers. (1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for--
(i) Making a correct payment;
(ii) Paying any prompt payment penalty due; and
(iii) Recovering any erroneously directed funds.
(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and--
(i) If the funds are no longer under the control of the payment office, the Government
is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 13 of 22



(ii) If the funds remain under the control of the payment office, the Government shall
not make payment, and the provisions of paragraph (d) of this clause shall apply.

(g) EFT and prompt payment. A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(h) EFT and assignment of claims. If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall register in the CCR database and shall be paid by EFT in accordance with the terms of this clause. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(i) Liability for change of EFT information by financial agent. The Government is not liable for errors resulting from changes to EFT information made by the Contractor's financial agent.

(j) Payment information. The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address contained in the CCR database.

(End of Clause)

1.19 NOT USED

1.20 FAR 52.236-1, PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least 15 percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

1.21 FAR 52.236-21, SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FEB 1997) - ALTERNATES I (APR 1984)

(a) The Contractor shall keep on the work site a copy of the drawings and specifications and shall at all times give the Contracting Officer access thereto. Anything mentioned in the specifications and not shown on the

 LMB 007292

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 14 of 22



SECTION 01200

PRICE AND PAYMENT PROCEDURES

PART 1. GENERAL

1.1. SUBMITTALS

Submit a Schedule of Prices as identified in paragraph 1.2 below in accordance with the Section titled "Submittal Procedures."

1.2. SCHEDULE OF PRICES

Prepare a Schedule of Prices on the forms furnished by the Government. The Schedule of Prices shall be a detailed breakdown of the contract price, giving quantities for each of the various kinds of work, unit prices, and extended prices. Submit the Schedule of Prices to the Government with the Final Design Submittal in accordance with Section III for approval by the Contracting Officer. Payments for construction work will not be made until the Schedule of Prices has been approved by the Contracting Officer.

1.3. CONTRACTOR'S INVOICE AND CONTRACT PERFORMANCE STATEMENT.

a. Content of Invoice. Requests for payment will be processed in accordance with "FAR 52.252-5, Payments Under Fixed-Price Construction Contract" and shall consist of the following:

(1) The Contractor's invoice shall be submitted on NAVFAC Form 7300/41, which may be obtained from the Contracting Officer. The invoice shall show, in summary form, the basis for arriving at the amount of the invoice.
(2) The Contract Performance Statement, on the form furnished by the Government for this purpose, shall show, in detail, the estimated cost, percentage of completion, and value of completed performance.
(3) The Contractor shall provide an updated network analysis.
(4) Contractor's Final Release Form (with request for final payment only).
(5) QC Manager's invoice certification.

b. Quantities of Monthly Invoices and Supporting Forms. Submit invoices and supporting forms for work performed to the Contracting Officer in the following quantities:

(1) Contractor's invoice - Original and one copy.
(2) Contract Performance Statement - Two copies.
(3) Updated network analysis system submittal - Three copies.
(4) Updated submittal register - One copy.

c. Mailing of Invoices

(1) Submit invoices for construction work to the following address:

Resident Officer In Charge of Construction
Naval Air Station Whidbey
1100 W. Lexington Street, Bldg 1193
Oak Harbor, Washington 98278-2400

(2) All invoices shall be forwarded with specific marking on the

envelope. This marking shall be in the front lower left hand corner, in large letters, "INVOICES - ENCLOSED"

d. Invoices not completed in accordance with contract requirements will be returned to the Contractor for correction of the deficiencies.

e. Final invoices shall include a properly executed Contractor's Final Release Form. Final invoices not including this form will be considered defective and returned to the Contractor.

1.4. PAYMENTS TO THE CONTRACTOR

Payments will be made on submission of itemized requests by the contractor and will be subject to reduction for overpayments or increase for underpayments on preceding payments to the Contractor.

1.4.1 Obligation of Government Payments

The obligation of the government to make payments required under the provisions of this contract will, at the discretion of the Contracting Officer, be subject to the following

a. Reasonable deductions due to defects in material or workmanship.

b. Claims which the Government may have against the Contractor under or in connection with this contract.

c. Unless otherwise adjusted, repayment to the Government upon demand for overpayments made to the Contractor.

d. Record drawings not current as stated in clause, "FAC 5252.236-9310, Record Drawings."

