**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1255 C |

**ACKNOWLEDGEMENT OF RESPONSIBILITY FOR MATERIAL**

I, Mark G. Jackson, am Counsel of Record for Lumbermens Mutual Casualty Company in this matter. Pursuant to the Court's May 4, 2005 Order, I hereby acknowledge responsibility for Plaintiff's Opposition To Defendant's Motion to Dismiss For Lack of Jurisdiction and attached material, which were filed on April 15, 2005 at my request and under my direction.

DATED this 12th day of May, 2005.

.

LUMBERMENS MUTUAL CASUALTY COMPANY

By: /s/ ______________________________
Mark G. Jackson, WSBA #18325

PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022

Counsel of Record for
LUMBERMENS MUTUAL CASUALTY COMPANY

OF COUNSEL:

Derek D. Crick
Kevin A. Rosenfield
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022

G. Matthew Koehl
PRESTON GATES ELLIS & ROUVELAS MEEDS LLP
1735 New York Avenue NW, Suite 500
Washington DC 20006-5221
(202) 628-1700

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2005, I electronically filed the foregoing with the clerk of the Court using the electronic filing system, which will send notification of such filing to all attorneys of record,

/s/
Judy Goldfarb