# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: May 31, 2005

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We have scheduled an oral argument on defendant's Motion to Dismiss at 2:00 p.m. on July 7 in the National Courts Building. The courtroom number will be posted in the lobby that morning.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge