# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: August 29, 2005

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties will complete written discovery by February 17, 2006, designate experts by March 1, 2006, and exchange expert reports within thirty days after completion of fact witness discovery. They will depose expert witnesses no later than June 17, 2006. We will set a date for a hearing in July or August, if necessary.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge