# Exhibit A

SECTION 00720

CONTRACT CLAUSES BY REFERENCE
05/99

1.1 FAR 52.252-2, CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far/

1.2 FAR 52.202-1, DEFINITIONS (OCT 1995) AND ALTERNATE I (APR 1984)

1.3 FAR 52.203-3, GRATUITIES (APR 1984)

1.4 FAR 52.203-5, COVENANT AGAINST CONTINGENT FEES (APR 1984)

1.5 FAR 52.203-6, RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1995)

1.6 FAR 52.203-7, ANTI-KICKBACK PROCEDURES (JUL 1995)

1.7 FAR 52.203-8, CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

1.8 FAR 52.203-10, PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

1.9 FAR 52.203-12, LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997)

1.10 FAR 52.204-2, SECURITY REQUIREMENTS (AUG 1996)

1.11 FAR 52.204-4, PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER (JUN 1996)

1.12 FAR 52.209-6, PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (JUL 1995)

1.13 FAR 52.211-13, TIME EXTENSIONS (APR 1984)

1.14 FAR 52.211-15, DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (SEP 1990)

1.15 NOT USED

1.16 FAR 52.215-2, AUDIT AND RECORDS - NEGOTIATION (AUG 1996)

1.17 FAR 52.215-10, PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA (OCT 1997)

1.18 FAR 52.215-11, PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA --MODIFICATIONS (OCT 1997)

1.19 FAR 52.215-12, SUBCONTRACTOR COST OR PRICING DATA (OCT 1997)

1.20 FAR 52.215-13, SUBCONTRACTOR COST OR PRICING DATA -- MODIFICATIONS (OCT 1997)

1.21 FAR 52.215-15, PENSION ADJUSTMENTS AND ASSET REVERSIONS (DEC 1998)

1.22 NOT USED

1.23 FAR 52.215-18, REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS (OCT 1997)

1.24 FAR 52.215-19, NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)

1.25 FAR 52.219-8, UTILIZATION OF SMALL BUSINESS CONCERNS (JAN 1999)

1.26 FAR 52.219-9, SMALL BUSINESS SUBCONTRACTING PLAN (JAN 1999) - ALTERNATE II, (JAN 1999)

1.27 FAR 52.219-14, LIMITATIONS ON SUBCONTRACTING (DEC 1996)

1.28 FAR 52.219-16, LIQUIDATED DAMAGES - SUBCONTRACTING PLAN (JAN 1999)

1.29 FAR 52.222-1, NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997)

1.30 FAR 52.222-3, CONVICT LABOR (AUG 1996)

1.31 FAR 52.222-4, CONTRACT WORK HOURS AND SAFETY STANDARDS ACT -- OVERTIME COMPENSATION (JUL 1995)

1.32 FAR 52.222-6, DAVIS-BACON ACT (FEB 1995)

1.33 FAR 52.222-7, WITHHOLDING OF FUNDS (FEB 1988)

1.34 FAR 52.222-8, PAYROLLS AND BASIC RECORDS (FEB 1988)

1.35 FAR 52.222-9, APPRENTICES AND TRAINEES (FEB 1988)

1.36 FAR 52.222-10, COMPLIANCE WITH COPELAND ACT REQUIREMENTS (FEB 1988)

1.37 FAR 52.222-11, SUBCONTRACTS (LABOR STANDARDS) (FEB 1988)

1.38 FAR 52.222-12, CONTRACT TERMINATION -- DEBARMENT (FEB 1988)

1.39 FAR 52.222-13, COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (FEB 1988)

1.40 FAR 52.222-14, DISPUTES CONCERNING LABOR STANDARDS (FEB 1988)

1.41 FAR 52.222-15, CERTIFICATION OF ELIGIBILITY (FEB 1988)

1.42 FAR 52.222-21, PROHIBITION OF SEGREGATED FACILITIES (FEB 1999)

1.43 FAR 52.222-26, EQUAL OPPORTUNITY (FEB 1999)

1.44 FAR 52.222-27, AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR

CONSTRUCTION (FEB 1999)

