# Exhibit B

N44255-01-C-0215 SAC12

**FedEx. Express USA Airbill** FedEx Tracking Number 8245 9564 2267 Form I.D. No. 0215 Sender's Copy

**1 From** Please print and press hard.

Date 23Mar01 Sender's FedEx Account Number 1434-4551-8

Sender's Name April WIlliamson Phone (360) 257-2506

Company ROICC

Address 1115 W LEXINGTON ST BLDG 103 Dept./Floor/Suite/Room

City OAK HARBOR State WA ZIP 98278

**2 Your Internal Billing Reference** First 24 characters will appear on invoice. 083 98MAIL 95FW

**3 To**

Recipient's Name TiffANY (code MAMB-EFD) Phone 858 ) 616-5186

Company DFAS

Address 4181 Rüffin Rd.

To "HOLD" at FedEx location, print FedEx address. We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

City San Diego State CA ZIP 9213-1819

**Peel and Stick FedEx USA Airbill**

See back for application instructions.

**Questions? Visit our Web site at www.fedex.com**

or call 1·800·Go·FedEx® (800)463-3339.

By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

0165408840

**4a Express Package Service** Packages up to 150 lbs. Delivery commitment may be later in some areas.

[X] FedEx Priority Overnight Next business morning
[ ] FedEx Standard Overnight Next business afternoon
[ ] FedEx First Overnight Earliest next business morning delivery to select locations
[ ] FedEx 2Day* Second business day
[ ] FedEx Express Saver* Third business day

*FedEx Envelope/Letter Rate not available. Minimum charge: One-pound rate

**4b Express Freight Service** Packages over 150 lbs. Delivery commitment may be later in some areas.

[ ] FedEx 1Day Freight* Next business day
[ ] FedEx 2Day Freight Second business day
[ ] FedEx 3Day Freight Third business day

* Call for Confirmation:

**5 Packaging** * Declared value limit $500

[X] FedEx Envelope/Letter*
[ ] FedEx Pak*
[ ] Other Pkg. Includes FedEx Box, FedEx Tube, and customer pkg.

**6 Special Handling**

[ ] SATURDAY Delivery RESTRICTIONS Available only for FedEx Priority Overnight and FedEx 2Day to select ZIP codes
[ ] SUNDAY Delivery RESTRICTIONS Available only for FedEx Priority Overnight to select ZIP codes
[ ] HOLD Weekday at FedEx Location RESTRICTIONS Not available with FedEx First Overnight
[ ] HOLD Saturday at FedEx Location RESTRICTIONS Available only for FedEx Priority Overnight and FedEx 2Day to select locations

Does this shipment contain dangerous goods? One box must be checked.

[X] No
[ ] Yes As per attached Shipper's Declaration
[ ] Yes Shipper's Declaration not required
[ ] Dry Ice Dry Ice, 9, UN 1845 ____ x ____ kg

Dangerous Goods cannot be shipped in FedEx packaging.

[ ] Cargo Aircraft Only

**7 Payment** Bill to: Enter FedEx Acct. No. or Credit Card No. below.

[ ] Sender Acct. No. in Section 1 will be billed.
[ ] Recipient
[X] Third Party
[ ] Credit Card
[ ] Cash/Check

FedEx Acct. No. / Credit Card No. 1298-1772-0 Exp. Date

| Total Packages | Total Weight | Total Declared Value† | |
|---|---|---|---|
| 1 | | $ .00 | FedEx Use Only |

†Our liability is limited to $100 unless you declare a higher value. See back for details.

**8 Release Signature** Sign to authorize delivery without obtaining signature.

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

402

SRP 1000 • Rev. Date 7/00 • Part #155812S • ©1994-2000 FedEx • PRINTED IN U.S.A.

