# Exhibit C

NAVFAC 7300/41 (7/85)

# NAVAL FACILITIES ENGINEERING COMMAND
# CONTRACTOR'S INVOICE

INVOICE DATE: July 6, 2000
INVOICE NUMBER #5515-1

ROICC WHIDBEY '00 JUL 10 REC'D

**FROM:** LANDMARK CORPORATION
4360 MONTEBELLO DRIVE, SUITE 900
COLORADO, CO 80918

**TO:** Naval Air Station Whidbey
1115 W. Lexington Street Bldg 103
Oak Harbor, Washington 98278-2400

**VIA:** Resident Officer in Charge of Construction

**SUBJECT:** Invoice for 45% Design and Bonds

1 Below is a statement of performance under Contract N44255-97-C-5515 at Maylor Capehart housing Repair/Revitalization, NAS, Whidbey Island, Oak Harbor, Washington

The enclosure provides breakdown of this statement of performance.

| | | |
|---|---|---|
| A | Total value of contract through change | $ |
| B | Percentage of performance complete | 45% Design |
| C | Value of completed performance | $ |
| D | Less: Total of prior invoices | $ |
| E | Amount of this invoice | $ $233,256.00 |

Signature and Title Brad [signature] PROJECT MANAGER

FIRST ENDORSEMENT

FROM: ROICC WHIDBEY Date 11 July 2000
TO: DFAS SANDIEGO OPLOC CODE

1. Payment is recommended as follows:

| | | | |
|---|---|---|---|
| A. | Amount of work completed to 6 July 2000 | | $ 233,256.00 |
| B. | Less: | | |
| | Retention | $ 0.00 | |
| | Other deductions | $ 0.00 | $ 0.00 |
| C. | Sub-total | | $ 233,256.00 |
| D. | Less previous payments | | $ 0.00 |
| E. | Recommended amount for 1st payment | | $ 233,256.00 |

2. Elapsed contract time 9 %

3.

NAS 000421

Signature and Title [signature]
KEVIN MCATEER ROICC
PROJECT ENGINEER

Pursuant to authority vested in me, I certify that this invoice is correct and proper for payment.

Date ______ Signature and Title [signature]
JOHN F. SANTIAGO Authorized Certifying Officer
Contracting Officer

| ACRN | APPN/SUBHEAD | OC | BCN | SA | AAA | TT | PAA | COST CODE | BAAN | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AB | 17 00047030 /2502<br>N0002500AL86013 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AB7C55150000 | | 116,628.00 |
| AA | 17 99037030 /2592<br>N0002599AL75112 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AA7C55150000 | | 116,628.00 |

# Exhibit D

NAVFAC 7300/30
(rev 2/01)

**NAVAL FACILITIES ENGINEERING COMMAND**

**1. CONTRACTOR'S INVOICE**

From: Landmark Construction Corporation

Invoice Date 3/1/01
Invoice Number 5515-9

POC/Telephone/email for this invoice: '01 MAR -7

To: Contract Specialist: John Santiago

**Below is a Statement of Performance under Contract** #N44255-97-C-5515
**for** Maylor Capehart Housing **at** NAS Whidbey

The enclosure provides breakdown of this statement of performance.

| | | | |
|---|---|---|---|
| A. | Total value of contract/task order through change | | $ 12,158,663.00 |
| B. | Percentage of performance complete | 34 % | |
| C. | Value of completed performance | | $ 4,146,587.15 |
| D. | Less total of prior payments | | $ 4,062,228.00 |
| E. | Amount of this invoice | | $ 84,359.15 |

Signature and Title: [signature] PROJECT MANAGER
Date: 3/1/01
Signature of Authorized Representative

**2. FIRST ENDORSEMENT**

**Receipt and Acceptance Certification** 3/2/01

From: ROICC Whidbey
To: DFAS SAN DIEGO OPLOC CODE

**1. Payment is recommended as follows:**

| | | | |
|---|---|---|---|
| A. | Amount of work completed to (date) | 2-Mar-01 | $ 4,146,587.15 |
| B. | Less: | | |
| | Retention | $ | |
| | Other Deductions | $ | $ |
| C. | Subtotal | | $ 4,146,587.15 |
| D. | Less previous payments | | $ 4,062,228.00 |
| E. | Certified amount for payment # | 9 on TO # | $ 84,359.15 |
| F. | Elapsed contract time (if applicable) | | |
| G. | Responsible Certifying UIC | N44255 | |
| H. | Invoice Receipt Date | 3/2/01 | |
| I. | Material/Services Receipt Date | 3/2/01 | |
| J. | Material/Services Acceptance Date | 3/2/01 | |
| K. | Date forwarded to paying office | 3/6/01 | |
| L. | I certify this amount is correct and payment is recommended. | | |

Signature: ____________________ Date: ____________
Signature of Authorized Representative
Name and Title (typed):
Phone and address:

**3. PROMPT PAYMENT CERTIFICATION**

**I certify that the accounting data provided is accurate, funds have been obligated in appropriate accounting system and changes have been applied to the appropriate accounting classification reference number (ACRN), available funds have been decremented for the amount approved for disbursement and will not be de-obligated and the above invoice is correct and proper for payment.**

