IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY, Plaintiff, | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR SANCTIONS

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests that the deadline for responding to plaintiff's motion to compel and motion for sanctions be extended by 11 days, to and including January 20, 2006. The current deadline for responding is January 9, 2006. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that he will object to the granting of the granting of this motion.

The United States requests this enlargement of time because additional time is needed to obtain declarations from the Defense Finance and Accounting Service ("DFAS")and from the Government's experts necessary to support the Government's position in these matters.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

January 6, 2006

Attorneys for Defendant