# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| LUMBERMENS MUTUAL CASUALTY, | * | |
| Plaintiff, | * | No. 04-1255C |
| v. | * | Filed: January 9, 2006 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

It is difficult to understand defendant's conduct of this case, assuming as we do that plaintiff's representations are correct. Defendant will file an explanation immediately, but no later than the close of business on January 10, why it has ignored the rule of this court regarding third-party subpoenas.

Whether defendant has "failed to provide requested discovery that is relevant to the claims at issue in this matter" as plaintiff asserts may be more complex, but the discovery rules of this court are broad. If defendant cannot explain its position on plaintiff's motion to compel discovery by the close of business on January 10, it will explain by then how much additional time would be needed.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge