**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1255 C<br><br>(Honorable Robert H. Hodges, Jr.) |

PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY

Defendant United States has failed to submit a response to Plaintiff's Motion to Compel Discovery. Defendant's response was due on January 6, 2006, but no response was filed. On January 9, 2006, the Court ordered that Defendant explain its position "by the close of business on January 10." Defendant has filed no such response. Accordingly, Plaintiff's Motion to Compel Discovery is unopposed and should be granted.

A proposed order is submitted herewith.

DATED this 11th day of January, 2006.

Respectfully submitted,

PRESTON GATES & ELLIS LLP

By_/s/___________________________
Mark G. Jackson

Counsel of Record for Plaintiff
LUMBERMENS MUTUAL
CASUALTY COMPANY

Derek D. Crick
Kevin A. Rosenfield
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties of record.

/s/_____________________
Judy Goldfarb