**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1255 C<br><br>(Honorable Robert H. Hodges, Jr.) |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

THIS MATTER having come on for hearing before the undersigned judge of the above-entitled court upon plaintiff Lumbermens Mutual Casualty Company's Motion to Compel Discovery, and the Court having considered the submitted pleadings, the relevant supporting declarations, and other pleadings on file herein:

Now, therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Compel Discovery is GRANTED;

2. Defendant shall produce all responsive documents in the possession or control of the Defense Finance and Accounting Services ("DFAS") within ten days from the date of this Order. Documents in the possession or control of DFAS are considered responsive if they refer or relate to Contract No. N44255-97-C5515

3. If Defendant fails to produce the requested documents within ten days from the date of this Order, Plaintiff shall have the opportunity to file an appropriate offer of proof as to what the documents in question would establish if they were available as exhibits.

4. Defendant is ordered to pay all of the reasonable fees and costs, including attorney fees, incurred by Plaintiff in filing the instant motion. Plaintiff shall submit an

/ / /

/ / /

/ / /

enumeration of the fees and costs so incurred.

DATED this ______ day of _________________________, 2006.

_________________________________
Robert H. Hodges
Judge

Presented by:

PRESTON GATES & ELLIS LLP

By /s/___________________________
Mark G. Jackson
Derek D. Crick
Kevin A. Rosenfield

Counsel of Record for Plaintiff
LUMBERMENS MUTUAL
CASUALTY COMPANY