IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-1255C<br>(Judge Hodges) |

DECLARATION OF WILEY R. WRIGHT, III IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

1. My name is Wiley R. Wright, III.

2. I am a certified public accountant and Senior Shareholder in the firm of Rubino & McGeehin Consulting Group, a firm that specializes in providing forensic accounting, consulting, and expert witness services to parties involved in disputes over government contract, construction, and environmental issues.

3. I have over 25 years of experience in the practice of public accounting, with a heavy concentration of my practice in construction and government contract cost accounting and damage claims. My construction and government contract experience includes, but is not limited to, military housing units, hospitals, missile programs, shipbuilding, wastewater treatment facilities, hazardous and nuclear waste facilities, satellite programs, aircraft programs, highways and bridges, manufacturing facilities, airports, tunnels, and space launch vehicles.

4. I have personally reviewed and analyzed costs, damage calculations, requests for equitable adjustment, accounting systems, related internal accounting controls and processes, and documentation in over 200 matters. I have provided expert testimony,

either in deposition or trial, on approximately forty different occasions, many of which were related to cost accounting issues for construction contract, Government contract and/or environmental damages. I have testified in proceedings before several Federal Boards of Contract Appeals, in arbitration (both domestic and international), in Federal District Courts, State Courts, and the United States Court of Federal Claims.

5. The United States Department of Justice ("DOJ") retained Rubino & McGeehin Consulting Group, Inc. ("R&M") to assist in this case.

6. My understanding of Lumbermens' claim, insofar as it involves my areas of expertise, is as follows: Lumbermens alleges that it has incurred damages as a result of the Navy's failure to properly determine the percentage of completion of certain contract items in its processing of Landmarks' payment requests and the Navy's failure to properly make withholdings from Landmarks payment requests. These alleged damages relate to the following areas:

| | |
|---|---|
| Navy Overpayments for Doors and Windows | $131,775 |
| Navy Overpayments for Cabinets | $232,607 |
| Navy Overpayments for Paint | $136,479 |
| Navy Overpayments for Flooring | $333,940 |
| Navy Overpayments for Siding | $172,128 |
| Navy Overpayments for Asbestos and Lead Abatement | $158,760 |
| Navy Overpayments for Personnel | $291,533 |
| Navy Overpayment for Site Work[1] | $440,000 |

[1] The amount of damages for Site Work is stated in two different amounts in Lumbermens complaint. On page 27 of the complaint the alleged damages for Site Work

| | |
|---|---|
| Navy Failure to Withhold | $964,032 |
| Navy Overpayment for Materials | $1,000,000 |
| Return of Liquidated Damages | $744,000 |

7. My task in connection with this case is to provide my expert opinions based upon my independent review and analyses of the costs incurred by Landmark Construction Company ("Landmark") for its work under Contract Number N44255-97-C-5515 with the United States Navy, Engineering Field Activity, Northwest, for the repair and renovation of military family housing units at the Naval Air Station, Whidbey Island in Oak Harbor, Washington.

8. I am the Shareholder responsible for the work performed by our firm in this matter. I am being assisted by various members of our firm, who work under my direction and control. I have personal knowledge of procedures performed by members of our firm.

9. It is my understanding that Lumbermens has requested certain documents from DOJ that DOJ maintains are not available. Those documents include copies of the invoices and related attachments submitted by Landmark to DFAS for payment under the contract.

10. At the request of DOJ, I have prepared this Declaration which sets forth my background and qualifications, a summary of the thirteen invoices and related backup submitted by Landmark and provided to me by the Government; a listing of the missing cost backup with respect to the thirteen invoices provided to me by the Government; and

---

are stated as $300,000. On page 39 of the complaint the alleged damages for Site Work are stated as $440,000. For purposes of my Declaration, I have used the $440,000 amount.

the areas in which I anticipate providing testimony in this matter.

11. The information set forth in this Declaration, as well as my anticipated testimony, is based upon my training and experience as a certified public accountant, including my construction and Government contract cost accounting experience as well as the concepts and principles of accounting, relevant to the accounting of these costs, found in generally accepted accounting principles and practices and the Federal Acquisition Regulations ("FAR") and the documentation provided to me by the Government.

12. The thirteen invoices submitted by Landmark and contained in the documents provided to me by the Government are summarized in Exhibit A. The summary includes an identification of the supporting cost documentation included with the invoices (with the exception of the Network Analysis Schedule and Required Sort and Look Ahead Reports which are addressed in the Declaration of Richard Paullin of Contract Solutions). These invoices were located in the documents provided to me by the Government in this matter. An index of the Government provided documents is contained in Exhibit B. 13. As noted in Exhibit A, eleven of the Landmark invoices include the certifications necessary for payment to be made by the Government. The two invoices that do not contain the Government certification are numbers 7 and 13. Both Invoice 7 and 13 were originally submitted by Landmark and rejected by the Government, thus one would not expect to find a certification with either of those two invoices. The costs included in Invoice number 7 were subsequently paid as part of the costs included in Invoice number 8. Invoice 8 does have a certification.

