# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1255 C<br><br>(Honorable Robert H. Hodges, Jr.) |

## SUPPLEMENTAL DECLARATION OF KEVIN A. ROSENFIELD IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Kevin A. Rosenfield declares and states as follows:

1. I am an attorney with Preston, Gates & Ellis, LLP, counsel of record for plaintiff Lumbermens Mutual Casualty Company ("Lumbermens") in the above captioned matter. I am over the age of eighteen and make this declaration based on my personal knowledge.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the documents possessed by Lumbermens comprising Invoice 5515-2 for $260,665.08, as submitted by Landmark Corporation to the Government.

3. Attached to this declaration as **Exhibit B** is a true and correct copy of the documents possessed by Lumbermens comprising Invoice 5515-3 for $1,743,055.36, as submitted by Landmark to the Government. Lumbermens does not possess the updated NAS that was submitted by Landmark with this invoice.

4. Within Paragraphs 18 and 21 of his declaration in support of Defendant's opposition, Richard C. Paullin contends that the documents marked as LMB 000844-000847 comprise the updated NAS supporting Invoice No. 5515-3. Attached to this declaration as **Exhibit C** is a true and correct copy of these documents, which actually consists of an abbreviated portion of an NAS with handwritten notations that was sent by Landmark's project manager, Brady Farley, to Landmark's accountants.

5. Attached to this declaration as **Exhibit D** is a true and correct copy of the documents possessed by Lumbermens comprising Invoice 5515-4 for $914,473.72, as submitted by Landmark to the Government. Lumbermens does not possess the updated NAS that was submitted by Landmark with this invoice.

6. Attached to this declaration as **Exhibit E** is a true and correct copy of the documents possessed by Lumbermens comprising Invoice 5515-5 for $447,503.76, as submitted by Landmark to the Government.

7. Attached to this declaration as **Exhibit F** is a true and correct copy of Plaintiff's First Set of Requests for Production to Defendant United States.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 18th day of January, 2006 at Seattle, Washington.

Kevin A. Rosenfield

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties of record.

/s/______________________
Judy Goldfarb