# Exhibit A

NAVFAC 7300/41 (7/85)

# NAVAL FACILITIES ENGINEERING COMMAND
## CONTRACTOR'S INVOICE

INVOICE DATE 08/17/00

INVOICE NUMBER 5515-2

FROM: LANDMARK CONSTRUCTION CORPORATION
1154 Vista Loop
Oak Harbor, WA 98277
TO: ROICC WHIDBEY
VIA: Resident Officer in Charge of Construction

1. Below is a statement of performance under Contract N44255-97-5515 at WHIDBEY ISLAND WA. NAS

The enclosure provides breakdown of this statement of performance.

| | | |
|---|---|---|
| A. | Total value of contract through change | $ 9,878,026.00 |
| B. | Percentage of performance complete | 5% |
| C. | Value of completed performance | $ 493,921.00 |
| D. | Less: Total of prior invoices | $ 233,256.00 |
| E. | Amount of this invoice | $ 260,665.08 |

Signature and Title [signature] PROJECT MANAGER

DATE 17-Aug-00

FIRST ENDORSEMENT
FROM: ROICC WHIDBEY
TO: DFAS OAKLAND via DFAS SAN DIEGO OPLOC

1. Payment is recommended as follows:
   a. Amount of work completed — $ 493,921.08
   b. Less:
      Retention
      Other deductions
   c. Sub total — $ 493,921.08
   d. Less previous payments — $ 233,256.00
   e. Recommended amount for 2nd payment — $ 260,665.08

2. Elapsed contract time 5%

3

ROICC WHIDBEY ISLAND '00 AUG 16 10 RECEIVED

Sigature and Title [signature] 8/17/00
Kevin McAteer, PROJECT ENGINEER

Pursuant to authority vested in me, I certify that this invoice is correct and proper for payment.

DATE 8/17/00 Sigature and Title [signature]
JOHN F. SANTIAGO Authorized Certifying Officer
Contracting Officer

| ACCRN | APPN/SUBHEAD | | BCN | SA | AA | TTT | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| AA | 17 99037030/2592 N0002599AL75112 | 0321 | 31211 | 0 | 68711 | 2A | 000000 | AA7C55150000 | $130,332.54 |
| AB | 17 00047030/2502 N0002500AL86013 | 0321 | 31211 | 0 | 68711 | 2A | 000000 | AB7C55150000 | $130,332.54 |

1 If the ability to certify and authority to recommend are combined in one person one signature only is necessary. Otherwise the ROICC will sign the space provided

LUMBERMENS 03577

**PROMPT PAYMENT CERTIFICATION AND DEDUCTION:**

FROM:
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
NAS WHIDBEY FIELD OFFICE
1115 W LEXINGTON ST. BLDG 103
OAK HARBOR, WA 98278-4920

CERTIFYING ACTIVITY UIC:* N44255

Page 1 of 1 *

| PINN/Contract No :* | SPIIN | Subj to PP* | Contract on EDA | Discount Terms |
|---|---|---|---|---|
| N44255-97-C-5515 | | X Yes __ No | __ Yes __ No | N/A |

| Invoice No:* | Circle One | Brief description of goods/services and quantity: |
|---|---|---|
| 2 | PP (FP) | REPAIRS AND IMPROVEMENTS MAYLOR HOUSING |

| Invoice Date:*(YYMMDD) | Mat'l Receipt Date:*(YYMMDD) | Mat'l Accept Date:*(YYMMDD) | Invoice Receipt Date:*(YYMMDD) |
|---|---|---|---|
| 000817 | 000817 | 000817 | 000817 |

| Date Forwarded:*(YYMMDD) | Gross Amount:* | Amount of Deduction: |
|---|---|---|
| 000818 | $ 260,665.08 | $ - |

| Amount Certified for Payment:* | Reason for Deduction: |
|---|---|
| $ 260,665.08 | N/A |

* ALL ACCOUNTING FIELDS BELOW ARE MANDATORY. TOTAL OF LINES PROVIDED MUST EQUAL AMOUNT CERTIFIED. *

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 17 99037030 | 2592 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AA7C5515000 | $ 130,332.54 |

| REQUISITION # | CLIN | SLIN | QUANTITY | Brief description of goods/services: |
|---|---|---|---|---|
| N0002599AL75112 | | | | REPAIR AND REVITALIZATION MAYLOR CAPHART HSG |

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AB | 1700047030 | 2502 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AB7C55150000 | $ 130,332.54 |

| REQUISITION # | CLIN | SLIN | QUANTITY | Brief description of goods/services: |
|---|---|---|---|---|
| N0002500AL86013 | | | | REPAIR AND REVITALIZATION MAYLOR CAPHART HSG |

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| REQUISITION # | CLIN | SLIN | QUANTITY | Brief description of goods/services: |
|---|---|---|---|---|
| | | | | |

I certify that the accounting data provided is accurate, funds have been obligated in appropriate accounting system and changes have been applied to the appropriate accounting classification reference number (ACRN); available funds have been decremented for the amount approved for disbursement and will not be de-obligated; and the above invoice is correct and proper for payment.

(Signature)* 8/17/00 (Date)*

JOHN F. SANTIAGO, Contracting Officer
(Printed Name and Title)*

(360) 257-6503
(Phone Number)*

santiagojf@efanw.navfac.navy.mil
(e-mail address)

LUMBERMENS 03578

# Quality Control Invoice Certification

The as-built drawings are up to date and under review. The work for which payment is requested, including stored material, is in compliance with contract requirements.

