# Exhibit B

N4235 97-0445015012

FedEx. USA Airbill FedEx Tracking Number 8220 1882 1752

Sender's Copy

1 From
Date 19SEP00
Sender's FedEx Account Number 1434-4551-8
Sender's Name Joanne Lewis Phone (360) 257-2506
Company ROICC
Address 1115 W LEXINGTON ST BLDG 103
City OAK HARBOR State WA ZIP 98278

2 Your Internal Billing Reference 263 98MAIL 95FW

3 To
Recipient's Name Tiffany Redmon Phone (858)616-5152
Company DFas Oakland via DFAS San Diego Code MAMAB-EFD
Address 4181 Ruffin Rd.
City San Diego State CA ZIP 92123-1819

See back for application instructions.

**Questions? Call 1·800·Go·FedEx® (800-463-3339)**
Visit our Web site at www.fedex.com
By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

0151607118

4a Express Package Service — Packages up to 150 lbs.
[X] FedEx Priority Overnight — Next business morning
[ ] FedEx Standard Overnight — Next business afternoon
[ ] FedEx First Overnight — Earliest next business morning delivery to select locations
[ ] FedEx 2Day* — Second business day
[ ] FedEx Express Saver* — Third business day

4b Express Freight Service — Packages over 150 lbs.
[ ] FedEx 1Day Freight* — Next business day
[ ] FedEx 2Day Freight — Second business day
[ ] FedEx 3Day Freight — Third business day

5 Packaging
[X] FedEx Envelope/Letter*
[ ] FedEx Pak*
[ ] Other Pkg — Includes FedEx Box, FedEx Tube, and customer pkg.

6 Special Handling
[ ] SATURDAY Delivery
[ ] SUNDAY Delivery
[ ] HOLD Weekday at FedEx Location
[ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
[X] No
[ ] Yes — As per attached Shipper's Declaration
[ ] Yes — Shipper's Declaration not required
[ ] Dry Ice
[ ] Cargo Aircraft Only

7 Payment Bill to:
[ ] Sender
[ ] Recipient
[X] Third Party
[ ] Credit Card
[ ] Cash/Check

FedEx Acct. No. / Credit Card No. 1298-1722-0

Total Packages | Total Weight | Total Declared Value†
$ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details.

8 Release Signature

By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

402

**PROMPT PAYMENT CERTIFICATION AND DEDUCTION:**

FROM:
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
NAS WHIDBEY FIELD OFFICE
1115 W LEXINGTON ST. BLDG 103
OAK HARBOR, WA 98278-4920

CERTIFYING ACTIVITY UIC:* N44255

Page 1 of 1 *

| PINN/Contract No.:* | SPIIN | Subj to PP* | Contract on EDA | Discount Terms |
|---|---|---|---|---|
| N44255-97-C-5515 | | X Yes ___ No | ___ Yes ___ No | N/A |

| Invoice No:* | Circle One | Brief description of goods/services and quantity: |
|---|---|---|
| 5515-3 | PP (FP) | Whole Site Repair/revitalization Maylor Capehart Housing Area NAS Whidbey |

| Invoice Date:*(YYMMDD) | Mat'l Receipt Date:*(YYMMDD) | Mat'l Accept Date:*(YYMMDD) | Invoice Receipt Date:*(YYMMDD) |
|---|---|---|---|
| 0000918 | 0000831 | 0000831 | 0000918 |

| Date Forwarded:*(YYMMDD) | Gross Amount:* | Amount of Deduction: |
|---|---|---|
| 0000919 | $ 1,743,055.36 | $ - |

| Amount Certified for Payment:* | Reason for Deduction: |
|---|---|
| $ 1,743,055.36 | N/A |

* ALL ACCOUNTING FIELDS BELOW ARE MANDATORY. TOTAL OF LINES PROVIDED MUST EQUAL AMOUNT CERTIFIED. *

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AB | 17 00047030 | 2502 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AB7C55150000 | $ 871,527.68 |

| REQUISITION # | CLIN | SLIN | QUANTITY | Brief description of goods/services: |
|---|---|---|---|---|
| N0002500AL86013 | | | | REPAIR/RENOVATION OF HOUSING UNITS |

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 17 99037030 | 2592 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AA7C55150000 | $ 871,527.68 |

| REQUISITION # | CLIN | SLIN | QUANTITY | Brief description of goods/services: |
|---|---|---|---|---|
| N0002599AL75112 | | | | REPAIR/RENOVATION OF HOUSING UNITS |

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| REQUISITION # | CLIN | SLIN | QUANTITY | Brief description of goods/services: |
|---|---|---|---|---|
| | | | | |

I certify that the accounting data provided is accurate, funds have been obligated in appropriate accounting system and changes have been applied to the appropriate accounting classification reference number (ACRN); available funds have been decremented for the amount approved for disbursement and will not be de-obligated; and the above invoice is correct and proper for payment.

