# Exhibit E

5

PROMPT PAYMENT CERTIFICATION AND DEDUCTION:

# CONSTRUCTION FAST PAY

FROM:
RESIDENT OFFICER IN CHARGE OF CONSTRUCTION
NAS WHIDBEY FIELD OFFICE
1115 W LEXINGTON ST. BLDG 103
OAK HARBOR, WA 98278-4920

CERTIFYING ACTIVITY UIC:* N44255

Page 1 of 1 *

| | | | | |
|---|---|---|---|---|
| PINN/Contract No.:* N44255-97-C-5515 | SPIIN | Subj. to PP* X Yes ___No | Contract on EDA ___Yes ___No | Discount Terms N/A |
| Invoice No:* 5515-5 | Circle One (PP) FP | Brief description of goods/services and quantity: Whole Site Repair/revitalization Maylor Capehart Housing Area NAS Whidbey | | |

| | | | |
|---|---|---|---|
| Invoice Date:*(YYMMDD) 001120 | Mat'l Receipt Date:*(YYMMDD) 001031 | Mat'l Accept Date:*(YYMMDD) 001031 | Invoice Receipt Date:*(YYMMDD) 001121 |
| Date Forwarded:*(YYMMDD) 001122 | Gross Amount:* $ 447,503.76 | Amount of Deduction: $ - | |
| Amount Certified for Payment:* $ 447,503.76 | Reason for Deduction: N/A | | |

* ALL ACCOUNTING FIELDS BELOW ARE MANDATORY. TOTAL OF LINES PROVIDED MUST EQUAL AMOUNT CERTIFIED. *

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AB | 17 00047030 | 2502 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AB7C55150000 | $ 223,751.88 |
| REQUISITION # N0002500AL86013 | | | CLIN | SLIN | QUANTITY | | Brief description of goods/services: REPAIR/RENOVATION OF HOUSING UNITS | | | |

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AA | 17 99037030 | 2592 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AA7C55150000 | $ 223,751.88 |
| REQUISITION # N0002599AL75112 | | | CLIN | SLIN | QUANTITY | | Brief description of goods/services: REPAIR/RENOVATION OF HOUSING UNITS | | | |

| ACRN | APPROPRIATION | SUBHEAD | OBJ CLASS | BCN | SA | AAA | TC | PAA | COST CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| REQUISITION # | | | CLIN | SLIN | QUANTITY | | Brief description of goods/services: | | | |

I certify that the accounting data provided is accurate, funds have been obligated in appropriate accounting system and changes have been applied to the appropriate accounting classification reference number (ACRN); available funds have been decremented for the amount approved for disbursement and will not be de-obligated; and the above invoice is correct and proper for payment.

(Signature)* 22-Nov-00 (Date)*

JOHN F. SANTIAGO, Contracting Officer
(Printed Name and Title)*

(360) 257-6503
(Phone Number)*

santiagojf@efanw.navfac.navy.mil
(e-mail address)

LUMBERMENS 03543

wlp 11/28

NAVFAC 7300/41 (7/85)

# NAVAL FACILITIES ENGINEERING COMMAND
# CONTRACTOR'S INVOICE

INVOICE DATE 11/20/00

INVOICE NUMBER 5515-5

**FROM:** LANDMARK CONSTRUCTION CORPORATION
13581 PONDS SPRINGS ROAD #200
AUSTIN, TX 78729-4419

**TO:** ROICC WHIDBEY
**VIA:** Resident Officer in Charge of Construction

1. Below is a statement of performance under Contract N44255-97-C-5515 at WHIDBEY ISLAND WA. NAS

The enclosure provides breakdown of this statement of performance

| | | |
|---|---|---|
| A. | Total value of contract through change | $ $9,878,026.00 |
| B. | Percentage of performance complete | 35% |
| C. | Value of completed performance | $ $3,598,953.92 |
| D. | Less: Total of prior invoices | $ $3,151,450.16 |
| E. | Amount of this invoice | $ $447,503.76 |

