| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | t / July / June / May: 1/10, 6/12, 11/13, 4/16, 9/17, 2/18, 7/22 |
|---|---|---|---|---|---|---|
| 271 | Inspect 1260 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 272 | Conclude all Re-Work Items | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 273 | Turn over Area | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 274 | **Mobilize At Cascade Circle Area 2A** | **$270,721.00** | **0%** | **$0.00** | **$270,721.00** | |
| 275 | Construction at 1246 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 276 | Inspect 1246 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 277 | Construction at 1244 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 278 | Inspect 1244 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 279 | Construction at 1241 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 280 | Inspect 1241 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 281 | Construction at 1243 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 282 | Inspect 1243 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 283 | Construction at 1301 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 284 | Inspect 1301 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 285 | Construction at 1300 Baker Court | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 286 | Inspect 1300 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 287 | Construction at 1302 Baker Court | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 288 | Inspect 1302 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 289 | Construction at 1304 Baker Court | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 290 | Inspect 1304 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 291 | Construction at 1306 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 292 | Inspect 1306 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 293 | Construction at 1303 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 294 | Inspect 1303 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 295 | Complete all Re-Work | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 296 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 297 | **Mobilize At Work Area # 3** | **$433,153.60** | **0%** | **$0.00** | **$433,153.60** | |

LUMBERMENS 03556

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | t July June May<br>1/10 6/12 11/13 4/16 9/17 2/18 7/22 |
|---|---|---|---|---|---|---|
| 298 | Construction at 1239 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 299 | Inspect 1239 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 300 | Construction at 1237 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 301 | Inspect 1237 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 302 | Construction at 1235 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 303 | Inspect 1235 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 304 | Construction at 1233 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 305 | Inspect 1233 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 306 | Construction at 1231 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 307 | Inspect 1231 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 308 | Construction at 1229 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 309 | Inspect 1229 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 310 | Construction at 1227 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 311 | Inspect at 1227 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 312 | Construction at 1225 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 313 | Inspect 1225 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 314 | Construction at 1223 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 315 | Inspect 1223 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 316 | Construction at 1240 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 317 | Inspect 1240 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 318 | Construction at 1238 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 319 | Inspect 1238 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 320 | Construction at 1236 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 321 | Inspect 1236 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 322 | Construction at 1234 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 323 | Inspect 1234 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 324 | Construction at 1228 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |

LUMBERMENS 03557

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | July / June / May: 1/10, 6/12, 11/13, 4/16, 9/17, 2/18, 7/22 |
|---|---|---|---|---|---|---|
| 325 | Inspect 1228 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 326 | Construction at 1226 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 327 | Inspect 1226 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 328 | Construction at 1224 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 329 | Inspect 1224 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 330 | Conclude all Re-Work | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 331 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 332 | **Mobilize at Work Area # 4** | **$487,297.80** | **0%** | **$0.00** | **$487,297.80** | |
| 333 | Construction at 1221 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 334 | Inspect 1221 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 335 | Construction at 1219 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 336 | Inspect 1219 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 337 | Construction at 1215 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 338 | Inspect 1215 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 339 | Construction at 1213 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 340 | Inspect 1213 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 341 | Construction at 1211 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 342 | Inspect 1211 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 343 | Construction at 1209 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 344 | Inspect 1209 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 345 | Construction at 1207 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 346 | Inspect 1207 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 347 | Construction at 1205 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 348 | Inspect 1205 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 349 | Construction at 1203 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 350 | Inspect 1203 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 351 | Construction at 1201 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |

LUMBERMENS 03558

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | July / June / May — 1/10, 6/12, 11/13, 4/16, 9/17, 2/18, 7/22 |
|---|---|---|---|---|---|---|
| 352 | Inspect 1201 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 353 | Construction at 1200 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 354 | Inspect 1200 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 355 | Construction at 1204 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 356 | Inspect 1204 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 357 | Construction at 1208 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 358 | Inspect 1208 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 359 | Construction at 1212 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 360 | Inspect 1212 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 361 | Construction at 1214 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 362 | Inspect 1214 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 363 | Construction at 1216 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 364 | Inspect 1216 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 365 | Construction at 1218 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 366 | Inspect 1218 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 367 | Construction at 1220 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 368 | Inspect 1220 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 369 | Conclude all Re-Work Items | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 370 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 371 | **Mobilize at Work Area # 5** | **$460,225.70** | **0%** | **$0.00** | **$460,225.70** | |
| 372 | Construction at 1165 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 373 | Inspect 1165 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 374 | Construction at 1163 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 375 | Inspect 1163 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 376 | Construction at 1161 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 377 | Inspect 1161 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 378 | Construction at 1159 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |

