# Exhibit F

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1255 C<br>Honorable Robert H. Hodges, Jr. |

TO: DEFENDANT THE UNITED STATES

AND TO: LESLIE CAYER OHTA, Commercial Litigation Branch, Civil Division, Department of Justice, Attorneys for Defendant.

## INSTRUCTIONS

1. Pursuant to the Rules of the United States Court of Federal Claims 26 and 34, you are requested to produce for inspection and copying the documents described in each request made below at the offices of Preston Gates & Ellis LLP, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-7011 on Monday, October 10, 2005.

2. In answering these Requests for Production, if a document has previously been produced in response to the agreement between counsel for plaintiff and defendant to exchange "project files," the document does not need to be produced again. In that case,



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

please state in response to the particular request that "All responsive documents have been previously produced."

3. You must supplement your responses to these Requests for Production pursuant to RCFC 26(e).

4. In answering these Requests for Production, you are to furnish such information as is available to you. This requires, among other things, that you furnish information which is known by or in the possession of you, your attorneys, or your agents.

5. The documents produced in response to these requests shall be marked and arranged in such a way as to indicate clearly the request to which each such document is responsive.

6. To the extent that any documents are not produced on the basis of privilege or work product immunity, such documents shall be fully identified by date, author, location, and custodian, and an explanation of the privilege or immunity asserted shall be set forth.

7. If any documents requested herein have been lost, discarded, destroyed, or transferred (either voluntarily or involuntarily) to another, the documents so lost, discarded, destroyed, or transferred shall be identified as completely as possible, including, without limitation, the following information:

(a) the nature of the document (e.g., letter or memorandum),

(b) the date of the document;

(c) the persons who prepared or sent and received the original and any copies of the document;

(d) the contents of the document; and

(e) the manner and date of disposition of the document, along with reason for the disposition, the person authorizing the disposition, and the person disposing of the document.



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

8. "And" as well as "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the interrogatory, instruction, or definition all matters that might otherwise be outside its scope.

9. The singular shall always include the plural, the present tense shall always include the past tense, and masculine pronouns shall always include the feminine and neuter pronouns.

## DEFINITIONS

Included below are definitions of the terms used in these Requests for Production. Please read these definitions carefully, as some of the terms used in these Requests for Production are given definitions that may be more expansive than the definitions which those terms are given in common usage.

1. *"You"* and *"your"* shall refer to defendant the United States and its officers, employees, representatives, attorneys, agents, consultants, contractors, and investigators, including the United States Navy ("Navy"), acting by and through its authorized agents.

2. *"Lawsuit"* shall mean Lumbermens Mutual Casualty Company v. United States, the lawsuit filed in the United States Court of Federal Claims under Cause No. 04-1255 C.

3. *"Person"* shall include any individual, corporation, partnership, limited partnership, partner, general partner, limited partner, association, government agency, or any other entity of any kind.

4. *"Document"* includes, but is not limited to, any agreement, appointment book, assessment, blueprint, book, brochure, business form, cable, chart, check, check stub, computer disc or index thereto, computer printout, computer program, computer tape, contract, correspondence, correspondence files, desk calendar, draft, drawing, electronic mail, estimate, graph, index, invoice, lease, ledger, letter, log book, manual, map, memorandum,



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

message, minutes, minute book, model, notation, note, ordinance, pamphlet, periodical, photograph, pleading, printout, purchase order, record, record of purchase or sale, report, reproduction, schedule, sketch, statement, statute, study, summary, survey, tape, telegram, telex, time sheet, wire, working paper, x-ray, transcription or taping of telephone or personal conversation or conference, including inter company, intra company, interoffice, and intra office memorandum or other document regarding any conference, conversation, or other communication, and any and all other written, printed, typed, taped, recorded, transcribed, punched, filmed, or graphic matter, however produced or reproduced.

5. If a document has been prepared in several copies or additional copies have been made, and the copies are not identical, each non-identical copy is a separate "document," and should be produced for inspection and copying.

6. "*Contract*" refers to Contract Number N44255-97-C-5515 awarded by the United States, through the United States Navy, Engineering Field Activity, Northwest, in Poulsbo, Washington to Landmark Construction Company ("Landmark").

7. "*Contractor*" shall mean Landmark Construction Company.

8. "*Project*" refers to the performance of Whole Site Repair/Revitalization of the Maylor Capehart Housing Area on Naval Air Station, Whidbey Island, in Oak Harbor, Washington under the Contract.

9. "*Completing Contractor*" shall mean Atherton Construction, Inc.

11. "*Payment Requests*" shall refer to the invoice and all related documents described in the Contract at § 01200, ¶ 1.3.a and upon which you relied to pay the Contractor or the Completing Contractor.



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**REQUESTS FOR PRODUCTION**

REQUEST FOR PRODUCTION NO. 1: The Contract provides, at §01200, ¶ 1.2:

> Prepare a Schedule of Prices in the form furnished by the Government. The Schedule of Prices shall be a detailed breakdown of the Contract price, giving quantities for each of the various kinds of work, unit prices and extended prices. Submit the Schedule of Prices to the Government with the Final Design submittal in accordance with Section III for approval by the Contracting Officer. Payments for construction work will not be made until the Schedule of Prices has been approved by the Contracting Officer.

