IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1255C<br>(Judge Robert H. Hodges) |

MOTION FOR LEAVE TO FILE DECLARATION OF RICHARD PAULLIN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Defendant respectfully moves for leave to re-file the declaration of Richard Paullin submitted in support of Defendant's Opposition to Plaintiff's Motion to Compel. Page seven of the previously filed declaration of Mr. Paullin was inadvertently not scanned.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530

January 19, 2006

Attorneys for Defendant