IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1255C<br>(Judge Robert H. Hodges) |

MOTION FOR LEAVE TO FILE DEFENDANT'S
CORRECTED OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Defendant respectfully moves for leave to re-file our opposition to plaintiff's motion to compel to correct the following errors: on page two of our brief, in the fourth line from the bottom, "DFAS" should be changed "Lumbermens," and on page six, in the last sentence of the first paragraph, "no" must be inserted before "requirement," so that the sentence as corrected will read as follows: "In any event, purely as a matter of good faith cooperation, because under the applicable rules there was no requirement to respond, Government counsel agreed to obtain the requested documents directly from DFAS."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530

January 20, 2006

Attorneys for Defendant