# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: January 20, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The Government's motion for leave to refile the Paullin Declaration is GRANTED. Page seven of the original was missing. The Government's motion for leave to file its corrected opposition to plaintiff's motion to compel is GRANTED.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge