**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1255 C<br>(Honorable Robert H. Hodges, Jr.) |

**<u>SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL</u>**

Lumbermens requests oral argument, in lieu of additional written briefing, to respond to the questions raised by the Court in its Order of January 24, 2006. Counsel for Lumbermens will participate by telephone or video teleconference at the Court's convenience.

Respectfully submitted,

PRESTON GATES & ELLIS LLP

By_/s/___________________________
Mark G. Jackson

Counsel of Record for Plaintiff
LUMBERMENS MUTUAL
CASUALTY COMPANY

Derek D. Crick
Kevin A. Rosenfield
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

February 1, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties of record.

/s/______________________
Judy Goldfarb