# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1255 C<br>(Honorable Robert H. Hodges, Jr.) |

## SECOND SUPPLEMENTAL DECLARATION OF KEVIN A. ROSENFIELD IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Kevin A. Rosenfield declares and states as follows:

1. I am an attorney with Preston, Gates & Ellis, LLP, counsel of record for plaintiff Lumbermens Mutual Casualty Company ("Lumbermens") in the above captioned matter. I am over the age of eighteen and make this declaration based on my personal knowledge.

2. Pursuant to FAR 52.232-5(c) (May 1997), the Contract mandated that Landmark submit a contractor certification with each request for progress payments; otherwise payment by the Government "shall not be made." Attached to this declaration as **Exhibit A** is a true and correct copy of FAR 52.232-1 (May 1997).

3. On January 23, 2006, Lumbermens deposed John Santiago, the contracting officer on the Project. During our preparation for and taking of the deposition, it came to our attention that only three of Landmark's payment requests in our possession contained the requisite contractor certification. Attached to this declaration as **Exhibit B** is a true and correct copy of the "Progress Payment Certification" submitted by Landmark with Invoice No. 5515-1.

4. Based upon the documents in our possession, Lumbermens apparently included the requisite certification within only the following payment requests: 5515-1, 5515-10, and 5515-11. However, we cannot be certain of the full content of Landmark's

payment request absent our inspection of the complete set of invoices submitted by Landmark to the Government.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 1st day of February, 2006 at Seattle, Washington.

Kevin A. Rosenfield

# Exhibit A

**52.232-1 Payments.**

As prescribed in 32 111(a)(1), insert the following clause, appropriately modified with respect to payment due date in accordance with agency regulations, in solicitations and contracts when a fixed-price supply contract, a fixed-price service contract, or a contract for nonregulated communication services is contemplated:

PAYMENTS (APR 1984)

The Government shall pay the Contractor, upon the submission of proper invoices or vouchers, the prices stipulated in this contract for supplies delivered and accepted or services rendered and accepted, less any deductions provided in this contract. Unless otherwise specified in this contract, payment shall be made on partial deliveries accepted by the Government if—

(a) The amount due on the deliveries warrants it; or

(b) The Contractor requests it and the amount due on the deliveries is at least $1,000 or 50 percent of the total contract price

(End of clause)

**52.232-2 Payments under Fixed-Price Research and Development Contracts.**

As prescribed in 32 111(a)(2), insert the following clause, as appropriately modified with respect to payment due dates in accordance with agency regulations, in solicitations and contracts when a fixed-price research and development contract is contemplated:

PAYMENTS UNDER FIXED-PRICE RESEARCH AND DEVELOPMENT CONTRACTS (APR 1984)

The Government shall pay the Contractor, upon submission of proper invoices or vouchers, the prices stipulated in this contract for work delivered or rendered and accepted, less any deductions provided in this contract. Unless otherwise specified, payment shall be made upon acceptance of any portion of the work delivered or rendered for which a price is separately stated in the contract

(End of clause)

**52.232-3 Payments under Personal Services Contracts.**

As prescribed in 32.111(a)(3), insert the following clause, appropriately modified with respect to payment due dates in accordance with agency regulations, in solicitations and contracts for personal services:

PAYMENTS UNDER PERSONAL SERVICES CONTRACTS (APR 1984)

The Government shall pay the Contractor for the services performed by the Contractor, as set forth in the Schedule of this contract, at the rates prescribed, upon the submission by the Contractor of proper invoices or time statements to the office or officer designated and at the time provided for in this contract. The Government shall also pay the Contractor—

(a) A per diem rate in lieu of subsistence for each day the Contractor is in a travel status away from home or regular place of employment in accordance with Federal Travel Regulations (41 CFR 101-7) as authorized in appropriate Travel Orders; and

(b) Any other transportation expenses if provided for in the Schedule

(End of clause)

**52.232-4 Payments under Transportation Contracts and Transportation-Related Services Contracts.**

As prescribed in 32 111(a)(4), insert the following clause, appropriately modified with respect to payment due dates in accordance with agency regulations, in solicitations and contracts for transportation or transportation-related services:

PAYMENTS UNDER TRANSPORTATION CONTRACTS AND TRANSPORTATION-RELATED SERVICES CONTRACTS (APR 1984)

The Government shall pay the Contractor upon the submission of properly certified invoices or vouchers, the amount due for services rendered and accepted, less deductions, if any, as herein provided

(End of clause)

**52.232-5 Payments under Fixed-Price Construction Contracts.**

As prescribed in 32 111(a)(5), insert the following clause:

PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (MAY 1997)

(a) *Payment of price*. The Government shall pay the Contractor the contract price as provided in this contract.

