**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1255 C<br><br>(Honorable Robert H. Hodges, Jr.) |

**<u>PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE CASE SCHEDULE</u>**

Plaintiff Lumbermens Mutual Casualty Company respectfully requests that the Court modify the current case schedule and set a new case schedule consistent with a trial in February 2007. Due to the volume and uncertainty of outstanding discovery and the amount of discovery still required, the parties mutually agree that they will be unable to adequately advance this case before the trier of fact under the current case schedule, as entered into by the Court on August 29, 2005. Counsel for both parties have discussed this motion, and Defendant's counsel does not object to the granting of this motion. Counsel propose the following case schedule:

| | |
|---|---|
| Discovery Cutoff (Non-Expert) | 9/01/06 |
| Exchange of Expert Witness Reports | 10/01/06 |
| Exchange of Expert Rebuttal Reports | 11/01/06 |
| Dispositive Motions Deadline | 12/01/06 |
| Discovery Cutoff (Experts) | 1/01/07 |
| Motions in Limine Due | 30 days before Pre-Trial Filings |
| Trial | On or after 2/19/07 |

A proposed order is attached herewith.

///

///

PRESTON GATES & ELLIS LLP

By_/s/___________________________
Mark G. Jackson

Counsel of Record for Plaintiff
LUMBERMENS MUTUAL
CASUALTY COMPANY

Derek D. Crick
Kevin A. Rosenfield
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

February 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties of record.

/s/______________________
Judy Goldfarb