**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1255 C<br><br>(Honorable Robert H. Hodges, Jr.) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE CASE SCHEDULE**

This matter came on for hearing upon the unopposed motion of plaintiff Lumbermens Mutual Casualty Company to modify the case schedule. The Court has reviewed the motion and hereby GRANTS the motion.

The new case schedule governing this matter is as follows:

Discovery Cutoff (Non-Expert)…………………….… 9/01/06

Exchange of Expert Witness Reports……………… 10/01/06

Exchange of Expert Rebuttal Reports……………....11/01/06

Dispositive Motions Deadline ………..…………..…12/01/06

Discovery Cutoff (Experts) …………………..…….1/01/07

Motions in Limine Due…………………..…………30 days before Pre-Trial Filings

Trial …………………..…………………..…………On or after 2/19/07

DATED this ______ day of _________________________, 2006.

_______________________________
Robert H. Hodges
Judge

Presented by:

PRESTON GATES & ELLIS LLP

By_/s/___________________________
Mark G. Jackson
Derek D. Crick
Kevin A. Rosenfield

Counsel of Record for Plaintiff
LUMBERMENS MUTUAL
CASUALTY COMPANY

Approved as to Form;
Approved for Entry:

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director
s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice