# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: February 8, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We adopt the following amended pretrial dates, proposed jointly by the parties:

DISCOVERY

| | |
|---|---|
| September 1, 2006 | Non-expert Discovery Deadline. |
| October 1, 2006 | Exchange of Expert Reports. |
| November 1, 2006 | Exchange of Expert Rebuttal Reports. |
| January 1, 2007 | Expert Discovery Deadline. |

PRETRIAL BRIEFING

| | |
|---|---|
| December 1, 2006 | Dispositive Motions Due. |
| 30 days before pretrial filings | Motions in Limine Due. |

The court will set dates for trial and any additional pretrial matters after briefing has been completed. These dates amend the current schedule the court ordered on August 29, 2005.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge