# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: February 8, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant has filed a motion for leave to file an out-of-time response to this court's January 24 Order. Counsel's request is GRANTED, although we note this is the Government's second such out-of-time request. Government counsel states that she did not receive the court's order because she was out of town for reasons related to this case.

Oral arguments will be necessary to resolve pending disputes, according to counsel. They will propose to the court a date and time for the proceedings no later than the end of the week. We hope to resolve these disputes promptly. Government counsel will be heard in court. Counsel for plaintiff has agreed to participate by telephone.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge