IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1255C<br>(Judge Robert H. Hodges) |

DEFENDANT'S RESPONSE TO COURT'S FEBRUARY 8, 2006 ORDER
REGARDING PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR SANCTIONS

Defendant respectfully files this response to the Court's February 8, 2006 order pertaining to the scheduling of oral argument on plaintiff's motion to compel and motion for sanctions. Government counsel provided her scheduling information to the three counsel representing plaintiff, but has not received a response concerning plaintiff's counsel's availability. Since Government counsel will be out of the office on personal business on February 9 and 10, 2006, she is unable to confer with plaintiff's counsel concerning this matter. Government counsel, therefore, is providing the requested information to the Court. Government counsel is available for oral argument on the following dates: February 13, 2006; February 14, 2006, in the afternoon; February 15, 2006; February 16, 2006, in the morning; and anytime the week of February 20, 2006. Because Government counsel has a brief due in a bid protest case on February 17, 2006, Government counsel would prefer that the oral argument be scheduled sometime the week of February 20, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530

February 8, 2006

Attorneys for Defendant