# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: February 9, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties have agreed to a hearing pending motions on Wednesday, February 22 at 1:00 pm in the National Courts Building. A notice of the courtroom will be posted in the lobby that morning.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge