**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1255 C<br><br>(Honorable Robert H. Hodges, Jr.) |

DECLARATION OF KEVIN A. ROSENFIELD IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Kevin A. Rosenfield declares and states as follows:

1. I am an attorney with Preston, Gates & Ellis, LLP, counsel of record for plaintiff Lumbermens Mutual Casualty Company ("Lumbermens") in the above captioned matter. I am over the age of eighteen and make this declaration based on my personal knowledge.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the proposed amended pleading, marked "Proposed."

3. Lumbermens has not previously sought leave to amend its complaint.

4. Lumbermens only learned of the facts supporting its proposed amendment—or confirmed such facts—through recent discovery. On January 23, 24, and 25, 2006, Lumbermens deposed the Project's contracting officer, project engineer, and quality control inspector.

5. Lumbermens' proposed amendments are based upon specific, credible evidence, most notably from documents obtained through discovery and the direct testimony of the contracting officer and project engineer on the relevant project.

6. Other than initial Rule 26 disclosures and third-party subpoenas, Defendant has not sought additional discovery and has not yet noted any depositions.

7. On February 17, 2006, Lumbermens provided counsel for Defendant with a copy of the proposed amended complaint, including notation of all changes made to the original complaint. Defendant did not respond to Lumbermens inquiry regarding whether Defendant intended to oppose the instant motion for leave to amend.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21st day of February, 2006 at Seattle, Washington.

Kevin A. Rosenfield