# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: March 8, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We GRANT plaintiff leave to file its First Amended Complaint. Defendant has represented that it does not object to Lumbermens' request.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge