IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT

For its answer to the first amended complaint, defendant admits, denies and alleges as follows:

I. Nature of the Action

1. The allegations contained in paragraph 1 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

II. Parties

2. The allegations contained in paragraph 2 are admitted.

3. The allegations contained in paragraph 3 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

III. Jurisdiction

4. The allegations contained in paragraph 4 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

IV. Venue

5. The allegations contained in paragraph 5 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

## V. Background

A. Contract Award

6. The allegations contained in paragraph 6 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

7. The allegations contained in paragraph 7 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

8. The allegations contained in paragraph 8 are admitted.

9. The allegations contained in paragraph 9 are admitted.

10. The allegations contained in paragraph 10 are admitted.

B. Relevant Contract Requirements

11. The allegations contained in paragraph 11 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

12. The allegations contained in paragraph 12 are admitted.

13. The allegations contained in paragraph 13 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

14. The allegations contained in paragraph 14 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

15. The allegations contained in paragraph 15 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

16. The allegations contained in paragraph 16 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

17. The allegations contained in paragraph 17 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

18. The allegations contained in paragraph 18 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

19. The allegations contained in paragraph 19 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

20. The allegations contained in paragraph 20 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

21. The allegations contained in paragraph 21 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

22. The allegations contained in paragraph 22 are denied.

23. The allegations contained in paragraph 23 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

24. The allegations contained in paragraph 24 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

25. The allegations contained in the first sentence of paragraph 25 are admitted; the allegations in the second sentence of paragraph 25 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

26. The allegations contained in paragraph 26 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

27. The allegations contained in paragraph 27 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

28. The allegations contained in the first sentence of paragraph 28 are admitted to the extent supported by the document cited, which is the best evidence of its terms. The remaining allegations are admitted.

29. The allegations contained in paragraph 29 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

30. The allegations contained in paragraph 30 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

C. Performance by and Payment to Landmark

31. The allegations contained in paragraph 31 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

32. The allegations contained in paragraph 32 are denied.

33. The allegations contained in paragraph 33 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

34. The allegations contained in paragraph 34 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

35. The allegations contained in the first, second, third, and fourth sentences of paragraph 35 are admitted to the extent supported by the document cited, which is the best evidence of its term. The allegations contained in the fifth sentence of paragraph 35 are denied.

36. The allegations contained in paragraph 36 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

37. The allegations contained in paragraph 37 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

38. The allegations contained in paragraph 38 are admitted.

39. The allegations contained in paragraph 39 are denied.

40. The allegations contained in paragraph 40 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

41. The allegations contained in paragraph 41 are admitted.

42. The allegations contained in paragraph 42 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

43. The allegations contained in paragraph 43 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

44. The allegations contained in paragraph 44 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

45. The allegations contained in the first and second sentences of paragraph 45 are admitted to the extent supported by the document cited, which is the best evidence of its terms; the allegations contained in the third sentence of paragraph 45 are denied.

46. The allegations contained in paragraph 46 are denied.

47. The allegations contained in the first and second sentences of paragraph 47 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; the allegations contained in the third, fourth, and fifith sentences of paragraph 47 are admitted.

48. The allegations contained in the first sentence of paragraph 48 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; the allegations contained in the second and third sentences of paragraph 48 are admitted.

49. The allegations contained in the first and second sentences of paragraph 49 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; the allegations contained in the third and fourth sentences of paragraph 49 are denied for lack of knowledge sufficient to form a belief as to the truth of the matters asserted.

50. The allegations contained paragraph 50 are denied for lack of knowledge sufficient to form abelief as to the truth of the matters asserted.

51. The allegations contained in the first, second, third, and forth sentences of paragraph 50 are admitted except to deny that plaintiff's characterization in the fourth sentence that the Navy "simply" approved the request is accurate; the allegations contained in the fifth sentence of paragraph 51 are denied for lack of knowledge sufficient to form a belief as to the truth of the matters asserted.

52. The allegations contained in the first sentence of paragraph 52 are conclusions of law to which no response is required; the remaining allegations contained in paragraph 52 are denied.

53. The allegations contained in paragraph 53 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

54. The allegations contained in the first and second sentences of paragraph 54 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; the remaining allegations are admitted.

55. The allegations contained in paragraph 55 are denied.

56. The allegations contained in paragraph 56 are admitted.

57. The allegations contained in the first sentence of paragraph 57 are admitted. The remaining allegations contained in paragraph 57 are denied.

58. The allegations contained in paragraph 58 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

59. The allegations contained in paragraph 59 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

60. The allegations contained in paragraph 60 are denied.

61. The allegations contained in paragraph 61 are admitted to the extent supported by the document cited, which is the best evidence of its terms; the remaining allegations are admitted.

