# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: June 16, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

This Court is closed on July 3 for a Federal holiday. The JPSR will be filed no later than July 5.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge