IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO COMPLETE FACT WITNESS DEPOSITION

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests that the deadline for taking fact witness depositions be extended until January 1, 2007, for the limited purpose of the Government taking the deposition of Steven Beatty, an employee of the plaintiff. The deadline within which to complete fact discovery was August 31, 2006. This is our first request for an enlargement of time for this purpose. Lumbermens' counsel has indicated that he does not oppose the granting of this motion.

The Government had noticed Mr. Beatty's deposition for August 28, 2006, in Chicago, Illinois. That date was agreeable with Mr. Beatty and Lumbermens' counsel. After becoming ill on Saturday, August 26, 2006, Government counsel notified Lumbermens' counsel on August 27, 2006, that she was going to have to cancel the deposition scheduled for August 28, 2006. The parties are in the process of establishing a new date for Mr. Beatty's deposition, but because of scheduling conflicts have been unable to finalize a date and place for Mr. Beatty's deposition.

The delay in taking Mr. Beatty's deposition will have no effect upon the completion of expert witness discovery. The parties intend to exchange expert witness reports on October 2, 2006, and complete the experts' depositions by the January 1, 2007 deadline.

For the foregoing reasons, the Government respectfully request that the deadline within which to complete fact witness discovery be extended until January 1, 2007, the deadline within which expert discovery must be completed.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

September 19, 2006

Attorneys for Defendant