IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>No. 04-1255C<br>(Judge Robert H. Hodges) |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO COMPLETE FACT AND EXPERT WITNESS DEPOSITIONS

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests that the deadline for taking fact and expert witness depositions be extended until February 28, 2007, for the limited purpose of the Government taking the deposition of Steven Beatty, an employee of the plaintiff, and for Lumbermens to take the deposition of Wiley Wright, one of the Government's experts. The deadline within which to complete fact and expert discovery was January 1, 2007. This is our second request for an enlargement of time for this purpose. Lumbermens' counsel has indicated that he does not oppose the granting of this motion.

This requested enlargement is due to the fact that Government counsel was out of the office for almost two weeks in December 2006, in connection with a family medical emergency in Connecticut. In addition, Government counsel was on annual leave for two weeks in December 2006. Finally, Government counsel is responsible for representing the Government in a bid protest, for which briefing is to be completed by January 17, 2007, with oral argument scheduled for January 23, 2007, and has a trial scheduled in Manhattan Construction Company v, United States, 05-376C, for January 30 and 31, 2007.

For the foregoing reasons, the Government respectfully request that the deadline within which to complete fact witness discovery be extended until January 1, 2007, the deadline within which expert discovery must be completed.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

January 10, 2007

Attorneys for Defendant