# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: January 11, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's second motion for an extension of time until February 28, 2007 to complete depositions is GRANTED. Plaintiff does not oppose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge