# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: March 7, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The court will hold a telephonic status conference in this matter on Thursday, March 8, 2007, at 1:30 p.m. EST. The parties are aware that Government counsel will be at the United States Court of Federal Claims for trial in another case and will participate in person. The court will call the plaintiff.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge