# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: April 25, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We issue the following scheduling order pursuant to the March 8 status conference:

Trial in this case will be held in Seattle, Washington, at a courthouse to be determined. We will begin Wednesday, September 5, 2007, at 10:00 a.m. PDT, and will continue through Friday, September 21. This schedule is based on the parties' representations of time needed to present their respective cases.

The court will hold a pretrial conference on Wednesday, August 22, 2007, at 1:00 p.m. EDT at the National Courts Building, 717 Madison Place, NW, Washington, D.C. Plaintiff may appear by telephone.

We are available to assist counsel with any matters that may arise in the meantime.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge