**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1255 C<br>Honorable Robert H. Hodges, Jr. |

**UNOPPOSED MOTION TO ESTABLISH PRETRIAL SCHEDULE**

Plaintiff Lumbermens Mutual Casualty Company moves the Court to adopt the following pretrial schedule pursuant to Rule 16 and Appendix A of the Rules of this Court. Plaintiff has conferred with counsel for the Defendant United States who has agreed to the following pretrial schedule and does not oppose this motion.

| | |
|---|---|
| Deadline for Pretrial Meeting of Counsel | July 19, 2007 |
| Deadline to File Certification of Meeting of Counsel | July 20, 2007 |
| Deadline to File Dispositive Motions | July 20, 2007 |
| Deadline to File Plaintiff's Pretrial Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List | July 27, 2007 |
| Deadline to File Pretrial Motions | August 1, 2007 |
| Deadline to File Defendant's Pretrial Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List | August 17, 2007 |

| | |
|---|---|
| Final Pretrial Conference (established by the Court's April 25, 2007 Order) | August 22, 2007 |
| Trial | September 5–21, 2007 |

DATED this 17th day of July, 2007.

Respectfully submitted,

LUMBERMENS MUTUAL CASUALTY COMPANY

By _s/Mark G. Jackson
Mark G. Jackson, WSBA #18325

GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, Washington 98101
(206) 464-3939
(206) 464-0125 – fax

Counsel of Record for Plaintiff
Lumbermens Mutual Casualty Company

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2007, a copy of the foregoing Stipulated Pretrial Schedule was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

_/s/ Mark G. Jackson _______
Mark G. Jackson