No. 04-1255C
(Judge Robert H. Hodges, Jr.)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LUMBERMENS MUTUAL CASUALTY COMPANY,

Plaintiff,

vs.

THE UNITED STATES,

Defendant.

EXCERPTS FROM DEPOSITION OF JOHN F. SANTIAGO,
TAKEN JANUARY 23, 2006
SUBMITTED IN SUPPORT OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

Mark G. Jackson, WSBA #18325
GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, Washington 98101-2939
(206) 464-3939
(206) 464-0125 – fax

Counsel of Record for
LUMBERMENS MUTUAL
CASUALTY COMPANY

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

LUMBERMENS MUTUAL CASUALTY )
COMPANY, )
Plaintiff, )
vs. ) NO. 04-1255 C
THE UNITED STATES, )
Defendant. )

---

DEPOSITION UPON ORAL EXAMINATION

OF

JOHN F. SANTIAGO

---

9:00 a.m.

January 23, 2006

925 Fourth Avenue, Suite 2900

Seattle, Washington

Cheryl O'Haleck

Court Reporter

A P P E A R A N C E S

FOR PLAINTIFF: MR. MARK G. JACKSON
Preston, Gates & Ellis
Attorneys at Law
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
206.623.7580

FOR DEFENDANT: MS. LESLIE CAYER OHTA
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
1100 L. Street, N.W.
Washington, D.C. 20530
202.307.0252

MS. SHELLEY K. SIMCOX
Assistant Counsel
Naval Facilities
Engineering Command
19917 - 7th Avenue Northeast
Poulsbo, Washington 98370
360.396.0039

INDEX OF EXAMINATIONS


| ATTORNEY | PAGE | LINE |
|---|---|---|
| BY MR. JACKSON: | 20 | 6 |


E X H I B I T I N D E X


| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 1 | 8/3/2004 Complaint. | 20 | 5 |
| 2 | Group of documents, the first one of which is a 4/11/2000 letter to Landmark Construction from David Briggs, Department of the Navy, LUMBERMENS 03071 - 03072, 03051 - 03057. | 20 | 5 |
| 3 | Section 00720, Contract Clauses by Reference, 05/99; LMB 007272 - 007277. | 20 | 5 |
| 4 | Section 01200, Price and Payment Procedures; LUMBERMENS 07937 - 07939. | 20 | 5 |
| 5 | Section 01321, Network Analysis Schedules; LUMBERMENS 07940 - 07945. | 20 | 5 |
| 6 | Part III - Design; LUMBERMENS 07804 - 07810. | 20 | 5 |
| 7 | Section 01330, Construction Submittal Procedures; LUMBERMENS 07946 - 07959. | 20 | 5 |
| 8 | Part 52 - Solicitation and Contract Clauses; 52-195 - 52-196. | 20 | 5 |

E X H I B I T   I N D E X


| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 9 | Part 52 - Solicitation Provisions and Contract Clauses; 52-241 - 52-242. | 20 | 5 |
| 10 | Part 52 - Solicitation Provisions and Contract Clauses; 52-267 - 52-270. | 20 | 5 |
| 11 | Part 32 - Contract Financing; 32-5. | 20 | 5 |
| 12 | Group of documents, the first one of which is 4/20/2000 Payment Bond; LUMBERMENS 03087 - 03090. | 20 | 5 |
| 13 | 5/1/2000 letter to Landmark Construction from Pamela Grady, Department of the Navy; LUMBERMENS 03091. | 20 | 5 |
| 14 | 6/26/2000 facsimile transmittal to Kevin McAteer from Brady Farley, RE: Schedule of prices, faxing 5/5/00 letter to Engineering Field Activity NW, Pam Grady, from Travis Gilliland of Landmark Construction; LUMBERMENS 03263 - 03265. | 20 | 5 |
| 15 | 8/8/2000 Preconstruction Conference; LUMBERMENS 03092 - 03103. | 20 | 5 |

# E X H I B I T   I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 16 | 8/8/2000 Amendment of Solicitation/ Modification of Contract, No. A0001; LUMBERMENS 04345 - 04346. | 20 | 5 |
| 17 | 12/20/2000 Amendment of Modification/ Solicitation of Contract, No. A00008; LUMBERMENS 04257 - 04258. | 20 | 5 |
| 18 | 8/17/2000 Coordination and Mutual Understanding Meeting; LUMBERMENS 16628 - 16634. | 20 | 5 |
| 19 | Submittal Register, pages 1-5; LUMBERMENS 03376 - 03379. | 20 | 5 |
| 20 | 8/9/2000 Catalog Cut/Shop Drawing Transmittal and Approval, No. 7A; LUMBERMENS 15547 - 15548. | 20 | 5 |
| 21 | 8/9/2000 Schedule; LUMBERMENS 15565 - 15590. | 20 | 5 |
| 22 | 8/9/2000 Schedule; LUMBERMENS 15591 - 15616. | 20 | 5 |
| 23 | Group of documents, the first one of which is 9/25/2000 Catalog Cut/Shop Drawing Transmittal and Approval; LUMBERMENS 15620 - 15704. | 20 | 5 |

