E X H I B I T I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 80 | 3/14/2001 letter to Landmark Construction from John Santiago; LMB 004906. | 20 | 5 |
| 81 | Group of documents, the first one of which is a 3/19/2001 letter to Landmark Construction from Ted Levy of Levy & Associates; LUMBERMENS 16607 - 16610, 16606. | 20 | 5 |
| 82 | Various schedules; LUMBERMENS 16500 - 16508. | 20 | 5 |
| 83 | 10/31/2000 letter to Landmark Construction from John Santiago; LUMBERMENS 02004. | 20 | 5 |
| 84 | Handwritten notes, the first page of which is dated 2/8/2001; LUMBERMENS 16449 - 16453. | 20 | 5 |
| 85 | Series of e-mail, the top one of which is dated 2/9/2001 to Gale Schaeffer, et al., from Daniel Wonderly; Subject: RE: FY01 Improvements Execution - FAF Whidbey; PGE-LMB 004850 - 004855. | 20 | 5 |

# E X H I B I T I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 86 | 2/21/2001 letter to Landmark Construction from John Santiago; no Bates number. | 20 | 5 |
| 87 | Group of documents, the first one of which is 2/28/2001 Amendment of Solicitation/Modification of Contract; LUMBERMENS 01982, 01980, 01979, 01981, PGE-LMB 004611. | 20 | 5 |
| 88 | 6/13/2001 letter to Landmark Construction from John Santiago, with enclosure; PGE-LMB 001644 - 001646. | 20 | 5 |
| 89 | 6/22/2001 letter to Landmark Construction from Thomas Fournier of NAVFAC; PGE-LMB 001794. | 20 | 5 |
| 90 | 6/26/2001 letter to Landmark Construction from Thomas Fournier of NAVFAC; LUMBERMENS 16674. | 20 | 5 |
| 91 | 7/11/2001 letter to Landmark Construction from Rita Brede of EFA Northwest; LUMBERMENS 02244 - 02245. | 20 | 5 |

# E X H I B I T I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 92 | 7/17/2001 letter to Landmark Construction from John Santiago; PGE-LMB 005130. | 20 | 5 |
| 93 | Series of e-mail, the top one of which is dated 7/17/2001 to John Santiago, et al., from Marcia Boyd; LUMBERMENS 02236 - 02238. | 20 | 5 |
| 94 | 7/23/2001 letter to Kemper Insurance Companies from Kevin McAteer; PGE-LMB 001567 - 001569. | 20 | 5 |
| 95 | 7/31/2000 memo to Director, Team Support, Engineering Field Activity Northwest from Administrative Contracting Officer, ROICC NAS Whidbey Island, Subject: Recommendation to Terminate Contract N44255-97-C-5515 for Default; LUMBERMENS 02094 - 02098. | 20 | 5 |
| 96 | Group of documents, the first one of which is entitled, "N44255-97-C-5515 Maylor Capehart Housing Revitalization"; PGE-LMB 001342 - 001358. | 20 | 5 |

E X H I B I T I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 97 | 8/12/2001 Sitrep; LUMBERMENS 16621 - 16622. | 20 | 5 |
| 98 | Group of documents, the first one of which is undated handwritten notes entitled, "Maylor"; LMB 007177 - 007187. | 20 | 5 |
| 99 | 8/15/2001 e-mail to Marcia Boyd, et al., from Kevin McAteer, Subject: 97-C-5515 Maylor Capehart Estimate and Schedule; LUMBERMENS 02092. | 20 | 5 |
| 100 | Undated handwritten notes entitled, "Schedule" and 8/13/2001 Estimate Summary; LUMBERMENS 02060 - 02061. | 20 | 5 |
| 101 | 4/11/2001 Sitrep; PGE-LMB 001589 - 001590. | 20 | 5 |
| 102 | Group of documents, the first one of which is 10/22/2001 e-mail to John Santiago, et al., from Kevin McAteer, Subject: Maylor CCD; LUMBERMENS 02089 - 02091. | 20 | 5 |
| 103 | 8/31/2001 schedules entitled, "Estimate to Finish Started Units" and "Estimate Summary"; LUMBERMENS 02062 - 02066. | 20 | 5 |

