| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N44255-97-C-5515 | PAGE 4 OF 7 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
LANDMARK CONSTRUCTION CORPORATION

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AA | | 1.00 | Lot | $48,712.00 | $48,712.00 |

Option Item 0004AA
Provide mini-blinds at all living room, dining room, kitchen, entry, and utility room windows (excluding clerestory windows, obscure entry sidelights and Unit Type 9, 10, and 11).

ITEM NO SUPPLIES/SERVICES
0005 Option Item 0005
All work complete and in accordance with the drawings and specifications for design and construction/revitalization work associated with Unit Types 9, 10, and 11 (4 units), as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA | | 1.00 | Lot | $239,565.00 | $239,565.00 |

Option Item 0005AA
Design work and construction/revitalization of housing units for Unit Types 9, 10, and 11 (4 units). Provide keypad to each garage door; provide minimal landscaping around units, and mini-blinds at all bedrooms, bathrooms, living room, dining room, kitchen, entry, and utility room windows. The work in CLIN 0005AA is for Unit Types 9, 10 and 11 exclusively (Work Area 2-B).

ITEM NO SUPPLIES/SERVICES
0006 RESERVED

ITEM NO SUPPLIES/SERVICES
0007 RESERVED

ITEM NO SUPPLIES/SERVICES
0008 Option Item 0008
All work complete and in accordance with the drawings and specifications for work associated with gypsum wallboard and interior painting of garages, and garage door keypads for the areas listed in CLIN 0001AB, as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008AA | | 1.00 | Lot | $147,360.00 | $147,360.00 |

Option Item 0008AA
Provide gypsum wallboard and paint interior of garages and provide keypad to each garage door.

ITEM NO SUPPLIES/SERVICES
0009 Option Item 0009
All work complete and in accordance with drawings and specifications for work associated with providing mini-blinds for areas listed in CLIN 0001AB, as follows:

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N44255-97-C-5515 | PAGE 5 OF 7 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
LANDMARK CONSTRUCTION CORPORATION

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009AA | | 1.00 | Lot | $57,450.00 | $57,450.00 |

Option Item 0009AA
Provide mini-blinds at all living room, dining room, kitchen, entry, and utility room windows (excluding clerestory windows and obscure entry sidelights).

ITEM NO 0010 — SUPPLIES/SERVICES

Option Item 0010
All work and complete and in accordance with the drawings and specifications for work associated with providing additional off-street parking for Work Areas listed in CLINS 0001AA and 0001AB, as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0010AA | | 1.00 | Lot | $176,320.00 | $176,320.00 |

Option Item 0010AA
Provide additional parking adjacent to driveways/carports identified "Additional Parking" on drawings, including all associated work for Work Areas listed in CLIN 0001AA (excludes Unit Type 9, 10, and 11 in Work Area 2B). Associated work includes, but is not limited to, rockeries and railings where indicated on drawings at edges of parking spaces.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0010AB | | 1.00 | Lot | $185,600.00 | $185,600.00 |

Option Item 0010AB
Provide additional parking adjacent to driveways/carports identified as "Additional Parking" on drawings, including all associated work for Work Areas listed in CLIN 0001AB. Associated work includes, but is not limited to, rockeries and railings where indicated on drawings at edges of parking spaces.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N44255-97-C-5515 | PAGE<br>6 OF 7 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
LANDMARK CONSTRUCTION CORPORATION

SF 1442, Block 21 (continued):

a. Representations and Certifications submitted by Landmark Construction Corporation are incorporated by reference.

b. Items accepted, including Amendments 0001 through 0005, as follows:

$4,606,260 for Base Bid CLIN 0001AA, $4,271,759 for Base Bid CLIN 0001AB; Option Items as follows; $145,000 for CLIN 0003AA, $48,712 for CLIN 0004AA, $239,565 for CLIN 0005AA, $147,360 for CLIN 0008AA, $57,450 for CLIN 0009AA, $176,320 for CLIN 0010AA, and $185,600 for CLIN 0010AB. Total award is $9,878,026.00.

