**CONTRACTOR EVALUATION:** Upon completion of the work, you will be evaluated for the following elements:

a) Quality of your work, including subcontractor's work.
b) Timely performance.
c) Effectiveness of Management
d) Compliance with labor and safety standards.

If any of the above elements is rated unsatisfactory, you will be given an opportunity to present any information which may have a bearing on the element or elements in question.

**MISCELLANEOUS:**

A. Buy American Act does not apply to this contract.
B. You must maintain as-built drawings at the job site. Failure to keep them current may affect your progress payments.
C. Any claim submitted under the Disputes Clause of this contract shall be submitted to the Contracting Officer, in care of the Resident Officer in Charge of Construction, as the designated representative of the Contracting Officer for this purpose.

**GETTING STARTED:** Prior to starting work, the following have to be submitted and in certain cases approved:

A. Performance and payment bonds. (Approved).
B. Insurance certificates for both yourself and your subcontractors. (Approved).
C. Your CQC/CI Plan. (Approved).
D. Progress schedule.
E. Superintendent's letter of authority and emergency phone number.
F. List of subcontractors and emergency phone numbers.
G. Statement and Acknowledgment for each subcontractor.
H. Environmental Protection Plan.
I. Accident Prevention Plan. (Approved).
J. Demolition Plan.
K. Description of Work Performed by Contractor.
L. Asbestos Abatement Plan, if required. (Approved).



LUMBERMENS 03100

Santiago, Exhibit C, Page 9

**TRANSMITTAL:**

A. The following items can be provided to the contractor:

(1) Form OSHA No. 101
(2) Form WESTNAVFAC 5100/3, VEHICLE SAFETY INSPECTION CHECKLIST
(3) Form 12ND WESTDIV 4355/6 (REV. 7-75), CQC LOG OF SUBMITTALS
(4) Form 12ND WESTDIV 4335/1, CATALOG CUT/SHOP DRAWING TRANSMITTAL ND APPROVAL
(5) WESTDIV 4330/68 (REV 3-90) SUPERINTENDENT'S DAILY REPORT
(6) Form NASW 4330/3, REQUEST FOR INFORMATION
(7) NAVFAC 4330/43 (8/88) PROPOSAL/ESTIMATE FOR CONTRACT MODIFICATION
(10) SF 1444 REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND RATE
(11) STANDARD FORM 1413, STATEMENT AND ACKNOWLEDGMENT
(12) Form 12ND WESTDIV 4295/1 (REV 7-75), PAYROLL (FOR OPTIONAL USE)
(13) DD FORM 879, STATEMENT OF COMPLIANCE
(14) PAYROLL REVIEW CHECKLIST
(15) EQUAL OPPORTUNITY POSTER
(16) DOL POSTER (WH PUB 1321)
(17) Form NAVFAC 7300/30, CONTRACTOR'S INVOICE
(18) Form NAVFAC 10-7300/30, CONTRACT PERFORMANCE STATEMENT
(19) Safety Plan Checklist

**ADDITIONAL WHIDBEY FIELD OFFICE AND CONTRACTOR COMMENTS:**

A.

B.

C.

You are again advised that neither this letter or anything said during this conference alters the terms and provisions of the contract.

**PRECONSTRUCTION CONFERENCE**
**CONTRACT NUMBER: N44255-97-C-5515**
**CONTRACT TILE: WHOLE SITE REPAIRS/REVITALIZATION MAYLOR CAPEHART HOUSING AREA, NAVAL AIR STATION WHIDBEY ISLAND, OAK HARBOR, WA**
**DATE AND TIME: August 8, 2000, 1:00PM**