1.4.2 Payments for Materials Offsite

Payments may be made to the Contractor for materials stored off the construction site under the following conditions:

a. Conditions identified in the above paragraph entitled, "Payments to the Contractor."
b. Material within a distance of 50 miles by streets and roads to the construction site.
c. Materials adequately insured and protected from theft and exposure.
d. Materials not susceptible to deterioration or physical damage in storage or in transit to the job site are acceptable for progress payments. Items such as steel, machinery, pipe and fittings, and electrical cable are acceptable. Items such as gypsum wallboard, glass, insulation, and wall coverings are not.
e. Materials in transit to the job site or storage site are not acceptable for payment.

Part 2. PRODUCTS

Not Used.

Part 3. EXECUTION

Not Used



LUMBERMENS 07938

END OF SECTION

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 17 of 22



SECTION 01321

NETWORK ANALYSIS SCHEDULES

PART 1. GENERAL

1.1 DESCRIPTION

Prepare a progress chart pursuant to the clause entitled "FAR 52.236-15, Schedules for Construction Contracts" of the Contract Clauses that shall consist of a network analysis system. Include scheduling of construction, creation of the network, production of the reports, execution of the plan described by the network, participation in meetings with the Contracting Officer, and submission of progress and revision data, as hereinafter set forth. Utilize conventional NAS (Precedence Diagram) technique to satisfy both time and cost applications.

1.2 SUBMITTALS

Submit the following in accordance with section entitled "Submittal Procedures."

1.2.1 SD-18, Records

a. Network system analysis plan G

b. Monthly reports G

c. Approved Network G

d. Summary Network G

1.3 SOFTWARE

Provide network analysis software identical to the software the Contractor will use to schedule the project. The scheduling software package shall contain site license and all user manuals normally provided by the software distributor. Submit hard copy and electronic copy of all network analysis and updates. Electronic copy shall be on 3.5 inch double sided, high density floppy disks. The network analysis software shall be capable of running on a Government owned personal computer using Microsoft Windows 95. The network analysis system shall be kept current, with changes made to reflect the actual progress and status of the construction. Updated electronic and hard copies shall be provided as directed. The contractor provided network analysis software will remain the property of the government.

1.4 NETWORK SYSTEM FORMAT

The system shall consist of time network scaled logic diagrams and accompanying mathematical analyses. Facilities with discrete completion dates shall be identified by separate subnetworks interconnected with the basic diagram.

1.4.1 Diagrams

Show the order and interdependence of activities and the sequence in which the work is to be accomplished as planned. The basic concept of a network analysis diagram will be followed to show how the start of a given activity is dependent on the completion of preceding activities and how its completion

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 18 of 22



restricts or restrains the start of following activities. The diagram shall clearly show the activities of the critical path. In addition to construction activities, detailed network activities shall include the submittal and approval of materials, samples, delivery of O&M manuals, training to be provided, shop drawings, the procurement of critical materials and equipment, receipt of materials with estimated procurement costs of major items for which payment of materials will be requested in advance of installation, fabrication of special material and equipment, and their installation and testing. Show activities of the Government that affect progress and contract-required dates for completion of all or parts of the work. Show activities indicating Government furnished materials and equipment utilizing delivery dates indicated in "FAR 52.245-2, Government Furnished Property (Fixed-Price Contract)." Show the following information on the diagrams for each activity:

a. Activity number.

b. Description of the activity.

c. Duration in work days

d. Responsibility code indicating the party responsible for accomplishment of the activity. As a minimum, provide a separate responsibility code for each subcontractor.

e. Area code indicating the area of the project in which the work will be performed.

1.4.2 Quantity and Numbering of Activities

Numbering shall be assigned so that, in general, predecessor activity numbers are smaller numerically than the successor activity numbers. Skip numbering shall be used on the network to allow insertion of additional activities for contract modifications and logic changes. The minimum number of activities in the final network diagram shall be 30 per building and 1000 for the total project. Buildings that have the same detailed activities shall be shown as summary of activities (one activity per building) with the detailed activities shown at least one location. Dummies and interdependencies are not counted as activities.