1.45 FAR 52.222-35, AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS (APR 1998)

1.46 FAR 52.222-36, AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998)

1.47 FAR 52.222-37, EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (APR 1998)

1.48 FAR 52.223-2, CLEAN AIR AND WATER (APR 1984)

1.49 FAR 52.223-5, POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION (APR 1998)

1.50 FAR 52.223-6, DRUG-FREE WORKPLACE (JAN 1997)

1.51 FAR 52.223-14, TOXIC CHEMICAL RELEASE REPORTING (OCT 1996)

1.52 FAR 52.225-11, RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (AUG 1998)

1.53 FAR 52.226-1, UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES (MAY 1999)

1.54 FAR 52.227-1, AUTHORIZATION AND CONSENT (JUL 1995)

1.55 FAR 52.227-2, NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (AUG 1996)

1.56 FAR 52.227-4, PATENT INDEMNITY -- CONSTRUCTION CONTRACTS (APR 1984)

1.57 FAR 52.228-1, BID GUARANTEE (SEP 1996)

1.58 FAR 52.228-2, ADDITIONAL BOND SECURITY (OCT 1997)

1.59 FAR 52.228-5, INSURANCE -- WORK ON A GOVERNMENT INSTALLATION (JAN 1997)

Amounts of insurance are in Section 01110, "Summary of Work" paragraph "Minimum Insurance Requirements."

1.60 FAR 52.228-11, PLEDGES OF ASSETS (FEB 1992)

1.61 FAR 52.228-12, PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS (OCT 1995)

1.62 FAR 52.229-3, FEDERAL, STATE, AND LOCAL TAXES (JAN 1991)

1.63 FAR 52.229-5, TAXES -- CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (APR 1984)

1.64 FAR 52.230-2, COST ACCOUNTING STANDARDS (APR 1998)

1.65 FAR 52.230-3, DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES (APR 1998)

1.66 FAR 52.230-5, COST ACCOUNTING STANDARDS, EDUCATIONAL INSTITUTION (APR 1996)

1.67 FAR 52.232-5, PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (MAY

1997)

1.68 FAR 52.232-17, INTEREST (JUN 1996)

1.69 NOT USED

1.70 FAR 52.232-23, ASSIGNMENT OF CLAIMS (JAN 1986)

1.71 FAR 52.232-27, PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (MAY 1997)
1.72 NOT USED

1.73 FAR 52.232-34, PAYMENT BY ELECTRONIC FUNDS TRANSFER-OTHER THAN CENTRAL CONTRACTOR REGISTRATION (MAY 1999)

1.74 FAR 52.232-36, PAYMENT BY THIRD PARTY (MAY 1999)

1.75 FAR 52.233-1, DISPUTES (DEC 1998) - ALTERNATE I (DEC 1991)

1.76 FAR 52.233-3, PROTEST AFTER AWARD (AUG 1996)

1.77 FAR 52.236-2, DIFFERING SITE CONDITIONS (APR 1984)

1.78 FAR 52.236-3, SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (APR 1984)

1.79 FAR 52.236-5, MATERIAL AND WORKMANSHIP (APR 1984)

1.80 FAR 52.236-6, SUPERINTENDENCE BY THE CONTRACTOR (APR 1984)

1.81 FAR 52.236-7, PERMITS AND RESPONSIBILITIES (NOV 1991)

1.82 FAR 52.236-8, OTHER CONTRACTS (APR 1984)

1.83 FAR 52.236-9, PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984)

1.84 FAR 52.236-10, OPERATIONS AND STORAGE AREAS (APR 1984)

1.85 FAR 52.236-11, USE AND POSSESSION PRIOR TO COMPLETION (APR 1984)

1.86 FAR 52.236-12, CLEANING UP (APR 1984)

1.87 FAR 52.236-13, ACCIDENT PREVENTION (NOV 1991) - Alternate I (NOV 1991)

1.88 FAR 52.236-14, AVAILABILITY AND USE OF UTILITY SERVICES (APR 1984)

1.89 FAR 52.236-15, SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984)

1.90 NOT USED

1.91 FAR 52.236-17, LAYOUT OF WORK (APR 1984)

1.92 FAR 52.236-26, PRECONSTRUCTION CONFERENCE (FEB 1995)

1.93 FAR 52.242-13, BANKRUPTCY (JUL 1995)

1.94 FAR 52.242-14, SUSPENSION OF WORK (APR 1984)

SECTION 01200

PRICE AND PAYMENT PROCEDURES

PART 1. GENERAL

1.1. SUBMITTALS

Submit a Schedule of Prices as identified in paragraph 1.2 below in accordance with the Section titled "Submittal Procedures."

1.2. SCHEDULE OF PRICES

Prepare a Schedule of Prices on the forms furnished by the Government. The Schedule of Prices shall be a detailed breakdown of the contract price, giving quantities for each of the various kinds of work, unit prices, and extended prices. Submit the Schedule of Prices to the Government with the Final Design Submittal in accordance with Section III for approval by the Contracting Officer. Payments for construction work will not be made until the Schedule of Prices has been approved by the Contracting Officer.