PROMPT PAYMENT CERTIFICATION AND DEDUCTION:

# CONSTRUCTION FAST PAY

FROM:

RESIDENT OFFICER IN CHARGE OF CONSTRU(
NAS WHIDBEY FIELD OFFICE
1115 W LEXINGTON ST. BLDG 103
OAK HARBOR, WA 98278-4920

CERTIFYING ACTIVITY UIC:* N44255

Page 1 of 1 *

| PINN/Contract No.:* | SPIIN | Subj. to PP* | Contract on EDA | Discount Terms |
|---|---|---|---|---|
| N44255-97-C-5515 | | X Yes ___ No | ___ Yes ___ No | N/A |

| Invoice No:* | Circle One | Brief description of goods/services and quantity: |
|---|---|---|
| 5515-~~9~~ 10 | (PP) FP | Whole Site Repair/revitalization Maylor Capehart Housing Area NAS Whidbey |

| Invoice Date:*(YYMMDD) | Mat'l Receipt Date:*(YYMMDD) | Mat'l Accept Date:*(YYMMDD) | Invoice Receipt Date:*(YYMMDD) |
|---|---|---|---|
| 010321 | 010301 | 010301 | 010321 |
| Date Forwarded:*(YYMMDD) 010322 | Gross Amount:* $ 186,377.01 | Amount of Deduction: $ - | |
| Amount Certified for Payment:* $ 186,377.01 ~~84,359.15~~ | Reason for Deduction: N/A | | |

* ALL ACCOUNTING FIELDS BELOW ARE MANDATORY. TOTAL OF LINES PROVIDED MUST EQUAL AMOUNT CERTIFIED. *

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AB | 17 00047030 | 2502 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AB7C55150000 | $ 93,188.51 |
| REQUISITION # N0002500AL86013 | | | CLIN | SLIN | QUANTITY | | Brief description of goods/services: REPAIR/RENOVATION OF HOUSING UNITS | | | |

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 17 99037030 | 2592 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AA7C55150000 | $ ~~93,788.00~~ 93,188.50 |
| REQUISITION # N0002599AL75112 | | | CLIN | SLIN | QUANTITY | | Brief description of goods/services: REPAIR/RENOVATION OF HOUSING UNITS | | | |

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| REQUISITION # | | | CLIN | SLIN | QUANTITY | | Brief description of goods/services: | | | |

I certify that the accounting data provided is accurate, funds have been obligated in appropriate accounting system and changes have been applied to the appropriate accounting classification reference number (ACRN); available funds have been decremented for the amount approved for disbursement and will not be de-obligated; and the above invoice is correct and proper for payment.

(Signature)* 22-Mar-01 (Date)*

JOHN F. SANTIAGO, Contracting Officer
(Printed Name and Title)*

(360) 257-6503
(Phone Number)*

santiagojf@efanw.navfac.navy.mil
(e-mail address)

NAS 000259

wp 3/26

NAVFAC 7300/30
(rev 2/01)

N..VAL FACILITIES ENGINEERING COMM..ND

**1. CONTRACTOR'S INVOICE**

·om Landmark Construction Corporation

Invoice Date 3/21/01
Invoice Number 5515-10

POC/Telephone/email for this invoice:

To: Contract Specialist: John Santiago

**Below is a Statement of Performance under Contract** #N44255-97-C-5515
**for** Maylor Capehart Housing at NAS Whidbey

The enclosure provides breakdown of this statement of performance

| | | | |
|---|---|---|---|
| A. | Total value of contract/task order through change | | $ 12,158,663.00 |
| B. | Percentage of performance complete | 34 % | |
| C. | Value of completed performance | | $ 4,332,964.16 |
| D. | Less total of prior payments | | $ 4,146,587.15 |
| E. | Amount of this invoice | | $ 186,377.01 |

Signature and Title: Brad [signature] Project Manager
Date: 3/21/01
Signature of Authorized Representative

**2. FIRST ENDORSEMENT**

**Receipt and Acceptance Certification**
3/21/2001

From: ROICC Whidbey
To: DFAS SAN DIEGO OPLOC

**1. Payment is recommended as follows:**

| | | | |
|---|---|---|---|
| A. | Amount of work completed to (date) | 2-Mar-01 | $ 4,332,964.16 |
| B. | Less: | | |
| | Retention | $ | |
| | Other Deductions | $ - | $ – |
| C. | Subtotal | | $ 4,332,964.16 |
| D. | Less previous payments | | $ 4,146,587.15 |
| E. | Certified amount for payment # | 5515-10 on TO # | $ 186,377.01 |
| F. | Elapsed contract time (if applicable) | | |
| G. | Responsible Certifying UIC | N44255 | |
| H. | Invoice Receipt Date | 010322 | |
| I. | Material/Services Receipt Date | 010302 | |
| J. | Material/Services Acceptance Date | 010302 | |
| K. | Date forwarded to paying office | 010322 | |
| L. | I certify this amount is correct and payment is recommended. | | |