Signature: [signature] Date: ____________
Signature of Authorized Representative
Name and Title (typed):
Phone and address:

**Line(s) of accounting to be used for this invoice** (include appropriate Line Item # (CLIN, SLIN, or ACRN, etc)

AB 17 00047030 /2502 0321 31211 0 068711 2A 000000 AB7C55150000 $42,179.57
AA 17 99037030 /2592 0321 31211 0 068711 2A 000000 AB7C55150000 $42,179.58

# Exhibit E

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED
OCT 15 2005
PRESTON, GATES & ELLIS LLP

LUMBERMENS MUTUAL CASUALTY, )
Plaintiff, )
v. ) No. 04-1255C
) (Judge Robert H. Hodges)
THE UNITED STATES, )
Defendant. )

DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION

REQUEST FOR PRODUCTION NO. 1:

The Contract provides, at §01200,11 1.2:

> Prepare a Schedule of Prices in the form furnished by the Government The Schedule of Prices shall be a detailed breakdown of the Contract price, giving quantities for each of the various kinds of work, unit prices and extended prices. Submit the Schedule of Prices to the Government with the Final Design submittal in accordance with Section III for approval by the Contracting Officer. Payments for construction work will not be made until the Schedule of Prices has been approved by the Contracting Officer.

With reference to the preceding quote:

(a) Product a clean copy of the "form" that was to be "furnished by the Government" on which the Contractor was to prepare its "Schedule of Prices."

(b) Produce the "Schedule of Prices" that was submitted by the Contractor "with the Final Design Submittal."

(c) Produce any and all documents relating or referring to the approval by the Government of the "Schedule of Prices."

RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 2:

Section 01321 of the Contract is entitled Network Analysis Schedules. With reference to § 01321 of the Contract,

(a) Produce the initial and all subsequent Network Analysis Schedules submitted by Landmark on the Project;

(b) Produce all internal memoranda, correspondence, e-mails, diaries, reports, telephone call records, and any other documents relating or referring to the approval and analysis of the initial and all subsequent Network Analysis Schedule(s) submitted by Landmark on the Project;

(c) Produce the initial and all subsequent Network Analysis Schedules submitted by the Completing Contractor on the Project; and

(d) Produce all internal memoranda, correspondence, e-mails, diaries, reports, telephone call records, and any other documents relating or referring to the approval and analysis of the initial and all subsequent Network Analysis Schedule(s) submitted by the Completing Contractor on the Project.

RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 3:

Produce all internal memoranda, correspondence, e-mails, diaries, reports, telephone call records, and any other documents relating to your approval of each of Landmark's Payment Requests.

RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 4:

Produce all financial or accounting data, including, but not limited to, invoices and payroll documents reviewed by the United States in 3 support Landmark's Payment Requests.

RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 5:

Produce all documents evidencing title to or location of doors, windows, cabinets, paint, flooring, and siding received and/or reviewed by you prior to approving each and every Payment Request submitted by Landmark in which payment for said material was requested.

RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 6:

Produce all financial records and audits pertaining to the Project.

RESPONSE TO REQUEST FOR PRODUCTION NO. 6:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 7:

Produce all work schedules, time logs, time tables, revisions, amendments, updates, or any other similar documents, including summaries, submitted to you by Landmark, the Completing Contractor, or any other person in connection with this Project.

RESPONSE TO REQUEST FOR PRODUCTION NO. 7:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 8:

Produce all internal memoranda, schedules, computer runs, inventory lists, property lists, correspondence or other documents prepared by or for you for use in monitoring, scheduling, overseeing, or in any other manner relating to performance of Landmark and the Completing Contractor's work.

RESPONSE TO REQUEST FOR PRODUCTION NO. 8:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 9:

Produce all documents reflecting, referring to, or relating to progress, conditions, and proposed and actual modifications to the Project.

RESPONSE TO REQUEST FOR PRODUCTION NO. 9:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 10:

Produce all correspondence, including memos, notes, letters, e-mails, telegrams, transmittals, etc., and any other documents or data recording or reflecting communications by or between the United States and any of the following entities relating to the Project: Landmark; Landmark subcontractors or suppliers on the Project; Atherton Construction Lumbermens Mutual Casualty Company

RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 11:

Produce all photographs, videotapes, and audiotapes pertaining to the Project.

RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 12

Produce all daily reports, field reports, logs, diaries, inspectors' reports, or other documents authored by any of your agents, employees, engineers, inspectors, consultants, or subconsultants referring to or relating to the Project.

RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 13:

Produce all documents relating to quality control measures or quality assurance methods and procedures employed by the United States on the Project.

RESPONSE TO REQUEST FOR PRODUCTION NO. 13:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 14:

Produce all certified payroll documents for the Project.

RESPONSE TO REQUEST FOR PRODUCTION NO. 14:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

REQUEST FOR PRODUCTION NO. 15:

Produce all personal diaries and personal planners used, or maintained or relied upon by the Project's Contracting Officers, resident engineer(s), engineer(s), inspector(s) or technical representative(s) that refer to or relate in any way to the Project.