14. I anticipate that I will provide testimony concerning the following contract items:

| | |
|---|---|
| Navy Overpayments for Doors and Windows | $131,775 |
| Navy Overpayments for Cabinets | $232,607 |
| Navy Overpayments for Paint | $136,479 |
| Navy Overpayments for Flooring | $333,940 |
| Navy Overpayments for Siding | $172,128 |
| Navy Overpayments for Asbestos and Lead Abatement | $158,760 |
| Navy Overpayments for Personnel | $291,533 |
| Navy Overpayment for Site Work | $440,000 |
| Navy Overpayment for Materials | $1,000,000 |

15. My testimony with respect to these items will address the costs incurred by Landmark, the contract schedule of values, the amounts billed by Landmark, the amounts paid by the Government, and the calculation of any over/under payments based on various percentage-of-completion assumptions.

16. While it is true that certain documents are apparently not available for review, including, as Lumbermens contends, the payment certifications for invoices number 7 and 13, these documents do not exist nor would they be expected to easiest given that the invoices were not paid. Further, it is my opinion that those documents are not necessary to analyze the issues in this case that I am addressing. It is my expert opinion that I have all of the information I need to analyze the issues in this case that are within my field of expertise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2006.

Wiley R. Wright, III, CPA

Wiley R. Wright, III

Exhibit A

Lumbermens Mutual Casualty Company
v.
The United States
Summary of Invoices
Landmark Construction Company

| Invoice Number | Amount | Paid | Date Paid | Invoice Documents |
|---|---|---|---|---|
| 1 | $233,256.00 | $233,256.00 | 07/24/2000 | Contractors Invoice - Certified,Prompt Payment Certification and Deduction,Progress Payment Certification,Payment and Performance Bond Approval, FedEx Airbill |
| 2 | $260,665.08 | $260,665.08 | 08/29/2000 | Contractors Invoice - Certified,Prompt Payment Certification and Deduction, Quality Control Invoice Certification, FedEx Airbill |
| 3 | $1,743,055.36 | $1,743,055.36 | 09/29/2000 | Contractors Invoice - Certified,Prompt Payment Certification and Deduction, Paperless Document Notification, Quality Control Invoice Certification, FedEx Airbill |
| 4 | $914,473.72 | $914,473.72 | 11/06/2000 | Contractors Invoice - Certified,Prompt Payment Certification and Deduction, FedEx Airbill |
| 5 | $447,503.76 | $447,503.76 | 12/06/2000 | Contractors Invoice - Certified,Prompt Payment Certification and Deduction, Quality Control Invoice Certification, Invoice Payment Verification Form, FedEx Airbill |
| 6 | $230,647.36 | $230,647.36 | 01/03/2001 | Contractors Invoice - Certified,Prompt Payment Certification and Deduction, Quality Control Invoice Certification, Project Payment Log, FedEx Airbill |
| 7 | $123,013.37 | $0.00 | 03/08/2001 | Contractors Invoice - Certified **(No Payment Certification)** |
| 8 | $232,626.72 | $232,626.72 | 03/08/2001 | Contractors Invoice - Certified,Letter from Navy concerning return of Invoice 7, Quality Control Invoice Certification |
| 9 | $84,359.15 | $84,359.15 | 03/14/2001 | Contractors Invoice - Certified,Prompt Payment Certification and Deduction, Quality Control Invoice Certification, FedEx Airbill |
| 10 | $186,377.01 | $186,377.01 | 04/03/2001 | Contractors Invoice - Certified,FedEx Airbill |
| 11 | $177,075.32 | $177,075.32 | 05/02/2001 | Contractors Invoice - Certified,Prompt Payment Certification and Deduction, Quality Control Invoice Certification, FedEx Airbill |
| 12 | $283,594.28 | $283,594.28 | 06/05/2001 | Contractors Invoice - Certified,Prompt Payment Certification and Deduction, Quality Control Invoice Certification, FedEx Airbill |
| Subtotals | $4,916,647.13 | $4,793,633.76 | | |
| 13 | $759,394.00 | $0.00 | 04/24/2002 | Contractors Invoice - Certified, Project Payment Log **(No Payment Certification)** |
| Totals | $5,676,041.13 | $4,793,633.76 | | |

Exhibit B

Landmark Construction Company
Index of Government Produced Documents
Binders 1 through 22
Bates 1 through 16770