QC Manager William Tate Robbins

Dated 8/16/2000

RECEIVED
'00 AUG 16 10
ROICC WHIDBEY ISLAND

FILE TAB 21

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00–'10) |
|---|---|---|---|---|---|---|
| 1 | MAYLOR CAPEHART HOUSING | $9,878,026.00 | 0% | $493,921.08 | $9,384,104.92 | |
| 2 | RECEIVED CONTRACT | $0.00 | 0% | $0.00 | $0.00 | 4/11 |
| 3 | PARTNERING MEETING | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 4 | PRE-DESIGN MEETING | $0.00 | 0% | $0.00 | $0.00 | RICK BROWN AND ASSOCIATES/GOVT/LANDMARK |
| 5 | DESIGN PHASE | $0.00 | 0% | $0.00 | $0.00 | |
| 6 | SUBMITTALS | $0.00 | 0% | $0.00 | $0.00 | |
| 124 | GOVT, REVIEW SUBMITTAL | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 125 | CONSTRUCTION MOBILIZA' | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 126 | MUTUAL UNDERSTANDING | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 127 | Schedule of Pricing | $5,514,508.00 | 34% | $493,921.08 | $5,020,586.92 | |
| 128 | DOORS & WINDOWS | $500,000.00 | 0% | $0.00 | $500,000.00 | Pioneer Trading |
| 129 | CABINETS | $500,000.00 | 0% | $0.00 | $500,000.00 | Tacoma Fixtures |
| 130 | TOILETS & ACCESSORIES | $100,000.00 | 0% | $0.00 | $100,000.00 | American Direct |
| 131 | PAINT | $300,000.00 | 0% | $0.00 | $300,000.00 | Parker |
| 132 | INSURANCE | $18,500.00 | 100% | $18,500.00 | $0.00 | LANDMARK |
| 133 | TESTING AND INSPECTION | $5,000.00 | 0% | $0.00 | $5,000.00 | LANDMARK |
| 134 | Locates | $16,000.00 | 50% | $8,000.00 | $8,000.00 | Rosenau & Assoc. |
| 135 | BOND | $143,256.00 | 100% | $143,256.00 | $0.00 | LANDMARK |
| 136 | PERSONNEL | $728,834.00 | 12% | $87,460.08 | $641,373.92 | LANDMARK |
| 137 | MGMT TRAVEL/MEALS | $18,000.00 | 12% | $2,160.00 | $15,840.00 | LANDMARK |
| 138 | ARCHITECTURAL FEES | $200,000.00 | 45% | $90,000.00 | $110,000.00 | LANDMARK |
| 139 | MECHANICAL SUPPLIES | $220,000.00 | 0% | $0.00 | $220,000.00 | COASTAL MECHANICAL |
| 140 | ELECTRICAL SUPPLIES | $209,155.00 | 0% | $0.00 | $209,155.00 | COASTAL ELECTRICAL |
| 141 | BLUEPRINTS | $5,000.00 | 0% | $0.00 | $5,000.00 | LANDMARK |
| 142 | SAFTY/FIRST AID | $2,500.00 | 12% | $300.00 | $2,200.00 | LANDMARK |
| 143 | MACHINE LEASE | $3,000.00 | 12% | $360.00 | $2,640.00 | LANDMARK |
| 144 | OFFICE SUPPLIES | $10,200.00 | 12% | $1,224.00 | $8,976.00 | LANDMARK |

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000 '00 '01 '02 '03 2004 '04 '05 '06 '07 2008 '08 '09 '10 |
|---|---|---|---|---|---|---|
| 145 | SCHEDULE & CPM | $5,000.00 | 12% | $600.00 | $4,400.00 | LANDMARK |
| 146 | PHOTOS | $2,500.00 | 12% | $300.00 | $2,200.00 | LANDMARK |
| 147 | PARTNERING COSTS | $15,000.00 | 50% | $7,500.00 | $7,500.00 | LANDMARK |
| 148 | TOOLS & EQUIPMENT | $37,000.00 | 50% | $18,500.00 | $18,500.00 | LANDMARK |
| 149 | SCAFFOLDING & STAGING | $4,500.00 | 0% | $0.00 | $4,500.00 | LANDMARK |
| 150 | RENTAL ELECTRICAL GENE | $1,800.00 | 25% | $450.00 | $1,350.00 | LANDMARK |
| 151 | TOOL REPAIR | $6,300.00 | 0% | $0.00 | $6,300.00 | LANDMARK |
| 152 | TRUCK | $38,400.00 | 12% | $4,608.00 | $33,792.00 | LANDMARK |
| 153 | FLAT BED | $6,500.00 | 100% | $6,500.00 | $0.00 | LANDMARK |
| 154 | BOX VAN | $16,000.00 | 100% | $16,000.00 | $0.00 | LANDMARK |
| 155 | FORKLIFT | $6,000.00 | 100% | $6,000.00 | $0.00 | LANDMARK |
| 156 | MONTHLY CELL BILLS | $12,600.00 | 12% | $1,512.00 | $11,088.00 | LANDMARK |
| 157 | CELL PHONE PURCHASE | $1,393.00 | 100% | $1,393.00 | $0.00 | LANDMARK |
| 158 | FUEL | $4,500.00 | 12% | $540.00 | $3,960.00 | LANDMARK |
| 159 | TRAILER MOB | $5,500.00 | 100% | $5,500.00 | $0.00 | LANDMARK |
| 160 | TEMP ELEC SVC INSTALLA' | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK |
| 161 | TRAILER/EQUIPMENT | $26,000.00 | 100% | $26,000.00 | $0.00 | LANDMARK |
| 162 | MONTHLY PHONE SERVICE | $10,800.00 | 12% | $1,296.00 | $9,504.00 | LANDMARK |
| 163 | MONTHLY CELL PHONE | $12,600.00 | 12% | $1,512.00 | $11,088.00 | LANDMARK |
| 164 | TEMP TOILET | $4,500.00 | 12% | $540.00 | $3,960.00 | LANDMARK |
| 165 | OFFICE EQUIPMENT | $5,000.00 | 12% | $600.00 | $4,400.00 | LANDMARK |
| 166 | FED EX | $3,500.00 | 12% | $420.00 | $3,080.00 | LANDMARK |
| 167 | COMPUTERS | $17,500.00 | 100% | $17,500.00 | $0.00 | LANDMARK |
| 168 | PRINTER | $900.00 | 100% | $900.00 | $0.00 | LANDMARK |
| 169 | FAX | $990.00 | 100% | $990.00 | $0.00 | LANDMARK |
| 170 | PHONE SYSTEM PURCHASI | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK |
| 171 | STORAGE CONTAINERS | $10,000.00 | 100% | $10,000.00 | $0.00 | LANDMARK |