(Signature)* September 19 2000 (Date)*

JOHN F. SANTIAGO, Contracting Officer
(Printed Name and Title)*

(360) 257-6503 (Phone Number)*
santiagojf@efanw.navfac.navy.mil (e-mail address)

3

NAVFAC 7300/41 (7/85)

# NAVAL FACILITIES ENGINEERING COMMAND
## CONTRACTOR'S INVOICE

INVOICE DATE 09/18/00

INVOICE NUMBER 5515-3

FROM: LANDMARK CONSTRUCTION CORPORATION
1154 Vista Loop
Oak Harbor, WA 98277

TO: ROICC WHIDBEY

VIA: Resident Officer in Charge of Construction

1. Below is a statement of performance under Contract N44255-97-5515 at WHIDBEY ISLAND WA. NAS

ROICC WHIDBEY '00 SEP 18 PM 3:35

The enclosure provides breakdown of this statement of performance.

A. Total value of contract through change $ 9,878,026.00
B. Percentage of performance complete 23%
C. Value of completed performance $ $2,236,976.44
D. Less: Total of prior invoices $ $493,921.08
E. Amount of this invoice $ $1,743,055.36

Signature and Title Brad [signature] PROJECT MANAGER 9/18/00

FIRST ENDORSEMENT

Date ~~19 September 2000~~

FROM: ROICC WHIDBEY

TO: DFAS SANDIEGO OPLOC CODE

1. Payment is recommended as follows:

A. Amount of work completed to 18 September 2000 $ 2,236,976.44

B. Less:

Retention $ 0.00

Other deductions $ 0.00 $ 0.00

C. Sub-total $ 2,236,976.44

D. Less previous payments $ 493,921.08

E. Recommended amount for 3rd payment $ 1,743,055.36

2. Elapsed contract time 17 %

3.

Signature and Title [signature] KEVIN MCATEER PROJECT ENGINEER ROICC

Pursuant to authority vested in me, I certify that this invoice is correct and proper for payment.

Date 9/19/00 Signature and Title [signature] JOHN F. SANTIAGO Contracting Officer Authorized Certifying Officer

| ACRN | APPN/SUBHEAD | OC | BCN | SA | AAA | TT | PAA | COST CODE | BAAN | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AB | 17 00047030 /2502 N0002500AL86013 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AB7C55150000 | | 871,527.68 |
| AA | 17 99037030 /2592 N0002599AL75112 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AA7C55150000 | | 871,527.68 |

[1] If the ability to certify and authority to recommend are combined in one person, one signature only is necessary; otherwise, the ROICC will sign in the space provided.

The Affidavit Date is: 09/18/00

LUMBERMENS 03573

***** IMPORTANT INFORMATION *****

THIS OFFICE HAS BEEN SELF-CERTIFIED UNDER THE JEDA/NAFI WEBSITE FOR PAPERLESS DOCUMENT PROCESSING. WE WILL NO LONGER BE DISTRIBUTING PAPER COPIES OF CONTRACT ACTIONS. PLEASE REGISTER ON THE DFAS ELECTRONIC DATA ACCESS (EDA) WEBSITE OR AT WWW.NAFI.NAVY.MIL TO RETRIEVE CONTRACT DOCUMENTS. OTHERWISE PLEASE CONTACT THE POINT OF CONTACT IDENTIFIED BELOW.

** NOTICE ** NOTICE ** NOTICE ** NOTICE ** NOTICE ** NOTICE **

DO NOT REJECT/RETURN THIS INVOICE BY MAIL

PLEASE CONTACT THE FOLLOWING PERSON/S FOR ADDITIONAL INFO/CORRECTIONS:

| | |
|---|---|
| Joanne Lewis | DSN 820-2506/(360) 257-2506 – lewisjm@efanw.navfac.navy.mil |
| John Santiago | DSN 820-8773/(360) 257-6503 – santiagojf@efanw.navfac.navy.mil |
| Linda Gruber | DSN 820-6503/(360) 257-6504 – gruberlm@efanw.navfac.navy.mil |
| Shawn Wales | DSN 820-6416/(360) 257-6494 – walessj@efanw.navfac.navy.mil |
| Kitty Wade | DSN 820-2303/(360) 257-2303 – wadekl@efanw.navfac.navy.mil |
| LT Shane Wells | DSN 820-6494/(360) 257-6416 – wellsrs@efanw.navfac.navy.mil |

Thank you!!