Signature and Title Project Manager
Date 22 November 2000

FIRST ENDORSEMENT

FROM: ROICC WHIDBEY
TO: DFAS SANDIEGO OPLOC CODE

1. Payment is recommended as follows:

A. Amount of work completed to 21 November 2000 — $ 3,598,953.92
B. Less:
Retention $ 0.00
Other deductions $ 0.00 — $ 0.00
C. Sub-total — $ 3,598,953.92
D. Less previous payments — $ 3,151,450.16
E. Recommended amount for 5th payment — $ 447,503.76

2. Elapsed contract time 24 %

3.
recommend payment

recommend payment

Signature and Title
KEVIN MCATEER [1] ROICC
PROJECT ENGINEER

Pursuant to authority vested in me, I certify that this invoice is correct and proper for payment.

Date 11/22/00 Signature and Title
JOHN F. SANTIAGO [1] Authorized Certifying Officer
Contracting Officer

| ACRN | APPN/SUBHEAD | OC | BCN | SA | AAA | TT | PAA | COST CODE | BAAN | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AB | 17 00047030 /2502 N0002500AL86013 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AB7C55150000 | | 223,751.88 |
| AA | 17 99037030 /2592 N0002599AL75112 | 0321 | 31211 | 0 | 068711 | 2A | 000000 | AA7C55150000 | | 223,751.88 |

[1] If the ability to certify and authority to recommend are combined in one person, one signature only is necessary; otherwise, the ROICC will sign in the space provided.

The Affidavit Date is: 11/21/00

LUMBERMENS 03544

# Quality Control Invoice Certification

The as-built drawings are up to date and under review. The work for which payment is requested, including stored material, is in compliance with contract requirements.

QC Manager William [signature]

Dated 11/20/00

Ron E. Martin 11-20-00

LARRY [signature]

# INVOICE PAYMENT VERIFICATION FORM

Contract # N44255-97-C-5515 D.O.#______ Pmnt# 5515-5

Contractor Landmark

DATE INVOICE RECV'D 11/21/00

*Procurement Technician Checklist:*

| | YES | NO |
|---|---|---|
| Correct invoice date, invoice number, contract number, D.O #, name & address? | ✓ | |
| Line A - Correct value of contract including modifications? | ✓ | |
| Line C - Does value agree with final amount in column (5) of CPS? | | |
| Line D - Correct value of prior invoices? | ✓ | |
| Line E - Correct value of invoice (line C minus line D)? | | |
| Original signature and title of person signing? | ✓ | |
| CPS completed in proper detail and format? | | |
| **Final release on contract (if applicable)** | | |
| **Approval of D.O. or Contract for final payment** | | |

Procurement Technician Comments:______

*RETURN PACKAGE TO:*______ (Procurement Technician) *WIP INPUT*______

***PL/EIC/RPM Checklist and Authorization:***

DM/EIC/RPM Ron Martin Code______ DATE INVOICE FORWARDED 11-22-00

Telephone# 257-8774 FAX# 257-8767

| | YES | NO |
|---|---|---|
| Is the "percentage completed" on Engineering Services. Field Investigation. Reproduction and Other Special Costs correct? | X | |

Explanation for partial or full disallowance of payment: RECOMMEND PAYMENT with NO disallowances

*FOR DISALLOWANCES, PLEASE ADVISE CONTRACTOR, NOTE DATE AND POINT OF CONTACT*

Invoice is acceptable for payment as indicated above: Ron E. Martin DATE 11-22-00
~~PL/EIC/RPM~~ Signature E.T.