LUMBERMENS 03559

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | Resource |
|---|---|---|---|---|---|---|
| 379 | Inspect 1159 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 380 | Construction at 1157 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 381 | Inspect 1157 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 382 | Construction at 1153 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 383 | Inspect 1153 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 384 | Construction at 1151 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 385 | Inspect 1151 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 386 | Construction at 1149 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 387 | Inspect 1149 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 388 | Construction at 1147 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 389 | Inspect 1147 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 390 | Construction at 1146 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 391 | Inspect 1146 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 392 | Construction at 1148 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 393 | Inspect 1148 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 394 | Construction at 1150 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 395 | Inspect 1150 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 396 | Construction at 1152 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 397 | Inspect 1152 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 398 | Construction 1156 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 399 | Inspect 1156 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 400 | Construction at 1100 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 401 | Inspect 1100 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 402 | Construction at 1160 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 403 | Inspect 1160 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 404 | Construction at 1164 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 405 | Inspect 1164 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |

Timeline header: t | July | June | May — 1/10 | 6/12 | 11/13 | 4/16 | 9/17 | 2/18 | 7/22

LUMBERMENS 03560

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | Gantt |
|---|---|---|---|---|---|---|
| 406 | Conclude all Re-Work Items | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 407 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 408 | **Mobilize at Work Area # 6** | **$406,081.50** | **0%** | **$0.00** | **$406,081.50** | |
| 409 | Construction at 1145 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 410 | Inspect 1145 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 411 | Construction at 1143 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 412 | Inspect 1143 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 413 | Construction at 1141 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 414 | Inspect 1141 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 415 | Construction at 1139 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 416 | Inspect 1139 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 417 | Construction 1137 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 418 | Inspect 1137 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 419 | Construction at 1135 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 420 | Inspect 1135 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 421 | Construction at 1133 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 422 | Inspect 1133 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 423 | Construction at 1131 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 424 | Inspect 1131 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 425 | Construction at 1129 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 426 | Inspect 1129 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 427 | Construction at 1127 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 428 | Inspect 1127 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 429 | Construction at 1126 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 430 | Inspect 1126 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |
| 431 | Construction at 1128 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 432 | Inspect 1128 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMENT |

Gantt timescale: t | July | June | May — 1/10 | 6/12 | 11/13 | 4/16 | 9/17 | 2/18 | 7/22

LUMBERMENS 03561

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | t / July / June / May — 1/10, 6/12, 11/13, 4/16, 9/17, 2/18, 7/22 |
|---|---|---|---|---|---|---|
| 433 | Construction at 1132 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 434 | Inspect 1132 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMEN |
| 435 | Construction at 1138 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 436 | Inspect 1138 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMEN |
| 437 | Construction at 1140 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 438 | Inspect 1140 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMEN |
| 439 | Conclude all Re-Work Items | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 440 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | LANDMARK |
| 441 | **Mobilize at Work Area # 7** | **$487,297.80** | **0%** | **$0.00** | **$487,297.80** | |
| 442 | Construction at 1123 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 443 | Inspect 1123 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMEN |
| 444 | Construction at 1124 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 445 | Inspect 1124 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMEN |
| 446 | Construction at 1120 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 447 | Inspect 1120 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMEN |
| 448 | Construction at 1118 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 449 | Inspect 1118 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMEN |
| 450 | Construction at 1119 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 451 | Inspect 1119 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMEN |
| 452 | Construction at 1116 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 453 | Inspect 1116 | $0.00 | 0% | $0.00 | $0.00 | GOVERNMEN |
| 454 | Construction at 1117 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 455 | Inspect 1117 | $0.00 | 0% | $0.00 | $0.00 | GOVERNME |
| 456 | Construction at 1112 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 457 | Inspect 1112 | $0.00 | 0% | $0.00 | $0.00 | GOVERNME |
| 458 | Construction at 1115 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 459 | Inspect 1115 | $0.00 | 0% | $0.00 | $0.00 | GOVERNME |