With reference to the preceding quote:

(a) Product a clean copy of the "form" that was to be "furnished by the Government" on which the Contractor was to prepare its "Schedule of Prices."

(b) Produce the "Schedule of Prices" that was submitted by the Contractor "with the Final Design Submittal."

(c) Produce any and all documents relating or referring to the approval by the Government of the "Schedule of Prices."

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 2: Section 01321 of the Contract is entitled Network Analysis Schedules. With reference to § 01321 of the Contract,

(a) Produce the initial and all subsequent Network Analysis Schedules submitted by Landmark on the Project;

(b) Produce all internal memoranda, correspondence, e-mails, diaries, reports, telephone call records, and any other documents relating or referring to the approval and analysis of the initial and all subsequent Network Analysis Schedule(s) submitted by Landmark on the Project;

(c) Produce the initial and all subsequent Network Analysis Schedules submitted by the Completing Contractor on the Project; and

(d) Produce all internal memoranda, correspondence, e-mails, diaries, reports, telephone call records, and any other documents relating or referring to the approval and analysis of the initial and all subsequent Network Analysis Schedule(s) submitted by the Completing Contractor on the Project.

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 3: Produce all internal memoranda, correspondence, e-mails, diaries, reports, telephone call records, and any other documents relating to your approval of each of Landmark's Payment Requests.

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 4: Produce all financial or accounting data, including, but not limited to, invoices and payroll documents reviewed by the United States in support Landmark's Payment Requests.

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 5: Produce all documents evidencing title to or location of doors, windows, cabinets, paint, flooring, and siding received and/or reviewed by you prior to approving each and every Payment Request submitted by Landmark in which payment for said material was requested.

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 6: Produce all financial records and audits pertaining to the Project.

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 7: Produce all work schedules, project schedules, time logs, time tables, revisions, amendments, updates, or any other similar documents, including summaries, submitted to you by Landmark, the Completing Contractor, or any other person in connection with this Project.

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 8: Produce all internal memoranda, schedules, computer runs, inventory lists, property lists, correspondence or other documents prepared by or for you for use in monitoring, scheduling, overseeing, or in any other manner relating to performance of Landmark and the Completing Contractor's work.

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

<u>REQUEST FOR PRODUCTION NO. 9:</u> Produce all documents reflecting, referring to, or relating to progress, conditions, and proposed and actual modifications to the Project.

<u>RESPONSE:</u>



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 10: Produce all correspondence, including memos, notes, letters, e-mails, telegrams, transmittals, etc., and any other documents or data recording or reflecting communications by or between the United States and any of the following entities relating to the Project:

a. Landmark;

b. Landmark subcontractors or suppliers on the Project;

c. Atherton Construction

d. Lumbermens Mutual Casualty Company

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 11: Produce all photographs, videotapes, and audiotapes pertaining to the Project.

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 12: Produce all daily reports, field reports, logs, diaries, inspectors' reports, or other documents authored by any of your agents, employees, engineers, inspectors, consultants, or subconsultants referring to or relating to the Project.

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 13: Produce all documents relating to quality control measures or quality assurance methods and procedures employed by the United States on the Project.

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 14: Produce all certified payroll documents for the Project.

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

REQUEST FOR PRODUCTION NO. 15: Produce all personal diaries and personal planners used, or maintained or relied upon by the Project's Contracting Officers, resident engineer(s), engineer(s), inspector(s) or technical representative(s) that refer to or relate in any way to the Project.

RESPONSE:



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED this 8th day of September, 2005.

LUMBERMENS MUTUAL CASUALTY COMPANY

By: [signature]
Mark G. Jackson, WSBA #18325

PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022 - Fax

Counsel of Record for LUMBERMENS MUTUAL CASUALTY COMPANY

OF COUNSEL:

Derek D. Crick
Kevin A. Rosenfield
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
(206) 623-7022 - Fax

G. Matthew Koehl
PRESTON GATES ELLIS & ROUVELAS MEEDS LLP
1735 New York Avenue NW, Suite 500
Washington DC 20006-5221
(202) 628-1700

CERTIFICATE

I, ________________________, certify that the above Responses to Plaintiff's First Set of Requests for Production to Defendant, The United States, are made in good faith, pursuant to the Rules of Civil Procedure, and that there is a factual and/or legal basis for each Response.

DATED: ________________

________________________________

CERTIFICATE OF COUNSEL

I, ________________________, am counsel for Defendant The United States; and certify that the above Responses to First Set of Requests for Production to The United States are made in good faith, pursuant to the Rules of Civil Procedure, and that there is a factual and/or legal basis for each Response.

DATED: ________________

________________________________
LESLIE CAYER OHTA
Commercial Litigation Branch, Civil Division,
Department of Justice
Attorney for Defendant, The United States



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this Document titled **Plaintiff's First Set of Requests for Production to Defendant United States** on the following individual(s):

LESLIE CAYER OHTA
Commercial Litigation Branch, Civil Division,
Department of Justice
Attorney for Defendant, The United States

[ ] Via Facsimile
[ X ] Via First Class Mail
[ X ] Via Email

DATED this 8th day of September, 2005, at Seattle, Washington.

Shirli A. Simmons



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022