(b) *Progress payments*. The Government shall make progress payments monthly as the work proceeds, or at more frequent intervals as determined by the Contracting Officer, on estimates of work accomplished which meets the

standards of quality established under the contract, as approved by the Contracting Officer.

(1) The Contractor's request for progress payments shall include the following substantiation:

(i) An itemization of the amounts requested, related to the various elements of work required by the contract covered by the payment requested.

(ii) A listing of the amount included for work performed by each subcontractor under the contract.

(iii) A listing of the total amount of each subcontract under the contract.

(iv) A listing of the amounts previously paid to each such subcontractor under the contract.

(v) Additional supporting data in a form and detail required by the Contracting Officer.

(2) In the preparation of estimates, the Contracting Officer may authorize material delivered on the site and preparatory work done to be taken into consideration. Material delivered to the Contractor at locations other than the site also may be taken into consideration if—

(i) Consideration is specifically authorized by this contract; and

(ii) The Contractor furnishes satisfactory evidence that it has acquired title to such material and that the material will be used to perform this contract.

(c) *Contractor certification.* Along with each request for progress payments, the Contractor shall furnish the following certification, or payment shall not be made: (However, if the Contractor elects to delete paragraph (c)(4) from the certification, the certification is still acceptable.)

> I hereby certify, to the best of my knowledge and belief, that—
>
> (1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;
>
> (2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of Title 31, United States Code;
>
> (3) This request for progress payments does not include any amounts which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and
>
> (4) This certification is not to be construed as final acceptance of a subcontractor's performance.
>
> ______________________________
>
> (*Name*)
>
> ______________________________
>
> (*Title*)
>
> ______________________________
>
> (*Date*)

(d) *Refund of unearned amounts.* If the Contractor, after making a certified request for progress payments, discovers that a portion or all of such request constitutes a payment for performance by the Contractor that fails to conform to the specifications, terms, and conditions of this contract (hereinafter referred to as the "unearned amount"), the Contractor shall—

(1) Notify the Contracting Officer of such performance deficiency; and

(2) Be obligated to pay the Government an amount (computed by the Contracting Officer in the manner provided in paragraph (j) of this clause) equal to interest on the unearned amount from the 8th day after the date of receipt of the unearned amount until—

(i) The date the Contractor notifies the Contracting Officer that the performance deficiency has been corrected; or

(ii) The date the Contractor reduces the amount of any subsequent certified request for progress payments by an amount equal to the unearned amount.

(e) *Retainage.* If the Contracting Officer finds that satisfactory progress was achieved during any period for which a progress payment is to be made, the Contracting Officer shall authorize payment to be made in full. However, if satisfactory progress has not been made, the Contracting Officer may retain a maximum of 10 percent of the amount of the payment until satisfactory progress is achieved. When the work is substantially complete, the Contracting Officer may retain from previously withheld funds and future progress payments that amount the Contracting Officer considers adequate for protection of the Government and shall release to the Contractor all the remaining withheld funds. Also, on completion and acceptance of each separate building, public work, or other division of the contract, for which the price is stated separately in the contract, payment shall be made for the completed work without retention of a percentage.

(f) *Title, liability, and reservation of rights.* All material and work covered by progress payments made shall, at the time of payment, become the sole property of the Government, but this shall not be construed as—

(1) Relieving the Contractor from the sole responsibility for all material and work upon which payments have been made or the restoration of any damaged work; or

(2) Waiving the right of the Government to require the fulfillment of all of the terms of the contract.

(g) *Reimbursement for bond premiums.* In making these progress payments, the Government shall, upon request, reimburse the Contractor for the amount of premiums paid for performance and payment bonds (including coinsurance and reinsurance agreements, when applicable) after the Contractor has furnished evidence of full payment to the surety. The retainage provisions in paragraph (e) of this

# Exhibit B

Landmark Corporation

1154 VISTA LOOP, OAK HARBOR, WA 98277

## PROGRESS PAYMENT CERTIFICATION

I hereby certify, to the best of my knowledge and belief, that:

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract.

(2) Payments to subcontractors and suppliers have been made form previous payments under the contract, and timely payments will be made from the proceeds of the payments covered by certification, in accordance with subcontract agreements and requirements of chapter 39 of Title 31, United states code; and

(3) This request for progress payments does not include any amounts, which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

Brady Farley, Project Manager — Date: 7/10/00

## QUALITY CONTROL INVOICE CERTIFICATION

The as-built drawings are up to date and under review. The work for which payment is requested, including stored material, is in compliance with contract requirements.

William Tate Robbins, Quality Control Manager — Date: 7/10/00

PHONE: (360) 240-2575 • FAX: (360) 240-0445