62. The allegations contained in paragraph 62 are admitted.

63. The allegations contained in the first and second sentences of paragraph 63 are admitted. The allegations contained in the third sentence of paragraph 3 are denied.

64. The allegations contained in paragraph 64 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

65. The allegations contained in paragraph 65 are admitted.

66. The allegations contained in paragraph 66 are admitted.

67. The allegations contained in the first and second sentences of paragraph 67 are admitted; the remaining allegations are denied.

68. The allegations contained in the first and second sentences of paragraph 68 are conclusions of law to which no response is required; the remaining allegations contained in paragraph 68 are denied.

69. The allegations contained in the first, second, third, fourth, and fifth sentences of paragraph 69 are admitted to the extent supported by the document cited, which is the best evidence of its terms.; the allegations contained in the sixth sentence of paragraph 69 are conclusions of law to which no response is required.

70. The allegations contained in the first sentence of paragraph 70 are conclusions of law to which no response is required; the remaining allegations contained in paragraph 70 are denied.

71. The allegations contained in paragraph 71 are admitted.

72. The allegations contained in the first sentence of paragraph 72 are admitted except for plaintiff's characterization of the NAS as "Navy-approved" which constitutes a legal conclusion to which no response is required; the allegations contained in the second, third, and fourth sentence of paragraph 72 are denied.

73. The allegations contained in paragraph 73 are conclusions of law to which no response is required.

74. The allegations contained in the first, third, and fourth sentences in paragraph 74 are denied. The allegations contained in the second and fifth sentences of paragraph 74 constitute legal conclusions to which no response is required.

75. The allegations contained in the first sentence of paragraph 75 are admitted except for plaintiff's characterization of the NAS as "Navy-approved" which constitutes a legal conclusion to which no response is required. The allegations contained in the second, third, and fourth sentences of paragraph 75 are denied for lack of knowledge sufficient to form a belief as to the truth of the matters asserted.

76. The allegations contained paragraph 76 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

77. The allegations contained in the first sentence of paragraph 77 are denied for lack of knowledge sufficient to form a belief as to the truth of the matters asserted; the allegations in the second sentence are admitted; the allegations in the third sentence are denied.

D. Termination, Takeover and Completion

78. The allegations contained in paragraph 78 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

79. The allegations contained in paragraph 79 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

80. The allegations contained in paragraph 80 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

81. The allegations contained in paragraph 81 are admitted.

82. The allegations contained in the first, second, third, and fifth sentences of paragraph 82 are admitted; the allegations contained in the fourth and sixth sentences are denied.

83. The allegations contained paragraph 83 are admitted.

84. The allegations contained in paragraph 84 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

85. The allegations contained in paragraph 85 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

86. The allegations contained in paragraph 86 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

87. The allegations contained in paragraph 87 are admitted to the extent supported by the document cited, which is the best evidence of its terms.

88. The allegations contained in paragraph 88 are admitted to the extent supported by the January 31, 2002 document cited, which is the best evidence of its terms.

89. The allegations contained in the first sentence of paragraph 89 are denied except to admit that the Navy was aware of problems; the allegations contained in the second sentence are denied.

90. The allegations contained in paragraph 90 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; otherwise the allegations are denied.

91. The allegations contained in paragraph 91 are denied.

92. The allegations contained in the first sentence of paragraph 92 are denied. The allegations contained in the second and third sentences of paragraph 92 are admitted.

93. The allegations contained in paragraph 93 are denied.

94. The allegations contained in paragraph 94 are denied.

95. The allegations contained in paragraph 95 are denied.

96. The allegations contained in paragraph 96 are denied.

97. The allegations contained in paragraph 97 are denied.

98. The allegations contained in paragraph 98 are denied.

99. The allegations contained in paragraph 99 are admitted.

100. The allegations contained in paragraph 100 are admitted.

101. The allegations contained in paragraph 101 are denied.

102. The allegations contained in paragraph 102 are denied.

## VII. Causes of Action

A. Discharge / Impairment of Surety ship

Count 1 - Failure to Require Proper Payment Certification

103. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

104. The allegations contained in paragraph 104 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; otherwise the allegations are denied.

105. The allegations contained in paragraph 105 are denied.

106. The allegations contained in paragraph 106 are denied.

107. The allegations contained in paragraph 107 constitute legal conclusions to which no response is required.

108. The allegations contained in paragraph 108 constitute legal conclusions to which no response is required.

109. The allegations contained in paragraph 109 are denied.

110. The allegations contained in paragraph 110 constitute legal conclusions to which no response is required.

111. The allegations contained in paragraph 111 constitute legal conclusions to which no response is required.

112. The allegations contained in paragraph 112 are denied.

Count 2 - Failure to Require a Schedule of Prices

107.[1] Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

108. The allegations contained in paragraph 108 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; otherwise the allegations are denied.