c8c6e411-00bf-45c3-8e75-7fcaa3281f3a

# E X H I B I T  I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 24 | Group of documents, the first one of which is 2/27/2001 Catalog Cut/Shop Drawing Transmittal and Approval; LUMBERMENS 15469 - 15543. | 20 | 5 |
| 26 | Group of documents, the first one of which is 7/6/2000 Prompt Payment Certification and Deduction; LUMBERMENS 03599 - 03635. | 20 | 5 |
| 27 | Group of documents, the first one of which is 8/17/2000 Naval Facilities Engineering Command Contractor's Invoice; LUMBERMENS 03577 - 03597. | 20 | 5 |
| 28 | Group of documents, the top one of which is 9/19/2000 FedEx receipt; LUMBERMENS 03571 - 03575. | 20 | 5 |
| 29 | 10/23/2000 Prompt Payment Certification and Deduction and 10/23/2000 Naval Facilities Engineering Command Contractor's Invoice; LUMBERMENS 03569 - 03570. | 20 | 5 |

E X H I B I T   I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 30 | Group of documents, the first one of which is 11/22/2000 Construction Fast Pay; LUMBERMENS 03543 - 03567. | 20 | 5 |
| 31 | Group of documents, the first one of which is 12/21/2000 Prompt Payment Certification and Deduction; LUMBERMENS 03539 - 03541. | 20 | 5 |
| 32 | Group of documents, the first one of which is a 1/25/2001 letter to Landmark Construction Corporation from Kevin McAteer; LUMBERMENS 03516 - 03536. | 20 | 5 |
| 33 | Group of documents, the top one of which is 2/20/2001 Naval Facilities Engineering Command Contractor's Invoice; LUMBERMENS 03483 - 03504. | 20 | 5 |
| 34 | Group of documents, the first one of which is 3/1/2001 Naval Facilities Engineering Command Contractor's Invoice; LUMBERMENS 03463 - 03481. | 20 | 5 |
| 35 | Group of documents, the top one of which is 3/22/2001 Construction Fast Pay; LUMBERMENS 03440 - 03461. | 20 | 5 |

# E X H I B I T   I N D E X



| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 36 | Group of documents, the top one of which is 4/24/2001 Construction Fast Pay; LUMBERMENS 03432 - 03436, 03492 - 03309. | 20 | 5 |
| 37 | Group of documents, the top one of which is 5/21/2001 Quality Control Invoice Certification; LMB 007104 - 007120. | 20 | 5 |
| 38 | Group of documents, the top one of which is a 7/12/2001 letter to Landmark Construction Corporation from John Santiago; LMB 007188 - 007208. | 20 | 5 |
| 39 | 7/19/2001 letter to Kemper Insurance Companies from John Santiago; PGE-LMB 005131. | 20 | 5 |
| 40 | 7/25/2001 letter to John Santiago from Stephen Beatty of Kemper Insurance Companies; LUMBERMENS 02104. | 20 | 5 |
| 41 | Project Payment Log; no Bates number. | 20 | 5 |

# E X H I B I T I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 42 | Group of documents, the first one of which is 7/27/2000 Design Phase Meeting minutes; LUMBERMENS 15884 - 15889. | 20 | 5 |
| 43 | 8/3/2000 Design Phase Meeting minutes; LUMBERMENS 15881 - 15883. | 20 | 5 |
| 44 | 8/24/2000 Design Phase Meeting minutes; LUMBERMENS 15875 - 15877. | 20 | 5 |
| 45 | Group of documents, the first one of which is 8/31/2000 Landmark Design Meeting Agenda Topics; LUMBERMENS 15872 - 15874. | 20 | 5 |
| 46 | Group of documents, the first one of which is 9/7/2000 Landmark Design Meeting Agenda Topics; LUMBERMENS 15861 - 15869. | 20 | 5 |
| 47 | Group of documents, the first one of which is 9/28/2000 Landmark Design Meeting Agenda Topics; LUMBERMENS 15851 - 15860. | 20 | 5 |