E X H I B I T   I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 104 | 8/28/2001 schedule entitled, "Restart work status by unit.xls"; LUMBERMENS 02084 - 02088. | 20 | 5 |
| 105 | 8/29/2001 e-mail to Stephen Beatty, et al., from Kevin McAteer, Subject: Maylor Capehart Inventory, with attachment; PGE-LMB 001176 - 001191. | 20 | 5 |
| 106 | Group of documents, the first one of which is 11/20/2001 Amendment of Solicitation/Modification of Contract; LMB 007509 - 007514. | 20 | 5 |
| 107 | Group of documents, the first one of which is a letter dated 3/1/2002 to ROICC from Matt Muretta of Atherton Construction; LMB 007383 - 007390. | 20 | 5 |
| 108 | Group of documents, the first one of which is a letter dated 3/8/2002 to ROICC from Matt Muretta of Atherton Construction; LMB 007391 - 007396. | 20 | 5 |
| 109 | 3/28/2002 CQC Meeting Minutes, No. 39; PGE-LMB 003532 - 003533. | 20 | 5 |

EXHIBIT INDEX

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 110 | 3/29/2002 e-mail to Gale Schaeffer and Kevin McAteer from John Santiago, Subject: completed negotiations for the elec change Maylor Capehart; PGE-LMB 04617. | 20 | 5 |
| 111 | 3/29/2002 Memorandum to PC 29 File from Kevin McAteer, Subject: Technical Analysis of Contractor's Proposal; LUMBERMENS 04325. | 20 | 5 |
| 112 | 3/30/2002 Pre-Negotiation Memorandum to File from Contracting Officer, Subject: Contract N44255-97-C-5515; LUMBERMENS 04319 - 04320. | 20 | 5 |
| 113 | 4/11/2002 letter to Atherton Construction from John Santiago and 3/19/2002 Proposal/Estimate for Contract Modification; LMB 007397 - 007399. | 20 | 5 |
| 114 | 4/19/2002 letter to Department of the Navy from Matt Muretta of Atherton Construction, with attachments; LMB 007400 - 007405. | 20 | 5 |

# E X H I B I T I N D E X


| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 116 | 6/5/2002 Post Negotiation Memorandum to File from Contracting Officer, Subject: Contract N44255-01-C-1018; NAS 000495 - 000496. | 20 | 5 |
| 117 | Group of documents, the first one of which is 10/15/2003 Amendment of Solicitation/Modification of Contract; PGE-LMB 004781 - 004784. | 20 | 5 |
| 118 | 10/16/2002 typewritten notes; PGE-LMB 004636. | 20 | 5 |
| 119 | Group of documents, the first one of which is a 11/5/2002 letter to Atherton Construction from John Santiago; LMB 007407 - 007412. | 20 | 5 |
| 120 | 1/10/2003 letter to Kemper Insurance Companies, Stephen Beatty, from Matt Muretta of Atherton Construction; LMB 007381 - 007382. | 20 | 5 |
| 121 | 1/10/2003 letter to John Santiago from Matt Muretta of Atherton Construction and a schedule; LMB 007379 -007380. | 20 | 5 |

# E X H I B I T I N D E X

| EX# | DESCRIPTION | PAGE | LINE |
|---|---|---|---|
| 122 | 2/5/2003 letter to John Santiago from Matt Muretta of Atherton Construction, with attachment; LMB 007374 - 007378. | 20 | 5 |
| 123 | 3/4/2003 letter to Atherton Construction from John Santiago; PGE-LMB 004753. | 20 | 5 |
| 124 | Group of documents, the first one of which is a letter dated 7/16/2003 to Department of the Navy from Matt Muretta of Atherton Construction; LMB 007369 - 007373. | 20 | 5 |
| 125 | 8/1/2003 letter to Atherton Construction from John Santiago; LUMBERMENS 04300. | 20 | 5 |
| 126 | 8/25/2003 letter to Department of the Navy from Matt Muretta of Atherton Construction; LUMBERMENS 04298 - 04299. | 20 | 5 |
| 127 | 11/20/2001 Completion Contract between Lumbermens Mutual Casualty Company and Atherton Construction; PGE-LMB 000672 - 000682. | 20 | 5 |

JOHN F. SANTIAGO, being duly sworn, testified upon oath, as follows:

(Marked Deposition Exhibit Nos. 1-24, 26-114, 116-127.)

E X A M I N A T I O N

BY MR. JACKSON:

Q. Could you please state your name and spell your last name?

A. John F. Santiago, S A N T I A G O.

Q. And where do you live, Mr. Santiago?

A. 11558 -- oh, excuse me, that's a mistake. 10526 - 59th Avenue West. That's in Mukilteo.

Q. And the zip code is?

A. 98275.

Q. Are you represented by counsel here today, Mr. Santiago?

A. Yes, I am.

Q. Okay. And who is your counsel?

A. Sitting right next to me here.

Q. Ms. Ohta --

A. Yes.

Q. -- from the Department of Justice --

A. Yes.

Q. -- is representing you in this deposition?

A. Yes.

Q. You did not help prepare the solicitation?
A. No.
MR. JACKSON: We can go off the record for just a second.
(Discussion off the record.)
Q. (By Mr. Jackson) Now, Mr. Santiago, I've placed in front of you a notebook. And this notebook has got tabs one through 27. So I'm going to use the word "tab" and "exhibit" interchangeably here, okay?
A. Okay.
Q. So Exhibit 1 and tab one are going to be the same thing. These are going to be a series of documents that we'll talk about during the course of the deposition. I've given your counsel her own copy of these documents so that she can look along, look over the exhibits as you're looking over them and talking about them.
First I'd like you to turn to tab two. And at the conclusion of the deposition, we're just going to give your copy, the witness copy of this notebook to the court reporter, and she's going to append those to your deposition transcript.
A. Okay.
Q. So I'd like you to go to Exhibit 2.
A. Is it after the tab?