Work shall begin on 26 April 2000. Work shall be completed on 23 October 2002.

c. General Wage Decision WA000023 through Modification 0 dated 2/11/00.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N44255-97-C-5515 | PAGE<br>7 OF 7 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
LANDMARK CONSTRUCTION CORPORATION

SECTION 00800 Special Contract Requirements

ACCOUNTING AND APPROPRIATION DATA

| | | |
|---|---|---|
| AA: | 17 99037030 2592 0321 31211 0 068711 2A 000000 | AA7C55150000 |
| AMOUNT: | $4,935,225.00 | |
| AB: | 17 00047030 2502 0321 31211 0 068711 2A 000000 | AB7C55150000 |
| AMOUNT: | $4,942,801.00 | |

SECTION 01200

PRICE AND PAYMENT PROCEDURES

**PART 1. GENERAL**

1.1. SUBMITTALS

Submit a Schedule of Prices as identified in paragraph 1.2 below in accordance with the Section titled "Submittal Procedures."

1.2. SCHEDULE OF PRICES

Prepare a Schedule of Prices on the forms furnished by the Government. The Schedule of Prices shall be a detailed breakdown of the contract price, giving quantities for each of the various kinds of work, unit prices, and extended prices. Submit the Schedule of Prices to the Government with the Final Design Submittal in accordance with Section III for approval by the Contracting Officer. Payments for construction work will not be made until the Schedule of Prices has been approved by the Contracting Officer.

1.3. CONTRACTOR'S INVOICE AND CONTRACT PERFORMANCE STATEMENT.

a. Content of Invoice. Requests for payment will be processed in accordance with "FAR 52.252-5, Payments Under Fixed-Price Construction Contract" and shall consist of the following:

(1) The Contractor's invoice shall be submitted on NAVFAC Form 7300/41, which may be obtained from the Contracting Officer. The invoice shall show, in summary form, the basis for arriving at the amount of the invoice.
(2) The Contract Performance Statement, on the form furnished by the Government for this purpose, shall show, in detail, the estimated cost, percentage of completion, and value of completed performance.
(3) The Contractor shall provide an updated network analysis.
(4) Contractor's Final Release Form (with request for final payment only).
(5) QC Manager's invoice certification.

b. Quantities of Monthly Invoices and Supporting Forms. Submit invoices and supporting forms for work performed to the Contracting Officer in the following quantities:

(1) Contractor's invoice - Original and one copy.
(2) Contract Performance Statement - Two copies.
(3) Updated network analysis system submittal - Three copies.
(4) Updated submittal register - One copy.

c. Mailing of Invoices.

(1) Submit invoices for construction work to the following address:

Resident Officer In Charge of Construction
Naval Air Station Whidbey
1100 W. Lexington Street, Bldg 1193
Oak Harbor, Washington 98278-2400

(2) All invoices shall be forwarded with specific marking on the



LUMBERMENS 07937

Santiago, Exhibit B,
Page 1

envelope. This marking shall be in the front lower left hand corner, in large letters, "INVOICES - ENCLOSED."

d. Invoices not completed in accordance with contract requirements will be returned to the Contractor for correction of the deficiencies.

e. Final invoices shall include a properly executed Contractor's Final Release Form. Final invoices not including this form will be considered defective and returned to the Contractor.

1.4. PAYMENTS TO THE CONTRACTOR

Payments will be made on submission of itemized requests by the contractor and will be subject to reduction for overpayments or increase for underpayments on preceding payments to the Contractor.

1.4.1 Obligation of Government Payments

The obligation of the government to make payments required under the provisions of this contract will, at the discretion of the Contracting Officer, be subject to the following.

a. Reasonable deductions due to defects in material or workmanship.

b. Claims which the Government may have against the Contractor under or in connection with this contract.

c. Unless otherwise adjusted, repayment to the Government upon demand for overpayments made to the Contractor.

d. Record drawings not current as stated in clause, "FAC 5252.236-9310, Record Drawings."

1.4.2 Payments for Materials Offsite

Payments may be made to the Contractor for materials stored off the construction site under the following conditions:

a. Conditions identified in the above paragraph entitled, "Payments to the Contractor."
b. Material within a distance of 50 miles by streets and roads to the construction site.
c. Materials adequately insured and protected from theft and exposure.
d. Materials not susceptible to deterioration or physical damage in storage or in transit to the job site are acceptable for progress payments. Items such as steel, machinery, pipe and fittings, and electrical cable are acceptable. Items such as gypsum wallboard, glass, insulation, and wall coverings are not.
e. Materials in transit to the job site or storage site are not acceptable for payment.

**Part 2. PRODUCTS**

Not Used.