**ATTENDEES**

| | NAME | PHONE/FAX | ORGANIZATION/COMPANY | EMAIL |
|---|---|---|---|---|
| 1. | JOHN SANTIAGO | (360) 257-6503 / Fax 257-8767 | ROICC | santiagojl@efanw.navfac.navy.mil |
| 2. | KEVIN MCATEER | (360) 257-3495 / 8767 | ROICC | mcateerkp@efanw.navfac.navy.mil |
| 3. | ED BAUM | (360) 257-8736 | NAVOSH BLDG 108 | |
| 4. | GARY SHELLY | (360) 257-6110 | FIRE PREVENTION | SHELLYG@NASWI.NAVY.MIL |
| 5. | RON WALTON | 360 678 4116 | | |
| 6. | Mike Guiley | 253 377-0313 | THERMATECH NW | |
| 7. | DAVE CAREY | 253-405-5613 | PETRUS GROUP INC | DCAREY@PETRUSGRP.COM |
| 8. | GALE SCHAEFFER | 360.396.0210 / 0853 | EFA NW | schaeffergg@efanw.navfac.navy.mil |
| 9. | BRADY FARLEY | 240 2575 240 0445 | LANDMARK | bradyfarley@oakharbor.com |
| 10. | LARRY STRUTHERS | 240 2575 | LANDMARK | LARRYSTRUTHERS@OAKHARBOR.COM |

LUMBERMENS 03102

Santiago, Exhibit C,
Page 11

PRECONSTRUCTION CONFERENCE

11. NAME: Arnold Ellinger — PHONE/FAX: mob 206-730-1126; OFF 253-874-6692. — ORGANIZATION/COMPANY: Lloyd Enterprises — EMAIL:

12. NAME: — PHONE/FAX: 240-2575 — ORGANIZATION/COMPANY: — EMAIL:

13. NAME: Nick Peters — PHONE/FAX: — ORGANIZATION/COMPANY: Coastal Mechanical & Elect. — EMAIL:

14. NAME: Tate Robbins — PHONE/FAX: 240-2575 — ORGANIZATION/COMPANY: Landmark / Petrus — EMAIL: T.Robbins@OakHarbor.Com

15. NAME: Dixie Rodgers — PHONE/FAX: 360-257-1021 / (FAX) 1903 — ORGANIZATION/COMPANY: HOUSING OFFICE — EMAIL: rodgersd@naswi.navy.mil

16. NAME: Tom Sankey — PHONE/FAX: 360-257-5084 / Fax 257-1903 — ORGANIZATION/COMPANY: Housing Office — EMAIL: sankeyt@naswi.navy.mil

17. NAME: RON MARTIN — PHONE/FAX: 360-257-8774 FAX 257-8767 — ORGANIZATION/COMPANY: ROICC Whidbey Island — EMAIL: ronmartin@mail.com

18. NAME: ED MORGAN — PHONE/FAX: 360-257-8775 FAX 257-8767 — ORGANIZATION/COMPANY: ROICC WHIDBEY ISLAND — EMAIL: morganre@EFANW.NAVFAC.NAVY.MIL

19. NAME: [illegible] — PHONE/FAX: 360-257-1008 / -5??? — ORGANIZATION/COMPANY: NAS WHIDBEY ENV[illegible] — EMAIL: gonzalez[illegible]@naswi.navy.mil

20. NAME: Lisa Roberts — PHONE/FAX: 360.240.2575-0445 — ORGANIZATION/COMPANY: Landmark — EMAIL: lroberts@oakharbor.net.



LUMBERMENS 03103

Santiago, Exhibit C, Page 12

SECTION 01321

NETWORK ANALYSIS SCHEDULES

**PART 1. GENERAL**

1.1 DESCRIPTION

Prepare a progress chart pursuant to the clause entitled "FAR 52.236-15, Schedules for Construction Contracts" of the Contract Clauses that shall consist of a network analysis system. Include scheduling of construction, creation of the network, production of the reports, execution of the plan described by the network, participation in meetings with the Contracting Officer, and submission of progress and revision data, as hereinafter set forth. Utilize conventional NAS (Precedence Diagram) technique to satisfy both time and cost applications.

1.2 SUBMITTALS

Submit the following in accordance with section entitled "Submittal Procedures."