1.4.3 Mathematical Analysis

The network diagram mathematical analysis shall include a tabulation of each activity shown on the detailed network diagrams. Provide the following information as a minimum for each activity:

a Activity number.

b. Activity description.

c. Estimated duration of activities (by work days).

d. Earliest start date (by calendar date).

e. Earliest finish date (by calendar date).

f. Actual start date (by calendar date).

g Actual finish date (by calendar date).

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 19 of 22



h. Latest start date (by calendar date).

i. Latest finish date (by calendar date).

j. Total float or slack

k. Monetary value of activity - values of activities will be broken down and listed by material/equipment costs, labor costs, and inspection testing costs. Value of inspection/testing will not be less than 10 percent of the activity value.

l. Responsibility code (including prime contractor, subcontractors, suppliers, Government, or other party responsible for accomplishment of an activity).

m. Manpower required (crew size).

n. Percentage of activity completed.

o. Contractor's earnings based on portion of activity completed:

The program or means used in making the mathematical computation shall be capable of compiling the total value of completed and partially completed activities. The program shall also be capable of accepting revised completion dates as modified by approved time extensions and recomputation of tabulation dates/costs and float accordingly.

1.4.4 Required Sorts

List the activities in sorts or groups as follows:

a. By the preceding event number from lowest to highest and then in the order of the following activity number showing the current status of all activities.

b. By the amount of total float, from lowest to highest and then in order of activity number (Total Float or Slack Report) showing all incomplete activities.

c. By latest allowable start dates, then in order of activity numbers.

d. Contractor's monthly payment request sorted by responsibility code with summary (cost earned by Responsibility Code Report).

e. Early Start Report.

f. Listing of input data which generates the Input Data Report.

g. By the activity number from lowest to highest, showing preceding and succeeding activity numbers for each activity (Predecessor/Successor Report), and showing the current status of each activity.

1.5 SUBMISSION AND APPROVAL

1.5.1 Preliminary Meeting

If requested by the Contracting Officer, participate in a preliminary meeting to discuss the proposed schedule and requirements of this section prior to submission of the network.

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 20 of 22



1.5.2 Completed Network

Submit the complete network analysis, consisting of the network mathematical analysis and network diagrams, within 40 calendar days after contract award. Submit three copies of both the diagrams described in paragraph entitled "Diagrams" and required sorts listed in paragraph entitled "Required Sorts".

1.5.3 Review and Evaluation

The Contractor shall participate in a review and evaluation of the proposed network diagrams and analysis by the Contracting Officer. Revisions necessary as a result of this review shall be resubmitted for approval of the Contracting Officer within 10 calendar days after the conference. The approved schedule shall then be the schedule to be used by the Contractor for planning, organizing, and directing the work, reporting progress, and requesting payment for work accomplished.

1.5.4 Changes to the Network Analysis Schedule

If changes in the method of operating and scheduling are desired, the Contracting Officer shall be notified in writing stating the reasons for the change. If the Contracting Officer considers these changes to be of a major nature, the Contractor may be required to revise and submit for approval, without additional cost to the Government, network diagrams and required sorts. A change may be considered of a major nature if the estimated time required or actually used for an activity or the network logic is varied from the original plan to a degree that there is a reasonable doubt as to the effect on the contract completion date. Changes, which affect activities with adequate float time, shall be considered a major change when their cumulative effect could extend the contract completion date.

1.5.5 Approved Network

Once the completed network has been approved by the Contracting Officer, the Contractor shall within 15 calendar days furnish:

a. Four copies of the network diagrams.

b. Four copies of the required sorts listed in paragraph entitled "Required Sorts".

c. Four copies of the activity number specified in paragraph entitled "Monthly Reports".

d. Four copies of the Cash Flow Report indicating the cash flow based upon both the early and late start schedules.