1.3. CONTRACTOR'S INVOICE AND CONTRACT PERFORMANCE STATEMENT.

a. Content of Invoice. Requests for payment will be processed in accordance with "FAR 52.252-5, Payments Under Fixed-Price Construction Contract" and shall consist of the following:

(1) The Contractor's invoice shall be submitted on NAVFAC Form 7300/41, which may be obtained from the Contracting Officer. The invoice shall show, in summary form, the basis for arriving at the amount of the invoice.
(2) The Contract Performance Statement, on the form furnished by the Government for this purpose, shall show, in detail, the estimated cost, percentage of completion, and value of completed performance.
(3) The Contractor shall provide an updated network analysis.
(4) Contractor's Final Release Form (with request for final payment only).
(5) QC Manager's invoice certification.

b. Quantities of Monthly Invoices and Supporting Forms. Submit invoices and supporting forms for work performed to the Contracting Officer in the following quantities:

(1) Contractor's invoice - Original and one copy.
(2) Contract Performance Statement - Two copies.
(3) Updated network analysis system submittal - Three copies.
(4) Updated submittal register - One copy.

c. Mailing of Invoices.

(1) Submit invoices for construction work to the following address:

Resident Officer In Charge of Construction
Naval Air Station Whidbey
1100 W. Lexington Street, Bldg 1193
Oak Harbor, Washington 98278-2400

(2) All invoices shall be forwarded with specific marking on the envelope. This marking shall be in the front lower left hand corner, in large letters, "INVOICES - ENCLOSED."

d. Invoices not completed in accordance with contract requirements will

be returned to the Contractor for correction of the deficiencies.

e. Final invoices shall include a properly executed Contractor's Final Release Form. Final invoices not including this form will be considered defective and returned to the Contractor.

1.4. PAYMENTS TO THE CONTRACTOR

Payments will be made on submission of itemized requests by the contractor and will be subject to reduction for overpayments or increase for underpayments on preceding payments to the Contractor.

1.4.1 Obligation of Government Payments

The obligation of the government to make payments required under the provisions of this contract will, at the discretion of the Contracting Officer, be subject to the following.

a. Reasonable deductions due to defects in material or workmanship.

b. Claims which the Government may have against the Contractor under or in connection with this contract.

c. Unless otherwise adjusted, repayment to the Government upon demand for overpayments made to the Contractor.

d. Record drawings not current as stated in clause, "FAC 5252.236-9310, Record Drawings."

1.4.2 Payments for Materials Offsite

Payments may be made to the Contractor for materials stored off the construction site under the following conditions:

a. Conditions identified in the above paragraph entitled, "Payments to the Contractor."
b. Material within a distance of 50 miles by streets and roads to the construction site.
c. Materials adequately insured and protected from theft and exposure.
d. Materials not susceptible to deterioration or physical damage in storage or in transit to the job site are acceptable for progress payments. Items such as steel, machinery, pipe and fittings, and electrical cable are acceptable. Items such as gypsum wallboard, glass, insulation, and wall coverings are not.
e. Materials in transit to the job site or storage site are not acceptable for payment.

**Part 2. PRODUCTS**

Not Used.

**Part 3. EXECUTION**

Not Used.

END OF SECTION

SECTION 01321

NETWORK ANALYSIS SCHEDULES

## PART 1. GENERAL

### 1.1 DESCRIPTION

Prepare a progress chart pursuant to the clause entitled "FAR 52.236-15, Schedules for Construction Contracts" of the Contract Clauses that shall consist of a network analysis system. Include scheduling of construction, creation of the network, production of the reports, execution of the plan described by the network, participation in meetings with the Contracting Officer, and submission of progress and revision data, as hereinafter set forth. Utilize conventional NAS (Precedence Diagram) technique to satisfy both time and cost applications.

### 1.2 SUBMITTALS

Submit the following in accordance with section entitled "Submittal Procedures."

#### 1.2.1 SD-18, Records

a. Network system analysis plan G

b. Monthly reports G

c. Approved Network G

d. Summary Network G

### 1.3 SOFTWARE

Provide network analysis software identical to the software the Contractor will use to schedule the project. The scheduling software package shall contain site license and all user manuals normally provided by the software distributor. Submit hard copy and electronic copy of all network analysis and updates. Electronic copy shall be on 3.5 inch double sided, high density floppy disks. The network analysis software shall be capable of running on a Government owned personal computer using Microsoft Windows 95. The network analysis system shall be kept current, with changes made to reflect the actual progress and status of the construction. Updated electronic and hard copies shall be provided as directed. The contractor provided network analysis software will remain the property of the government.