Signature: [signature] Date: 22-Mar-2001
Signature of Authorized Representative
Name and Title (typed):
Phone and address:

**3. PROMPT PAYMENT CERTIFICATION**

**I certify that the accounting data provided is accurate, funds have been obligated in appropriate accounting system and changes have been applied to the appropriate accounting classification reference number (ACRN), available funds have been decremented for the amount approved for disbursement and will not be de-obligated and the above invoice is correct and proper for payment.**

Signature: [signature] Date: 22-Mar-2001
Signature of Authorized Representative
Name and Title (typed): JOHN F. SANTIAGO, Contracting Officer
Phone and address: (360) 257-6503, 1115 W Lexington St. Bldg 103, Oak Harbor, WA 98278-2400

**Line(s) of accounting to be used for this invoice** (include appropriate Line Item # (CLIN, SLIN, or ACRN, etc)

AB 17 00047030 /2502 0321 31211 0 068711 2A 000000 AB7C55150000 $93,188.51
AA 17 99037030 /2592 0321 31211 0 068711 2A 000000 AB7C55150000 $93,188.00

NAS 000260

# Quality Control Invoice Certification

The as-built drawings are up to date and under review. The work for which payment is requested, including stored material, is in compliance with contract requirements.

QC Manager William Ford Robertson

Dated 3/21/01

Landmark
CORPORATION

1154 VISTA LOOP, OAK HARBOR, WA 98277

## PROGRESS PAYMENT CERTIFICATION

I hereby certify, to the best of my knowledge and belief, that:

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract.

(2) Payments to subcontractors and suppliers have been made form previous payments under the contract, and timely payments will be made from the proceeds of the payments covered by certification, in accordance with subcontract agreements and requirements of chapter 39 of Title 31, United states code: and

(3) This request for progress payments does not include any amounts, which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Brady Farley, Project Manager — 3/21/07 Date

## QUALITY CONTROL INVOICE CERTIFICATION

The as-built drawings are up to date and under review. The work for which payment is requested, including stored material, is in compliance with contract requirements.

William Tate Robbins, Quality Control Manager — 3/21/07 Date

PHONE: (360) 240-2575 • FAX: (360) 240-0445

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 |
|---|---|---|---|---|---|---|
| 1 | **MAYLOR CAPEHART HOUSING** | **$12,158,663.00** | **3%** | **$4,332,964.16** | **$7,825,698.84** | |
| 2 | RECEIVED CONTRACT | $0.00 | 0% | $0.00 | $0.00 | 4/11 |
| 3 | PARTNERING MEETING | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 4 | PRE-DESIGN MEETING | $0.00 | 0% | $0.00 | $0.00 | RICK BROWN AND ASSOCIATES/GOVT/LANDMARK |
| 5 | **DESIGN PHASE** | **$0.00** | **0%** | **$0.00** | **$0.00** | |
| 6 | **SUBMITTALS** | **$0.00** | **0%** | **$0.00** | **$0.00** | |
| 124 | GOVT, REVIEW SUBMITTAL | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 125 | CONSTRUCTION MOBILIZA' | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 126 | MUTUAL UNDERSTANDING | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 127 | **Schedule of Pricing** | **$7,795,145.00** | **68%** | **$4,138,549.56** | **$3,656,595.44** | |
| 128 | DOORS & WINDOWS | $500,000.00 | 75% | $375,000.00 | $125,000.00 | Pioneer Trading |
| 129 | CABINETS | $500,000.00 | 44% | $220,000.00 | $280,000.00 | Tacoma Fixtures |
| 130 | TOILETS & ACCESSORIES | $100,000.00 | 100% | $100,000.00 | $0.00 | American Direct |
| 131 | PAINT | $300,000.00 | 44% | $132,000.00 | $168,000.00 | Parker |
| 132 | INSURANCE | $18,500.00 | 100% | $18,500.00 | $0.00 | LANDMARK |
| 133 | TESTING AND INSPECTION | $5,000.00 | 75% | $3,750.00 | $1,250.00 | LANDMARK |
| 134 | Locates | $16,000.00 | 100% | $16,000.00 | $0.00 | Rosenau & Assoc. |
| 135 | BOND | $143,256.00 | 100% | $143,256.00 | $0.00 | LANDMARK |
| 136 | PERSONNEL | $728,834.00 | 44% | $320,686.96 | $408,147.04 | LANDMARK |
| 137 | MGMT TRAVEL/MEALS | $18,000.00 | 44% | $7,920.00 | $10,080.00 | LANDMARK |
| 138 | ARCHITECTURAL FEES | $200,000.00 | 100% | $200,000.00 | $0.00 | LANDMARK |
| 139 | MECHANICAL SUPPLIES | $220,000.00 | 100% | $220,000.00 | $0.00 | COASTAL MECHANICAL |
| 140 | ELECTRICAL SUPPLIES | $209,155.00 | 100% | $209,155.00 | $0.00 | COASTAL ELECTRICAL |
| 141 | BLUEPRINTS | $5,000.00 | 100% | $5,000.00 | $0.00 | LANDMARK |
| 142 | SAFTY/FIRST AID | $2,500.00 | 44% | $1,100.00 | $1,400.00 | LANDMARK |
| 143 | MACHINE LEASE | $3,000.00 | 44% | $1,320.00 | $1,680.00 | LANDMARK |
| 144 | OFFICE SUPPLIES | $10,200.00 | 44% | $4,488.00 | $5,712.00 | LANDMARK |