RESPONSE TO REQUEST FOR PRODUCTION NO. 15:

All responsive documents have previously been produced. The original documents remain available for inspection and copying.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Donald E. Kinner /by Deborah A. Bynum
DONALD E. KINNER
Assistant Director

Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C., 20530

Attorneys for Defendant

October 11, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 11th day of October, 2005, I caused to be served a copy of DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION e-mail and regular mail, addressed as follows:

Mark G. Jackson, Esq.
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

Lowell Miller
______________________________

# Exhibit F

FedEx USA Airbill 8171 1835 2133 0215 Sender's C

1 From Please print and press hard.
Date 12Jul00 Sender's FedEx Account Number 1434-4551-8
Sender's Name Joanne Lewis Phone (360) 257-2506
Company ROICC
Address 1115 W LEXINGTON ST BLDG 103 Dept/Floor/Suite/Room
City OAK HARBOR State WA ZIP 98278-4920

2 Your Internal Billing Reference First 24 characters will appear on invoice. 194 98MAIL 95FW

3 To
Recipient's Name Code FPVBB-EFD Attn: Tiffany Phone (619) 616-5122
Company DFAS Oakland via DFAS San Diego OPLOC
Address 4181 Ruffin Rd., PO Box 420730
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept/Floor/Suite/Room
To "HOLD" at FedEx location, print FedEx address here.
City San Diego State CA ZIP 92123-1819

NEW Peel and Stick FedEx USA Airbill
See back for application instructions.

Questions? Call 1·800·Go·FedEx® (800-463-3339)
Visit our Web site at www.fedex.com
By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

0121767516

4a Express Package Service — Packages up to 1...
[X] FedEx Priority Overnight — Next business morning
[ ] FedEx Standard Overnight — Next business afternoon
[ ] FedEx First Overn... — Earliest next business morning delivery to select locations
[ ] FedEx 2Day* — Second business day
[ ] FedEx Express Saver* — Third business day
* FedEx Letter Rate not... Minimum charge: One-po...

4b Express Freight Service — Packages over 1...
[ ] FedEx 1Day Freight* — Next business day
[ ] FedEx 2Day Freight — Second business day
[ ] FedEx 3Day Freig... — Third business day
* Call for Confirmation:

5 Packaging * Declared value li...
[X] FedEx Letter*
[ ] FedEx Pak*
[ ] Other Pkg. — Includes FedEx Box, FedEx Tube, and customer pkg.

6 Special Handling
[ ] Saturday Delivery — Available for FedEx Priority Overnight and FedEx 2Day to select ZIP codes
[ ] Sunday Delivery — Available for FedEx Priority Overnight to select ZIP codes
[ ] HOLD Weekday at FedEx Location — Not available with FedEx First Overnight
[ ] HOLD Satur... at FedEx Loc... — Available for FedEx Priority Overnight and FedEx 2Day to select locations

Does this shipment contain dangerous goods? One box must be checked
[X] No
[ ] Yes — As per attached Shipper's Declaration
[ ] Yes — Shipper's Declaration not required
[ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____
Dangerous Goods cannot be shipped in FedEx packaging.
[ ] Cargo Aircraft Only

7 Payment Bill to: Enter FedEx Acct. No. or Credit Card No. below
[ ] Sender — Acct. No. in Section 1 will be billed
[ ] Recipient
[X] Third Party
[ ] Credit Card
[ ] Cash/C...

FedEx Acct. No. / Credit Card No. 1298-1772-0 Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| | | $ .00 |

†Our liability is limited to $100 unless you declare a higher value. See back for details. FedEx Use O...

8 Release Signature Sign to authorize delivery without obtaining signature.

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

359

SRF 1299 Rev. Date 11/98 Part #154RI 15 © 1994-98 FedEx PRINTED IN U.S.A.

# Exhibit G

## Rosenfield, Kevin (SEA)

**From:** Rosenfield, Kevin (SEA)
**Sent:** Friday, November 04, 2005 10:09 AM
**To:** 'Leslie.Ohta@usdoj.gov'
**Subject:** Lumbermens---DFAS Documents

Leslie,
Just to follow up our earlier conversation, we have not received any documents from the following agency:

Defense Finance and Accounting Service, San Diego
4181 Ruffin Road
San Diego, CA 92123-1819

This is where the Project invoices were sent by the Navy for processing. As per our first RFPs, we would like all documents at DFAS that, of course, refer or relate to Contract No. N44255-97-C-5515.

Thank you again for your cooperation. Please feel free to contact me if you have any questions or concerns.

Regards,

Kevin

**Kevin A. Rosenfield**
**Preston|Gates|Ellis** LLP

925 Fourth Ave, Suite 2900
Seattle, Washington 98104-1158

Phone (206) 370-6586 (direct)
Fax (206) 370-6309 (direct)

email krosenfield@prestongates.com

CONFIDENTIALITY STATEMENT: The information contained in this e-mail is confidential and may also be subject to the attorney-client privilege. The information is intended only for the use of the individual(s) to whom it is addressed. If you have received this e-mail in error, please immediately notify the sender by return e-mail or call Preston|Gates|Ellis LLP and delete this e-mail, any attachments, and all copies.