| Binder Volume | Bates | Section | Description of Contents |
|---|---|---|---|
| **1** | 00001 - 00011 | Key Custody | Renovation Key Custody Receipt; Catalog Cut/Shop Drawing Transmittal And Approval |
| 1 | 00012 - 00028 | Waste Shipment Record | Meetings |
| 1 | 00029 - 00043 | Catalog Drawings | Catalog Cut/Shop Drawing Transmittal & Approvals; Michael J. Jackson Resume |
| 1 | 00044 - 00053 | Waste Summary Report | Monthly Project Waste Summary Report; Waste Shipment Record |
| 1 | 00054 - 00066 | Catalog Drawings | Sheet |
| 1 | 00067 - 00262 | QC Report | Contractor Quality Control Reports |
| **2** | 00263 - 00424 | QC Report | Contractor Quality Control Reports |
| 2 | 00425 - 00787 | Production Reports | Contractor Production Reports |
| 2 | 00788 - 00801 | Test Results | Tests Results Elect./Plumbing/FP/FA/Elevator/Sanitary/Concrete; Building Inspection Log Table |
| 2 | 00802 - 00837 | Inspections | Health Home Inspections; Building Inspection Forms & Logs |
| 2 | 00838 - 00839 | CQC Meeting Minutes & Warranty List | Design Review Comments; Index To Warranty; Meeting Agendas and Minuets |
| 2 | 00840 - 00909 | RFI's | As-Build or Not Detailed Summary; Index To Warranty; Corresp |
| **3** | 00910 - 01244 | CQC Meeting Minutes | Warranty Issues; Index to Warranty; Request for Information Index; Corresp |
| 3 | 01245 - 01314 | Catalog Drawings | Catalog Cut/Shop Drawing Transmittal & Approvals; Fixture Details |
| 3 | 01315 - 01328 | Inspector's Comments | Inspector's Comments; Weekly Safety Meeting |
| 3 | 01329 - 01578 | Inspection Forms | Building Inspection Forms; Bacteriological Analysis; Preparatory Checklist; Completed Warranty Work |
| **4** | 01579 - 01978 | Inspection Forms | Plant List; Building Inspection Forms; Bacteriological Analysis; Preparatory Checklist; Weekly Meetings |
| 4 | 01979 - 01985 | Summary of Changes | Changes in Various Sections; Amendment of Modification of Contract; Approved OA/Commitment |
| 4 | 01986 - 02039 | Estimate For Contract Mod | Proposal/Estimate For Contract Modification; Breakdown of Direct Costs |
| 4 | 02040 - 02053 | Termination for Default (T4D) | Termination for Default (T4D) |
| 4 | 02054 - 02061 | Clauses | Payments under Fixed-Price Construction Contracts; Corresp |
| 4 | 02062 - 02093 | Base Cost Breakdown | Estimate to Finish Started Units and Diagrams |
| 4 | 02094 - 02255 | Recommendation to T4D | Withholding of Payment and T4D Memo's; Breakdown of Inventory Stored |
| **5** | 2256 - 2910 | Inspections | Memo's; Building Inspection Forms; Weekly Staff Meeting Minuets; Water Bacteriological Analysis |
| **6** | 2911 - 2967 | Review Comments | Design and Engineering Review Comments |
| 6 | 2968 - 2997 | Tacoma Fixture Company | Designs; Warrant; Maintenance Suggestions; Corresp |
| 6 | 2998 - 3004 | Design Phase Meeting | Submittals; Misc.; Scope Clarifications; Questions To Be Resolved; Corresp |
| 6 | 3005 - 3010 | Design Phase Meeting Minutes | Scope Clarifications; Submittals Needed; Questions To Be Resolved |
| 6 | 3011 - 3015 | Draft Meeting Minutes | 1st Design Phase Meeting; Corresp |
| 6 | 3016 - 3020 | Predesign Conference | Attendance Register; Additional Concerns |

Exhibit B

Landmark Construction Company
Index of Government Produced Documents
Binders 1 through 22
Bates 1 through 16770

| Binder Volume | Bates | Section | Description of Contents |
|---|---|---|---|
| 6 | 3021 - 3032 | Modification | Memo |
| 6 | 3033- 3050 | Proposal/Estimate | Corresp |
| 6 | 3051 - 3060 | Contract Agreement/Award | Solicitation, Offer and Award; Corresp |
| 6 | 3061 - 3135 | Reports | Rpts |
| 6 | 3136 - 3180 | Custody Receipts | Key and Appliance Custody Receipts; Housing Prewalk Through; Master Warranty List; Corresp |
| 6 | 3181 - 3231 | Test Results | Water Test Results; Corresp |
| 6 | 3232 - 3232 | C/O List & A/E Liability | C/O List & A/E Liability |
| 6 | 3233 - 3242 | Asbestos Fibers Analysis | Bulk Asbestos Fibers Analysis; Corresp |
| 6 | 3243 - 3375 | Schedules | Schedules of Prices and Progress; Corresp |
| 6 | 3376 - 3392 | Submittal Register | Submittal Register; Classic Schedule Layout; FedEx Airbill Receipts; Contractors Inv & Payment Log |
| **7** | 3646 - 3815 | Meeting | Weekly Staff and Tool Box Meetings; Attendance Sheets |
| 7 | 3816 - 3875 | Inspection Forms | Preparatory Phase Check List; Hazard Analysis; Building Inspection Forms & Logs |
| 7 | 3876 - 3917 | Asbestos Fibers Analysis | Consulting |
| 7 | 3918 - 3932 | Catalog Drawings | Catalog Cut/Shop Drawing Transmittal & Approval |
| 7 | 3931 - 3985 | Environmental Protection Plan | Environmental Protection Plan Dated: 9/14/00; Material Safety Data Sheet |
| 7 | 3986 - 3988 | EPA | EPA - Notice Of Intent |
| 7 | 3989 - 3992 | Ornamental & Lawn Application | Application for Commercial Residential Ornamental & Lawn Applications |
| 7 | 3993 - 4014 | Materials & Testing | Material Safety Data Sheet; Material Testing & Consulting Inc. |
| 7 | 4015 - 4026 | Addendum 1C | Addendum 1C - To The Lead and Asbestos Plan |
| 7 | 4027 - 4037 | PCM Test Report | PCM Test Report |
| 7 | 4038 - 4089 | Monitoring Worksheets | Asbestos Air Monitoring Worksheet; Asbestos Air Monitoring Data Sheet |
| 7 | 4090 - 4255 | Performance of Asbestos Project | NOI - to Perform Project; Past Performance Questionnaire; Regulated Waste Material Shipment Record |
| **8** | 4256 - 4918 | Amendment and Proposal/ Estimate | Contract Modification Amendment |
| 8 | 4256 - 4918 | Amendment and Proposal/ Estimate | Route Slip for Supplemental Agreements; View Admin Approval Chain; Pre-Negotiation Memo's |
| 8 | 4256 - 4918 | Amendment and Proposal/ Estimate | Wiring |
| 9 | -5710 | C.O. Detector | *** Blank *** |
| 9 | - 5502 | C.O. Detector | C.O. Detector |
| **9** | 04919 - 05042 | Asbestos Fibers Analysis | Bulk Asbestos Fibers Analysis; Certificate of Analysis; Product ID; Chain of Custody; Corresp |
| 9 | | 13281 | *** Blank *** |