LUMBERMENS 03581

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 2004 '04 '05 '06 '07 2008 '08 '09 '10) |
|---|---|---|---|---|---|---|
| 172 | DUMPSTER FEES | $9,800.00 | 0% | $0.00 | $9,800.00 | LANDMARK |
| 173 | PROJECT SIGN | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK |
| 174 | FLOORING | $485,940.00 | 0% | $0.00 | $485,940.00 | LANDMARK |
| 175 | SIDING | $287,040.00 | 0% | $0.00 | $287,040.00 | LANDMARK |
| 176 | PERODIC CLEANUP | $4,500.00 | 0% | $0.00 | $4,500.00 | LANDMARK |
| 177 | SITE WORK | $590,000.00 | 0% | $0.00 | $590,000.00 | LLOYDS |
| 178 | Asbestos and Lead Abatemer | $882,000.00 | 0% | $0.00 | $882,000.00 | C AND C |
| 179 | DEMOB | $5,500.00 | 0% | $0.00 | $5,500.00 | LANDMARK |
| [illegible]80 | CLEANUP | $2,000.00 | 0% | $0.00 | $2,000.00 | LANDMARK |
| 181 | CONSTRUCTION PHASE | $4,363,518.00 | 0% | $0.00 | $4,363,518.00 | |
| 182 | STANDARD BUILDING #1 | $0.00 | 0% | $0.00 | $0.00 | |
| 183 | 1ST PHASE WORK | $0.00 | 0% | $0.00 | $0.00 | |
| 184 | ABATEMENT | $0.00 | 0% | $0.00 | $0.00 | Thermatech Northwest |
| 185 | DEMOLITION | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 186 | CUT & DEMO SLAB | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 187 | FORM SOG FOR G. | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 188 | POUR SOG FOR G. | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 189 | CURE CONCRETE | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| [illegible]0 | WORK 2ND PHASE | $0.00 | 0% | $0.00 | $0.00 | |
| 191 | FRAME GARAGE | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 192 | ELECTRICAL ROU( | $0.00 | 0% | $0.00 | $0.00 | COASTAL ELECTRICAL |
| 193 | MECHANICAL ROU | $0.00 | 0% | $0.00 | $0.00 | COASTAL MECHANICAL |
| 194 | INSTALL WINDOW: | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 195 | VINYL SIDING | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 196 | INSTALL GWB | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 197 | GWB FINISH | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 198 | PAINT | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |

LUMBERMENS 03582

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | Resource |
|---|---|---|---|---|---|---|
| 199 | INSTALL CARPET/ | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 200 | INSTALL CABINET | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 201 | INSTALL DOORS/T | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 202 | TOILET ACCESSO | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 203 | INSTALL BLINDS | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 204 | INSTALL APPLIAN | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 205 | MECHANICAL TRIM | $0.00 | 0% | $0.00 | $0.00 | COASTAL MECHANICAL |
| 206 | ELECTRICAL TRIM | $0.00 | 0% | $0.00 | $0.00 | COASTAL ELECTRICAL |
| 207 | INSTALL GARAGE | $0.00 | 0% | $0.00 | $0.00 | CRAWFORD |
| 208 | FINAL CLEAN | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 209 | PRE FINAL | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 210 | **Deliveries of Materials** | **$32,000.00** | **0%** | **$0.00** | **$32,000.00** | |
| 211 | Framing Materials | $0.00 | 0% | $0.00 | $0.00 | OSO |
| 212 | Gypsum Wallboard | $0.00 | 0% | $0.00 | $0.00 | OSO |
| 213 | Paint | $0.00 | 0% | $0.00 | $0.00 | Parker |
| 214 | Windows | $0.00 | 0% | $0.00 | $0.00 | Pioneer Trading |
| 215 | Fireplace Mantels | $32,000.00 | 0% | $0.00 | $32,000.00 | Riverhouse Design |
| 216 | Vinyl Siding | $0.00 | 0% | $0.00 | $0.00 | Pioneer Trading |
| 217 | Plumbing Fixtures | $0.00 | 0% | $0.00 | $0.00 | Familian |
| 218 | Mechanical | $0.00 | 0% | $0.00 | $0.00 | Thrifty |
| 219 | Electrical/Lighting Fixture | $0.00 | 0% | $0.00 | $0.00 | Platt |
| 220 | Cabinets | $0.00 | 0% | $0.00 | $0.00 | Tacoma Fixtures |
| 221 | Flooring/Carpet+Vinyl | $0.00 | 0% | $0.00 | $0.00 | Resource Management |
| 222 | Shower Surround Materi | $0.00 | 0% | $0.00 | $0.00 | Precision Countertops |
| 223 | Doors + Hardware | $0.00 | 0% | $0.00 | $0.00 | Pioneer Trading |
| 224 | Bathroom Accessories | $0.00 | 0% | $0.00 | $0.00 | American Dir |
| 225 | Appliances | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |

LUMBERMENS 03583

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000 '00 '01 '02 '03 / 2004 '04 '05 '06 '07 / 2008 '08 '09 '10 |
|---|---|---|---|---|---|---|
| 226 | Blinds | $0.00 | 0% | $0.00 | $0.00 | Pioneer Trading |
| 227 | Delivery of Government furnis | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 228 | **Mobilize at Baker Court Are** | **$108,270.40** | **0%** | **$0.00** | **$108,270.40** | |
| 229 | Construction at 1307 | $27,054.10 | 0% | $0.00 | $27,054.10 | LANDMARK |
| 230 | Inspect 1307 | $0.00 | 0% | $0.00 | $0.00 | 11/14 |
| 231 | Construction at 1305 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 232 | Inspect 1305 | $0.00 | 0% | $0.00 | $0.00 | 11/14 |
| 233 | Construction at 1308 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 234 | Inspect 1308 | $0.00 | 0% | $0.00 | $0.00 | 11/14 |
| 235 | Construction at 1309 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 236 | Inspect 1309 | $0.00 | 0% | $0.00 | $0.00 | 11/14 |
| 237 | Conclude all re-work item | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 238 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | 11/23 |
| 239 | **Mobilize at Cascade Circle /** | **$433,153.60** | **0%** | **$0.00** | **$433,153.60** | |
| 240 | Construction at 1265 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 241 | Inspect 1265 | $0.00 | 0% | $0.00 | $0.00 | 12/6 |
| 242 | Construction at 1263 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 243 | Inspect 1263 | $0.00 | 0% | $0.00 | $0.00 | 12/6 |
| 244 | Construction at 1261 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 245 | Inspect 1261 | $0.00 | 0% | $0.00 | $0.00 | 12/13 |
| 246 | Construction at 1259 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 247 | Inspect 1259 | $0.00 | 0% | $0.00 | $0.00 | 12/13 |
| 248 | Construction at 1257 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 249 | Inspect 1257 | $0.00 | 0% | $0.00 | $0.00 | 12/20 |
| 250 | Construction at 1255 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 251 | Inspect 1255 | $0.00 | 0% | $0.00 | $0.00 | 12/20 |
| 252 | Construction at 1253 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |

LUMBERMENS 03584

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|---|
| 253 | Inspect 1253 | $0.00 | 0% | $0.00 | $0.00 | 12/27 |
| 254 | Construction at 1251 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 255 | Inspect 1251 | $0.00 | 0% | $0.00 | $0.00 | 12/27 |
| 256 | Construction at 1249 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 257 | Inspect 1249 | $0.00 | 0% | $0.00 | $0.00 | 1/3 |
| 258 | Construction at 1248 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 259 | Inspect 1248 | $0.00 | 0% | $0.00 | $0.00 | 1/3 |
| 260 | Construction at 1250 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 261 | Inspect 1250 | $0.00 | 0% | $0.00 | $0.00 | 1/10 |
| 262 | Construction at 1252 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 263 | Inspect 1252 | $0.00 | 0% | $0.00 | $0.00 | 1/10 |
| 264 | Construction at 1254 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 265 | Inspect 1254 | $0.00 | 0% | $0.00 | $0.00 | 1/17 |
| 266 | Construction at 1256 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 267 | Inspect 1256 | $0.00 | 0% | $0.00 | $0.00 | 1/17 |
| 268 | Construction at 1258 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 269 | Inspect 1258 | $0.00 | 0% | $0.00 | $0.00 | 1/24 |
| 270 | Construction at 1260 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 271 | Inspect 1260 | $0.00 | 0% | $0.00 | $0.00 | 1/24 |
| 272 | Conclude all Re-Work Ite | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 273 | Turn over Area | $0.00 | 0% | $0.00 | $0.00 | 2/9 |
| 274 | **Mobilize At Cascade Circle /** | **$270,721.00** | 0% | **$0.00** | **$270,721.00** | |
| 275 | Construction at 1246 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 276 | Inspect 1246 | $0.00 | 0% | $0.00 | $0.00 | 1/31 |
| 277 | Construction at 1244 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 278 | Inspect 1244 | $0.00 | 0% | $0.00 | $0.00 | 1/31 |
| 279 | Construction at 1241 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |

LUMBERMENS 03585

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000 '00 '01 '02 '03 / 2004 '04 '05 '06 '07 / 2008 '08 '09 '10 |
|---|---|---|---|---|---|---|
| 280 | Inspect 1241 | $0.00 | 0% | $0.00 | $0.00 | 2/7 |
| 281 | Construction at 1243 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 282 | Inspect 1243 | $0.00 | 0% | $0.00 | $0.00 | 2/7 |
| 283 | Construction at 1301 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 284 | Inspect 1301 | $0.00 | 0% | $0.00 | $0.00 | 2/15 |
| 285 | Construction at 1300 Bak | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 286 | Inspect 1300 | $0.00 | 0% | $0.00 | $0.00 | 2/15 |
| 287 | Construction at 1302 Bak | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 288 | Inspect 1302 | $0.00 | 0% | $0.00 | $0.00 | 2/15 |
| 289 | Construction at 1304 Bak | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 290 | Inspect 1304 | $0.00 | 0% | $0.00 | $0.00 | 2/22 |
| 291 | Construction at 1306 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 292 | Inspect 1306 | $0.00 | 0% | $0.00 | $0.00 | 2/22 |
| 293 | Construction at 1303 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 294 | Inspect 1303 | $0.00 | 0% | $0.00 | $0.00 | 4/16 |
| 295 | Complete all Re-Work | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 296 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | 4/25 |
| 297 | **Mobilize At Work Area # 3** | **$433,153.60** | **0%** | **$0.00** | **$433,153.60** | |
| 298 | Construction at 1239 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 299 | Inspect 1239 | $0.00 | 0% | $0.00 | $0.00 | 2/28 |
| 300 | Construction at 1237 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 301 | Inspect 1237 | $0.00 | 0% | $0.00 | $0.00 | 2/28 |
| 302 | Construction at 1235 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 303 | Inspect 1235 | $0.00 | 0% | $0.00 | $0.00 | 3/7 |
| 304 | Construction at 1233 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 305 | Inspect 1233 | $0.00 | 0% | $0.00 | $0.00 | 3/7 |
| 306 | Construction at 1231 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |

LUMBERMENS 03586

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|---|
| 307 | Inspect 1231 | $0.00 | 0% | $0.00 | $0.00 | 3/14 |
| 308 | Construction at 1229 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 309 | Inspect 1229 | $0.00 | 0% | $0.00 | $0.00 | 3/14 |
| 310 | Construction at 1227 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 311 | Inspect at 1227 | $0.00 | 0% | $0.00 | $0.00 | 3/21 |
| 312 | Construction at 1225 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 313 | Inspect 1225 | $0.00 | 0% | $0.00 | $0.00 | 3/21 |
| 314 | Construction at 1223 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 315 | Inspect 1223 | $0.00 | 0% | $0.00 | $0.00 | 3/28 |
| 316 | Construction at 1240 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 317 | Inspect 1240 | $0.00 | 0% | $0.00 | $0.00 | 3/28 |
| 318 | Construction at 1238 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 319 | Inspect 1238 | $0.00 | 0% | $0.00 | $0.00 | 4/4 |
| 320 | Construction at 1236 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 321 | Inspect 1236 | $0.00 | 0% | $0.00 | $0.00 | 4/4 |
| 322 | Construction at 1234 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 323 | Inspect 1234 | $0.00 | 0% | $0.00 | $0.00 | 4/11 |
| 324 | Construction at 1228 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 325 | Inspect 1228 | $0.00 | 0% | $0.00 | $0.00 | 4/11 |
| 326 | Construction at 1226 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 327 | Inspect 1226 | $0.00 | 0% | $0.00 | $0.00 | 4/18 |
| 328 | Construction at 1224 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 329 | Inspect 1224 | $0.00 | 0% | $0.00 | $0.00 | 4/18 |
| 330 | Conclude all Re-Work | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 331 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | 4/25 |
| 332 | **Mobilize at Work Area # 4** | **$487,297.80** | **0%** | **$0.00** | **$487,297.80** | |
| 333 | Construction at 1221 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |

LUMBERMENS 03587

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|---|
| 334 | Inspect 1221 | $0.00 | 0% | $0.00 | $0.00 | 4/25 |
| 335 | Construction at 1219 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 336 | Inspect 1219 | $0.00 | 0% | $0.00 | $0.00 | 4/25 |
| 337 | Construction at 1215 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 338 | Inspect 1215 | $0.00 | 0% | $0.00 | $0.00 | 5/2 |
| 339 | Construction at 1213 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 340 | Inspect 1213 | $0.00 | 0% | $0.00 | $0.00 | 5/2 |
| 341 | Construction at 1211 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 342 | Inspect 1211 | $0.00 | 0% | $0.00 | $0.00 | 5/9 |
| 343 | Construction at 1209 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 344 | Inspect 1209 | $0.00 | 0% | $0.00 | $0.00 | 5/9 |
| 345 | Construction at 1207 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 346 | Inspect 1207 | $0.00 | 0% | $0.00 | $0.00 | 5/16 |
| 347 | Construction at 1205 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 348 | Inspect 1205 | $0.00 | 0% | $0.00 | $0.00 | 5/16 |
| 349 | Construction at 1203 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 350 | Inspect 1203 | $0.00 | 0% | $0.00 | $0.00 | 5/23 |
| 351 | Construction at 1201 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 352 | Inspect 1201 | $0.00 | 0% | $0.00 | $0.00 | 5/23 |
| 353 | Construction at 1200 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 354 | Inspect 1200 | $0.00 | 0% | $0.00 | $0.00 | 5/30 |
| 355 | Construction at 1204 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 356 | Inspect 1204 | $0.00 | 0% | $0.00 | $0.00 | 5/30 |
| 357 | Construction at 1208 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 358 | Inspect 1208 | $0.00 | 0% | $0.00 | $0.00 | 6/6 |
| 359 | Construction at 1212 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 360 | Inspect 1212 | $0.00 | 0% | $0.00 | $0.00 | 6/6 |