Tom Fournier
Supv. Contract Specialist
NAS Whidbey Island, WA

DSN 820-6502/(360) 257-6502

** NOTICE ** NOTICE ** NOTICE ** NOTICE ** NOTICE ** NOTICE **

RECEIVED

'00 SEP 15 -7 :41

# Quality Control Invoice Certification

The as-built drawings are up to date and under review. The work for which payment is requested, including stored material, is in compliance with contract requirements.

QC Manager William [signature]

Dated 9/14/00

# Exhibit C

1154 Vista Loop
Oak Harbor, WA 98277
Phone: 360 240 2575
Fax: 360 240 0445

**Landmark Corporation**

# Fax

| | | | |
|---|---|---|---|
| To: | Travis ~~Joe~~ Jaque | From: | Brady |
| Fax: | 888 468 4233 | Date: | 9/20/00 |
| Phone: | | Pages: | 5 Includes Cover |
| Re: | | CC: | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

•Comments:

Hope this is what you NEED!

B

| Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|
| MAYLOR CAPEHART HOUSING | $9,878,026.00 | 0% | $2,236,976.44 | $7,641,049.56 | |
| RECEIVED CONTRACT | $0.00 | 0% | $0.00 | $0.00 | 4/11 |
| PARTNERING MEETING | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| PRE-DESIGN MEETING | $0.00 | 0% | $0.00 | $0.00 | RICK BROWN AND ASSOCIATES/GOVT/LANDMARK |
| DESIGN PHASE | $0.00 | 0% | $0.00 | $0.00 | |
| SUBMITTALS | $0.00 | 0% | $0.00 | $0.00 | |
| GOVT, REVIEW SUBMITTAL | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| CONSTRUCTION MOBILIZA" | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| MUTUAL UNDERSTANDING | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| Schedule of Pricing | $5,514,508.00 | 50% | $2,220,976.44 | $3,293,531.56 | |
| DOORS & WINDOWS | $500,000.00 | 0% | $0.00 | $500,000.00 | Pioneer Trading |
| CABINETS | $500,000.00 | 0% | $0.00 | $500,000.00 | Tacoma Fixtures |
| TOILETS & ACCESSORIES | $100,000.00 | 100% | $100,000.00 | $0.00 | American Direct — 45,000 |
| PAINT | $300,000.00 | 10% | $30,000.00 | $270,000.00 | Parker — 30,000 |
| INSURANCE | $18,500.00 | 100% | $18,500.00 | $0.00 | LANDMARK — 100% |
| TESTING AND INSPECTION | $5,000.00 | 10% | $500.00 | $4,500.00 | LANDMARK |
| Locates | $16,000.00 | 100% | $16,000.00 | $0.00 | Rosenau & Assoc. — 12,000 |
| BOND | $143,256.00 | 100% | $143,256.00 | $0.00 | LANDMARK — 100% |
| PERSONNEL | $728,834.00 | 16% | $116,613.44 | $612,220.56 | LANDMARK |
| MGMT TRAVEL/MEALS | $18,000.00 | 16% | $2,880.00 | $15,120.00 | LANDMARK |
| ARCHITECTURAL FEES | $200,000.00 | 90% | $180,000.00 | $20,000.00 | LANDMARK — $50,000- |
| MECHANICAL SUPPLIES | $220,000.00 | 100% | $220,000.00 | $0.00 | COASTAL MECHANICAL — 220,000- |
| ELECTRICAL SUPPLIES | $209,155.00 | 0% | $0.00 | $209,155.00 | COASTAL ELECTRICAL |
| BLUEPRINTS | $5,000.00 | 20% | $1,000.00 | $4,000.00 | LANDMARK |
| SAFTY/FIRST AID | $2,500.00 | 16% | $400.00 | $2,100.00 | LANDMARK |
| MACHINE LEASE | $3,000.00 | 16% | $480.00 | $2,520.00 | LANDMARK |
| OFFICE SUPPLIES | $10,200.00 | 16% | $1,632.00 | $8,568.00 | LANDMARK |