______ ~~DATE~~______
~~COTR Signature~~

_____ FINAL PAYMENT: *THERE IS NO OUTSTANDING WORK UNDER THIS DELIVERY ORDER, INCLUDING PCAS SERVICES, REQUESTS FOR EQUITABLE ADJUSTMENT, CLAIMS OR MODIFICATIONS. I UNDERSTAND AND AGREE THAT NO ADDITIONAL SERVICES CAN BE AWARDED AGAINST THIS DELIVERY ORDER/CONTRACT:*

*PL/EIC/RPM Signature* COTR Signature Contract Specialist

(Word/Invoice doc DBM-04/97)

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost |
|---|---|---|---|---|---|
| 1 | MAYLOR CAPEHART HOUSING | $9,878,026.00 | 27% | $3,598,953.92 | $6,279,072.08 |
| 2 | RECEIVED CONTRACT | $0.00 | 0% | $0.00 | $0.00 |
| 3 | PARTNERING MEETING | $0.00 | 0% | $0.00 | $0.00 |
| 4 | PRE-DESIGN MEETING | $0.00 | 0% | $0.00 | $0.00 |
| 5 | DESIGN PHASE | $0.00 | 62% | $0.00 | $0.00 |
| 6 | SUBMITTALS | $0.00 | 62% | $0.00 | $0.00 |
| 7 | DESIGN SUBMITTALS | $0.00 | 6% | $0.00 | $0.00 |
| [illegible] | DESIGN DRAWINGS | $0.00 | 0% | $0.00 | $0.00 |
| 9 | CONSTRUCTION SPECIFICATIONS | $0.00 | 0% | $0.00 | $0.00 |
| 10 | CALCULATIONS | $0.00 | 0% | $0.00 | $0.00 |
| 11 | DESIGN QUALITY CONTROL | $0.00 | 0% | $0.00 | $0.00 |
| 12 | COLOR SCHEMES | $0.00 | 0% | $0.00 | $0.00 |
| 13 | DESIGN SCHEDULE | $0.00 | 0% | $0.00 | $0.00 |
| 14 | PRE-DESIGN CONFERENCE | $0.00 | 0% | $0.00 | $0.00 |
| 15 | 45%DESIGN SUBMITTALS | $0.00 | 0% | $0.00 | $0.00 |
| 16 | GOVERNMENT REVIEW AND APPROVAL | $0.00 | 0% | $0.00 | $0.00 |
| 17 | 45%DESIGN SUBMITTAL REVIEW MEETING | $0.00 | 0% | $0.00 | $0.00 |
| 18 | APPROVED FOR CONSTRUCTION SUBMITTALS | $0.00 | 0% | $0.00 | $0.00 |
| 19 | FINAL DESIGN APPROVAL | $0.00 | 0% | $0.00 | $0.00 |
| 20 | CONSTRUCTION SUBMITTALS | $0.00 | 0% | $0.00 | $0.00 |
| 21 | SUBMITTAL REGISTER | $0.00 | 100% | $0.00 | $0.00 |
| 22 | GOVERNMENT REVIEW AND APPROVAL | $0.00 | 100% | $0.00 | $0.00 |
| 23 | GOVERNMENT APPROVED CONSTRUCTION MEE | $0.00 | 45% | $0.00 | $0.00 |
| 24 | RECORD DRAWINGS (As Builts) | $0.00 | 0% | $0.00 | $0.00 |
| 25 | OPERATION AND MAINTENANCE MANUALS | $0.00 | 0% | $0.00 | $0.00 |
| 26 | PHASING SCHEDULE | $0.00 | 0% | $0.00 | $0.00 |
| 27 | CONSTRUCTION SUBMITTALS | $0.00 | 96% | $0.00 | $0.00 |