LUMBERMENS 03562

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | t / July / June / May — 1/10, 6/12, 11/13, 4/16, 9/17, 2/18, 7/22 |
|---|---|---|---|---|---|---|
| 460 | Construction at 1110 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 461 | Inspect 1110 | $0.00 | 0% | $0.00 | $0.00 | GOVERNME |
| 462 | Construction at 1113 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 463 | Inspect 1113 | $0.00 | 0% | $0.00 | $0.00 | GOVERNME |
| 464 | Construction at 1111 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 465 | Inspect 1111 | $0.00 | 0% | $0.00 | $0.00 | GOVERNME |
| 466 | Construction at 1104 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 467 | Inspect 1104 | $0.00 | 0% | $0.00 | $0.00 | GOVERNME |
| 468 | Construction at 1109 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 469 | Inspect 1109 | $0.00 | 0% | $0.00 | $0.00 | GOVERNME |
| 470 | Construction at 1107 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 471 | Inspect 1107 | $0.00 | 0% | $0.00 | $0.00 | GOVERNME |
| 472 | Construction at 1105 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 473 | Inspect 1105 | $0.00 | 0% | $0.00 | $0.00 | GOVERNME |
| 474 | Construction at 1103 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 475 | Inspect 1103 | $0.00 | 0% | $0.00 | $0.00 | GOVERNME |
| 476 | Construction at 1101 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 477 | Inspect 1101 | $0.00 | 0% | $0.00 | $0.00 | GOVERNME |
| 478 | Conclude all Re-Work Items | $0.00 | 0% | $0.00 | $0.00 | LANDMAR |
| 479 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | LANDMAR |
| 480 | **Mobilize at Work Area # 8** | **$433,153.60** | **0%** | **$0.00** | **$433,153.60** | |
| 481 | Construction at 1057 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 482 | Inspect 1057 | $0.00 | 0% | $0.00 | $0.00 | GOVERNM |
| 483 | Construction at 1055 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 484 | Inspect 1055 | $0.00 | 0% | $0.00 | $0.00 | GOVERNM |
| 485 | Construction at 1053 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 486 | Inspect 1053 | $0.00 | 0% | $0.00 | $0.00 | GOVERNM |

LUMBERMENS 03563

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | t / July / June / May — 1/10, 6/12, 11/13, 4/16, 9/17, 2/18, 7/22 |
|---|---|---|---|---|---|---|
| 487 | Construction at 1051 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMARK |
| 488 | Inspect 1051 | $0.00 | 0% | $0.00 | $0.00 | GOVERNM |
| 489 | Construction at 1049 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMAR |
| 490 | Inspect 1049 | $0.00 | 0% | $0.00 | $0.00 | GOVERNM |
| 491 | Construction at 1047 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMAR |
| 492 | Inspect 1047 | $0.00 | 0% | $0.00 | $0.00 | GOVERNM |
| 493 | Construction at 1045 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMAR |
| 494 | Inspect 1045 | $0.00 | 0% | $0.00 | $0.00 | GOVERNM |
| 495 | Construction at 1043 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMAR |
| 496 | Inspect 1043 | $0.00 | 0% | $0.00 | $0.00 | GOVERNM |
| 497 | Construction at 1041 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMAR |
| 498 | Inspect 1041 | $0.00 | 0% | $0.00 | $0.00 | GOVERNM |
| 499 | Construction at 1039 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMAR |
| 500 | Inspect 1039 | $0.00 | 0% | $0.00 | $0.00 | GOVERNM |
| 501 | Construction at 1042 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMAR |
| 502 | Inspect 1042 | $0.00 | 0% | $0.00 | $0.00 | GOVERNM |
| 503 | Construction at 1046 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMAR |
| 504 | Inspect 1046 | $0.00 | 0% | $0.00 | $0.00 | GOVERNM |
| 505 | Construction at 1048 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMAR |
| 506 | Inspect 1048 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 507 | Construction at 1050 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMAR |
| 508 | Inspect 1050 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 509 | Construction at 1054 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMAR |
| 510 | Inspect 1054 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 511 | Construction at 1056 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMAR |
| 512 | Inspect 1056 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 513 | Conclude all Re-Work Items | $0.00 | 0% | $0.00 | $0.00 | LANDMA |

LUMBERMENS 03564

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | t / July / June / May — 1/10, 6/12, 11/13, 4/16, 9/17, 2/18, 7/22 |
|---|---|---|---|---|---|---|
| 514 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | LANDMA |
| 515 | **Mobilize at Work Area # 9** | **$406,081.50** | **0%** | **$0.00** | **$406,081.50** | |
| 516 | Construction at 1037 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMA |
| 517 | Inspect 1037 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 518 | Construction at 1033 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMA |
| 519 | Inspect 1033 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 520 | Construction at 1031 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMA |
| 521 | Inspect 1031 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 522 | Construction at 1029 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMA |
| 523 | Inspect 1029 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 524 | Construction at 1027 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMA |
| 525 | Inspect 1027 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 526 | Construction at 1025 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMA |
| 527 | Inspect 1025 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 528 | Construction at 1023 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMA |
| 529 | Inspect 1023 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 530 | Construction at 1021 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMA |
| 531 | Inspect 1021 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 532 | Construction at 1020 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMA |
| 533 | Inspect 1020 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 534 | Construction at 1022 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMA |
| 535 | Inspect 1022 | $0.00 | 0% | $0.00 | $0.00 | GOVERN |
| 536 | Construction at 1024 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMA |
| 537 | Inspect 1024 | $0.00 | 0% | $0.00 | $0.00 | GOVER |
| 538 | Construction at 1026 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDMA |
| 539 | Inspect 1026 | $0.00 | 0% | $0.00 | $0.00 | GOVER |
| 540 | Construction at 1032 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDM |

LUMBERMENS 03565

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost | Gantt |
|---|---|---|---|---|---|---|
| 541 | Inspect 1032 | $0.00 | 0% | $0.00 | $0.00 | GOVER |
| 542 | Construction at 1034 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDM |
| 543 | Inspect 1034 | $0.00 | 0% | $0.00 | $0.00 | GOVER |
| 544 | Construction at 1038 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDM |
| 545 | Inspect 1038 | $0.00 | 0% | $0.00 | $0.00 | GOVER |
| 546 | Conclude all Re-Work Items | $0.00 | 0% | $0.00 | $0.00 | LANDM |
| 547 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 | LANDM |
| 548 | **Mobilize at Work Area # 10** | **$406,081.50** | **0%** | **$0.00** | **$406,081.50** | |
| 549 | Construction at 1019 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDM |
| 550 | Inspect 1019 | $0.00 | 0% | $0.00 | $0.00 | GOVER |
| 551 | Construction at 1017 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDM |
| 552 | Inspect 1017 | $0.00 | 0% | $0.00 | $0.00 | GOVER |
| 553 | Construction at 1015 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDM |
| 554 | Inspect 1015 | $0.00 | 0% | $0.00 | $0.00 | GOVER |
| 555 | Construction at 1013 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDM |
| 556 | Inspect 1013 | $0.00 | 0% | $0.00 | $0.00 | GOVER |
| 557 | Construction at 1011 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDM |
| 558 | Inspect 1011 | $0.00 | 0% | $0.00 | $0.00 | GOVER |
| 559 | Construction at 1009 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDM |
| 560 | Inspect 1009 | $0.00 | 0% | $0.00 | $0.00 | GOVER |
| 561 | Construction at 1007 | $27,072.10 | 0% | $0.00 | $27,072.10 | LANDM |
| 562 | Inspect 1007 | $0.00 | 0% | $0.00 | $0.00 | GOVER |
| 563 | Construction at 1005 | $27,072.10 | 0% | $0.00 | $27,072.10 | LAND |
| 564 | Inspect 1005 | $0.00 | 0% | $0.00 | $0.00 | GOVE |
| 565 | Construction at 1003 | $27,072.10 | 0% | $0.00 | $27,072.10 | LAND |
| 556 | Inspect 1003 | $0.00 | 0% | $0.00 | $0.00 | GOVE |
| 567 | Construction at 1001 | $27,072.10 | 0% | $0.00 | $27,072.10 | LAND |

Gantt timescale: July, June, May; 1/10, 6/12, 11/13, 4/16, 9/17, 2/18, 7/22

LUMBERMENS 03566

| ID | Task Name | Amount Bid | % Complete | Cost Billed | Remaining Cost |
|---|---|---|---|---|---|
| 568 | Inspect 1001 | $0.00 | 0% | $0.00 | $0.00 |
| 569 | Construction at 1006 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 570 | Inspect 1006 | $0.00 | 0% | $0.00 | $0.00 |
| 571 | Construction at 1008 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 572 | Inspect 1008 | $0.00 | 0% | $0.00 | $0.00 |
| 573 | Construction at 1010 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 574 | Inspect 1010 | $0.00 | 0% | $0.00 | $0.00 |
| 575 | Construction at 1016 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 576 | Inspect 1016 | $0.00 | 0% | $0.00 | $0.00 |
| 577 | Construction at 1018 | $27,072.10 | 0% | $0.00 | $27,072.10 |
| 578 | Inspect 1018 | $0.00 | 0% | $0.00 | $0.00 |
| 579 | Conclude all Re-Work Items | $0.00 | 0% | $0.00 | $0.00 |
| 580 | Turn Over Area | $0.00 | 0% | $0.00 | $0.00 |
| 581 | O and M's and Demobilize | $0.00 | 0% | $0.00 | $0.00 |
| 582 | **CLOSEOUT PHASE** | $0.00 | 0% | $0.00 | $0.00 |
| 583 | **AS BUILTS** | $0.00 | 0% | $0.00 | $0.00 |
| 584 | AS BUILT COMPLETION AND REVIEW | $0.00 | 0% | $0.00 | $0.00 |
| 585 | FINAL ACCEPTANCE | $0.00 | 0% | $0.00 | $0.00 |




LUMBERMENS 03567