109. The allegations contained in paragraph 109 are denied.

110. The allegations contained in paragraph 110 are denied.

113.[2] The allegations contained in paragraph 113 are denied.

114. The allegations contained in paragraph 114 are denied.

115. The allegations contained in paragraph 115 constitute legal conclusions to which no response is required.

116. The allegations contained in paragraph 116 constitute legal conclusions to which no response is required.

117. The allegations contained in paragraph 117 constitute legal conclusions to which no response is required.

118. The allegations contained in paragraph 118 are denied.

Count 3 - Failure to Require Proper Network Analysis Schedule

119. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

---

[1] Our answers follow the numbering in the amended complaint.

[2] There are no paragraphs numbered 112 and 112.

120. The allegations contained in paragraph 120 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

121. The allegations contained in paragraph 121 are admitted to the extent supported by the documents cited, which are the best evidence of their terms; otherwise the allegations are denied.

122. The allegations contained in paragraph 122 constitute legal conclusions to which no response is required.

123. The allegations contained in paragraph 123 constitute legal conclusions to which no response is required.

124. The allegations contained in paragraph 124 constitute legal conclusions to which no response is required.

125. The allegations contained in paragraph 125 constitute legal conclusions to which no response is required.

126. The allegations contained in paragraph 126 are denied.

127. The allegations contained in paragraph 127 are denied.

128. The allegations contained in paragraph 128 are denied.

Count 4 - Improper Payment for Windows and Doors

129. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

130. The allegations contained in paragraph 130 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

131. The allegations contained in paragraph 131 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

132. The allegations contained in paragraph 132 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

133. The allegations contained in paragraph 133 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

134. The allegations contained in the first sentence of paragraph 134 are admitted. The allegations contained in the second sentence of paragraph 134 constitute legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 134 are denied.

135. The allegations contained in paragraph 135 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

136. The allegations contained in paragraph 136 constitute legal conclusions to which no response is required.

137. The allegations contained in paragraph 137 are denied.

138. The allegations contained in paragraph 138 are denied.

<u>Count 5 - Improper Payment for Cabinets</u>

139. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

140. The allegations contained in paragraph 140 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

141. The allegations contained in paragraph 141 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

142. The allegations contained in paragraph 142 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

143. The allegations contained in paragraph 143 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

144. The allegations contained in the first sentence of paragraph 144 are admitted. The allegations contained in the second sentence of paragraph 144 constitute legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 144 are denied.

145. The allegations contained in paragraph 145 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

146. The allegations contained in paragraph 146 constitute legal conclusions to which no response is required.

147. The allegations contained in paragraph 147 are denied.

148. The allegations contained in paragraph 148 are denied.

Count 6 - Improper Payment for Paint

149. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

150. The allegations contained in paragraph 150 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

151. The allegations contained in paragraph 151 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

152. The allegations contained in paragraph 152 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

153. The allegations contained in paragraph 153 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

154. The allegations contained in the first sentence of paragraph 154 are admitted. The allegations contained in the second sentence of paragraph 154 constitute legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 154 are denied.

155. The allegations contained in paragraph 155 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

156. The allegations contained in paragraph 156 constitute legal conclusions to which no response is required.

157. The allegations contained in paragraph 157 are denied.

158. The allegations contained in paragraph 158 are denied.

Count 7 - Improper Payment for Flooring

159. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

160. The allegations contained in paragraph 160 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

161. The allegations contained in paragraph 161 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

162. The allegations contained in paragraph 162 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

163. The allegations contained in paragraph 163 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

164. The allegations contained in the first sentence of paragraph 164 are admitted. The allegations contained in the second sentence of paragraph 164 constitute legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 164 are denied.

165. The allegations contained in paragraph 165 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

166. The allegations contained in paragraph 166 constitute legal conclusions to which no response is required.

167. The allegations contained in paragraph 167 are denied.

168. The allegations contained in paragraph 168 are denied.

Count 8 - Improper Payment for Siding

169. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

170. The allegations contained in paragraph 170 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

171. The allegations contained in paragraph 171 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

172. The allegations contained in paragraph 172 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

173. The allegations contained in paragraph 173 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

174. The allegations contained in the first sentence of paragraph 174 are admitted. The allegations contained in the second sentence of paragraph 174 constitute legal conclusions to which no response is required. The allegations contained in the third sentence of paragraph 174 are denied.

175. The allegations contained in paragraph 175 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

176. The allegations contained in paragraph 176 constitute legal conclusions to which no response is required.

177. The allegations contained in paragraph 177 are denied.

178. The allegations contained in paragraph 178 are denied.

Count 7 - Improper Payment for Asbestos Abatement

179. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

180. The allegations contained in the first sentence of paragraph 180 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied. The allegations contained in the second sentence of paragraph 180 constitute legal conclusions to which no response is required.