# E X H I B I T   I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 48 | Group of documents, the first one of which is 10/5/2000 Landmark Design Meeting Agenda Topics; LUMBERMENS 15837 - 15848. | 20 | 5 |
| 49 | 10/12/2000 Landmark Design Meeting Agenda Topics and October 2000 Design Phase Meeting minutes; LUMBERMENS 15834 - 15835. | 20 | 5 |
| 50 | Group of documents, the first one of which is 10/19/2000 Landmark Design Meeting Agenda Topics; LUMBERMENS 15830 - 15833. | 20 | 5 |
| 51 | Group of documents, the first one of which is 10/19/2000 Design Phase Meeting minutes; LUMBERMENS 15825 - 15829. | 20 | 5 |
| 52 | Group of documents, the first one of which is 10/26/2000 Design Phase Meeting minutes; LUMBERMENS 15819 - 15823, 15818 and 15818A. | 20 | 5 |

c8c6e411-00bf-45c3-8e75-7fcaa3281f3a

# E X H I B I T I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 53 | Group of documents, the first one of which is 11/16/2000 Landmark Design Meeting Agenda Topics; LUMBERMENS 15815 - 15817. | 20 | 5 |
| 54 | 11/16/2000 Production Meeting minutes; LUMBERMENS 15811 - 15812. | 20 | 5 |
| 55 | 12/7/2000 CQC Meeting Minutes, No. 2; LUMBERMENS 15802 - 15806. | 20 | 5 |
| 56 | Group of documents, the first one of which is 12/14/2000 CQC Meeting Minutes, No. 3; LUMBERMENS 15794 - 15801. | 20 | 5 |
| 57 | 12/21/2000 CQC Meeting Minutes, No. 4; LUMBERMENS 15788 - 15793. | 20 | 5 |
| 58 | 1/4/2001 CQC Meeting Minutes, No. 5; LUMBERMENS 15773 - 15776. | 20 | 5 |
| 59 | 1/11/2001 CQC Meeting Minutes, No. 6; LUMBERMENS 15768 - 15772. | 20 | 5 |
| 60 | Group of documents, the first one of which is 1/18/2001 CQC Meeting Minutes, No. 7; LUMBERMENS 15754 - 15767. | 20 | 5 |

E X H I B I T   I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 61 | Group of documents, the first one of which is 1/25/2001 CQC Meeting Minutes, No. 8; LUMBERMENS 15737 - 15753. | 20 | 5 |
| 62 | Group of documents, the first one of which is 2/1/2001 CQC Meeting Minutes, No. 9; LUMBERMENS 15730 - 15736. | 20 | 5 |
| 63 | 2/8/2001 CQC Meeting Minutes, No. 10, LUMBERMENS 15724 - 15727. | 20 | 5 |
| 64 | 2/15/2001 CQC Meeting Minutes, No. 11; LUMBERMENS 15718 - 15721. | 20 | 5 |
| 65 | Schedule entitled, "Prepared by Brit Reese 2/13/01"; LUMBERMENS 15728 - 15729. | 20 | 5 |
| 66 | 3/21/2001 schedule entitled, "Building Inspection Log Table"; LUMBERMENS 15707 - 15711. | 20 | 5 |
| 67 | Master Warranty List; LUMBERMENS 00947 - 00949. | 20 | 5 |
| 68 | Building Inspection Logs; LUMBERMENS 12472 - 124601. | 20 | 5 |

# E X H I B I T  I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 69 | 1/22/2001 letter to Landmark Construction Corporation from John Santiago; LUMBERMENS 02253 - 02254. | 20 | 5 |
| 70 | 1/23/2001 e-mail to Greg Smith, et al., from John Santiago, Subject: Non payment to subcontractors and vendors; PGE-LMB 002578. | 20 | 5 |
| 71 | 2/7/2001 letter to John Santiago from Gregory Smith of Landmark Construction, with attachments; LUMBERMENS 16534 - 16549. | 20 | 5 |
| 72 | 2/9/2001 letter to Byron Whetstone of American Direct from Gregory Smith of Landmark Construction; LUMBERMENS 16530. | 20 | 5 |
| 73 | 2/9/2001 letter to Sean Loth of Precision Countertops from Gregory Smith of Landmark Construction; LUMBERMENS 16532. | 20 | 5 |

E X H I B I T I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 74 | 2/9/2001 letter to Arne Ellingson of Lloyd Enterprises from Brady Farley of Landmark Construction; LUMBERMENS 16533. | 20 | 5 |
| 75 | Series of e-mail, the top one of which is dated 2/12/2001 to John Santiago, et al., from Robert Morgan, Subject: RE: Allegations of Nonpayment to Construction Subcontractors; PGE-LMB 002608 - 002611. | 20 | 5 |
| 76 | 2/13/2001 letter to Pat Clancy of Harbor Building Supply from Brady Farley of Landmark Construction; LUMBERMENS 16531. | 20 | 5 |
| 77 | 2/27/2001 letter to Birch Equipment Rental & Sales from John Santiago; LUMBERMENS 16617. | 20 | 5 |
| 78 | 3/6/2001 letter to OSO Lumber from Kevin McAteer; LUMBERMENS 16626. | 20 | 5 |
| 79 | 3/12/2001 letter to Landmark Construction from Kevin McAteer; LUMBERMENS 16623. | 20 | 5 |

c8c6e411-00bf-45c3-8e75-7fcaa3281f3a