Q. Yes, all of the exhibits follow the tab instead of on top of.

Now, this is an 11 April 2000 letter from the Department of the Navy to Landmark Construction Company. Do you recognize that?

A. Yes.

Q. And this is the contract award letter, correct?

A. Yes, it is.

Q. And you mentioned this earlier in your deposition. This is the award letter that sends this contract to you for administration, or to the Navy ROICC office for administration?

A. This is the copy that we receive that goes to Landmark.

Q. Okay.

A. Yes.

Q. Now, in the second -- well, I guess it is the first paragraph, "The Government hereby accepts your offer...." Do you see that?

A. Yes.

Q. The contract value was $9.878 million, is that right?

A. $9,878,026, yes.

Q. And had a contract completion date of 23

through (3) in there, correct?
A. Yes.
Q. And if he does not submit that certification, you are not permitted to make payment, are you?
A. Payment should be rejected and sent back.
Q. You're not even permitted to make payment, though, are you?
A. No. We should be returning the invoice.
Q. And what does the phrase "payment shall not be made" mean to you, as used in that sentence of paragraph (c)?
A. Well, basically, that payment shall not be made. Basically, you don't make any payments to them.
Q. Okay, let's go to Exhibit 4. This is a -- it looks like a three-page document entitled, "Section 01200, Price and Payment Procedures." Do you recognize this?
A. It looks like it's part of -- it was one of the sections of the contract.
Q. So this is a term or condition applicable to this particular project we're discussing, correct?
A. Yes.
Q. This is a, if you will -- is it fair to characterize this as a supplementary payment procedure

that supplements the FAR clause we just looked at?

A. Yeah.

Q. Let's start with paragraph 1.2. Read that for a moment and then I'd like to ask you some questions about it.

A. Just 1.2?

Q. Yes, sir.

A. Okay.

Q. Have you finished reading that?

A. Yes, I have.

Q. Okay. The first sentence discusses a schedule of prices on forms furnished by the Government. Are you familiar with that?

A. Yes.

Q. Okay. What are the forms that are furnished by the Government for the schedule of prices in that paragraph?

A. As I recall, I believe the forms are the CLIN line items that the contractor basically placed his bid on. That is the only forms that I recall.

Q. Let's go to the next sentence. "The Schedule of Prices shall be a detailed breakdown of the contract price, giving quantities for each of the various kinds of work, unit prices, and extended prices."

completed, economically and everything just to both parties.

Q. Let's go to Exhibit 15 for a moment. And if you flip to the second to the last page of that document, I think that's attendees. Listed number one there at the top is you, is that correct?

A. Yes.

Q. And these are the minutes of the Preconstruction Conference that you and a number of people had with Landmark Construction --

A. Yes.

Q. -- on August 8th, 2000, is that correct?

A. Let's see.

Q. Well, look at the second to the last page again where you signed it.

A. Yeah.

Q. Does it have a date and time of the meeting?

A. Yes, okay.

Q. August 8th?

A. Yes.

Q. Okay. What is the purpose of this Preconstruction Conference?

A. The purpose of this Preconstruction Conference is as stated above, to bring the personnel directly affected by -- directly working or affected

Q. I can't quite make out that next name down there, but it looks like from Naval Air Station Whidbey Environmental. Mary? What is her name?
A. Mary Lou.
Q. It looks like Mary Lou.
A. Yeah.
Q. Okay. And Lisa Roberts from Landmark, do you remember her, the office administrative clerk at Landmark?
A. Yes.
Q. Okay. I'd like you to go to page six of this exhibit. And at the bottom of the page it says, "Schedule of Prices." Do you see that?
A. Page six?
Q. Yes, page six of Exhibit 15.
A. I'm sorry, I went to the Exhibit 6.
Q. No, page six of this Exhibit 15. We haven't changed exhibits. The bottom of that page, when it says, "Schedule of Prices" --
A. Yes.
Q. -- it says, "It is emphasized that no payment will be made until the Schedule of Prices is approved."
A. Yes.
Q. What does that mean?