**Part 3. EXECUTION**

Not Used.



LUMBERMENS 07938

Santiago, Exhibit B,
Page 2

END OF SECTION

FILE TAB 10

August 8, 2000

# PRECONSTRUCTION CONFERENCE

**PURPOSE:** The purpose of this conference is to bring the contractor and those Government personnel affected by the construction to explain and clarify the administrative, procedural, and contractual requirements relevant to this contract. The Government will stress at the meeting those items which are most commonly misunderstood and those items which are critically important.

This conference will not substitute for a careful and thorough reading of the contract specifications including the Contract Clauses, the General Paragraphs and the Additional General Paragraphs. Please note that this conference will not be used to change the provisions of the contract.

## PART I

**CONTRACT INFORMATION:**

| | |
|---|---|
| A. Contract Number: | N44255-97-C-5515 |
| B. Contract Title: | WHOLE SITE REPAIR/REVITALIZATION MAYLOR CAPEHART HOUSING AREA, NAS WHIDBEY ISLAND, OAK HARBOR, WA |
| C. Contract Award Date: | 11 April 2000 |
| D. Contract Award Amount: | $9,878,026 |
| E. Contract Completion Date: | 18 January 2003 |
| F. Contract Awarded To: | Landmark Construction Corporation<br>10227 Bridgeport Way, SW<br>Lakewood, WA 98499 |

**CUSTOMER/USER:** The contract work shall be performed in a manner that will minimize inconvenience to the customer and which will not interfere with critical mission elements of the base. The contractor and the ROICC must strive to keep the customer informed of any work that may impact their operation. Although customer interest is encouraged, it is important that each player understand his or her role in this contract. The contractor must not accept any direction or guidance from any Government representatives other than the Contracting Officer. Should the customer have questions, desire information, or identify needed contract modifications, he should contact the ROICC representative. With proper communication, the contract will be executed smoothly, efficiently and with minimum impact on the customer.

**CORRESPONDENCE AND COMMUNICATION :**

A. Your correspondence should reference the contract number, be serialized, dated, and be addressed to:

Whidbey Field Office (ROICC)
NAS Whidbey Island
1115 W. Lexington St. Bldg. 103
Oak Harbor, WA 98278-2400

It is requested that you or your subcontractors not use the WHIDBEY FIELD OFFICE for mail or material delivery.



LUMBERMENS 03092

Santiago, Exhibit C,
Page 1

B. The original of all WHIDBEY FIELD OFFICE correspondence will be forwarded to your home office and a copy for the superintendent will be placed in your mail slot.

**CONTRACT AUTHORITY**

| | |
|---|---|
| A. Procurement Contracting Officer: | Dave Briggs |
| B. Resident Officer in Charge of Contracts: | CDR Steve J. Markey |
| C. Administrative Contracting Officer: | John Santiago |
| D. Procurement Assistant: | Joanne Lewis |

**TECHNICAL AUTHORITY** (III.C)

| | |
|---|---|
| A. Project Engineer / AROICC: | Kevin McAteer |
| B. Engineering Technician: | Ron Martin |

**IMPORTANT:**
Whidbey Island Contracting Office is absolutely committed to ensuring that all construction sites are accident free, as should your staff. If you have any questions or problems involving safety, contact anyone at the ROICC office and assistance will be provided. Periodic safety audits will also be conducted by various ROICC personnel to ensure EM-385 and OSHA compliance. WE CANNOT STRESS SAFETY ENOUGH AND EXPECT YOU TO DO THE SAME.

**SAFETY:**

A. The WHIDBEY FIELD OFFICE will enforce the Army Corps of Engineers' Manual EM 385-1-1, SAFETY AND HEALTH REQUIREMENTS MANUAL September 1996. You should keep a copy of this manual at the job site to insure compliance by all workers.

B. You are reminded of the requirements for an Accident Prevention Plan, Accident Reporting and Safety Inspection Checklist for construction equipment. SAFETY PLANS ARE REQUIRED BEFORE START OF CONSTRUCTION. With the project Safety Plan, you are required to submit a Job Hazard Analysis for each critical phase of work in accordance with Appendix A of the EM 385-1-1. A checklist has been provided for your convenience. Noncompliance with the contractor safety and health requirements will be seriously dealt with and could result in removal or debarment from the base.