1.2.1 SD-18, Records

a. Network system analysis plan G

b. Monthly reports G

c. Approved Network G

d. Summary Network G

1.3 SOFTWARE

Provide network analysis software identical to the software the Contractor will use to schedule the project. The scheduling software package shall contain site license and all user manuals normally provided by the software distributor. Submit hard copy and electronic copy of all network analysis and updates. Electronic copy shall be on 3.5 inch double sided, high density floppy disks. The network analysis software shall be capable of running on a Government owned personal computer using Microsoft Windows 95. The network analysis system shall be kept current, with changes made to reflect the actual progress and status of the construction. Updated electronic and hard copies shall be provided as directed. The contractor provided network analysis software will remain the property of the government.

1.4 NETWORK SYSTEM FORMAT

The system shall consist of time network scaled logic diagrams and accompanying mathematical analyses. Facilities with discrete completion dates shall be identified by separate subnetworks interconnected with the basic diagram.

1.4.1 Diagrams

Show the order and interdependence of activities and the sequence in which the work is to be accomplished as planned. The basic concept of a network analysis diagram will be followed to show how the start of a given activity is dependent on the completion of preceding activities and how its completion



LUMBERMENS 07940

Santiago, Exhibit D, Page 1

restricts or restrains the start of following activities. The diagram shall clearly show the activities of the critical path. In addition to construction activities, detailed network activities shall include the submittal and approval of materials, samples, delivery of O&M manuals, training to be provided, shop drawings, the procurement of critical materials and equipment, receipt of materials with estimated procurement costs of major items for which payment of materials will be requested in advance of installation, fabrication of special material and equipment, and their installation and testing. Show activities of the Government that affect progress and contract-required dates for completion of all or parts of the work. Show activities indicating Government furnished materials and equipment utilizing delivery dates indicated in "FAR 52.245-2, Government Furnished Property (Fixed-Price Contract)." Show the following information on the diagrams for each activity:

a. Activity number.

b. Description of the activity.

c. Duration in work days.

d. Responsibility code indicating the party responsible for accomplishment of the activity. As a minimum, provide a separate responsibility code for each subcontractor.

e. Area code indicating the area of the project in which the work will be performed.

1.4.2 Quantity and Numbering of Activities

Numbering shall be assigned so that, in general, predecessor activity numbers are smaller numerically than the successor activity numbers. Skip numbering shall be used on the network to allow insertion of additional activities for contract modifications and logic changes. The minimum number of activities in the final network diagram shall be 30 per building and 1000 for the total project. Buildings that have the same detailed activities shall be shown as summary of activities (one activity per building) with the detailed activities shown at least one location. Dummies and interdependencies are not counted as activities.

1.4.3 Mathematical Analysis

The network diagram mathematical analysis shall include a tabulation of each activity shown on the detailed network diagrams. Provide the following information as a minimum for each activity:

a. Activity number.

b. Activity description.

c. Estimated duration of activities (by work days).

d. Earliest start date (by calendar date).

e. Earliest finish date (by calendar date).

f. Actual start date (by calendar date).

g. Actual finish date (by calendar date).

h. Latest start date (by calendar date).

i. Latest finish date (by calendar date).

j. Total float or slack.

k. Monetary value of activity - values of activities will be broken down and listed by material/equipment costs, labor costs, and inspection testing costs. Value of inspection/testing will not be less than 10 percent of the activity value.

l. Responsibility code (including prime contractor, subcontractors, suppliers, Government, or other party responsible for accomplishment of an activity).

m. Manpower required (crew size).

n. Percentage of activity completed.

o. Contractor's earnings based on portion of activity completed:

The program or means used in making the mathematical computation shall be capable of compiling the total value of completed and partially completed activities. The program shall also be capable of accepting revised completion dates as modified by approved time extensions and recomputation of tabulation dates/costs and float accordingly.

1.4.4 Required Sorts

List the activities in sorts or groups as follows:

a. By the preceding event number from lowest to highest and then in the order of the following activity number showing the current status of all activities.

b. By the amount of total float, from lowest to highest and then in order of activity number (Total Float or Slack Report) showing all incomplete activities.

c. By latest allowable start dates, then in order of activity numbers.

d. Contractor's monthly payment request sorted by responsibility code with summary (cost earned by Responsibility Code Report).

e. Early Start Report.

f. Listing of input data which generates the Input Data Report.

g. By the activity number from lowest to highest, showing preceding and succeeding activity numbers for each activity (Predecessor/Successor Report), and showing the current status of each activity.