For major revisions or changes to the network diagrams, once approved by the Contracting Officer, the Contractor shall submit these same diagrams and reports except submit the cash flow report only after the original complete network has been approved.

1.5.6 Monthly Reports

Submit at monthly intervals a report of the actual construction progress by updating the required sorts and the time scaled logic diagram. Initially, and monthly thereafter, produce a projected report of scheduled activities to be started, in process or completed during the upcoming reporting period, sorted

Case 1:04-cv-01255-RHH Document 17-5 Filed 04/15/2005 Page 21 of 22



by early start then activity number. At the end of the reporting period, Contractor and Government representatives shall jointly make entries on the preceding Look-Ahead Report to show actual progress. As a minimum, the following action will be accomplished:

a Identify activities started and completed during the previous period.

b. Show estimated duration (in work days) to complete each activity started but not completed during the previous period.

c. Show estimated duration (in work days) to complete each activity started but not completed.

d. Indicate percentage of cost payable for each activity.

e. Reflect changes in the network diagram.

Conformed modifications and pending proposed changes shall be shown on the update report. Submit a narrative report describing current and anticipated problem areas and/or delaying factors with their impact together with an explanation of corrective actions taken or proposed. Produce, from the marked-up Look-Ahead Report, updated required sorts for the project and use the accumulated cost for completed and partially completed activities as the basis for requesting progress payments, pursuant to, "FAR 52.232-5, Payments Under Fixed-Price Construction Contracts" and "FAR 52.236-5, Schedules for Construction Contracts." Contract status shall be evaluated on the basis of relative float on the critical path at the time of updating with negative relative float indicating the contract is behind schedule and positive relative float indicating status ahead of schedule. (Relative float is the current status of an activity in relation to the approved schedule completion date.) Submit three copies of the required sorts listed in paragraph entitled "Required Sorts" and the Look-Ahead Report with each payment request.

1.5.7 Submission Requirements

Provide network diagrams on 30 by 42 inch sheets. Updated diagrams shall show the date of the latest revision.

1.5.8 Summary Network

A summary network shall generally have the same network form as the final submitted NAS Schedule. The summary network will contain a minimal number of activities that represent the general approach of work sequence. It will be a time-scaled logical sequence of work phases, classifications and areas. It will not be necessary to cost load the summary network or show responsibility codes. The Contractor shall submit a summary network diagram immediately after approval of the complete network. A complete update shall be submitted every 6 months during the contract duration and immediately following approval of each major schedule change. Submit the following:

a. One mylar or equivalent of the summary network diagram.

b. Three copies of the summary network diagram.

c. Three copies of the summary I-J report.

d. Three copies of the summary Total Float Report.

e. Three copies of the Cash Flow Report indicating the cash flow for the

current complete (not summary) network based upon both the early and late start schedules.

1.6 CONTRACT MODIFICATION

When a contract modification to the work is required, submit proposed revisions to the network reflecting the impact. Submit the proposed network revisions with the cost proposal for each proposed change. Should it be determined that a mathematical analysis utilizing the computer is necessary to analyze the impact, submit three copies of the Total Float Report and Input Data with the cost proposal. Incorporate contract modifications into the subsequent monthly update. Financial data shall not be incorporated until the Contracting Officer signs issuance of a contract modification on Standard Form 30. Those contract modifications determined to have no impact will require only the identification of the affected activities as part of the proposed change proposal.

1.7 TIME EXTENSIONS

Float or slack is defined as the amount of time between the early start date and the late start date, or the early finish date and the late finish date of any of the activities in the NAS Schedule. Float or slack is not time for the exclusive use or benefit of either the Government or the Contractor. Extension of time for performance required under the clauses titled "Changes," "Differing Site Conditions," "Default (Fixed-Price Construction)" or "Suspension of Work" of the Contract Clauses will be granted only to the extent that equitable time adjustments for the activity or activities affected exceed the total float or slack along the network paths involved. Submit time extension requests with a narrative report supporting the request and three copies of the Total Float Report and input data if a mathematical analysis is necessary to support the narrative report.

PART 2. PRODUCTS

Not used.

PART 3. EXECUTION

Not used.

END OF SECTION