### 1.4 NETWORK SYSTEM FORMAT

The system shall consist of time network scaled logic diagrams and accompanying mathematical analyses. Facilities with discrete completion dates shall be identified by separate subnetworks interconnected with the basic diagram.

#### 1.4.1 Diagrams

Show the order and interdependence of activities and the sequence in which the work is to be accomplished as planned. The basic concept of a network analysis diagram will be followed to show how the start of a given activity is dependent on the completion of preceding activities and how its completion restricts or restrains the start of following activities. The diagram shall clearly show the activities of the critical path. In addition to construction activities, detailed network activities shall include the submittal and approval of materials, samples, delivery of O&M manuals, training to be

provided, shop drawings, the procurement of critical materials and equipment, receipt of materials with estimated procurement costs of major items for which payment of materials will be requested in advance of installation, fabrication of special material and equipment, and their installation and testing. Show activities of the Government that affect progress and contract-required dates for completion of all or parts of the work. Show activities indicating Government furnished materials and equipment utilizing delivery dates indicated in "FAR 52.245-2, Government Furnished Property (Fixed-Price Contract)." Show the following information on the diagrams for each activity:

a. Activity number.

b. Description of the activity.

c. Duration in work days.

d. Responsibility code indicating the party responsible for accomplishment of the activity. As a minimum, provide a separate responsibility code for each subcontractor.

e. Area code indicating the area of the project in which the work will be performed.

1.4.2 Quantity and Numbering of Activities

Numbering shall be assigned so that, in general, predecessor activity numbers are smaller numerically than the successor activity numbers. Skip numbering shall be used on the network to allow insertion of additional activities for contract modifications and logic changes. The minimum number of activities in the final network diagram shall be 30 per building and 1000 for the total project. Buildings that have the same detailed activities shall be shown as summary of activities (one activity per building) with the detailed activities shown at least one location. Dummies and interdependencies are not counted as activities.

1.4.3 Mathematical Analysis

The network diagram mathematical analysis shall include a tabulation of each activity shown on the detailed network diagrams. Provide the following information as a minimum for each activity:

a. Activity number.

b. Activity description.

c. Estimated duration of activities (by work days).

d. Earliest start date (by calendar date).

e. Earliest finish date (by calendar date).

f. Actual start date (by calendar date).

g. Actual finish date (by calendar date).

h. Latest start date (by calendar date).

i. Latest finish date (by calendar date).

j. Total float or slack.

k. Monetary value of activity - values of activities will be broken down and listed by material/equipment costs, labor costs, and inspection testing costs. Value of inspection/testing will not be less than 10

percent of the activity value.

l. Responsibility code (including prime contractor, subcontractors, suppliers, Government, or other party responsible for accomplishment of an activity).

m. Manpower required (crew size).

n. Percentage of activity completed.

o. Contractor's earnings based on portion of activity completed.

The program or means used in making the mathematical computation shall be capable of compiling the total value of completed and partially completed activities. The program shall also be capable of accepting revised completion dates as modified by approved time extensions and recomputation of tabulation dates/costs and float accordingly.

1.4.4 Required Sorts

List the activities in sorts or groups as follows:

a. By the preceding event number from lowest to highest and then in the order of the following activity number showing the current status of all activities.

b. By the amount of total float, from lowest to highest and then in order of activity number (Total Float or Slack Report) showing all incomplete activities.

c. By latest allowable start dates, then in order of activity numbers.

d. Contractor's monthly payment request sorted by responsibility code with summary (cost earned by Responsibility Code Report).

e. Early Start Report.

f. Listing of input data which generates the Input Data Report.

g. By the activity number from lowest to highest, showing preceding and succeeding activity numbers for each activity (Predecessor/Successor Report), and showing the current status of each activity.

1.5 SUBMISSION AND APPROVAL

1.5.1 Preliminary Meeting

If requested by the Contracting Officer, participate in a preliminary meeting to discuss the proposed schedule and requirements of this section prior to submission of the network.

1.5.2 Completed Network

Submit the complete network analysis, consisting of the network mathematical analysis and network diagrams, within 40 calendar days after contract award. Submit three copies of both the diagrams described in paragraph entitled "Diagrams" and required sorts listed in paragraph entitled "Required Sorts".

1.5.3 Review and Evaluation

The Contractor shall participate in a review and evaluation of the proposed network diagrams and analysis by the Contracting Officer. Revisions necessary as a result of this review shall be resubmitted for approval of the Contracting Officer within 10 calendar days after the conference. The

approved schedule shall then be the schedule to be used by the Contractor for planning, organizing, and directing the work, reporting progress, and requesting payment for work accomplished.