Timeline scale: 2000 ('00 '01 '02 '03), 2004 ('04 '05 '06 '07), 2008 ('08 '09 '10)

Ron Martin 3-21-01
Brad [illegible] 3/21/01
William [illegible] 3/21/01

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000 '00 '01 '02 '03 2004 '04 '05 '06 '07 2008 '08 '09 '10 |
|---|---|---|---|---|---|---|
| 145 | SCHEDULE & CPM | $5,000.00 | 44% | $2,200.00 | $2,800.00 | LANDMARK |
| 146 | PHOTOS | $2,500.00 | 44% | $1,100.00 | $1,400.00 | LANDMARK |
| 147 | PARTNERING COSTS | $15,000.00 | 100% | $15,000.00 | $0.00 | LANDMARK |
| 148 | TOOLS & EQUIPMENT | $37,000.00 | 100% | $37,000.00 | $0.00 | LANDMARK |
| 149 | SCAFFOLDING & STAGING | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK |
| 150 | RENTAL ELECTRICAL GENE | $1,800.00 | 100% | $1,800.00 | $0.00 | LANDMARK |
| 151 | TOOL REPAIR | $6,300.00 | 50% | $3,150.00 | $3,150.00 | LANDMARK |
| 152 | TRUCK | $38,400.00 | 100% | $38,400.00 | $0.00 | LANDMARK |
| 153 | FLAT BED | $6,500.00 | 100% | $6,500.00 | $0.00 | LANDMARK |
| 154 | BOX VAN | $16,000.00 | 100% | $16,000.00 | $0.00 | LANDMARK |
| 155 | FORKLIFT | $6,000.00 | 100% | $6,000.00 | $0.00 | LANDMARK |
| 156 | MONTHLY CELL BILLS | $12,600.00 | 44% | $5,544.00 | $7,056.00 | LANDMARK |
| 157 | CELL PHONE PURCHASE | $1,393.00 | 100% | $1,393.00 | $0.00 | LANDMARK |
| 158 | FUEL | $4,500.00 | 44% | $1,980.00 | $2,520.00 | LANDMARK |
| 159 | TRAILER MOB | $5,500.00 | 100% | $5,500.00 | $0.00 | LANDMARK |
| 160 | TEMP ELEC SVC INSTALLA' | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK |
| 161 | TRAILER/EQUIPMENT | $26,000.00 | 100% | $26,000.00 | $0.00 | LANDMARK |
| 162 | MONTHLY PHONE SERVICE | $10,800.00 | 44% | $4,752.00 | $6,048.00 | LANDMARK |
| .63 | MONTHLY CELL PHONE | $12,600.00 | 44% | $5,544.00 | $7,056.00 | LANDMARK |
| 164 | TEMP TOILET | $4,500.00 | 44% | $1,980.00 | $2,520.00 | LANDMARK |
| 165 | OFFICE EQUIPMENT | $5,000.0C | 44% | $2,200.00 | $2,800.00 | LANDMARK |
| 166 | FED EX | $3,500.00 | 44% | $1,540.00 | $1,960.00 | LANDMARK |
| 167 | COMPUTERS | $17,500.00 | 100% | $17,500.00 | $0.00 | LANDMARK |
| 168 | PRINTER | $900.00 | 100% | $900.00 | $0.00 | LANDMARK |
| 169 | FAX | $990.00 | 100% | $990.00 | $0.00 | LANDMARK |
| 170 | PHONE SYSTEM PURCHASI | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK |
| 171 | STORAGE CONTAINERS | $10,000.00 | 100% | $10,000.00 | $0.00 | LANDMARK |