# Exhibit H

**Rosenfield, Kevin (SEA)**

**From:** Jackson, Mark (SEA)
**Sent:** Thursday, December 22, 2005 11:10 AM
**To:** Rosenfield, Kevin (SEA)
**Subject:** FW: Lumbermens, Settlement Meeting

-----Original Message-----
From: Jackson, Mark (SEA)
Sent: Wednesday, March 30, 2005 12:23 PM
To: 'Leslie.Ohta@usdoj.gov'
Subject: RE: Lumbermens, Settlement Meeting

Leslie:

I'll see what I can do, but I don't represent Landmark or Atherton in this matter.

Mark

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Wednesday, March 30, 2005 12:21 PM
To: Jackson, Mark (SEA)
Subject: Lumbermens, Settlement Meeting

We would like the following individuals <<Lumbermens, Settlement Meeting, Agenda.wpd>> to attend the settlement meeting:

William Tate Robbins, Landmark and Atherton's Quality Control Manager

Brady Farley, Landmark's Project Manager

Larry Struthers, Landmark's Superintendent

Thanks.

Leslie

# Exhibit I

**Rosenfield, Kevin (SEA)**

**From:** Leslie.Ohta@usdoj.gov
**Sent:** Friday, November 18, 2005 5:49 AM
**To:** Rosenfield, Kevin (SEA)
**Subject:** RE: Lumbermens---DFAS Documents

I have been trying to get information about this. It is not clear that DFAS has any information that has not already been provided, that is, the invoices / public vouchers.

Joe Santiago will be ion vacation the week that his deposition is rescheduled.

I have been on trial but will try to contact the agency again today to see if they have any additional information.

Thanks.
'

Leslie

-----Original Message-----
From: KRosenfield@prestongates.com [mailto:KRosenfield@prestongates com]
Sent: Monday, November 14, 2005 1:37 PM
To: Ohta, Leslie (CIV)
Subject: RE: Lumbermens---DFAS Documents

Leslie,
Please let me know the status of the DFAS documents and an estimate on when we can expect to receive production. The December depositions are contingent on us having these documents in our possession, so I need to know immediately if this is not feasible. Please advise.

Thanks,

Kevin

> ______________________________________________
> From: Rosenfield, Kevin (SEA)
> Sent: Friday, November 04, 2005 10:09 AM
> To: 'Leslie.Ohta@usdoj.gov'
> Subject: Lumbermens---DFAS Documents
>
>
> Leslie,
> Just to follow up our earlier conversation, we have not received any
> documents from the following agency:
>
> Defense Finance and Accounting Service, San Diego
> 4181 Ruffin Road
> San Diego, CA 92123-1819
>
> This is where the Project invoices were sent by the Navy for
> processing. As per our first RFPs, we would like all documents at
> DFAS that, of course, refer or relate to Contract No.
> N44255-97-C-5515.
>
> Thank you again for your cooperation. Please feel free to contact me
> if you have any questions or concerns.
>
> Regards,
>
> Kevin

>
>
> Kevin A. Rosenfield
> PrestonlGateslEllis LLP
>
> 925 Fourth Ave, Suite 2900
> Seattle, Washington 98104-1158
>
> Phone (206) 370-6586 (direct)
> Fax (206) 370-6309 (direct)
>
> email krosenfield@prestongates.com
>
> CONFIDENTIALITY STATEMENT: The information contained in this e-mail
> is confidential and may also be subject to the attorney-client
> privilege. The information is intended only for the use of the
> individual(s) to whom it is addressed. If you have received this
> e-mail in error, please immediately notify the sender by return e-mail
> or call Preston|Gates|Ellis LLP and delete this e-mail, any
> attachments, and all copies.
>
>

# Exhibit J

**Rosenfield, Kevin (SEA)**

**From:** Jackson, Mark (SEA)
**Sent:** Friday, November 18, 2005 8:02 AM
**To:** 'Leslie.Ohta@usdoj.gov'
**Cc:** Rosenfield, Kevin (SEA)
**Subject:** FW: Lumbermens---DFAS Documents

Leslie:

1. Are you saying that Santiago's deposition needs to be moved again? From Dec 12/13? Why did you offer those dates for his deposition? Are you offering new dates? If you aren't able to offer a schedule that you can stick to, I'll set one and you and he can go to the court to get it changed.
2. I don't care whether you believe I already have the invoices. I want--and am entitled to--the copies of the invoices (any any other related document) maintained by DFAS. Even if that weren't true (and it is), the documents you've provided aren't complete. You didn't provide either all of the invoices or complete copies of the invoices you attempted (?) to actually provide--documents which are obviously key in this case. Moreover, it is apparent to me that you or your client failed to even check with DFAS prior to responding to our requests for production. This, combined with your failure to provide me notice of subpoenas issued to third parties, doesn't reflect well upon the government's efforts to comply with its discovery obligations. I believe this chain of emails satisfies any obligation we may have to meet and confer regarding your refusal and/or failure to provide discovery.

Mark

-----Original Message-----
From: Rosenfield, Kevin (SEA)
Sent: Friday, November 18, 2005 7:12 AM
To: 'Leslie.Ohta@usdoj.gov'
Cc: Jackson, Mark (SEA)
Subject: RE: Lumbermens---DFAS Documents

Leslie,
To the contrary, I am certain that DFAS possesses documents that have not already been provided. While you may have produced some of the relevant invoices / public vouchers that we need, you have NOT produced all of them----at the very least, there are several that we are missing. It is imperative that we receive such documents, and there is no reason why DFAS would not have these documents. (Indeed, we should have received these documents months ago.) And, as I noted to you previously, the timing of the upcoming depositions are dependent on us having a complete set of the invoices / public vouchers

Please let me know when we can expect to receive these documents.