Exhibit B

Landmark Construction Company
Index of Government Produced Documents
Binders 1 through 22
Bates 1 through 16770

| Binder Volume | Bates | Section | Description of Contents |
|---|---|---|---|
| 9 | 05043 - 05045 | 1.4.1.a | Absolute Air Filtration Design |
| 9 | 05046 - 05053 | 1.4.1.b | Asbestos Vacuum Systems |
| 9 | 05054 - 05077 | 1.4.1.c | North 7700 Series Half Mask Air-Purifying Respirators |
| 9 | 05078 - 05096 | 1.4.1.d | Omniguard III Differential Pressure Recorder Owner's Manual |
| 9 | 05097 - 05097 | 1.4.1.e | Grayling Industries; Product Description; Product Data; Application; Cautions |
| 9 | 05098 - 05098 | 1.4.1.f | Glovebags Section |
| 9 | 05099 - 05110 | 1.4.1.g | Material Safety Data Sheet; Material Testing & Consulting Inc. |
| 9 | 05111 - 05111 | 1.4.1.h | Pre-Mixed Lock-Down Penetrating Encapsulant |
| 9 | 05112 - 05121 | 1.4.2.a | Asbestos Abatement & Demolition Work Plan Dated: 2/2/02 |
| 9 | 05122 - 05122 | 1.4.2.b | *** Redirects To Another Section *** |
| 9 | 05123 - 05126 | 1.4.2.c | Certificates of Completion |
| 9 | 05127 - 05130 | 1.4.2.d | Solid Waste Disposal Site Permit: Municipal Solid Waste Landfill |
| 9 | 05131 - 05139 | 1.4.2.e | Certificates of Completion |
| 9 | 05140 - 05145 | 1.4.2.f | Asbestos Surveillance Report |
| 9 | 05146 - 05146 | 1.4.2.g | Waste Shipment Records |
| 9 | 05147 - 05159 | 1.4.2.h | Environmental Abatement Services Respiratory Protection Program |
| 9 | 05160 - 05160 | 1.4.2.I | Waste Shipment Records |
| 9 | 05161 - 05161 | 1.4.4.a | *** Redirects To Another Section *** |
| 9 | 05162 - 05164 | 1.4.4.b | "The 2S-PF Pump and Filtration System" |
| 9 | 05165 - 05165 | 1.4.4.c | *** Redirects To Another Section *** |
| 9 | 05166 - 05166 | 1.4.4.d | *** Redirects To Another Section *** |
| 9 | 05167 - 05167 | 1.4.4.e | *** Redirects To Another Section *** |
| 9 | 05168 - 05171 | 1.4.5.a | Notice Of Intent to Perform an Asbestos Project |
| 9 | 05172 - 05172 | 1.4.5.b | Notice - "No Rental Equipment will be used in areas where…." |
| 9 | 05173 - 05186 | 1.4.5.c | Contacts; Respiratory Compliance Letters and Reports |
| 9 | 05187 - 05190 | 1.4.5.d | Registration & Licenses; Certificate of Coverage |
| 9 | | 13283 | *** Blank *** |
| 9 | 05191 - 05192 | 1.5.1.a | Absolute Air Filtration Design Air Filtration |
| 9 | 05193 - 05193 | 1.5.1.b | *** Redirects To Another Section *** |
| 9 | 05194 - 05194 | 1.5.2.a | *** Redirects To Another Section *** |

Exhibit B

Landmark Construction Company
Index of Government Produced Documents
Binders 1 through 22
Bates 1 through 16770