LUMBERMENS 03588

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|---|
| 361 | Construction at 1214 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 362 | Inspect 1214 | $0.00 | 0% | $0.00 | $0.00 | 6/13 |
| 363 | Construction at 1216 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 364 | Inspect 1216 | $0.00 | 0% | $0.00 | $0.00 | 6/13 |
| 365 | Construction at 1218 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 366 | Inspect 1218 | $0.00 | 0% | $0.00 | $0.00 | 6/20 |
| 367 | Construction at 1220 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 368 | Inspect 1220 | $0.00 | 0% | $0.00 | $0.00 | 6/20 |
| 369 | Conclude all Re-Work Ite | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 370 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 371 | **Mobilize at Work Area # 5** | **$460,225.70** | **0%** | **$0.00** | **$460,225.70** | |
| 372 | Construction at 1165 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 373 | Inspect 1165 | $0.00 | 0% | $0.00 | $0.00 | 6/27 |
| 374 | Construction at 1163 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 375 | Inspect 1163 | $0.00 | 0% | $0.00 | $0.00 | 6/27 |
| 376 | Construction at 1161 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 377 | Inspect 1161 | $0.00 | 0% | $0.00 | $0.00 | 7/4 |
| 378 | Construction at 1159 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 379 | Inspect 1159 | $0.00 | 0% | $0.00 | $0.00 | 7/4 |
| 380 | Construction at 1157 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 381 | Inspect 1157 | $0.00 | 0% | $0.00 | $0.00 | 7/11 |
| 382 | Construction at 1153 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 383 | Inspect 1153 | $0.00 | 0% | $0.00 | $0.00 | 7/11 |
| 384 | Construction at 1151 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 385 | Inspect 1151 | $0.00 | 0% | $0.00 | $0.00 | 7/18 |
| 386 | Construction at 1149 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 387 | Inspect 1149 | $0.00 | 0% | $0.00 | $0.00 | 7/18 |

LUMBERMENS 03589

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000 / 2004 / 2008 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|---|
| 388 | Construction at 1147 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 389 | Inspect 1147 | $0.00 | 0% | $0.00 | $0.00 | 7/25 |
| 390 | Construction at 1146 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 391 | Inspect 1146 | $0.00 | 0% | $0.00 | $0.00 | 7/25 |
| 392 | Construction at 1148 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 393 | Inspect 1148 | $0.00 | 0% | $0.00 | $0.00 | 8/1 |
| 394 | Construction at 1150 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 395 | Inspect 1150 | $0.00 | 0% | $0.00 | $0.00 | 8/1 |
| 396 | Construction at 1152 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 397 | Inspect 1152 | $0.00 | 0% | $0.00 | $0.00 | 8/8 |
| 398 | Construction 1156 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 399 | Inspect 1156 | $0.00 | 0% | $0.00 | $0.00 | 8/8 |
| 400 | Construction at 1100 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 401 | Inspect 1100 | $0.00 | 0% | $0.00 | $0.00 | 8/15 |
| 402 | Construction at 1160 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 403 | Inspect 1160 | $0.00 | 0% | $0.00 | $0.00 | 8/15 |
| 404 | Construction at 1164 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 405 | Inspect 1164 | $0.00 | 0% | $0.00 | $0.00 | 8/22 |
| 406 | Conclude all Re-Work Ite | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 407 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 408 | **Mobilize at Work Area # 6** | **$406,081.50** | **0%** | **$0.00** | **$406,081.50** | |
| 409 | Construction at 1145 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 410 | Inspect 1145 | $0.00 | 0% | $0.00 | $0.00 | 8/29 |
| 411 | Construction at 1143 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 412 | Inspect 1143 | $0.00 | 0% | $0.00 | $0.00 | 8/29 |
| 413 | Construction at 1141 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 414 | Inspect 1141 | $0.00 | 0% | $0.00 | $0.00 | 9/5 |

LUMBERMENS 03590

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|---|
| 415 | Construction at 1139 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 416 | Inspect 1139 | $0.00 | 0% | $0.00 | $0.00 | 9/5 |
| 417 | Construction 1137 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 418 | Inspect 1137 | $0.00 | 0% | $0.00 | $0.00 | 9/12 |
| 419 | Construction at 1135 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 420 | Inspect 1135 | $0.00 | 0% | $0.00 | $0.00 | 9/12 |
| 421 | Construction at 1133 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 422 | Inspect 1133 | $0.00 | 0% | $0.00 | $0.00 | 9/19 |
| 423 | Construction at 1131 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 424 | Inspect 1131 | $0.00 | 0% | $0.00 | $0.00 | 9/19 |
| 425 | Construction at 1129 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 426 | Inspect 1129 | $0.00 | 0% | $0.00 | $0.00 | 9/26 |
| 427 | Construction at 1127 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 428 | Inspect 1127 | $0.00 | 0% | $0.00 | $0.00 | 9/26 |
| 429 | Construction at 1126 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 430 | Inspect 1126 | $0.00 | 0% | $0.00 | $0.00 | 10/3 |
| 431 | Construction at 1128 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 432 | Inspect 1128 | $0.00 | 0% | $0.00 | $0.00 | 10/3 |
| 433 | Construction at 1132 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 434 | Inspect 1132 | $0.00 | 0% | $0.00 | $0.00 | 10/10 |
| 435 | Construction at 1138 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 436 | Inspect 1138 | $0.00 | 0% | $0.00 | $0.00 | 10/10 |
| 437 | Construction at 1140 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 438 | Inspect 1140 | $0.00 | 0% | $0.00 | $0.00 | 10/17 |
| 439 | Conclude all Re-Work Ite | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 440 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | 11/2 |
| 441 | **Mobilize at Work Area # 7** | **$487,297.80** | **0%** | **$0.00** | **$487,297.80** | |