Toilet Acc $ 45,000
Paint $ 30,000
Locates $ 12,000
Arc Fees $ 50,000
mech supplies $ 220,000
Flooring $ 351,000
Sitework $ 590,000
ABATEMENT $ 176,400
mantels $ 32,000
Doors & windows $ 100,000
$ 1,6[illegible],400

| Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|
| SCHEDULE & CPM | $5,000.00 | 16% | $800.00 | $4,200.00 | LANDMARK |
| PHOTOS | $2,500.00 | 16% | $400.00 | $2,100.00 | LANDMARK |
| PARTNERING COSTS | $15,000.00 | 75% | $11,250.00 | $3,750.00 | LANDMARK |
| TOOLS & EQUIPMENT | $37,000.00 | 75% | $27,750.00 | $9,250.00 | LANDMARK |
| SCAFFOLDING & STAGING | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK 4,500 |
| RENTAL ELECTRICAL GENE | $1,800.00 | 50% | $900.00 | $900.00 | LANDMARK |
| TOOL REPAIR | $6,300.00 | 0% | $0.00 | $6,300.00 | LANDMARK |
| TRUCK | $38,400.00 | 16% | $6,144.00 | $32,256.00 | LANDMARK |
| FLAT BED | $6,500.00 | 100% | $6,500.00 | $0.00 | LANDMARK 100% |
| BOX VAN | $16,000.00 | 100% | $16,000.00 | $0.00 | LANDMARK 100% |
| FORKLIFT | $6,000.00 | 100% | $6,000.00 | $0.00 | LANDMARK 100% |
| MONTHLY CELL BILLS | $12,600.00 | 16% | $2,016.00 | $10,584.00 | LANDMARK |
| CELL PHONE PURCHASE | $1,393.00 | 100% | $1,393.00 | $0.00 | LANDMARK 100% |
| FUEL | $4,500.00 | 16% | $720.00 | $3,780.00 | LANDMARK |
| TRAILER MOB | $5,500.00 | 100% | $5,500.00 | $0.00 | LANDMARK 100% |
| TEMP ELEC SVC INSTALLA' | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK 100% |
| TRAILER/EQUIPMENT | $26,000.00 | 100% | $26,000.00 | $0.00 | LANDMARK 100% |
| MONTHLY PHONE SERVICE | $10,800.00 | 16% | $1,728.00 | $9,072.00 | LANDMARK |
| MONTHLY CELL PHONE | $12,600.00 | 16% | $2,016.00 | $10,584.00 | LANDMARK |
| TEMP TOILET | $4,500.00 | 16% | $720.00 | $3,780.00 | LANDMARK |
| OFFICE EQUIPMENT | $5,000.00 | 16% | $800.00 | $4,200.00 | LANDMARK |
| FED EX | $3,500.00 | 16% | $560.00 | $2,940.00 | LANDMARK |
| COMPUTERS | $17,500.00 | 100% | $17,500.00 | $0.00 | LANDMARK 100% |
| PRINTER | $900.00 | 100% | $900.00 | $0.00 | LANDMARK 100% |
| FAX | $990.00 | 100% | $990.00 | $0.00 | LANDMARK 100% |
| PHONE SYSTEM PURCHASI | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK 100% |
| STORAGE CONTAINERS | $10,000.00 | 100% | $10,000.00 | $0.00 | LANDMARK 100% |