LUMBERMENS 03547

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | 1/10 \| 6/12 \| 11/13 \| 4/16 \| 9/17 \| 2/18 \| 7/22 |
|---|---|---|---|---|---|---|
| 28 | **NETWORK SYSTEM ANALYSIS PLAN** | $0.00 | 0% | $0.00 | $0.00 | |
| 29 | MONTHLY REPORT | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 30 | APPROVED NETWORK | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 31 | SUMMARY NETWORK | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 32 | GOVERNMENT APPROVAL OF NETWORK AN | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 33 | **QUALITY CONTROL PLAN** | $0.00 | 100% | $0.00 | $0.00 | |
| 34 | GOVERNMENT REVIEW AND APPROVAL | $0.00 | 100% | $0.00 | $0.00 | GOVERNMENT |
| 35 | QUALITY CONTROL PLAN MEETING | $0.00 | 100% | $0.00 | $0.00 | GOVERNMENT |
| 36 | **SITE SPECIFIC ACCIDENT PREVENTION PLAN** | $0.00 | 100% | $0.00 | $0.00 | |
| 37 | GOVERNMENT REVIEW AND APPROVAL | $0.00 | 100% | $0.00 | $0.00 | GOVERNMENT |
| 38 | CONFINED SPACE ENTRY PLAN | $0.00 | 100% | $0.00 | $0.00 | LANDMARK |
| 39 | ACTIVITY HAZARD ANALYSIS | $0.00 | 100% | $0.00 | $0.00 | LANDMARK |
| 40 | HEALTH AND SAFETY PLAN | $0.00 | 100% | $0.00 | $0.00 | LANDMARK |
| 41 | SPECIAL SAFETY PLAN | $0.00 | 100% | $0.00 | $0.00 | LANDMARK |
| 42 | PERMIT REQUIRED CONFINED SPACE PROC | $0.00 | 100% | $0.00 | $0.00 | LANDMARK |
| 43 | **WASTE MANAGEMENT PLAN** | $0.00 | 100% | $0.00 | $0.00 | |
| 44 | GOVERNMENT REVIEW AND APPROVAL | $0.00 | 100% | $0.00 | $0.00 | GOVERNMENT |
| 45 | **ENVIRONMENTAL PROTECTION PLAN** | $0.00 | 100% | $0.00 | $0.00 | |
| 46 | PRECONSTRUCTION SURVEY REPORT | $0.00 | 100% | $0.00 | $0.00 | LANDMARK |
| 47 | ENVIRONMENTAL PROTECTION PLAN MEET | $0.00 | 100% | $0.00 | $0.00 | LANDMARK |
| 48 | DANGEROUS WASTE PROFILES | $0.00 | 100% | $0.00 | $0.00 | LANDMARK |
| 49 | **DANGEROUS WASTE MANIFESTS** | $0.00 | 0% | $0.00 | $0.00 | |
| 50 | WASTE GENERATION RECORD | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 51 | SOLID WASTE DISPOSAL RECEIPT | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 52 | MONTHLY PROJECT WASTE SUMMARY REP | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 53 | CERTIFICATE OF FINAL DISPOSAL | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 54 | EROSION AND SEDIMENT CONTROL INSPEC | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |

LUMBERMENS 03548

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | Gantt (July 1/10, 6/12, 11/13; June 4/16, 9/17; May 2/18, 7/22) |
|---|---|---|---|---|---|---|
| 55 | DANGEROUS WASTE AREAS | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 56 | PEST CONTROL PROVISIONS | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 57 | **DEMOLITION PLAN** | **$0.00** | **100%** | **$0.00** | **$0.00** | |
| 58 | GOVERNMENT REVIEW AND APPROVAL | $0.00 | 100% | $0.00 | $0.00 | GOVERNMENT |
| 59 | NOTIFICATION OF DEMOLITION AND RENOV | $0.00 | 100% | $0.00 | $0.00 | LANDMARK |
| 60 | **ENGINEERING CONTROL OF ASBESTOS CONTA** | **$0.00** | **100%** | **$0.00** | **$0.00** | |
| 61 | GOVERNMENT REVIEW AND APPROVAL | $0.00 | 100% | $0.00 | $0.00 | GOVERNMENT |
| 62 | LOCAL EXHAUST EQUIPMENT | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 63 | VACUUMS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 64 | RESPIRATORS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 65 | PRESSURE DIFFERENTIAL AUTOMATIC REC | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 66 | AMENDED WATER | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 67 | GLOVE BAGS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 68 | MATERIAL SAFETY DATA SHEETS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 69 | ENCAPSULENTS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 70 | ASBESTOS HAZARD ABATEMENT PLAN | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 71 | TESTING LABORATORY | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 72 | PRIVATE QUALIFIED PERSON DOCUMENTAT | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 73 | LANDFILL APPROVAL | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 74 | EMPLOYEE TRAINING | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 75 | MEDICAL CERTIFICATION REQUIREMENTS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 76 | WASTE SHIPMENT RECORDS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 77 | EXEMPTION REPORTS if applicable | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 78 | RESPIRATORY PROTECTION PROGRAM | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 79 | HAZARDOUS WASTE MANIFEST | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 80 | AIR SAMPLING RESULTS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 81 | PRESSURE DIFFERENTIAL FOR LOCAL EXH/ | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |

LUMBERMENS 03549

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | Gantt (t / July / June / May; 1/10, 6/12, 11/13, 4/16, 9/17, 2/18, 7/22) |
|---|---|---|---|---|---|---|
| 82 | ASBESTOS DISPOSAL QUANTITY REPORT | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 83 | ENCAPSULATION TEST PATCHES | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 84 | CLEARANCE SAMPLING | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 85 | VACUUMS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 86 | WATER FILTRATION EQUIPMENT | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 87 | VENTILATION SYSTEMS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 88 | OTHER EQUIPMENT USED TO CONTAIN AIRI | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 89 | ASBESTOS FIBERS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 90 | CHEMICAL ENCAPSULENT SEALERS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 91 | NOTIFICATIONS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 92 | RENTAL EQUIPMENT | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 93 | RESPIRATOR PROGRAM RECORDS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 94 | PERMITS AND LICENSES | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 95 | **REMOVAL AND DISPOSAL OF LEAD BASED PAI** | **$0.00** | **100%** | **$0.00** | **$0.00** | |
| 96 | GOVERNMENT REVIEW AND APPROVAL | $0.00 | 100% | $0.00 | $0.00 | GOVERNMENT |
| 97 | VACUUM FILTERS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 98 | RESPIRATORS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 99 | CHEMICALS AND EQUIPMENT | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 100 | MATERIALS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 101 | MATERIALS SAFETY DATA SHEETS FOR ALL | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 102 | QUALIFICATIONS OF CP | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 103 | TESTING LABORATORY AND CONSULTANT ( | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 104 | LEAD BASED PAINT REMOVAL PLAN INCLUD | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 105 | RENTAL EQUIPMENT NOTIFICATION | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 106 | RESPIRATORY PROTECTION PROGRAM | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 107 | HAZARD COMMUNICATION PROGRAM | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 108 | EPA APPROVED HAZARDOUS WASTE TREA | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |

LUMBERMENS 03550

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | t July June May 1/10 6/12 11/13 4/16 9/17 2/18 7/22 |
|---|---|---|---|---|---|---|
| 109 | DISPOSAL FACILITY FOR LEAD | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 110 | HAZARDOUS WASTE MANAGEMENT PLAN | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 111 | LEAD BASED PAINT DISPOSAL PLAN | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 112 | SAMPLING RESULTS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 113 | VACUUM FILTERS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 114 | COMPLETED AND SIGNED WASTE MANIFES | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 115 | CERTIFICATION OF MEDICAL EXAMINATION: | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 116 | EMPLOYEE TRAINING CERTIFICATIONS | $0.00 | 100% | $0.00 | $0.00 | Thermatech Northwest |
| 117 | **REMOVAL AND DISPOSAL OF PCB CONTAINING** | **$0.00** | **100%** | **$0.00** | **$0.00** | |
| 118 | GOVERNMENT REVIEW AND APPROVAL | $0.00 | 100% | $0.00 | $0.00 | GOVERNMENT |
| 119 | QUALIFICATIONS OF CIH | $0.00 | 100% | $0.00 | $0.00 | COASTAL ELECTRICAL |
| 120 | TRAINING CERTIFICATIONS | $0.00 | 100% | $0.00 | $0.00 | COASTAL ELECTRICAL |
| 121 | PCB REMOVAL WORK PLAN | $0.00 | 100% | $0.00 | $0.00 | COASTAL ELECTRICAL |
| 122 | PCB DISPOSAL PLAN | $0.00 | 100% | $0.00 | $0.00 | COASTAL ELECTRICAL |
| 123 | TRANSPORTER CERTIFICATION OF NOTIFIC | $0.00 | 100% | $0.00 | $0.00 | COASTAL ELECTRICAL |
| 124 | GOVT, REVIEW AND FINAL APPROVAL OF SUBMITTALS | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 125 | CONSTRUCTION MOBILIZATION | $0.00 | 90% | $0.00 | $0.00 | LANDMARK |
| 126 | MUTUAL UNDERSTANDING MEETING | $0.00 | 100% | $0.00 | $0.00 | GOVERNMENT |
| 127 | **Schedule of Pricing** | **$5,514,508.00** | **65%** | **$3,458,683.52** | **$2,055,824.48** | |
| 128 | DOORS & WINDOWS | $500,000.00 | 50% | $250,000.00 | $250,000.00 | Harbor Building Supply |
| 129 | CABINETS | $500,000.00 | 28% | $140,000.00 | $360,000.00 | Tacoma Fixtures |
| 130 | TOILETS & ACCESSORIES | $100,000.00 | 100% | $100,000.00 | $0.00 | American Direct |
| 131 | PAINT | $300,000.00 | 28% | $84,000.00 | $216,000.00 | Parker |
| 132 | INSURANCE | $18,500.00 | 100% | $18,500.00 | $0.00 | LANDMARK |
| 133 | TESTING AND INSPECTION | $5,000.00 | 28% | $1,400.00 | $3,600.00 | LANDMARK |
| 134 | Locates | $16,000.00 | 100% | $16,000.00 | $0.00 | Rosenau & Assoc. |
| 135 | BOND | $143,256.00 | 100% | $143,256.00 | $0.00 | LANDMARK |

LUMBERMENS 03551

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | t / July / June / May: 1/10 6/12 11/13 4/16 9/17 2/18 7/22 |
|---|---|---|---|---|---|---|
| 136 | PERSONNEL | $728,834.00 | 28% | $204,073.52 | $524,760.48 | LANDMARK |
| 137 | MGMT TRAVEL/MEALS | $18,000.00 | 28% | $5,040.00 | $12,960.00 | LANDMARK |
| 138 | ARCHITECTURAL FEES | $200,000.00 | 95% | $190,000.00 | $10,000.00 | LANDMARK |
| 139 | MECHANICAL SUPPLIES | $220,000.00 | 100% | $220,000.00 | $0.00 | COASTAL MECHANICAL |
| 140 | ELECTRICAL SUPPLIES | $209,155.00 | 100% | $209,155.00 | $0.00 | COASTAL ELECTRICAL |
| 141 | BLUEPRINTS | $5,000.00 | 100% | $5,000.00 | $0.00 | LANDMARK |
| 142 | SAFTY/FIRST AID | $2,500.00 | 28% | $700.00 | $1,800.00 | LANDMARK |
| 143 | MACHINE LEASE | $3,000.00 | 28% | $840.00 | $2,160.00 | LANDMARK |
| 144 | OFFICE SUPPLIES | $10,200.00 | 28% | $2,856.00 | $7,344.00 | LANDMARK |
| 145 | SCHEDULE & CPM | $5,000.00 | 28% | $1,400.00 | $3,600.00 | LANDMARK |
| 146 | PHOTOS | $2,500.00 | 28% | $700.00 | $1,800.00 | LANDMARK |
| 147 | PARTNERING COSTS | $15,000.00 | 100% | $15,000.00 | $0.00 | LANDMARK |
| 148 | TOOLS & EQUIPMENT | $37,000.00 | 100% | $37,000.00 | $0.00 | LANDMARK |
| 149 | SCAFFOLDING & STAGING | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK |
| 150 | RENTAL ELECTRICAL GENERATORS | $1,800.00 | 100% | $1,800.00 | $0.00 | LANDMARK |
| 151 | TOOL REPAIR | $6,300.00 | 28% | $1,764.00 | $4,536.00 | LANDMARK |
| 152 | TRUCK | $38,400.00 | 28% | $10,752.00 | $27,648.00 | LANDMARK |
| 153 | FLAT BED | $6,500.00 | 100% | $6,500.00 | $0.00 | LANDMARK |
| 154 | BOX VAN | $16,000.00 | 100% | $16,000.00 | $0.00 | LANDMARK |
| 155 | FORKLIFT | $6,000.00 | 100% | $6,000.00 | $0.00 | LANDMARK |
| 156 | MONTHLY CELL BILLS | $12,600.00 | 28% | $3,528.00 | $9,072.00 | LANDMARK |
| 157 | CELL PHONE PURCHASE | $1,393.00 | 100% | $1,393.00 | $0.00 | LANDMARK |
| 158 | FUEL | $4,500.00 | 28% | $1,260.00 | $3,240.00 | LANDMARK |
| 159 | TRAILER MOB | $5,500.00 | 100% | $5,500.00 | $0.00 | LANDMARK |
| 160 | TEMP ELEC SVC INSTALLATION | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK |
| 161 | TRAILER/EQUIPMENT | $26,000.00 | 100% | $26,000.00 | $0.00 | LANDMARK |
| 162 | MONTHLY PHONE SERVICE | $10,800.00 | 28% | $3,024.00 | $7,776.00 | LANDMARK |