181. The allegations contained in paragraph 181 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

182. The allegations contained in paragraph 182 constitute legal conclusions to which no response is required.

183. The allegations contained in the first and second sentences of paragraph 183 are admitted. The allegations contained in the third sentence of paragraph 183 are denied for lack of knowledge sufficient to form a belief as to the truth of the matters asserted. The remaining allegations contained in paragraph 183 are denied.

184. The allegations contained in paragraph 184 are denied.

185. The allegations contained in paragraph 185 are denied.

Count 10 - Improper Payment for Personnel

186. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

187. The allegations contained in the first sentence of paragraph 187 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied. The allegations contained in the second sentence of paragraph 187 constitute legal conclusions to which no response is required.

188. The allegations contained in paragraph 188 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

189. The allegations contained in paragraph 189 constitute legal conclusions to which no response is required.

190. The allegations in the first, second, and third sentences of paragraph 190 are admitted. The remaining allegations contained in paragraph 190 are denied.

191. The allegations contained in paragraph 191 are denied.

192. The allegations contained in paragraph 192 are denied.

Count 9 - Improper payment for Sitework

193. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

194. The allegations contained in the first sentence of paragraph 194 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied. The allegations contained in the second sentence of paragraph 194 constitute legal conclusions to which no response is required.

195. The allegations contained in paragraph 195 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

196. The allegations contained in paragraph 196 constitute legal conclusions to which no response is required.

197. The allegations in the first sentence of paragraph 197 that the Navy paid Landmark $590,000 for sitework is admitted. The remaining allegations contained in paragraph 197 are denied.

198. The allegations contained in paragraph 198 are denied.

199. The allegations contained in paragraph 199 are denied.

Count 12 - Failure to Withhold Progress Payments

200. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

201. The allegations contained in paragraph 201 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

202. The allegations contained in paragraph 202 constitute legal conclusions to which no response is required.

203. The allegations contained in paragraph 203 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

204. The allegations in paragraph 204 are admitted.

205. The allegations contained in paragraph 205 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

206. The allegations contained in paragraph 206 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

207. The allegations contained in the first sentence of paragraph 207 are admitted; the remaining allegations are denied.

208. The allegations contained in paragraph 208 constitute legal conclusions to which no response is required.

209. The allegations contained in paragraph 209 are denied.

Count 13 - Failure to Default Terminate Landmark's Contract

210. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

211. The allegations contained in paragraph 211 are denied.

212. The allegations contained in paragraph 212 are admitted.

213. The allegations contained in paragraph 213 are admitted.

214. The allegations contained in the first sentence contained in paragraph 214 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied. The allegations contained in the second sentence of paragraph 214 constitute legal conclusions to which no response is required.

215. The allegations contained in paragraph 215 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

216. The allegations contained in paragraph 216 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

217. The allegations contained in the first sentence of paragraph 217 are denied. The allegations contained in the second and third sentences of paragraph 217 constitute legal conclusions to which no response is required.

218. The allegations contained in paragraph 218 constitute legal conclusions to which no response is required.

219. The allegations contained in paragraph 219 constitute legal conclusions to which no response is required.

220. The allegations contained in paragraph 220 constitute legal conclusions to which no response is required.

221. The allegations contained in paragraph 221 are denied.

222. The allegations contained in paragraph 222 are denied.

223. The allegations contained in paragraph 223 are denied.

B. Breach of the Takeover Agreement

Count 14 - Failure to Provide Government Property

224. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

225. The allegations contained in paragraph 225 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

226. The allegations contained in paragraph 226 are denied.

227. The allegations contained in paragraph 227 are admitted.

228. The allegations contained in paragraph 228 constitute legal conclusions to which no response is required.

229. The allegations contained in paragraph 229 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

230. The allegations contained in paragraph 230 are denied.

231. The allegations contained in paragraph 231 are denied.

Count 15 - Improper Assessment of Liquidated Damages

232. Defendant incorporates by reference its responses contained in paragraphs 1 through 102 of its answer as though fully set forth here.

233. The allegations contained in paragraph 233 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

234. The allegations contained in paragraph 234 are admitted to the extent supported by the document cited, which is the best evidence of its terms; otherwise the allegations are denied.

235. The allegations in paragraph 235 are admitted.

236. The allegations in paragraph 236 are denied.

237. The allegations in paragraph 237 are denied.

238. The allegations in paragraph 238 are denied.

239. The allegations in paragraph 239 are denied.

240. The allegations in paragraph 240 are denied.

Defendant denies each and every allegation not previously admitted or denied.

Defendant denies the plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 240, or to any relief whatsoever.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

May 12, 2006

Attorneys for Defendant