C. An inventory and a MSDS is required for any Hazardous Material brought onto the site and all Hazardous Wastes must be disposed of properly which includes a manifest signed by the Environmental Affairs Office.

**FIRE SAFETY:**

A. In case of fire, activate the nearest fire alarm pull station or call 911.

B. Hot works permits are required on all work involving welding, acetylene cutting, open fires, grinding, etc. Base Fire Department must be contacted in advance of your planned work date to allow sufficient time for issuance of the permits. If the contract work involves a potential fire hazard to Base facilities or a potential for a hazardous spill, the ROICC should be notified who will then inform the Base Fire Department. During construction, please direct any questions concerning the Base Fire Department to the ROICC.

C. Welding and cutting operations in an existing facility require a permit issued by the NAS Fire Department. The WHIDBEY FIELD OFFICE will assist in obtaining this permit upon request.

**ENVIRONMENTAL ISSUES:** The Navy is responsible for compliance with all Environmental Laws and Regulations and must deal with all Federal, State, and local regulators. The contractor is responsible for full compliance with all environmental regulations. Violations of any environmental requirements could result in fines levied by outside agencies.

A. The contractor is required to provide a Hazardous Material inventory and MSDS before any HM is brought onto the job site.

D. Although representatives of the base Safety and Environmental offices may visit the site, they will not provide any direction unless they note an eminent and serious problem.

**STATION REGULATIONS:** Contractor personnel are responsible for adhering to Base regulations at all times while aboard the Base. Special attention is required for the following:

- Obey traffic regulations. Exercise care when passing troop formations.
- Do not enter areas designated "Secure" and "Off Limits".
- Observance of Colors and The National Anthem is mandatory.

A. Personnel: All personnel entering the base are required to have a picture ID (Washington State driver's license is satisfactory). Principal contractor personnel may be required to obtain a station ID card; if required, the WHIDBEY FIELD OFFICE will prepare the appropriate paperwork upon request. At the completion of the work, all contractor personnel are responsible for returning any issued Navy ID card to NAS Security.

B. Privately owned and company-owned vehicles: Navy vehicle decals are required for all vehicles. To obtain the decals, proof of insurance and vehicle registration are required. All vehicles are subject to an inspection conducted by NAS Security prior to issuance of the decal. The WHIDBEY FIELD OFFICE will prepare the appropriate paperwork to obtain the decal upon request.

C. Seat belts shall be worn when aboard the base. NAS Security strictly enforces all speed limits.
D. NAS Security conducts random drug searches.
E. The contractor is responsible for the security of the job site. Therefore, take the appropriate precautions to protect items of pilferable nature. Although the Government has no responsibility if any loss or damage occurs, it is recommended that they be reported to Base Security and the WHIDBEY FIELD OFFICE.
F. NAS Security phone numbers:

257-3122 (routine)
257-3121 (emergency)

**MEDICAL FACILITIES:**

A. Base medical facilities are not available for care of Contractor personnel except for treatment of a serious injury. For non-life threatening injuries you must make arrangements for treatment through local medical facilities.
B. For an ambulance, call 911.

**STORM PROTECTION:** The WHIDBEY FIELD OFFICE will attempt to notify you of any severe weather warnings that are issued during normal working hours. You are expected to take appropriate precautions to protect life and property. We are particularly concerned that construction materials be adequately secured.

**WORKSPACE:** The location of your material laydown area and trailer location will be designated by this office. You are expected to keep this area clean and neat including, but not limited to, keeping the weeds down and/or the area mowed. You will also be expected to keep all roads free of debris and any utility trenches cut across roads in satisfactory condition.

**UTILITIES:**

A. CONSTRUCTION UTILITIES:
   (1) Power and water will be made available in reasonable quantities as needed. You are responsible for making all connections and providing all required meters.
   (2) You are expected to provide the appropriate toilet facilities.
B. UTILITY OUTAGES:
   (1) The contract requires a minimum of 30 days written notice for a utility outage (this includes road/parking lot closures) and that the outage occur after normal working hours or on weekends. If you desire, you can provide an initial notice by an appropriate remark in your construction schedule and then provide firm notice at least 10 calendar days in advance of the actual date.

(2) The station will assist in these outages by securing main distribution valves on the water system and/or perform the required switching on the electrical distribution system.