1.5 SUBMISSION AND APPROVAL

1.5.1 Preliminary Meeting

If requested by the Contracting Officer, participate in a preliminary meeting to discuss the proposed schedule and requirements of this section prior to submission of the network.

1.5.2 Completed Network

Submit the complete network analysis, consisting of the network mathematical analysis and network diagrams, within 40 calendar days after contract award. Submit three copies of both the diagrams described in paragraph entitled "Diagrams" and required sorts listed in paragraph entitled "Required Sorts".

1.5.3 Review and Evaluation

The Contractor shall participate in a review and evaluation of the proposed network diagrams and analysis by the Contracting Officer. Revisions necessary as a result of this review shall be resubmitted for approval of the Contracting Officer within 10 calendar days after the conference. The approved schedule shall then be the schedule to be used by the Contractor for planning, organizing, and directing the work, reporting progress, and requesting payment for work accomplished.

1.5.4 Changes to the Network Analysis Schedule

If changes in the method of operating and scheduling are desired, the Contracting Officer shall be notified in writing stating the reasons for the change. If the Contracting Officer considers these changes to be of a major nature, the Contractor may be required to revise and submit for approval, without additional cost to the Government, network diagrams and required sorts. A change may be considered of a major nature if the estimated time required or actually used for an activity or the network logic is varied from the original plan to a degree that there is a reasonable doubt as to the effect on the contract completion date. Changes, which affect activities with adequate float time, shall be considered a major change when their cumulative effect could extend the contract completion date.

1.5.5 Approved Network

Once the completed network has been approved by the Contracting Officer, the Contractor shall within 15 calendar days furnish:

a. Four copies of the network diagrams.

b. Four copies of the required sorts listed in paragraph entitled "Required Sorts".

c. Four copies of the activity number specified in paragraph entitled "Monthly Reports".

d. Four copies of the Cash Flow Report indicating the cash flow based upon both the early and late start schedules.

For major revisions or changes to the network diagrams, once approved by the Contracting Officer, the Contractor shall submit these same diagrams and reports except submit the cash flow report only after the original complete network has been approved.

1.5.6 Monthly Reports

Submit at monthly intervals a report of the actual construction progress by updating the required sorts and the time scaled logic diagram. Initially, and monthly thereafter, produce a projected report of scheduled activities to be started, in process or completed during the upcoming reporting period, sorted

by early start then activity number. At the end of the reporting period, Contractor and Government representatives shall jointly make entries on the preceding Look-Ahead Report to show actual progress. As a minimum, the following action will be accomplished:

a. Identify activities started and completed during the previous period.

b. Show estimated duration (in work days) to complete each activity started but not completed during the previous period.

c. Show estimated duration (in work days) to complete each activity started but not completed.

d. Indicate percentage of cost payable for each activity.

e. Reflect changes in the network diagram.

Conformed modifications and pending proposed changes shall be shown on the update report. Submit a narrative report describing current and anticipated problem areas and/or delaying factors with their impact together with an explanation of corrective actions taken or proposed. Produce, from the marked-up Look-Ahead Report, updated required sorts for the project and use the accumulated cost for completed and partially completed activities as the basis for requesting progress payments, pursuant to, "FAR 52.232-5, Payments Under Fixed-Price Construction Contracts" and "FAR 52.236-5, Schedules for Construction Contracts." Contract status shall be evaluated on the basis of relative float on the critical path at the time of updating with negative relative float indicating the contract is behind schedule and positive relative float indicating status ahead of schedule. (Relative float is the current status of an activity in relation to the approved schedule completion date.) Submit three copies of the required sorts listed in paragraph entitled "Required Sorts" and the Look-Ahead Report with each payment request.

1.5.7 Submission Requirements

Provide network diagrams on 30 by 42 inch sheets. Updated diagrams shall show the date of the latest revision.