1.5.4 Changes to the Network Analysis Schedule

If changes in the method of operating and scheduling are desired, the Contracting Officer shall be notified in writing stating the reasons for the change. If the Contracting Officer considers these changes to be of a major nature, the Contractor may be required to revise and submit for approval, without additional cost to the Government, network diagrams and required sorts. A change may be considered of a major nature if the estimated time required or actually used for an activity or the network logic is varied from the original plan to a degree that there is a reasonable doubt as to the effect on the contract completion date. Changes, which affect activities with adequate float time, shall be considered a major change when their cumulative effect could extend the contract completion date.

1.5.5 Approved Network

Once the completed network has been approved by the Contracting Officer, the Contractor shall within 15 calendar days furnish:

a. Four copies of the network diagrams.

b. Four copies of the required sorts listed in paragraph entitled "Required Sorts".

c. Four copies of the activity number specified in paragraph entitled "Monthly Reports".

d. Four copies of the Cash Flow Report indicating the cash flow based upon both the early and late start schedules.

For major revisions or changes to the network diagrams, once approved by the Contracting Officer, the Contractor shall submit these same diagrams and reports except submit the cash flow report only after the original complete network has been approved.

1.5.6 Monthly Reports

Submit at monthly intervals a report of the actual construction progress by updating the required sorts and the time scaled logic diagram. Initially, and monthly thereafter, produce a projected report of scheduled activities to be started, in process or completed during the upcoming reporting period, sorted by early start then activity number. At the end of the reporting period, Contractor and Government representatives shall jointly make entries on the preceding Look-Ahead Report to show actual progress. As a minimum, the following action will be accomplished:

a. Identify activities started and completed during the previous period.

b. Show estimated duration (in work days) to complete each activity started but not completed during the previous period.

c. Show estimated duration (in work days) to complete each activity started but not completed.

d. Indicate percentage of cost payable for each activity.

e. Reflect changes in the network diagram.

Conformed modifications and pending proposed changes shall be shown on the update report. Submit a narrative report describing current and anticipated

problem areas and/or delaying factors with their impact together with an explanation of corrective actions taken or proposed. Produce, from the marked-up Look-Ahead Report, updated required sorts for the project and use the accumulated cost for completed and partially completed activities as the basis for requesting progress payments, pursuant to, "FAR 52.232-5, Payments Under Fixed-Price Construction Contracts" and "FAR 52.236-5, Schedules for Construction Contracts." Contract status shall be evaluated on the basis of relative float on the critical path at the time of updating with negative relative float indicating the contract is behind schedule and positive relative float indicating status ahead of schedule. (Relative float is the current status of an activity in relation to the approved schedule completion date.) Submit three copies of the required sorts listed in paragraph entitled "Required Sorts" and the Look-Ahead Report with each payment request.

1.5.7 Submission Requirements

Provide network diagrams on 30 by 42 inch sheets. Updated diagrams shall show the date of the latest revision.

1.5.8 Summary Network

A summary network shall generally have the same network form as the final submitted NAS Schedule. The summary network will contain a minimal number of activities that represent the general approach of work sequence. It will be a time-scaled logical sequence of work phases, classifications and areas. It will not be necessary to cost load the summary network or show responsibility codes. The Contractor shall submit a summary network diagram immediately after approval of the complete network. A complete update shall be submitted every 6 months during the contract duration and immediately following approval of each major schedule change. Submit the following:

a. One mylar or equivalent of the summary network diagram.

b. Three copies of the summary network diagram.

c. Three copies of the summary I-J report.

d. Three copies of the summary Total Float Report.

e. Three copies of the Cash Flow Report indicating the cash flow for the current complete (not summary) network based upon both the early and late start schedules.

1.6 CONTRACT MODIFICATION

When a contract modification to the work is required, submit proposed revisions to the network reflecting the impact. Submit the proposed network revisions with the cost proposal for each proposed change. Should it be determined that a mathematical analysis utilizing the computer is necessary to analyze the impact, submit three copies of the Total Float Report and Input Data with the cost proposal. Incorporate contract modifications into the subsequent monthly update. Financial data shall not be incorporated until the Contracting Officer signs issuance of a contract modification on Standard Form 30. Those contract modifications determined to have no impact will require only the identification of the affected activities as part of the proposed change proposal.

1.7 TIME EXTENSIONS

Float or slack is defined as the amount of time between the early start date and the late start date, or the early finish date and the late finish date of any of the activities in the NAS Schedule. Float or slack is not time for the exclusive use or benefit of either the Government or the Contractor. Extension of time for performance required under the clauses titled "Changes,"