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|---|
| 172 | DUMPSTER FEES | $9,800.00 | 44% | $4,312.00 | $5,488.00 | LANDMARK |
| 173 | PROJECT SIGN | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK |
| 174 | FLOORING | $485,940.00 | 100% | $485,940.00 | $0.00 | LANDMARK |
| 175 | SIDING | $287,040.00 | 100% | $287,040.00 | $0.00 | LANDMARK |
| 176 | PERODIC CLEANUP | $4,500.00 | 44% | $1,980.00 | $2,520.00 | LANDMARK |
| 177 | SITE WORK | $590,000.00 | 100% | $590,000.00 | $0.00 | LLOYDS |
| 178 | Asbestos and Lead Abatemer | $882,000.00 | 44% | $388,080.00 | $493,920.00 | C AND C |
| 179 | DEMOB | $5,500.00 | 0% | $0.00 | $5,500.00 | LANDMARK |
| 180 | CLEANUP | $2,000.00 | 0% | $0.00 | $2,000.00 | LANDMARK |
| 181 | mod for sliders A00009 | $125,000.00 | 45% | $56,250.00 | $68,750.00 | |
| 182 | PC 18 Mod for additional Con | $102,000.00 | 44% | $44,880.00 | $57,120.00 | |
| 183 | PC 21 Mod for Trench Drains | $21,240.00 | 33% | $7,009.20 | $14,230.80 | |
| 184 | PC 23 Mod for Asbestos | $75,587.00 | 44% | $33,258.28 | $42,328.72 | |
| 185 | PC 24 Mod for F 81 Lock Sets | $12,227.00 | 100% | $12,227.00 | $0.00 | |
| 186 | PC 25 Mod for Main Bonding | $8,832.00 | 10% | $883.20 | $7,948.80 | |
| 187 | PC 26 Mod for Type 7 Beams | $21,467.00 | 20% | $4,293.40 | $17,173.60 | |
| 188 | PC 27 Mod for Fire Blocking | $14,234.00 | 44% | $6,262.96 | $7,971.04 | |
| 189 | PC 28 Mod for Pony Walls | $15,874.00 | 44% | $6,984.56 | $8,889.44 | |
| .90 | PC 10 Mod for FAF | $1,884,176.00 | 0% | $0.00 | $1,884,176.00 | |
| 191 | | | | | | |
| 192 | | | | | | |
| 193 | **CONSTRUCTION PHASE** | **$4,363,518.00** | **3%** | **$194,414.60** | **$4,169,103.40** | |
| 194 | **STANDARD BUILDING #1** | **$0.00** | **0%** | **$0.00** | **$0.00** | |
| 195 | **1ST PHASE WORK** | **$0.00** | **0%** | **$0.00** | **$0.00** | |
| 196 | ABATEMENT | $0.00 | 0% | $0.00 | $0.00 | C AND C |
| 197 | DEMOLITION | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 198 | CUT & DEMO SLAB | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |

NAS 000265

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|---|
| 199 | FORM SOG FOR G. | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 200 | POUR SOG FOR G. | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 201 | CURE CONCRETE | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 202 | **WORK 2ND PHASE** | **$0.00** | **0%** | **$0.00** | **$0.00** | |
| 203 | FRAME GARAGE | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 204 | ELECTRICAL ROU( | $0.00 | 0% | $0.00 | $0.00 | COASTAL ELECTRICAL |
| 205 | MECHANICAL ROU | $0.00 | 0% | $0.00 | $0.00 | COASTAL MECHANICAL |
| 206 | INSTALL WINDOW: | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 207 | VINYL SIDING | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 208 | INSTALL GWB | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 209 | GWB FINISH | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 210 | PAINT | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 211 | INSTALL CARPET/( | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 212 | INSTALL CABINET: | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 213 | INSTALL DOORS/TI | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 214 | TOILET ACCESSOI | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 215 | INSTALL BLINDS | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 216 | INSTALL APPLIANC | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| .17 | MECHANICAL TRIM | $0.00 | 0% | $0.00 | $0.00 | COASTAL MECHANICAL |
| 218 | ELECTRICAL TRIM | $0.00 | 0% | $0.00 | $0.00 | COASTAL ELECTRICAL |
| 219 | INSTALL GARAGE | $0.00 | 0% | $0.00 | $0.00 | CRAWFORD |
| 220 | FINAL CLEAN | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 221 | PRE FINAL | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 222 | **Deliveries of Materials** | **$32,000.00** | **6%** | **$32,000.00** | **$0.00** | |
| 223 | Framing Materials | $0.00 | 0% | $0.00 | $0.00 | OSO |
| 224 | Gypsum Wallboard | $0.00 | 0% | $0.00 | $0.00 | OSO |
| 225 | Paint | $0.00 | 0% | $0.00 | $0.00 | Parker |

NAS 000266

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|---|
| 226 | Windows | $0.00 | 0% | $0.00 | $0.00 | Pioneer Trading |
| 227 | Fireplace Mantels | $32,000.00 | 100% | $32,000.00 | $0.00 | Riverhouse Design |
| 228 | Vinyl Siding | $0.00 | 0% | $0.00 | $0.00 | Pioneer Trading |
| 229 | Plumbing Fixtures | $0.00 | 0% | $0.00 | $0.00 | Famillan |
| 230 | Mechanical | $0.00 | 0% | $0.00 | $0.00 | Thrifty |
| 231 | Electrical/Lighting Fixture | $0.00 | 0% | $0.00 | $0.00 | Platt |
| 232 | Cabinets | $0.00 | 0% | $0.00 | $0.00 | Tacoma Fixtures |
| 233 | Flooring/Carpet+Vinyl | $0.00 | 0% | $0.00 | $0.00 | Resource Management |
| 234 | Shower Surround Materia | $0.00 | 0% | $0.00 | $0.00 | Precision Countertops |
| 235 | Doors + Hardware | $0.00 | 0% | $0.00 | $0.00 | Pioneer Trading |
| 236 | Bathroom Accessories | $0.00 | 0% | $0.00 | $0.00 | American Dir |
| 237 | Appliances | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 238 | Blinds | $0.00 | 0% | $0.00 | $0.00 | Pioneer Trading |
| 239 | Delivery of Government furnis | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 240 | **Mobilize at Baker Court Are** | **$108,270.40** | **98%** | **$108,270.40** | **$0.00** | |
| 241 | Construction at 1307 | $27,054.10 | 100% | $27,054.10 | $0.00 | LANDMARK |
| 242 | Inspect 1307 | $0.00 | 0% | $0.00 | $0.00 | 11/14 |
| 243 | Construction at 1305 | $27,072.10 | 100% | $27,072.10 | $0.00 | LANDMARK |
| 244 | Inspect 1305 | $0.00 | 0% | $0.00 | $0.00 | 11/14 |
| 245 | Construction at 1308 | $27,072.10 | 100% | $27,072.10 | $0.00 | LANDMARK |
| 246 | Inspect 1308 | $0.00 | 0% | $0.00 | $0.00 | 11/14 |
| 247 | Construction at 1309 | $27,072.10 | 100% | $27,072.10 | $0.00 | LANDMARK |
| 248 | Inspect 1309 | $0.00 | 0% | $0.00 | $0.00 | 11/14 |
| 249 | Conclude all re-work item | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 250 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | 11/23 |
| 251 | **Mobilize at Cascade Circle /** | **$433,153.60** | **12%** | **$54,144.20** | **$379,009.40** | |
| 252 | Construction at 1265 | $27,072.10 | 100% | $27,072.10 | $0.00 | LANDMARK |

NAS 000267