Regards,

Kevin

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Friday, November 18, 2005 5:49 AM
To: Rosenfield, Kevin (SEA)
Subject: RE: Lumbermens---DFAS Documents

I have been trying to get information about this. It is not clear that DFAS has any information that has not already been provided, that is, the invoices / public vouchers.

Joe Santiago will be ion vacation the week that his deposition is rescheduled.

I have been on trial but will try to contact the agency again today to see if they have any additional information.

Thanks.

Leslie

-----Original Message-----
From: KRosenfield@prestongates.com [mailto:KRosenfield@prestongates.com]
Sent: Monday, November 14, 2005 1:37 PM
To: Ohta, Leslie (CIV)
Subject: RE: Lumbermens---DFAS Documents

Leslie,
Please let me know the status of the DFAS documents and an estimate on when we can expect to receive production. The December depositions are contingent on us having these documents in our possession, so I need to know immediately if this is not feasible. Please advise.

Thanks,

Kevin

> ______________________________________________
> From: Rosenfield, Kevin (SEA)
> Sent: Friday, November 04, 2005 10:09 AM
> To: 'Leslie.Ohta@usdoj.gov'
> Subject: Lumbermens---DFAS Documents
>
>
> Leslie,
> Just to follow up our earlier conversation, we have not received any
> documents from the following agency:
>
> Defense Finance and Accounting Service, San Diego
> 4181 Ruffin Road
> San Diego, CA 92123-1819
>
> This is where the Project invoices were sent by the Navy for
> processing. As per our first RFPs, we would like all documents at
> DFAS that, of course, refer or relate to Contract No.
> N44255-97-C-5515.
>
> Thank you again for your cooperation. Please feel free to contact me
> if you have any questions or concerns.
>
> Regards,
>
> Kevin
>
>
> Kevin A. Rosenfield
> Preston|Gates|Ellis LLP
>
> 925 Fourth Ave, Suite 2900
> Seattle, Washington 98104-1158
>
> Phone (206) 370-6586 (direct)
> Fax (206) 370-6309 (direct)
>
> email krosenfield@prestongates.com
>
> CONFIDENTIALITY STATEMENT: The information contained in this e-mail
> is confidential and may also be subject to the attorney-client
> privilege. The information is intended only for the use of the
> individual(s) to whom it is addressed. If you have received this
> e-mail in error, please immediately notify the sender by return e-mail

# Exhibit K

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Monday, November 21, 2005 11:32 AM
To: Jackson, Mark (SEA)
Subject: RE: Lumbermens---DFAS Documents

Mr. Santiago is retired. I was unaware that he had vacation plans for both proposed dates.

Do you want to proceed with Linda Gruber's and Kevin McAteer's depositions on November 28 and 29th?

The only documents that DFAS has are the invoices, the prompt payment certification, and the contract. The only electronic information that DFAS has includes the name of the contractor, the invoice number, amount of the invoice, and banking information. DFAS does not perform any type of analysis into the merits of the payment. If the paperwork is in order, DFAS simply pays the invoice.

Leslie

-----Original Message-----
From: MJackson@prestongates.com [mailto:MJackson@prestongates.com]
Sent: Friday, November 18, 2005 11:02 AM
To: Ohta, Leslie (CIV)
Cc: KRosenfield@prestongates.com
Subject: FW: Lumbermens---DFAS Documents

Leslie:

1. Are you saying that Santiago's deposition needs to be moved again?
From Dec 12/13? Why did you offer those dates for his deposition? Are you offering new dates? If you aren't able to offer a schedule that you can stick to, I'll set one and you and he can go to the court to get it changed.
2. I don't care whether you believe I already have the invoices. I want--and am entitled to--the copies of the invoices (any any other related document) maintained by DFAS. Even if that weren't true (and it is), the documents you've provided aren't complete. You didn't provide either all of the invoices or complete copies of the invoices you attempted (?) to actually provide--documents which are obviously key in this case. Moreover, it is apparent to me that you or your client failed to even check with DFAS prior to responding to our requests for production. This, combined with your failure to provide me notice of subpoenas issued to third parties, doesn't reflect well upon the government's efforts to comply with its discovery obligations. I believe this chain of emails satisfies any obligation we may have to meet and confer regarding your refusal and/or failure to provide discovery.

Mark

-----Original Message-----
From: Rosenfield, Kevin (SEA)
Sent: Friday, November 18, 2005 7:12 AM
To: 'Leslie.Ohta@usdoj.gov'
Cc: Jackson, Mark (SEA)
Subject: RE: Lumbermens---DFAS Documents

Leslie,
To the contrary, I am certain that DFAS possesses documents that have not already been provided. While you may have

produced some of the relevant invoices / public vouchers that we need, you have NOT produced all of them----at the very least, there are several that we are missing.
It is imperative that we receive such documents, and there is no reason why DFAS would not have these documents. (Indeed, we should have received these documents months ago.) And, as I noted to you previously, the timing of the upcoming depositions are dependent on us having a complete set of the invoices / public vouchers.