| Binder Volume | Bates | Section | Description of Contents |
|---|---|---|---|
| 9 | 05195 - 05195 | 1.5.2.b | Material Notice: "We will be using no material specifically for the removal of lead..." |
| 9 | 05196 - 05196 | 1.5.2.c | MSDS Notice: "Since we will be using no chemicals for the removal..." |
| 9 | 05197 - 05198 | 1.5.3.a | US Environmental Protection Agency Certificate |
| 9 | 05199 - 05217 | 1.5.3.b | US Environmental Protection Agency Certificate |
| 9 | 05218 - 05221 | 1.5.3.c | Lead Based Paint Removal Plan |
| 9 | 05222 - 05222 | 1.5.3.d | *** Redirects To Another Section *** |
| 9 | 05223 - 05223 | 1.5.3.e | *** Redirects To Another Section *** |
| 9 | 05224 - 05228 | 1.5.3.f | Hazard Communication Plan Policy Statement |
| 9 | 05228 - 05231 | 1.5.3.g | EPA Approved Hazardous Waste Facility |
| 9 | 05232 - 05235 | 1.5.3.h | Hazardous Waste Management Plan |
| 9 | 05236 - 05239 | 1.5.3.I | Lead Based Paint Removal Plan |
| 9 | 05240 - 05241 | 1.5.5.a | Absolute Air Filtration |
| 9 | 05242 - 05250 | 1.5.6.b | *** Redirects To Another Section *** |
| 9 | 05251 - 05261 | 1.5.6.c | Certificates of Completion |
| 9 | 05262 - 05*** | Solid Surfacing Around | Solid Surfacing Around |
| 9 | 05262 - 05*** | Vinyl Sliding | Vinyl Sliding |
| 9 | 05262 - 05*** | Doors | Doors |
| 9 | 05262 - 05*** | Garage Doors | Garage Doors |
| 9 | 05262 - 05*** | Sliding Glass Doors | Sliding Glass Doors |
| 9 | 05262 - 05*** | Vinyl Windows | Vinyl Windows |
| 9 | 05262 - 05*** | Door Hardware | Door Hardware |
| 9 | 05262 - 05*** | Gypsum Board | Gypsum Board |
| 9 | 05262 - 05*** | Sheet Vinyl | Sheet Vinyl |
| 9 | 05262 - 05*** | Carpet & Pad | Carpet & Pad |
| 9 | 05262 - 05*** | Exterior Paint | Exterior Paint |
| 9 | 05262 - 05*** | Interior Paint | Interior Paint |
| 9 | 05262 - 05*** | Mail Boxes | Mail Boxes |
| 9 | 05262 - 05*** | Storage Shelving | Storage Shelving |
| 9 | 05262 - 05*** | Toilet & Bath Accessories | Toilet & Bath Accessories |
| 9 | 05262 - 05*** | Medicine Cabinets | Medicine Cabinets |

Exhibit B

Landmark Construction Company
Index of Government Produced Documents
Binders 1 through 22
Bates 1 through 16770

| Binder Volume | Bates | Section | Description of Contents |
|---|---|---|---|
| 9 | 05262 - 05*** | Range Hood | Range Hood |
| 9 | 05262 - 05*** | Cabinets | Cabinets |
| 9 | 05262 - 05*** | Vertical Blinds | Vertical Blinds |
| 9 | 05262 - 05*** | Horizontal Blinds | Horizontal Blinds |
| 9 | 05262 - 05*** | Plumbing | Plumbing |
| 9 | 05262 - 05*** | Mechanical | Mechanical |
| 9 | 05262 - 05*** | Electrical Panel & Wiring | Electrical Panel & Wiring |
| 9 | 05262 - 05*** | Light Fixtures | Light Fixtures |
| 9 | 05262 - 05*** | Smoke Detector | Smoke Detector |
| 9 | 05*** - 5502 | C.O. Detector | C.O. Detector |
| 9 | 05503 - 05*** | Vinyl Sliding | *** Duplicate *** |
| 9 | 05503 - 05*** | Doors | *** Duplicate *** |
| 9 | 05503 - 05*** | Garage Doors | *** Duplicate *** |
| 9 | 05503 - 05*** | Sliding Glass Doors | *** Duplicate *** |
| 9 | 05503 - 05*** | Vinyl Windows | *** Duplicate *** |
| 9 | 05503 - 05*** | Door Hardware | *** Duplicate *** |
| 9 | 05503 - 05*** | Gypsum Board | *** Duplicate *** |
| 9 | 05503 - 05*** | Sheet Vinyl | *** Duplicate *** |
| 9 | 05503 - 05*** | Carpet & Pad | *** Duplicate *** |
| 9 | 05503 - 05*** | Exterior Paint | *** Duplicate *** |
| 9 | 05503 - 05*** | Interior Paint | *** Duplicate *** |
| 9 | 05503 - 05*** | Mail Boxes | *** Duplicate *** |
| 9 | 05503 - 05*** | Storage Shelving | *** Duplicate *** |
| 9 | 05503 - 05*** | Toilet & Bath Accessories | *** Duplicate *** |
| 9 | 05503 - 05*** | Medicine Cabinets | *** Duplicate *** |
| 9 | 05503 - 05*** | Range Hood | *** Duplicate *** |
| 9 | 05503 - 05*** | Cabinets | *** Duplicate *** |
| 9 | 05503 - 05*** | Vertical Blinds | *** Duplicate *** |
| 9 | 05503 - 05*** | Horizontal Blinds | *** Duplicate *** |
| 9 | 05503 - 05*** | Plumbing | *** Duplicate *** |

Exhibit B

Landmark Construction Company
Index of Government Produced Documents
Binders 1 through 22
Bates 1 through 16770