LUMBERMENS 03591

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000 '00 '01 '02 '03 2004 '04 '05 '06 '07 2008 '08 '09 '10 |
|---|---|---|---|---|---|---|
| 442 | Construction at 1123 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 443 | Inspect 1123 | $0.00 | 0% | $0.00 | $0.00 | 10/24 |
| 444 | Construction at 1124 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 445 | Inspect 1124 | $0.00 | 0% | $0.00 | $0.00 | 10/24 |
| 446 | Construction at 1120 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 447 | Inspect 1120 | $0.00 | 0% | $0.00 | $0.00 | 10/31 |
| 448 | Construction at 1118 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 449 | Inspect 1118 | $0.00 | 0% | $0.00 | $0.00 | 10/31 |
| 450 | Construction at 1119 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 451 | Inspect 1119 | $0.00 | 0% | $0.00 | $0.00 | 11/7 |
| 452 | Construction at 1116 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 453 | Inspect 1116 | $0.00 | 0% | $0.00 | $0.00 | 11/7 |
| 454 | Construction at 1117 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 455 | Inspect 1117 | $0.00 | 0% | $0.00 | $0.00 | 11/14 |
| 456 | Construction at 1112 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 457 | Inspect 1112 | $0.00 | 0% | $0.00 | $0.00 | 11/14 |
| 458 | Construction at 1115 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 459 | Inspect 1115 | $0.00 | 0% | $0.00 | $0.00 | 11/21 |
| 460 | Construction at 1110 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 461 | Inspect 1110 | $0.00 | 0% | $0.00 | $0.00 | 11/21 |
| 462 | Construction at 1113 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 463 | Inspect 1113 | $0.00 | 0% | $0.00 | $0.00 | 11/28 |
| 464 | Construction at 1111 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 465 | Inspect 1111 | $0.00 | 0% | $0.00 | $0.00 | 11/28 |
| 466 | Construction at 1104 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 467 | Inspect 1104 | $0.00 | 0% | $0.00 | $0.00 | 12/5 |
| 468 | Construction at 1109 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |

LUMBERMENS 03592

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|---|
| 469 | Inspect 1109 | $0.00 | 0% | $0.00 | $0.00 | 12/5 |
| 470 | Construction at 1107 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 471 | Inspect 1107 | $0.00 | 0% | $0.00 | $0.00 | 12/12 |
| 472 | Construction at 1105 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 473 | Inspect 1105 | $0.00 | 0% | $0.00 | $0.00 | 12/12 |
| 474 | Construction at 1103 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 475 | Inspect 1103 | $0.00 | 0% | $0.00 | $0.00 | 12/19 |
| 476 | Construction at 1101 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 477 | Inspect 1101 | $0.00 | 0% | $0.00 | $0.00 | 12/19 |
| 478 | Conclude all Re-Work Ite | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 479 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | 1/4 |
| 480 | **Mobilize at Work Area # 8** | **$433,153.60** | **0%** | **$0.00** | **$433,153.60** | |
| 481 | Construction at 1057 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 482 | Inspect 1057 | $0.00 | 0% | $0.00 | $0.00 | 12/26 |
| 483 | Construction at 1055 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 484 | Inspect 1055 | $0.00 | 0% | $0.00 | $0.00 | 12/26 |
| 485 | Construction at 1053 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 486 | Inspect 1053 | $0.00 | 0% | $0.00 | $0.00 | 1/2 |
| 487 | Construction at 1051 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 488 | Inspect 1051 | $0.00 | 0% | $0.00 | $0.00 | 1/2 |
| 489 | Construction at 1049 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 490 | Inspect 1049 | $0.00 | 0% | $0.00 | $0.00 | 1/9 |
| 491 | Construction at 1047 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 492 | Inspect 1047 | $0.00 | 0% | $0.00 | $0.00 | 1/9 |
| 493 | Construction at 1045 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 494 | Inspect 1045 | $0.00 | 0% | $0.00 | $0.00 | 1/16 |
| 495 | Construction at 1043 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |

LUMBERMENS 03593

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00–'10) |
|---|---|---|---|---|---|---|
| 496 | Inspect 1043 | $0.00 | 0% | $0.00 | $0.00 | 1/16 |
| 497 | Construction at 1041 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 498 | Inspect 1041 | $0.00 | 0% | $0.00 | $0.00 | 1/23 |
| 499 | Construction at 1039 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 500 | Inspect 1039 | $0.00 | 0% | $0.00 | $0.00 | 1/23 |
| 501 | Construction at 1042 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 502 | Inspect 1042 | $0.00 | 0% | $0.00 | $0.00 | 1/30 |
| 503 | Construction at 1046 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 504 | Inspect 1046 | $0.00 | 0% | $0.00 | $0.00 | 1/30 |
| 505 | Construction at 1048 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 506 | Inspect 1048 | $0.00 | 0% | $0.00 | $0.00 | 2/6 |
| 507 | Construction at 1050 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 508 | Inspect 1050 | $0.00 | 0% | $0.00 | $0.00 | 2/6 |
| 509 | Construction at 1054 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 510 | Inspect 1054 | $0.00 | 0% | $0.00 | $0.00 | 2/13 |
| 511 | Construction at 1056 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 512 | Inspect 1056 | $0.00 | 0% | $0.00 | $0.00 | 2/13 |
| 513 | Conclude all Re-Work Ite | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 514 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | 3/1 |
| 515 | **Mobilize at Work Area # 9** | **$406,081.50** | 0% | **$0.00** | **$406,081.50** | |
| 516 | Construction at 1037 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 517 | Inspect 1037 | $0.00 | 0% | $0.00 | $0.00 | 2/27 |
| 518 | Construction at 1033 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 519 | Inspect 1033 | $0.00 | 0% | $0.00 | $0.00 | 2/27 |
| 520 | Construction at 1031 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 521 | Inspect 1031 | $0.00 | 0% | $0.00 | $0.00 | 3/6 |
| 522 | Construction at 1029 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |

LUMBERMENS 03594

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost |
|---|---|---|---|---|---|
| 523 | Inspect 1029 | $0.00 | 0% | $0.00 | $0.00 |
| 524 | Construction at 1027 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 525 | Inspect 1027 | $0.00 | 0% | $0.00 | $0.00 |
| 526 | Construction at 1025 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 527 | Inspect 1025 | $0.00 | 0% | $0.00 | $0.00 |
| 528 | Construction at 1023 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 529 | Inspect 1023 | $0.00 | 0% | $0.00 | $0.00 |
| 530 | Construction at 1021 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 531 | Inspect 1021 | $0.00 | 0% | $0.00 | $0.00 |
| 532 | Construction at 1020 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 533 | Inspect 1020 | $0.00 | 0% | $0.00 | $0.00 |
| 534 | Construction at 1022 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 535 | Inspect 1022 | $0.00 | 0% | $0.00 | $0.00 |
| 536 | Construction at 1024 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 537 | Inspect 1024 | $0.00 | 0% | $0.00 | $0.00 |
| 538 | Construction at 1026 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 539 | Inspect 1026 | $0.00 | 0% | $0.00 | $0.00 |
| 540 | Construction at 1032 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 541 | Inspect 1032 | $0.00 | 0% | $0.00 | $0.00 |
| 542 | Construction at 1034 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 543 | Inspect 1034 | $0.00 | 0% | $0.00 | $0.00 |
| 544 | Construction at 1038 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 545 | Inspect 1038 | $0.00 | 0% | $0.00 | $0.00 |
| 546 | Conclude all Re-Work Ite | $0.00 | 0% | $0.00 | $0.00 |
| 547 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 |
| 548 | **Mobilize at Work Area # 10** | **$406,081.50** | **0%** | **$0.00** | **$406,081.50** |
| 549 | Construction at 1019 | $27,072.10 | 0% | $0.00 | $27,072.10 |




LUMBERMENS 03595

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost |
|---|---|---|---|---|---|
| 550 | Inspect 1019 | $0.00 | 0% | $0.00 | $0.00 |
| 551 | Construction at 1017 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 552 | Inspect 1017 | $0.00 | 0% | $0.00 | $0.00 |
| 553 | Construction at 1015 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 554 | Inspect 1015 | $0.00 | 0% | $0.00 | $0.00 |
| 555 | Construction at 1013 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 556 | Inspect 1013 | $0.00 | 0% | $0.00 | $0.00 |
| 557 | Construction at 1011 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 558 | Inspect 1011 | $0.00 | 0% | $0.00 | $0.00 |
| 559 | Construction at 1009 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 560 | Inspect 1009 | $0.00 | 0% | $0.00 | $0.00 |
| 561 | Construction at 1007 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 562 | Inspect 1007 | $0.00 | 0% | $0.00 | $0.00 |
| 563 | Construction at 1005 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 564 | Inspect 1005 | $0.00 | 0% | $0.00 | $0.00 |
| 565 | Construction at 1003 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 566 | Inspect 1003 | $0.00 | 0% | $0.00 | $0.00 |
| 567 | Construction at 1001 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 568 | Inspect 1001 | $0.00 | 0% | $0.00 | $0.00 |
| 569 | Construction at 1006 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 570 | Inspect 1006 | $0.00 | 0% | $0.00 | $0.00 |
| 571 | Construction at 1008 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 572 | Inspect 1008 | $0.00 | 0% | $0.00 | $0.00 |
| 573 | Construction at 1010 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 574 | Inspect 1010 | $0.00 | 0% | $0.00 | $0.00 |
| 575 | Construction at 1016 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 576 | Inspect 1016 | $0.00 | 0% | $0.00 | $0.00 |




LUMBERMENS 03596

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost |
|---|---|---|---|---|---|
| 577 | Construction at 1018 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 578 | Inspect 1018 | $0.00 | 0% | $0.00 | $0.00 |
| 579 | Conclude all Re-Work Ite | $0.00 | 0% | $0.00 | $0.00 |
| 580 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 |
| 581 | O and M's and Demobiliz | $0.00 | 0% | $0.00 | $0.00 |
| 582 | **CLOSEOUT PHASE** | **$0.00** | **0%** | **$0.00** | **$0.00** |
| 583 | **AS BUILTS** | **$0.00** | **0%** | **$0.00** | **$0.00** |
| 584 | AS BUILT COMPLETION | $0.00 | 0% | $0.00 | $0.00 |
| 585 | FINAL ACCEPTANCE | $0.00 | 0% | $0.00 | $0.00 |