LMB 000845

| Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|
| DUMPSTER FEES | $9,800.00 | 16% | $1,568.00 | $8,232.00 | LANDMARK |
| PROJECT SIGN | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK |
| FLOORING | $485,940.00 | 100% | $485,940.00 | $0.00 | LANDMARK $351,000— |
| SIDING | $287,040.00 | 0% | $0.00 | $287,040.00 | LANDMARK |
| PERODIC CLEANUP | $4,500.00 | 16% | $720.00 | $3,780.00 | LANDMARK |
| SITE WORK | $590,000.00 | 95% | $560,500.00 | $29,500.00 | LLOYDS $590,000— |
| Asbestos and Lead Abatemer | $882,000.00 | 20% | $176,400.00 | $705,600.00 | C AND C $176,400— |
| DEMOB | $5,500.00 | 0% | $0.00 | $5,500.00 | LANDMARK |
| CLEANUP | $2,000.00 | 0% | $0.00 | $2,000.00 | LANDMARK |
| **CONSTRUCTION PHASE** | **$4,363,518.00** | **0%** | **$16,000.00** | **$4,347,518.00** | |
| **STANDARD BUILDING #1** | **$0.00** | **0%** | **$0.00** | **$0.00** | |
| **1ST PHASE WORK** | **$0.00** | **0%** | **$0.00** | **$0.00** | |
| ABATEMENT | $0.00 | 0% | $0.00 | $0.00 | Thermatech Northwest |
| DEMOLITION | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| CUT & DEMO SLAB | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| FORM SOG FOR G. | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| POUR SOG FOR G. | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| CURE CONCRETE | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| **WORK 2ND PHASE** | **$0.00** | **0%** | **$0.00** | **$0.00** | |
| FRAME GARAGE | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| ELECTRICAL ROU( | $0.00 | 0% | $0.00 | $0.00 | COASTAL ELECTRICAL |
| MECHANICAL ROU | $0.00 | 0% | $0.00 | $0.00 | COASTAL MECHANICAL |
| INSTALL WINDOW: | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| VINYL SIDING | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| INSTALL GWB | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| GWB FINISH | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| PAINT | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |

LMB 000846

| Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 2000–2010 ('00 '01 '02 '03 '04 '05 '06 '07 '08 '09 '10) |
|---|---|---|---|---|---|
| INSTALL CARPET/ | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| INSTALL CABINETS | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| INSTALL DOORS/TI | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| TOILET ACCESSOF | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| INSTALL BLINDS | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| INSTALL APPLIANC | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| MECHANICAL TRIM | $0.00 | 0% | $0.00 | $0.00 | COASTAL MECHANICAL |
| ELECTRICAL TRIM | $0.00 | 0% | $0.00 | $0.00 | COASTAL ELECTRICAL |
| INSTALL GARAGE | $0.00 | 0% | $0.00 | $0.00 | CRAWFORD |
| FINAL CLEAN | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| PRE FINAL | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| **Deliveries of Materials** | **$32,000.00** | **3%** | **$16,000.00** | **$16,000.00** | |
| Framing Materials | $0.00 | 0% | $0.00 | $0.00 | OSO |
| Gypsum Wallboard | $0.00 | 0% | $0.00 | $0.00 | OSO |
| Paint | $0.00 | 0% | $0.00 | $0.00 | Parker |
| Windows | $0.00 | 0% | $0.00 | $0.00 | Pioneer Trading |
| Fireplace Mantels | $32,000.00 | 50% | $16,000.00 | $16,000.00 | Riverhouse Design |
| Vinyl Siding | $0.00 | 0% | $0.00 | $0.00 | Pioneer Trading |
| Plumbing Fixtures | $0.00 | 0% | $0.00 | $0.00 | Famillan |
| Mechanical | $0.00 | 0% | $0.00 | $0.00 | Thrifty |
| Electrical/Lighting Fixture | $0.00 | 0% | $0.00 | $0.00 | Platt |
| Cabinets | $0.00 | 0% | $0.00 | $0.00 | Tacoma Fixtures |
| Flooring/Carpet+Vinyl | $0.00 | 0% | $0.00 | $0.00 | Resource Management |
| Shower Surround Materi | $0.00 | 0% | $0.00 | $0.00 | Precision Countertops |
| Doors + Hardware | $0.00 | 0% | $0.00 | $0.00 | Pioneer Trading |
| Bathroom Accessories | $0.00 | 0% | $0.00 | $0.00 | American Dir |
| Appliances | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |

$16,000

LMB 000847

# Exhibit D

4

**PROMPT PAYMENT CERTIFICATION AND DEDUCTION:**

FROM: CERTIFYING ACTIVITY UIC:* N44255

RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
NAS WHIDBEY FIELD OFFICE
1115 W LEXINGTON ST. BLDG 103
OAK HARBOR, WA 98278-4920