LUMBERMENS 03552

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | t / July / June / May — 1/10, 6/12, 11/13, 4/16, 9/17, 2/18, 7/22 |
|---|---|---|---|---|---|---|
| 163 | MONTHLY CELL PHONE | $12,600.00 | 28% | $3,528.00 | $9,072.00 | LANDMARK |
| 164 | TEMP TOILET | $4,500.00 | 28% | $1,260.00 | $3,240.00 | LANDMARK |
| 165 | OFFICE EQUIPMENT | $5,000.00 | 28% | $1,400.00 | $3,600.00 | LANDMARK |
| 166 | FED EX | $3,500.00 | 28% | $980.00 | $2,520.00 | LANDMARK |
| 167 | COMPUTERS | $17,500.00 | 100% | $17,500.00 | $0.00 | LANDMARK |
| 168 | PRINTER | $900.00 | 100% | $900.00 | $0.00 | LANDMARK |
| 169 | FAX | $990.00 | 100% | $990.00 | $0.00 | LANDMARK |
| 170 | PHONE SYSTEM PURCHASE | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK |
| 171 | STORAGE CONTAINERS | $10,000.00 | 100% | $10,000.00 | $0.00 | LANDMARK |
| 172 | DUMPSTER FEES | $9,800.00 | 28% | $2,744.00 | $7,056.00 | LANDMARK |
| 173 | PROJECT SIGN | $4,500.00 | 100% | $4,500.00 | $0.00 | LANDMARK |
| 174 | FLOORING | $485,940.00 | 100% | $485,940.00 | $0.00 | LANDMARK |
| 175 | SIDING | $287,040.00 | 100% | $287,040.00 | $0.00 | LANDMARK |
| 176 | PERODIC CLEANUP | $4,500.00 | 28% | $1,260.00 | $3,240.00 | LANDMARK |
| 177 | SITE WORK | $590,000.00 | 100% | $590,000.00 | $0.00 | LLOYDS |
| 178 | Asbestos and Lead Abatement | $882,000.00 | 35% | $308,700.00 | $573,300.00 | C AND C |
| 179 | DEMOB | $5,500.00 | 0% | $0.00 | $5,500.00 | LANDMARK |
| 180 | CLEANUP | $2,000.00 | 0% | $0.00 | $2,000.00 | LANDMARK |
| 181 | CONSTRUCTION PHASE | $4,363,518.00 | 3% | $140,270.40 | $4,223,247.60 | |
| 182 | STANDARD BUILDING #1 | $0.00 | 0% | $0.00 | $0.00 | |
| 210 | Deliveries of Materials | $32,000.00 | 6% | $32,000.00 | $0.00 | |
| 211 | Framing Materials | $0.00 | 0% | $0.00 | $0.00 | OSO |
| 212 | Gypsum Wallboard | $0.00 | 0% | $0.00 | $0.00 | OSO |
| 213 | Paint | $0.00 | 0% | $0.00 | $0.00 | Parker |
| 214 | Windows | $0.00 | 0% | $0.00 | $0.00 | Harbor Building Supply |
| 215 | Fireplace Mantels | $32,000.00 | 100% | $32,000.00 | $0.00 | Riverhouse Design |
| 216 | Vinyl Siding | $0.00 | 0% | $0.00 | $0.00 | Harbor Building Supply |