C. EXISTING UTILITIES:

(1) The location of existing government and non-government owned utilities are shown on the contract drawings. It is your responsibility to locate these utilities to prevent damage due to construction activity. The government does not perform locate services. Call 1-800-424-5555 for locate service for non-government owned utilities (telephone, natural gas and cable TV).

(2) If an existing utility is damaged due to your construction activity, WHIDBEY FIELD OFFICE will provide direction for repairs. Normally, immediate restoration of the service will be accomplished and liability for the costs will then be determined.

**STANDARDS OF CONDUCT:** Government employees, both civilian and military, can accept no gifts, gratuities, or preferential treatment, regardless of value or intent. Government personnel must decline any and all such offers to assure that those with whom we do business are treated equally, fairly, and without prejudice.

**MISCELLANEOUS:**

A. You are reminded that only the Contracting Officer has the authority to direct the performance of any work that is not required by the contract.

B. The customer is requested not to have any discussions with the contractor without first contacting the WHIDBEY FIELD OFFICE.

C. If the customer desires any changes to the contract, you must forward them in writing to the WHIDBEY FIELD OFFICE. We are able to obtain approval on minor customer-requested changes but the more significant may require higher authority approval.

***Discuss schedule while customer is here.***

**The Contractor's planned start date is: *August 8, 2000 for a limited scope of work as detailed in modification A00001.***

**Questions/comments:**

| |
|---|
| That concludes the portion of this conference which pertains to Base operations. If there are no questions or comments, everyone other than the WHIDBEY FIELD OFFICE and Contractor personnel may leave. |

## PART II

**BONDS AND INSURANCE CERTIFICATES:**

A. Bonds have been received and have been approved.

B. It is your responsibility to ensure that the required certificates have been submitted. Work on this contract is not permitted without the proper insurance. If we do not have a valid certificate, you or your subcontractor employees will not be permitted on Base. We find that the major problem with insurance certificates are:

(1) Improper cancellation endorsement.

(2) Failure to make the WHIDBEY FIELD OFFICE as the certificate holder.

(3) Failure to indicate the contract number.

**QUALITY CONTROL:** This contract incorporates the requirements for Contractor Quality Control (CQC)/Contractor Inspection System (CIS). All discussion on Quality Control will be deferred until the CQC Conference/Contractor Inspection Plan Meeting which will be scheduled after receipt of your CQC/CI Plan. You are reminded that you are not authorized to perform any work on-site until that plan is approved.

**GOVERNMENT INSPECTION AND ACCEPTANCE:** Quality assurance is the primary responsibility of the AROICC and Engineering Technician. This responsibility is carried out by monitoring the Contractor's Quality Control efforts. The Government is obligated to inspect and accept your work as soon as practicable after completion of the work. We can accept those parts of the work that, at our discretion, can be easily segregated from the rest of the work. Separate acceptance inspections for certain materials or equipment will not be permitted.

**CONTRACTOR ON-SITE PERSONNEL:**

A. SUPERINTENDENT (PARA III.H): Full time superintendence by the Contractor is one of the most important requirements of the contract. The Contractor must provide a responsible person, satisfactory to the Contracting Officer, on the site at all times the work is in progress to properly supervise the work. Submit a letter which designates the superintendent and delineates his authority to act for the firm and the extent of his authority to negotiate contract modifications and to execute no-cost field changes.

B. Competent Person/Safety Representative is required by the Corps of Engineers EM-385. This individual must be familiar with the Contractor's Safety Plan and the contract safety requirements and must ensure full compliance.

C. Contractor Quality Control Representative/Manager: The contract requires that quality assurance and contract compliance be monitored by this individual. The required duties, responsibilities and authority of this person are detailed by the 01450 section of the contract.

**SCHEDULE OF PRICES:** It is emphasized that no payment will be made until the Schedule of Prices is approved.

**SCHEDULE OF PROGRESS:** It is emphasized that you are not authorized to start on-site work until your Progress Schedule has been submitted and approved.

**LIST OF SUBCONTRACTORS:**

A. Submit list, which includes key personnel for each subcontractor participating in the contact work, indicating their names, business address, telephone number, trade, and a description of the work they will be doing, and an emergency phone number for the major subcontractors (plumbing, mechanical and electrical). The WHIDBEY FIELD OFFICE does not deal directly with subcontractors. Any subcontractor inquiries should be directed to the prime contractor.