1.5.8 Summary Network

A summary network shall generally have the same network form as the final submitted NAS Schedule. The summary network will contain a minimal number of activities that represent the general approach of work sequence. It will be a time-scaled logical sequence of work phases, classifications and areas. It will not be necessary to cost load the summary network or show responsibility codes. The Contractor shall submit a summary network diagram immediately after approval of the complete network. A complete update shall be submitted every 6 months during the contract duration and immediately following approval of each major schedule change. Submit the following:

a. One mylar or equivalent of the summary network diagram.

b. Three copies of the summary network diagram.

c. Three copies of the summary I-J report.

d. Three copies of the summary Total Float Report.

e. Three copies of the Cash Flow Report indicating the cash flow for the

current complete (not summary) network based upon both the early and late start schedules.

1.6 CONTRACT MODIFICATION

When a contract modification to the work is required, submit proposed revisions to the network reflecting the impact. Submit the proposed network revisions with the cost proposal for each proposed change. Should it be determined that a mathematical analysis utilizing the computer is necessary to analyze the impact, submit three copies of the Total Float Report and Input Data with the cost proposal. Incorporate contract modifications into the subsequent monthly update. Financial data shall not be incorporated until the Contracting Officer signs issuance of a contract modification on Standard Form 30. Those contract modifications determined to have no impact will require only the identification of the affected activities as part of the proposed change proposal.

1.7 TIME EXTENSIONS

Float or slack is defined as the amount of time between the early start date and the late start date, or the early finish date and the late finish date of any of the activities in the NAS Schedule. Float or slack is not time for the exclusive use or benefit of either the Government or the Contractor. Extension of time for performance required under the clauses titled "Changes," "Differing Site Conditions," "Default (Fixed-Price Construction)" or "Suspension of Work" of the Contract Clauses will be granted only to the extent that equitable time adjustments for the activity or activities affected exceed the total float or slack along the network paths involved. Submit time extension requests with a narrative report supporting the request and three copies of the Total Float Report and input data if a mathematical analysis is necessary to support the narrative report.

**PART 2. PRODUCTS**

Not used.

**PART 3. EXECUTION**

Not used.

END OF SECTION

SECTION 01330

CONSTRUCTION SUBMITTAL PROCEDURES

PART 1. GENERAL

1.1 DEFINITIONS

1.1.1 Submittal

Shop drawings, product data, samples, and administrative submittals presented for review and approval. Contract Clauses "FAR 52.236-5, Material and Workmanship," paragraph (b) and "FAR 52.236-21, Specifications and Drawings for Construction," paragraphs (d), (e), and (f) apply to all "submittals."

1.1.2 Types of Submittals

All submittals are classified as indicated in the paragraph "Schedule of Submittal Descriptions." The submittals also are grouped as follows:

a. Shop drawings: As used in this section, drawings, schedules, diagrams, and other data prepared specifically for this Contract, by the Contractor or through the Contractor by way of a subcontractor, manufacturer, supplier, distributor, or other lower tier contractor, to illustrate a portion of the work.

b. Product data: Preprinted material such as illustrations, standard schedules, performance charts, instructions, brochures, diagrams, manufacturer's descriptive literature, catalog data, and other data to illustrate a portion of the work, but not prepared exclusively for this Contract.

c. Samples: Physical examples of products, materials, equipment, assemblies, or workmanship that are physically identical to a portion of the work, illustrating a portion of the work or establishing standards for evaluating the appearance of the finished work or both.

d. Administrative submittals: Data presented for reviews and approval to ensure that the administrative requirements of the project are adequately met but not to ensure directly that the work is in accordance with the design concept and in compliance with the Contract documents.

1.1.3 Approving Authority

The person authorized to approve a submittal.

1.1.4 Work

As used in this section, on- and off-site construction required by the Contract documents, including labor necessary to produce the construction and materials, products, equipment, and systems incorporated or to be incorporated in such construction.

1.2 SUBMITTALS

Submit the following in accordance with the requirements of this section.