Please let me know when we can expect to receive these documents.

Regards,

Kevin

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Friday, November 18, 2005 5:49 AM
To: Rosenfield, Kevin (SEA)
Subject: RE: Lumbermens---DFAS Documents

I have been trying to get information about this. It is not clear that DFAS has any information that has not already been provided, that is, the invoices / public vouchers.

Joe Santiago will be ion vacation the week that his deposition is rescheduled.

I have been on trial but will try to contact the agency again today to see if they have any additional information.

Thanks

Leslie

-----Original Message-----
From: KRosenfield@prestongates.com [mailto:KRosenfield@prestongates.com]
Sent: Monday, November 14, 2005 1:37 PM
To: Ohta, Leslie (CIV)
Subject: RE: Lumbermens---DFAS Documents

Leslie,
Please let me know the status of the DFAS documents and an estimate on when we can expect to receive production. The December depositions are contingent on us having these documents in our possession, so I need to know immediately if this is not feasible. Please advise.

Thanks,

Kevin

> ______________________________
> From: Rosenfield, Kevin (SEA)
> Sent: Friday, November 04, 2005 10:09 AM
> To: 'Leslie.Ohta@usdoj.gov'
> Subject: Lumbermens---DFAS Documents
>
>
> Leslie,
> Just to follow up our earlier conversation, we have not received any
> documents from the following agency:
>
> Defense Finance and Accounting Service, San Diego
> 4181 Ruffin Road
> San Diego, CA 92123-1819
>
> This is where the Project invoices were sent by the Navy for
> processing. As per our first RFPs, we would like all documents at

> DFAS that, of course, refer or relate to Contract No.
> N44255-97-C-5515.
>
> Thank you again for your cooperation. Please feel free to contact me
> if you have any questions or concerns.
>
> Regards,
>
> Kevin
>
>
> Kevin A. Rosenfield
> Preston|Gates|Ellis LLP
>
> 925 Fourth Ave, Suite 2900
> Seattle, Washington 98104-1158
>
> Phone (206) 370-6586 (direct)
> Fax (206) 370-6309 (direct)
>
> email krosenfield@prestongates.com
>
> CONFIDENTIALITY STATEMENT: The information contained in this e-mail
> is confidential and may also be subject to the attorney-client
> privilege. The information is intended only for the use of the
> individual(s) to whom it is addressed. If you have received this
> e-mail in error, please immediately notify the sender by return e-mail

> or call Preston|Gates|Ellis LLP and delete this e-mail, any
> attachments, and all copies.
>
>

# Exhibit L

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Tuesday, November 22, 2005 12:01 PM
To: Jackson, Mark (SEA)
Subject: Lumbermens, Depositions

11/22/05

Since I can not get you the DFAS documents by Friday, I am cancelling the depositions for next week. Since the San Diego office did not make the payments, the documents are not located there. I have contacted the DFAS office in Norfolk and have asked that the documents be retrieved from the Federal Records Center.

Linda Gruber and Kevin McArteer will be available on December 12 and 13, 2005. I expect I will have whatever documents DFAS has by then.

Ron Martin will be back from his detail on December 30, 2005. Mr. Martin and John Santiago will be available to be deposed in January,

Leslie

# Exhibit M

**Rosenfield, Kevin (SEA)**

**From:** Gruber, Linda M CIV (EFANW) [linda.m.gruber@navy.mil]
**Sent:** Wednesday, November 30, 2005 7:37 AM
**To:** Rosenfield, Kevin (SEA)
**Cc:** leslie.ohta@usdoj.gov; Mcmunn, John S CIV WEST Counsel; Denson, Jeff M CIV (EFANW)
**Subject:** DFAS pay voucher documents

Mr. Rosenfield,
Ms. Ohta is out until 5 December, and on the advice of SWDIV counsel I am contacting you directly to provide documents that I believe will satisfy your concerns. As I wrote to Leslie on 28 November:

"Leslie,

It has come to my attention that a possible response to Kevin is that at least one CD of electronic files was provided along with the paper documents by John Santiago, and the remaining invoice files were electronic, not paper files. I believe whomever has the CDs could print out the remaining vouchers and have the answers that Kevin is seeking. If needed, I can try to zip and e-mail these files to you, but I suspect they might be rather large - I could try to e-mail each one separately, that would certainly work... "

As I do not know for certain that you indeed have the CD with the electronic file copies in your possession, or if they have been printed, I will attempt to send you batches of the invoice copies from our files. I have some limitations on my e-mail file size, so will try to combine them accordingly. The invoice numbers that I have electronic files for are 8 thru 25, and they are in Adobe Acrobat pdf format.

Regards,
Linda Gruber

*Linda M. Gruber*
*Contracts Support Team*
*Engineering Field Activity Northwest*
*(360) 396-0987/DSN 744-0987*
*linda.m.gruber@navy.mil*

# Exhibit N

**Rosenfield, Kevin (SEA)**

**From:** Leslie.Ohta@usdoj.gov
**Sent:** Wednesday, December 07, 2005 7:44 AM
**To:** Rosenfield, Kevin (SEA)
**Cc:** Jackson, Mark (SEA)
**Subject:** RE: Landmark/Atherton

DFAS has not been able to locate any documents. The paperwork that is filled out when documents are sent to the Federal Records Center for storage can not be found. With out the paperwork containing the identifying information the records can not be retrieved from the Federal Records Center.