| Binder Volume | Bates | Section | Description of Contents |
|---|---|---|---|
| 9 | 05503 - 05*** | Mechanical | *** Duplicate *** |
| 9 | 05503 - 05*** | Electrical Panel & Wiring | *** Duplicate *** |
| 9 | 05503 - 05*** | Light Fixtures | *** Duplicate *** |
| 9 | 05503 - 05*** | Smoke Detector | *** Duplicate *** |
| 9 | 05*** - 05710 | C.O. Detector | *** Blank *** |
| **10** | 05711 - 05884 | Solid Waste Tracking Sheet | Solid Waste Tracking Sheet; Monthly Waste Summary Report; Corresp |
| 10 | 05885 - 06008 | Information Request | Request For Information Log |
| 10 | 06008 - 06017 | Building Construction | Landings & Exterior Doors |
| 10 | 06018 - 06048 | Notice To Owner | Public Entity; Community Meeting Agenda |
| 10 | 06049 - 06065 | Amendment and Proposal/ Estimate | Amendment of Modification of Contract; Company Procedure |
| 10 | 06066 - 06137 | Catalog Drawings | Catalog Cut/Shop Drawing Transmittal and Aprroval; Diagrams & Corrsp |
| 10 | 06138 - 06228 | Mechancial Spec. | Mechancial & Electrical Submittal |
| **11** | 6229 - 6237 | Site Specific Submittal | Maylor Capehart Housing Area NAS Whidbey Island **Lead** Dated: June 28, 2000 |
| 11 | 6238 - 6355 | Addendum #1A | Corrections to Lead & Asbestos Abatement Plans Dated: June 12, 2000 |
| 11 | 6356 - 7061 | Lead Demolition Work Plan | Whole Site Repair / Revitalization - NAS (Demolition Work Plan & Job Hazard Analysis) |
| 11 | | Manufacturer's Catalog Data | Manufacture Safety Equipment for Asbestos Abatement; Safety Data Sheets; Certificates; Corresp |
| 11 | | Respiratory Policy | Respiratory Protection Program; Protections Against Asbestos Corresp |
| 11 | | Hazardous Policy | Hazardous Communications Program; Permit; Corresp |
| 11 | | Lead Compliance | Lead Compliance Program; Certificates; Corresp |
| **12** | 7062 - 7110 | Multi-Family Housing | The Brown Associates/Architects Inc. Project List; Corresp |
| 12 | 7111 - 7111 | Transmittal Letter | Transmittal Letter |
| 12 | 7112 - 7112 | Disclosure Statement | Disclosure Statement |
| 12 | 7113 - 7113 | Master Table of Contents | Master Table of Contents |
| 12 | 7114 - 7114 | Cross Reference Index | Cross Reference Matrix |
| 12 | 7115 - 7120 | Factor I - Past Performance | Brief History of Firm; Past Performance Submittal; Past Performance Information; Corresp |
| 12 | 7121 - 7125 | Factor II - Company Experience | Company Experience; Letters of Appreciation |
| 12 | 7126 - 7130 | Factor III - Key Personnel | Program Organizational Structure; Corporate Level Support & Interface; Corresp |
| 12 | 7131 - 7136 | Resumes | Project Manager, Site Superintendent, Quality Control Manager, and Safety Specialist Resumes |
| 12 | 7137 - 7709 | Factor IV - Schedule | Results |
| 12 | 7710 - 7758 | Multi-Family Housing | The Brown Associates/Architects Inc. Project List; Corresp |

Exhibit B

Landmark Construction Company
Index of Government Produced Documents
Binders 1 through 22
Bates 1 through 16770

| Binder Volume | Bates | Section | Description of Contents |
|---|---|---|---|
| 12 | 7759 - 7759 | Transmittal Letter | *** Duplicate *** |
| 12 | 7760 - 7760 | Disclosure Statement | *** Duplicate *** |
| 12 | 7761 - 7761 | Master Table of Contents | *** Duplicate *** |
| 12 | 7762 - 7762 | Cross Reference Index | *** Duplicate *** |
| 12 | 7763 - 7768 | Factor I - Past Performance | *** Duplicate *** |
| 12 | 7769 - 7773 | Factor III - Key Personnel | *** Duplicate *** |
| 12 | 7774 - 7778 | Factor II - Company Experience | *** Duplicate *** |
| 12 | 7779 - 7784 | Resumes | *** Duplicate *** |
| 12 | 7785 - 8227 | Factor IV - Schedule | *** Duplicate *** |
| **13** | 8228 - 8541 | Asbestos Report | Introduction; Regulatory Framework; Survey Procedures; Facility Summary; Building-Specific Rpts |
| 13 | 8542 - 8623 | Section One | Site Plans: Rainier Loop, Benches, Tables, Basketball, Bike Racks, Swings, Barbeques, Ect. |
| 13 | 8624 - 8689 | Section Two | Ect. |
| 13 | 8690 - 8802 | Section Three | Plans: Gas Furnaces, Ceiling Mountings, Bath Valves, Lavatory Faucets, Etc. |
| 13 | 8803 - 9513 | Section Four | Conditions |
| **14** | 10057 - 10586 | Inspections Forms | Memo's; Building Inspection Forms; Water Bacteriological Analysis; Final Clearance Air Monitoring |
| 14 | 9514 - 10056 | Form Specifications | Whole Site Revitalization; Project Info. Form Specifications Final Submittal Dated: Sept. 8, 1997 |
| **15** | 10587 - 10904 | Inspection Forms | Memo's; Building Inspection Forms; Weekly Staff Meeting Minuets; Water Bacteriological Analysis |
| 15 | 10905 - 10909 | Scoping Sheet | Scoping Sheet For FAAF Maylor (Unit Interiors); Scope Meeting Attendance |
| 15 | 10910 - 10915 | Building Improvements | Site and \Unit Modifications |
| 15 | 10916 - 10930 | Existing Site Conditions | Evaluations of Building, Grounds, and Utilities |
| 15 | 10931 - 10945 | Diagrams | J-377 W/S Repairs Maylor Point HSG, Whibdey (IFB) Diagrams |
| 15 | 10946 - 10948 | Paint Survey | Paint Survey |
| 15 | 10949 - 11258 | Appendices Asbestos Survey | Volume 1 of 2: Appendices Asbestos Survey Officers Capehart Housing Area Dated: 18, 1996 |
| **16** | 11259 - 11695 | Appendices Asbestos Survey | Volume 2 of 2: Appendices Asbestos Survey Officers Capehart Housing Area Dated: 18, 1996 |
| 16 | 11696 - 11814 | Tab 1 | Asbestos and Lead Survey; Material Area Spreadsheet; Lead-Base Paint Sample Data Summary; |
| 16 | 11815 - 11817 | Tab 2 | Building Exterior and Interior Paint Colors |
| 16 | 11818A - 12287 | Tab 3 | Results |
| **17** | 12288 - 12293 | Building Forms & Logs | Uniform Building Code |
| 17 | 12294 - 12677 | Preparatory Phase Check List | Preparatory Phase Check List; Hazard Analysis; Building Inspection Forms & Logs |
| 17 | 12678 - 12860 | Quality Reports | Quality Assurance, Control & Production Reports; Preparatory Phase Check List |