Page 1 of 1 *

| | | | | |
|---|---|---|---|---|
| PINN/Contract No.:* N44255-97-C-5515 | SPIIN | Subj. to PP* X Yes ___No | Contract on EDA ___Yes ___No | Discount Terms N/A |

| | | |
|---|---|---|
| Invoice No:* 5515-4 | Circle One (PP) FP | Brief description of goods/services and quantity: Whole Site Repair/revitalization Maylor Capehart Housing Area NAS Whidbey |

| | | | |
|---|---|---|---|
| Invoice Date:*(YYMMDD) 001019 | Mat'l Receipt Date:*(YYMMDD) 000931 | Mat'l Accept Date:*(YYMMDD) 000931 | Invoice Receipt Date:*(YYMMDD) 001019 |
| Date Forwarded:*(YYMMDD) 001023 | Gross Amount:* $ 914,473.72 | Amount of Deduction: $ - | |
| Amount Certified for Payment:* $ 914,473.72 | Reason for Deduction: N/A | | |

* ALL ACCOUNTING FIELDS BELOW ARE MANDATORY. TOTAL OF LINES PROVIDED MUST EQUAL AMOUNT CERTIFIED. *

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AB | 17 00047030 | 2502 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AB7C55150000 | $ 457,236.86 |
| REQUISITION # N0002500AL86013 | | | CLIN | SLIN | QUANTITY | | Brief description of goods/services: REPAIR/RENOVATION OF HOUSING UNITS | | | |

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 17 99037030 | 2592 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AA7C55150000 | $ 457,236.86 |
| REQUISITION # N0002599AL75112 | | | CLIN | SLIN | QUANTITY | | Brief description of goods/services: REPAIR/RENOVATION OF HOUSING UNITS | | | |

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| REQUISITION # | | | CLIN | SLIN | QUANTITY | | Brief description of goods/services: | | | |

I certify that the accounting data provided is accurate, funds have been obligated in appropriate accounting system and changes have been applied to the appropriate accounting classification reference number (ACRN); available funds have been decremented for the amount approved for disbursement and will not be de-obligated; and the above invoice is correct and proper for payment.

(Signature)* 23-Oct-00 (Date)*

JOHN F. SANTIAGO, Contracting Officer
(Printed Name and Title)*

(360) 257-6503 (Phone Number)*
santiagojf@efanw.navfac.navy.mil (e-mail address)

LUMBERMENS 03569

wp 10/25

NAVFAC 7300/41 (7/85)

RCVD 10/19/00 ROICC Whidbey

# NAVAL FACILITIES ENGINEERING COMMAND
## CONTRACTOR'S INVOICE

INVOICE DATE 10/19/00

INVOICE NUMBER 5515-4

FROM: LANDMARK CONSTRUCTION CORPORATION
13581 PONDS SPRINGS ROAD #200
AUSTIN, TX 78729-4419

TO: ROICC WHIDBEY
VIA: Resident Officer in Charge of Construction

1. Below is a statement of performance under Contract N44255-97-C-5515 at WHIDBEY ISLAND WA. NAS

The enclosure provides breakdown of this statement of performance.

A. Total value of contract through change $ 9,878,026.00
B. Percentage of performance complete 31%
C. Value of completed performance $ $3,151,450.16
D. Less: Total of prior invoices $ $2,236,976.44
E. Amount of this invoice $ $914,473.72

Signature and Title Brad [signature] PROJECT MANAGER

FIRST ENDORSEMENT

Date 23 October 2000

FROM: ROICC WHIDBEY

TO: DFAS SANDIEGO OPLOC CODE

1. Payment is recommended as follows:

A. Amount of work completed to 19 October 2000 $ 3,151,450.16
B. Less:
Retention $ 0.00
Other deductions $ 0.00 $ 0.00
C. Sub-total $ 3,151,450.16
D. Less previous payments $ 2,236,976.44
E. Recommended amount for 4th payment $ 914,473.72

2. Elapsed contract time 21 %

3.

Signature and Title Kevin McAteer
KEVIN MCATEER [1] ROICC
PROJECT ENGINEER

Pursuant to authority vested in me, I certify that this invoice is correct and proper for payment.

Date 10/23/00 Signature and Title [signature]
JOHN F. SANTIAGO [1] Authorized Certifying Officer
Contracting Officer

| ACRN | APPN/SUBHEAD | OC | BCN | SA | AAA | TT | PAA | COST CODE | BAAN | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AB | 17 00047030 /2502 N0002500AL86013 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AB7C55150000 | | 457,236.86 |
| AA | 17 99037030 /2592 N0002599AL75112 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AA7C55150000 | | 457,236.86 |

[1] If the ability to certify and authority to recommend are combined in one person, one signature only is necessary; otherwise, the ROICC will sign in the space provided.

The Affidavit Date is: 10/19/00

LUMBERMENS 03570