LUMBERMENS 03553

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | t / July / June / May — 1/10, 6/12, 11/13, 4/16, 9/17, 2/18, 7/22 |
|---|---|---|---|---|---|---|
| 217 | Plumbing Fixtures | $0.00 | 0% | $0.00 | $0.00 | Familian |
| 218 | Mechanical | $0.00 | 0% | $0.00 | $0.00 | Thrifty |
| 219 | Electrical/Lighting Fixtures | $0.00 | 0% | $0.00 | $0.00 | Platt |
| 220 | Cabinets | $0.00 | 0% | $0.00 | $0.00 | Tacoma Fixtures |
| 221 | Flooring/Carpet+Vinyl | $0.00 | 0% | $0.00 | $0.00 | Resource Management |
| 222 | Shower Surround Material | $0.00 | 0% | $0.00 | $0.00 | Precision Countertops |
| 223 | Doors + Hardware | $0.00 | 0% | $0.00 | $0.00 | Harbor Building Supply |
| 224 | Bathroom Accessories | $0.00 | 0% | $0.00 | $0.00 | American Dir |
| 225 | Appliances | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 226 | Blinds | $0.00 | 0% | $0.00 | $0.00 | Harbor Building Supply |
| 227 | Delivery of Government furnished Materials | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 228 | **Mobilize at Baker Court Area 2B** | **$108,270.40** | **97%** | **$108,270.40** | **$0.00** | |
| 229 | Construction at 1307 | $27,054.10 | 100% | $27,054.10 | $0.00 | LANDMARK |
| 230 | Inspect 1307 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 231 | Construction at 1305 | $27,072.10 | 100% | $27,072.10 | $0.00 | LANDMARK |
| 232 | Inspect 1305 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 233 | Construction at 1308 | $27,072.10 | 100% | $27,072.10 | $0.00 | LANDMARK |
| 234 | Inspect 1308 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 235 | Construction at 1309 | $27,072.10 | 100% | $27,072.10 | $0.00 | LANDMARK |
| 236 | Inspect 1309 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 237 | Conclude all re-work items | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 238 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 239 | **Mobilize at Cascade Circle Area 1** | **$433,153.60** | **0%** | **$0.00** | **$433,153.60** | |
| 240 | Construction at 1265 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 241 | Inspect 1265 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 242 | Construction at 1263 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 243 | Inspect 1263 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |

LUMBERMENS 03554

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | Resource (1/10, July 6/12, 11/13, June 4/16, 9/17, May 2/18, 7/22) |
|---|---|---|---|---|---|---|
| 244 | Construction at 1261 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 245 | Inspect 1261 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 246 | Construction at 1259 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 247 | Inspect 1259 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 248 | Construction at 1257 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 249 | Inspect 1257 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 250 | Construction at 1255 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 251 | Inspect 1255 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 252 | Construction at 1253 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 253 | Inspect 1253 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 254 | Construction at 1251 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 255 | Inspect 1251 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 256 | Construction at 1249 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 257 | Inspect 1249 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 258 | Construction at 1248 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 259 | Inspect 1248 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 260 | Construction at 1250 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 261 | Inspect 1250 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 262 | Construction at 1252 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 263 | Inspect 1252 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 264 | Construction at 1254 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 265 | Inspect 1254 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 266 | Construction at 1256 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 267 | Inspect 1256 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 268 | Construction at 1258 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 269 | Inspect 1258 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 270 | Construction at 1260 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |

LUMBERMENS 03555