**DAILY REPORTS:** Reports shall be submitted by 1000 the following day. Failure to submit reports in a timely manner could result in withholding of funds for payroll deficiencies and/or deficient work (since the report includes your certification that the work complies with the contract requirements).

**WORK OUTSIDE REGULAR HOURS:** The WHIDBEY FIELD OFFICE normal working hours are from 0700 to 1630. Work on holidays, weekends, and after normal work hours is not permitted unless requested in writing by the Contractor at least three working days in advance and approved by the OICC/ROICC office. Approval will be dependent upon the Base's operational requirements and availability of WHIDBEY FIELD OFFICE personnel.

**REQUEST FOR INFORMATION:** An RFI is a method of documenting a question raised by the contractor and responded to by the government.

**CONTRACT MODIFICATIONS:**

A. You should not proceed with any work that is a change to the contract without written authorization. Proceeding on any modification or change to the contract is not authorized without a Supplemental Agreement or Change Order.

B. **OVERHEAD AND PROFIT:** A standard form has been developed by the Navy for contractor's use in preparing cost proposals for modifications. The preprinted form allows averaged standard rates for home office overhead, field office overhead, overhead on the administration of subcontracts, and a profit rate. **You have a choice!** If you opt to use the preset rates, as most contractors do, no additional substantiation will be required and the rates will be allowable on virtually all modification actions, whether or not a time extension is involved. If you choose to request rates above the rates offered, you must provide sufficient financial information (CPA Financial Statement for instance) or a recent and complete audit to substantiate the home office rate and a complete breakdown on a daily basis of your field overhead cost. The audited rate for home office overhead and the itemized field overhead cost will only be allowed on modifications involving an extension of contract time. Your requested profit rate will be examined on a case-by-case basis but in general will be accepted with the preprinted rate, but will require an analysis based on a structured approach (weighted guidelines for instance) for any profit requested above the 8% rate. Any questions regarding overhead and profit rates should be directed in writing to the ROICC.

**LABOR:** Failure to conform to the labor regulations will result in withholding of funds, additional administrative burden and prevent the close out of the contract. Therefore, it is recommended that your payroll clerk become very familiar with the labor clauses.

**INVOICES:** Important points to consider are:

A. We will meet with your representative (superintendent) to agree upon work in place and material on site prior to you submitting the invoice.
B. Payment will be made for only conforming work at the time of the invoice. Payment will not be made for work for which a submittal has not been approved.
C. Invoices must be accompanied with the certificate required by FAR 52.232-5, PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACT.
D. Retention from 0 to 10% may be withheld because of unsatisfactory performance, including both administrative and construction items.

**VALUE ENGINEERING:** Value Engineering through the VECP clause, FAR 52.248.3 (March 1989), rewards the contractor who proposes better methods of accomplishing any part of the contract at a net cost savings. The contractor will share with the Government the cost savings as explained in the above FAR clause. In order for the Government to expeditiously process a VE proposal, usually about 21 days, the proposal must be submitted formally and a complete package provided for evaluation. Incomplete or faulty submittals will slow the review process for which the Government cannot be held responsible. The OICC/ROICC encourages you to consider Value Engineering at any time during this contract. To assist you in that effort, we are providing a Value Engineering supplement to this Preconstruction Conference package.

**MATERIAL SUPPLIES:** Contractor should ensure that all purchase orders are annotated with the appropriate Defense Priorities & Allocations code (see contract clause 52.211-14 & 15) - normally, "DO-C2" is used. A copy of the purchase order, with the supplier's signature and expected delivery date, would be required in the event of a request for a time extension for late material delivery. These requests are considered on a case-by-case basis and are not automatic.

**WARRANTY PROVISIONS:** Your work, including all subcontractor's work, is warranted to be free of defects in materials and workmanship for a period of one year from the date of Government acceptance, unless otherwise indicated in the contract. You are required to execute and provide any additional or extended manufacturer's warranty if offered. Also, any additional warranty provided by a manufacturer or manufacturers must be provided. The administration of the warranty is the responsibility of the ROICC, who will ascertain the validity of the problem as warranty work and notify you by telephone and in writing of any required warranty work. If you cannot respond to a warranty notification within a reasonable time because of your geographical location, you are encouraged to make some other arrangement with a local contractor to accomplish the warranty work. Your failure to respond within a reasonable time, depending on the circumstances, may necessitate Government accomplishment of repairs at your expense.