1.2.1 SD-18, Records

a. Submittal register G

1.2.1.1 Submittal Register

State for each submittal the Contractor's planned submittal date. Submit with the Quality Control Plan within 30 days after contract award. Insert dates on copies of the "Submittal Register."

1.2.1.2 Submittal Register Preparation

The Lead Design Firm shall prepare and maintain a submittal register using a format compatible with Microsoft Access. The updated submittal register shall be submitted monthly with the Contractor's invoice on an 3.5 inch floppy diskette. Instructions are included in the paragraph titled "SUBMITTAL REGISTER INSTRUCTIONS" for use in maintaining the submittal register. The submittal register with columns © through (f) completed by the Lead Design Firm is designated the initial submittal register required as a part of the quality control plan. Obtain information for completing columns © through (f) of the submittal register from the submittal requirements of these specifications. The remaining columns on the submittal register forms shall be completed by the Contractor.

1.3 PROCEDURES FOR SUBMITTALS

1.3.1 Submittal Reduction

By selecting one of the listed manufacturers' products, the Government will waive the submittal requirements with the exception of those noted. Specification sections containing possible submittal waivers are identified in subparagraphs titled "Material and Method Requirements" of Part III, paragraphs C.3, C.4, C.5, and C.7. The Contractor is not restricted from selecting other products meeting the specifications requirements; however, in doing so must submit all items requested.

1.3.2 Reviewing, Certifying, Approving Authority

The QC organization shall be responsible for reviewing and certifying that submittals are in compliance with contract requirements. The approving authority on submittals is the QC Manager unless otherwise specified for the specific submittal. At each "Submittal" paragraph in the individual specification sections, a notation "G," following a submittal item, indicates the Contracting Officer is the approving authority for that submittal item.

1.3.3 Constraints

a. Submittals listed or specified in this Contract shall conform to the provisions of this section, unless explicitly stated otherwise.

b. Submittals shall be complete for each definable feature of work; components of the definable feature interrelated as a system shall be submitted at the same time. As a minimum, each specification section shall be considered a definable feature of work.

c. When acceptability of a submittal is dependent on conditions, items, or materials included in separate subsequent submittals, the submittal will be returned without review.

d. Approval of a separate material, product, or component does not imply approval of assembly in which the item functions.



LUMBERMENS 07947

Santiago, Exhibit D,
Page 2

1.3.4 Scheduling

a. Coordinate scheduling, sequencing, preparing and processing of submittals with performance of the work so that work will not be delayed by submittal processing. Allow for potential requirements to resubmit. Activities for preparation, review and approval of submittals shall be incorporated into the contractor's network analysis system for each definable feature of work.

b. Except as specified otherwise, allow a review period, beginning with receipt by the approving authority, that includes at least 15 working days for submittals for QC Manager approval and 20 working days for submittals for Contracting Officer approval. The period of review for submittals with Contracting Officer approval begins when the Government receives the submittal from the QC organization. The period of review for each resubmittal is the same as for the initial submittal.

c. For submittals requiring review by the Fire Protection Engineer, allow a review period, beginning when the Government receives the submittal from the QC organization, of 30 working days for return of the submittal to the Contractor. The period of review for each resubmittal is the same as for the initial submittal.

1.3.5 Variations

Variations from contract requirements require Government approval pursuant to Contract Clause entitled "FAR 52.236-21, Specifications and Drawings for Construction" and will be considered where advantageous to the Government. When proposing a variation, submit a written request to the Contracting Officer, with documentation of the nature and features of the variation and why the variation is desirable and beneficial to the Government. If lower cost is a benefit, also include an estimate of the cost saving. Identify the proposed variation separately and include the documentation for the proposed variation along with the required submittal for the item. When submitting a variation for approval, the Contractor warrants the following:

1.3.5.1 Variation Is Compatible

The Contract has been reviewed to establish that the variation, if incorporated, will be compatible with other elements of the work.

1.3.5.2 Review Schedule Is Modified

In addition to the normal submittal review period, a period of 20 working days will be allowed for consideration by the Government of submittals with variations.