Leslie

-----Original Message-----
From: KRosenfield@prestongates.com [mailto:KRosenfield@prestongates.com]
Sent: Monday, December 05, 2005 12:43 PM
To: Ohta, Leslie (CIV)
Cc: MJackson@prestongates.com
Subject: RE: Landmark/Atherton

Leslie,
Please provide an estimate on when we can expect to receive the DFAS documents.

Thanks,

Kevin

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Monday, December 05, 2005 8:19 AM
To: Jackson, Mark (SEA)
Cc: Rosenfield, Kevin (SEA)
Subject: RE: Landmark/Atherton

I will provide them as soon as I receive them.

Leslie

-----Original Message-----
From: MJackson@prestongates.com [mailto:MJackson@prestongates.com]
Sent: Monday, December 05, 2005 11:04 AM
To: Ohta, Leslie (CIV)
Cc: KRosenfield@prestongates.com
Subject: RE: Landmark/Atherton

Leslie:

The "screen shots" you forwarded in this email are not DFAS copies of the invoices we requested and are entitled to. The Navy forwarded complete invoice packages to DFAS for payment. We want copies of the complete invoices received by DFAS from the Navy. Please tell me when you are going to provide complete copies of the requested documents.

Mark

-----Original Message-----
From: Leslie.Ohta@usdoj.gov [mailto:Leslie.Ohta@usdoj.gov]
Sent: Monday, December 05, 2005 4:22 AM
To: Jackson, Mark (SEA)
Subject: FW: Landmark/Atherton

-----Original Message-----
From: BETTY.FENLON@DFAS.MIL [mailto:BETTY.FENLON@DFAS.MIL]
Sent: Wednesday, November 30, 2005 4:49 PM
To: Ohta, Leslie (CIV)
Subject: Landmark/Atherton

Leslie,

I am attaching the copies of screen prints you requested on Landmark/Atherton for contract N4425597C5515. There are five attachments, pages are numbered from 1 to 60. If you have any problems or questions, give me a call. Thanks.

<<A4d538ddc-64bb-4ab7-b5a3-7ffa1cbedcbc.TIF>>
<<A90421443-16f2-4a65-8a50-0a23ba103ead.TIF>>
<<Ad4c792bd-1e94-41f3-b5c4-00c975b5b781.TIF>>
<<Ab73aae36-2360-4275-ac06-fc5183830aff.TIF>>
<<Adea33048-939b-4d0c-bd38-dfb12176ac3c.TIF>>

Betty J. Fenlon
Vendor Pay Support
DFAS San Diego
858-616-5238
Fax 858-616-5669

# Exhibit O

**Global Construction Services, Inc.**
Construction Management Consultants
14121 – 194th Avenue N. E., Woodinville, Washington 98077-7845
(425) 882-2944 FAX (425) 882-9617

# FAX COVER SHEET

**Date:** 12/21/05

**From:** Christine Brackett

**To:** Kevin Rosenfield

Phone: 206-370-6586
Fax: 206-370-6309

**Company:** Preston, Gates & Ellis, LLP

**Re:** Subpoena No. 04-1255

---

**Number of pages including cover page:** 2

---

**Message:** Per John Egbert's request, attached is a copy of the subpoena we received last fall.

# UNITED STATES COURT OF FEDERAL CLAIMS

Lumbermens Mutual,
Plaintiff,
v.
THE UNITED STATES OF AMERICA,
Defendant.

**SUBPOENA** *duces tecum*
No. 04-1255
(Judge Robert Hodges)

To: Global Construction Services, Inc.
14121 - 194th Ave.5, N.E.,
Woodinville, WA 98077
(425) 882-2944. Attn.: John T. Egbert,

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

X☐ YOU ARE COMMANDED to produce and permit inspection and copying of all documents pertaining to the contract between Landmark Construction Corporation and the United States, acting through the Department of the Navy, for the repair and renovation of military housing at the Naval Air Station, Whidbey Island, Oak Harbor, Washington. The term "document," as used herein, means and includes without limitation the following items, whether printed, micro-filmed, electronically recorded in sound or pictures, stored in computer memory or in a computer database, or re-produced by any process, or written or produced by hand, and regardless of whether claimed to be privileged or confidential or personal: letters, correspondence, memoranda, reports, summaries, notes, notebooks, electronic mailings ("e-mails"), sketches, prints, photographs, printed forms, manuals, brochures, diaries, books, lists, publications, agreements, working papers, intra-company and inter-company communications, forecasts, statistical statements, graphs, charts, plans, drawings, minutes or records of meetings or conferences, policy statements, circulars, and any and all other writings. The above includes any and all other materials of any tangible medium of expression and original or preliminary notes, including drafts, typing, printings, minutes, or copies or reproductions thereof that are now or have ever been in your possession, custody or control. In lieu of producing the responsive documents and samples at the time, date, and place indicated, you may send such documents via Federal Express to Leslie Cayer Ohta at the address indicated below.