Landmark Construction Company
Index of Government Produced Documents
Binders 1 through 22
Bates 1 through 16770

Exhibit B

| Binder Volume | Bates | Section | Description of Contents |
|---|---|---|---|
| 17 | 12861 - 12884 | Structural Design & Meetings | Coordination & Mutual Understanding Meeting |
| 17 | 12885 - 12910 | Partnering Principles | Partnering Seminar & Principles |
| 17 | 12911 - 12927 | Catalog Drawings | Catalog Cut/Shop Drawing Transmittal & Approvals; Registration & Licenses; Soil Test Results |
| 17 | 12928 - 12933 | Brick Wall Incident | Photos of Brick Wall Incident |
| 17 | 12934 - 12949 | Lead Air Monitoring Report | Executive Summary; Report of Field Inspection & Concrete Compression Test |
| 17 | 12950 - 13195 | Contractor Production Report | Contractor Production Reports; Contractor Quality Control Reports |
| 17 | 13196 - 13244 | Site Specific Submittal | Site Specific Submittal Dated: May 5, 2000 |
| 17 | 13245 - 13292 | Hazardous Policy | Hazardous Communications Program; Permit; Certificates of Achievement; Corresp |
| **18** | 13293 - 13701 | Site Specific Submittal | Site Specific Submittal Dated: May 5, 2000 |
| 18 | 13702 - 13729 | Quality Control | Quality Control Safety Plan; Submittal Register |
| 18 | 13730 - 13834 | Safety Plan | Statement of Policy; Safety Plan; Material Safety Data Sheet |
| 18 | 13835 - 13865 | Resumes | Resumes and Work History |
| 18 | 13866 - 13866 | Appointment Letter | Authorization/Appointment Letter |
| 18 | 13867 - 13923 | Policies & Procedures | Analysis |
| 18 | 13924 - 13949 | Quality Control | *** Duplicate *** |
| 18 | 13950 - 14014 | Safety Plan | *** Duplicate *** |
| 18 | 14015 - 14046 | Resumes | *** Duplicate *** |
| 18 | 14047 - 14050 | Appointment Letter | *** Duplicate *** |
| 18 | 14051 - 14102 | Policies & Procedures | *** Duplicate *** |
| **19** | 14103 - 14382 | Site Specific Submittal | Site Specific Submittal Dated: June 28, 2000; Catalog Cut/Shop Drawing Transmittal And Approval |
| 19 | 14383 - 14408 | Quality Control | Quality Control Safety Plan; Submittal Register |
| 19 | 14409 - 14475 | Safety Plan | Statement of Policy; Safety Plan; Material Safety Data Sheet |
| 19 | 14476 - 14506 | Resumes | Resumes and Work History |
| 19 | 14507 - 14508 | Appointment Letter | Authorization/Appointment Letter |
| 19 | 14509 - 14564 | Policies & Procedures | Analysis |
| 19 | 14565 - 14589 | Quality Control | *** Duplicate *** |
| 19 | 14590 - 14623 | Safety Plan | *** Duplicate *** |
| 19 | 14624 - 14643 | Resumes | *** Duplicate *** |
| 19 | 14644 - 14644 | Appointment Letter | *** Duplicate *** |
| 19 | 14645 - 14681 | Policies & Procedures | *** Duplicate *** |

Exhibit B

Landmark Construction Company
Index of Government Produced Documents
Binders 1 through 22
Bates 1 through 16770