1.3.6 Contractor's Responsibilities

a. Determine and verify field measurements, materials, field construction criteria; review each submittal; and check and coordinate each submittal with requirements of the work and Contract documents.

b. Transmit submittals to the QC organization in orderly sequence, in accordance with the Submittal Register, and to prevent delays in the work, delays to the Government, or delays to separate contractors.

c. Advise the Contracting Officer of variation, as required by the paragraph entitled "Variations."

d. Correct and resubmit submittal as directed by the approving authority. When resubmitting disapproved transmittals or transmittals noted for resubmittal, the Contractor shall provide a copy of that previously submitted transmittal including all reviewer comments for use by the approving authority. Direct specific attention, in writing or on resubmitted submittal, to revisions not requested by the approving authority on previous submissions.

e. Furnish additional copies of submittals when requested by the Contracting Officer, to a limit of 20 copies per submittal.

f. Complete work which must be accomplished as a basis of a submittal in time to allow the submittal to occur as scheduled.

g. Ensure no work has begun until submittals for that work have been returned as "approved," or "approved as noted," except to the extent that a portion of the work must be accomplished as a basis of the submittal.

1.3.7 QC Organization Responsibilities

a. Note the date on which the submittal was received from thecontractor on each submittal.

b. Review each submittal; and check and coordinate each submittal with requirements of the work and Contract documents.

c. Review submittals for conformance with project design concepts and compliance with the Contract documents.

d. Act on submittals, determining the appropriate action based on the QC organization's review of the submittal.

(1) When the QC Manager is the approving authority, take the appropriate action on the submittal from the possible actions defined in the paragraph entitled, "Actions Possible."

(2) When the Contracting Officer is the approving authority or when a variation has been proposed, forward the submittal to the Government with the certifying statement or return the submittal marked "not reviewed" or "revise and resubmit" as appropriate. The QC organization's review of the submittal determines the appropriate action.

e. Ensure that material is clearly legible.

f. Stamp each sheet of each submittal with the QC certifying statement or approving statement, except that data submitted in bound volume or on one sheet printed on two sides may be stamped on the front of the first sheet only.

(1) When the approving authority is the Contracting Officer, the QC organization will certify submittals forwarded to the Contracting Officer with the following certifying statement:

"I hereby certify that the (equipment) (material) (article) shown





Santiago, Exhibit D, Page 4

and marked in this submittal is that proposed to be incorporated with Contract Number N44255-97-C-5515, is in compliance with the Contract drawings and specification, can be installed in the allocated spaces, and is submitted for Government approval.

Certified by Submittal Reviewer ______________________,
Date _______
(Signature when applicable)

Certified by QC Manager ______________________,
Date _______"
(Signature)

(2) When the approving authority is the QC Manager, the QC manager will use the following approval statement when returning submittals to the Contractor as "Approved" or "Approved as Noted."

"I hereby certify that the (material) (equipment) (article) shown and marked in this submittal and proposed to be incorporated with Contract Number N44255-97-C-5515, is in compliance with the contract drawings and specification, can be installed in the allocated spaces, and is _____ approved for use.

Certified by Submittal Reviewer ______________________,
Date _______
(Signature when applicable)

Approved by QC Manager ______________________,
Date _____"
(Signature)

g. Sign the certifying statement or approval statement. The person signing the certifying statements shall be the QC organization member designated in the approved QC plan. The signatures shall be in original ink. Stamped signatures are not acceptable.

h. Update the submittal register as submittal actions occur and maintain the submittal register at the project site until final acceptance of all work by the Contracting Officer.

i. Retain a copy of approved submittals at the project site, including the Contractor's copy of approved samples.

Submittals shall be mailed or delivered to the designated reviewer as directed by the Contracting Officer.

1.3.8 Government's Responsibilities

When the approving authority is the Contracting Officer, the Government will:

a. Note the date on which the submittal was received from the QC Manager, on each submittal for which the Contracting Officer is the approving authority.

b. Review submittals for approval within the scheduling period specified and only for conformance with project design concepts and compliance with the Contract documents.