| PLACE: ABC Legal<br>910 5th Ave.<br>Seattle, WA 98104<br>800-736-7295 | DATE AND TIME: Respond within 10 days of service of the subpoena |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. U.S. Court of Federal Claims rule (RUSCFC) 30(b)(6).

| ISSUING OFFICER SIGNATURE [signature]<br>Leslie Cayer Ohta, Attorney for Defendant | DATE<br>October 13, 2005 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Leslie Cayer Ohta, U.S. Department of Justice, Commercial Litigation Branch1100 L Street, N.W., Washington, D.C. 20005 (202) 307-0252

# Exhibit P

# What do I Need to Know About Records Management?

## What do I Need to Know About Records Management?


- What are the benefits of records management?
- As a public citizen
- As a Federal employee
- As a Chief Information Officer
- Records Management Basics
- Frequently Asked Questions about Federal Records Management


---

## *What are the benefits of records management?*

Records enable and support an agency's work to fulfill its mission. Every organization, including Federal agencies, must address well-defined objectives that add value, either by achieving the organization's goals or by reducing costs. Since records contain information, a valuable resource, it is essential to take a systematic approach to the management of records. Records management:

- Contributes to the smooth operation of your agency's programs by making the information needed for decision making and operations readily available
- Helps deliver services in a consistent and equitable manner
- Facilitates effective performance of activities throughout an agency
- Protects the rights of the agency, its employees, and its customers
- Provides continuity in the event of a disaster
- Protects records from inappropriate and unauthorized access
- Meets statutory and regulatory requirements including archival, audit, and oversight activities
- Provides protection and support in litigation
- Allows quicker retrieval of documents and information from files
- Improves office efficiency and productivity
- Provides better documentation more efficiently
- Supports and documents historical and other research

- Frees up office space for other purposes by moving inactive records to storage facilities
- Avoids unnecessary purchases of office equipment

---

## *What do I need to know about records management as a public citizen?*

**What is records management?**

There are many, though similar, definitions of records management. One common one is "the field of management responsible for the systematic control of the creation, maintenance, use, and disposition of records." From the Federal perspective, it is the planning, controlling, directing, organizing, training, promoting, and other managerial activities involved in records creation, maintenance and use, and disposition in order to achieve adequate and proper documentation of the policies and transactions of the Federal Government and effective and economical management of agency operations (44 U.S.C. 2901).

Records management addresses the life cycle of records, i.e., the period of time that records are in the custody of Federal agencies. The life cycle usually consists of three stages:

- Creation or receipt
- Maintenance and use
- Disposition

Tools for maintaining and using records include file plans, indexes, controlled vocabularies, taxonomies, data dictionaries, and access and security procedures. The main tool used to manage the disposition of records is the records schedule.

**Who is responsible for records management?**

NARA is the independent Federal agency that helps preserve our nation's history by overseeing the management of all Federal records. The National Archives and Records Administration Act of 1984 amended the records management statutes to divide records management oversight responsibilities between the National Archives and Records Administration (NARA) and the General Services Administration (GSA). Under the Act, NARA is responsible for adequacy of documentation and records disposition (44 U.S.C. 2904(a)) , and GSA is responsible for economy and efficiency in records management (44 U.S.C. 2904(b)). Federal agency records management programs must comply with regulations promulgated by both NARA (36 CFR 1220.2) and GSA .

TOP OF PAGE

---

## *What do I need to know about records management as a Federal employee?*

**What are Federal agency responsibilities?**

Every Federal agency is legally required to manage its records. Records are the evidence of the agency's actions. Therefore, they must be managed properly for the agency to function effectively and to comply with Federal laws and regulations.

Agency heads have specific legal requirements for records management which include:

- Making and preserving records that contain adequate and proper documentation of the organization, functions, policies, decisions, procedures, and essential transactions of the agency and designed to furnish the information necessary to protect the legal and financial rights of the Government and of persons directly affected by the agency's activities (44 U.S.C. 3101).
- Establishing and maintaining an active, continuing program for the economical and efficient management of the records of the agency (44 U.S.C. 3102).
- Establishing safeguards against the removal or loss of records and making requirements and penalties known to agency officials and employees (44 U.S.C. 3105)
- Notifying the Archivist of any actual, impending, or threatened unlawful destruction of records and assisting in their recovery (44 U.S.C. 3106)

TOP OF PAGE

**What are Federal employee responsibilities?**

Federal employees are responsible for making and keeping records of their work. Federal employees have three basic obligations regarding Federal records:

1. Create records needed to do the business of their agency, record decisions and actions taken, and document activities for which they are responsible
2. Take care of records so that information can be found when needed. This means setting up good directories and files, and filing materials (in whatever format) regularly and carefully in a manner that allows them to be safely stored and efficiently retrieved when necessary
3. Carry out the disposition of records under their control in accordance with agency records schedules and Federal regulations

---

## *Records Management Basics*

- Records management in the Federal government.
- What do I need to know about records management?
- Facilities approved by NAS to date for the storage of Federal records, under the requirements of 36 CFR 1228, Subpart K, are identified in the Central

Registry

Comments and Feedback



The U.S. National Archives and Records Administration
8601 Adelphi Road. College Park, MD 20740-6001 • Telephone: 1-86-NARA-NARA or 1-866-272-6272