| Binder Volume | Bates | Section | Description of Contents |
|---|---|---|---|
| **20** | 14682 - 14813 | Award of Maylor Capehart | Design |
| 20 | 14814 - 14817 | Section 1 | Project Detail; Overall Project Summary |
| 20 | 14818 - 14851 | Section 2 | Overall Cost Summary Basic Requirement; Division Detail Report |
| 20 | 14852 - 14853 | Section 3 | Division Detail Report - Basic Haz-Mat |
| 20 | 14854 - 14855 | Section 4 | Division Detail Report - Basic Haz-Mat |
| 20 | 14856 - 14863 | Section 5 | Division Detail Report - CLIN 0002AA |
| 20 | 14864 - 14888 | Section 6 | Division Detail Report - CLIN 0005AA |
| 20 | 14889 - 14923 | Section 7 | Overall Cost Summary Option Requirement; Division Unit Report |
| 20 | 14924 - 14925 | Section 8 | Division Detail Report - Basic Haz-Mat |
| 20 | 14926 - 14927 | Section 9 | Division Detail Report - Landscape |
| 20 | 14928 - 15266 | Section 10 | Estimate |
| 20 | 15267 - 15270 | Section One | Project Details - 100% Submittal - Base Bid |
| 20 | 15271 - 15272 | Section Two | Maylor Capehart Housing Revitalization Project (Base Bid) Diagrams |
| 20 | 15273 - 15283 | Section Three | Overall Cost Summary Base Bid (100% Submittal Estimate); Division Unit Report |
| 20 | 15284 - 15317 | Section Four | Division Detail Report - 100% Submittal - Base Bide |
| 20 | 15318 - 15321 | Section Five | Division Detail Report - Base Bid - Haz-Mat |
| 20 | 15322 - 15330 | Section Six | Division Detail Report - Landscaping - Base - Max |
| 20 | 15331 - 15338 | Section Seven | Overall Cost Summary Option Bid |
| 20 | 15339 - 15369 | Section Eight | Division Detail Report - 100% Submittal - Option Bid |
| 20 | 15370 - 15373 | Section Nine | Division Detail Report - Option Bid - Haz-Mat |
| 20 | 15374 - 15470 | Section Ten | Division Detail Report - Landscaping - Option - Max; Diagrams |
| 20 | 15471 - 15494 | Required Diagrams | Diagrams Dated: Tue 2/27/01 |
| 20 | 15495 - 15542 | Required Sorts | Diagram Sorts Dated: Tue 2/27/01 |
| 20 | 15543 - 15543 | Summary Input Rpt. | Landmark Construction Summary Input Report Dated: 2/27/01 |
| **21** | 15549 - 15564 | Network Analysis | Corresp |
| 21 | 15554 - 15548 | Catalog Drawings | Catalog Cut/Shop Drawing Transmittal & Approvals |
| 21 | 15565 - 15590 | Required Diagrams | Diagrams Dated: Wed 8/9/00 |
| 21 | 15591 - 15616 | Required Sorts | Diagram Sorts Dated: Wed 8/9/00 |
| 21 | 15617 - 15626 | Summary I-J Rpt. | Summary Report Dated: Mon 7/31/00 |
| 21 | 15627 - 15652 | Required Diagrams | Diagrams Dated: Thu 9/21/00 |

Exhibit B

Landmark Construction Company
Index of Government Produced Documents
Binders 1 through 22
Bates 1 through 16770

| Binder Volume | Bates | Section | Description of Contents |
|---|---|---|---|
| 21 | 15653 - 15704 | Required Sorts | Diagram Sorts Dated: Thu 9/21/00 |
| 21 | 15705 - 16078 | Summary Input Rpt. | Meeting Minutes; Building Inspection Log Table; Design Phase Meeting Agendas; Corresp |
| **22** | 16079 - 16088 | Meeting Minutes | Meeting Minutes Continued |
| 22 | 16089 - 16094 | Catalog Drawings | Catalog Cut/Shop Drawing Transmittal & Approvals |
| 22 | 16095 - 16099 | Information Request | Request For Information; Meeting Plan |
| 22 | 16100 - 16238 | Catalog Drawings | Catalog Cut/Shop Drawing Transmittal & Approvals; Material Safety Data Sheet; Corresp |
| 22 | 16239 - 16321 | Quality Control Plan | Quality Control Plan & Disapproval; Resubmittal Plan |
| 22 | 16322 - 16357 | Activity Hazard Analysis | Activity Hazard Analysis; Design Review Analysis |
| 22 | 16358 - 16406 | Safety Plan | Safety & Accident Prevention Plan |
| 22 | 16407 - 16409 | Restart Construction Meeting | Meeting Agenda |
| 22 | 16410 - 16426 | Statement of Work (SOW) | SOW - PC #0020 FAF Maylor Housing Area: Phase 1; Meeting; Attendance; |
| 22 | 16427 - 16441 | Estimate For Contract Mod | Proposal/Estimate For Contract Modification; Breakdown of Direct Costs |
| 22 | 16442 - 16453 | GE & Cost Comparison | GE & Contractor Cost Comparison; Summary of Comparison; Meeting Notes |
| 22 | 16454 - 16495 | Bid Report | Bid Report; Default Bid; Bid Summary; Base Bid; Coastal Bid; Memo's; Final Price Proposals |
| 22 | 16496 - 16519 | Bond Status | General Form Status Inquiry; AP Voucher Log |
| 22 | 16520 - 16533 | Notice To Contractor | Miller Act Notice; Memo's of Invoice Non-Payment |
| 22 | 16534 - 16607 | Vendor Payment History | Invoice & Payment History; Memo: Payment |
| 22 | 16608 - 16626 | Bond Claim | Bond |
| 22 | 16627 - 16669 | Meeting | Forms |
| 22 | 16670 - 16694 | Performance Evaluation | Performance Evaluation; Mid Course Evaluation; ROCC & Housing Final Walk Through; Corresp |
| 22 | 16670 - 16709 | Warranty List | Master Warranty List |
| 22 | 16695 - 16699 | Inspection Logs | Building Inspection Log Table |
| 22 | 16710 - 16728 | Request For Information | Meeting Minutes; Request For Information |
| 22 | 16729 - 16731 | Point of Contact | Points of Contact (Team Role & Address) |
| 22 | 16732 - 16741 | Revised Pricing Sheets | Revised Pricing Sheets |
| 22 | 16742 - 16770 | Catalog Drawings | Catalog Cut/Shop Drawing Transmittal & Approvals; Material Safety Data Sheet; 2 CD's; Corresp |