c. Identify returned submittals with one of the actions defined in the paragraph entitled "Actions Possible" and with markings appropriate for the action indicated.

1.3.9 Actions Possible

Submittals will be returned with one of the following notations:

a. Submittals marked "not reviewed" will indicate the submittal has been previously reviewed and approved, is not required as a submittal, does not have evidence of being reviewed and approved by the Contractor, or is not complete. A submittal marked "not reviewed" will be returned with an explanation of the reason it is not reviewed. Returned submittals deemed to lack review by the Contractor or to be incomplete shall be resubmitted with appropriate action, coordination, or change.

b. Submittals marked "approved" "approved as submitted" authorize the Contractor to proceed with the work covered.

c. Submittals marked "approved as noted" authorize the Contractor to proceed with the work as noted provided the Contractor takes no exception to the notations.

d. Submittals marked "revise and resubmit" or "disapproved" indicate the submittal is incomplete or does not comply with the design concept or the requirements of the Contract documents and shall be resubmitted with appropriate changes. No work shall proceed for this item until the resubmittal is approved.

1.4 FORMAT OF SUBMITTALS

1.4.1 Transmittal Form

Transmit each submittal, except sample installations and sample panels, to the office of the approving authority. Transmit submittals with a transmittal form prescribed by the Contracting Officer and standard for the project. The transmittal form shall identify the Contractor, indicate the date of the submittal, and include information prescribed by the transmittal form and required in the paragraph entitled "Identifying Submittals." Process transmittal forms to record actions regarding sample panels and sample installations.

1.4.2 Identifying Submittals

Identify submittals, except sample panel and sample installation, with the following information permanently adhered to or noted on each separate component of each submittal and noted on the transmittal form. Mark each copy of each submittal identically, with the following:

a. Project title and location.

b. Construction Contract number.

c. The section number of the specification section by which the submittal is required.

d. The submittal description (SD) number of each component of the submittal.

LUMBERMENS 07951



Santiago, Exhibit D,
Page 6

e. When a resubmission, an alphabetic suffix on the submittal description, for example, SD-10A, to indicate the resubmission.

f. The name, address, and telephone number of the subcontractor, supplier, manufacturer and any other second tier contractor associated with the submittal.

g. Product identification and location in project.

1.4.3 Format for Product Data

a. Present product data submittals for each section as a complete, bound volume. Include a table of contents listing page and catalog item numbers for product data.

b. Indicate, by prominent notation, each product which is being submitted; indicate the specification section number and paragraph number to which it pertains.

c. Supplement product data with material prepared for the project to satisfy submittal requirements for which product data does not exist. Identify this material as developed specifically for the project.

1.4.4 Format for Shop Drawings

a. Shop drawings shall not be less than 8½ by 11 inches nor more than 30 by 42 inches.

b. Present 8½ by 11 inches sized shop drawings as a part of the bound volume for the submittals required by the section. Present larger drawings in sets.

c. Include on each drawing the drawing title, number, date, and revision numbers and dates, in addition to the information required in the paragraph entitled "Identifying Submittals."

d. Dimension drawings, except diagrams and schematic drawings; prepare drawings demonstrating interface with other trades to scale. Identify materials and products for work shown.

1.4.5 Format of Samples

a. Furnish samples in the sizes below, unless otherwise specified or unless the manufacturer has prepackaged samples of approximately the same size as specified:

(1) Sample of Equipment or Device: Full size.
(2) Sample of Materials Less Than 2 by 3 Inches: Built up to 8½ by 11 inches.
(3) Sample of Materials Exceeding 8½ by 11 inches: Cut down to 8½ by 11 inches and adequate to indicate color, texture, and material variations.
(4) Sample of Linear Devices or Materials: 10 inch length or length to be supplied, if less than 10 inch. Examples of linear devices or materials are conduit and handrails.
(5) Sample of Non-Solid Materials: Liter. Examples of non-solid materials are sand and paint.
(6) Color Selection Samples: 2 by 4 inches.
(7) Sample Panel: 4 by 4 feet.

(8) Sample Installation: 100 square feet.

b. Samples Showing Range of Variation: Where variations are unavoidable due to the nature of the materials, submit sets of samples of not less than three units showing the extremes and middle of the range.

c. Reusable Samples: Incorporate returned samples into the work only if so specified or indicated. Incorporated samples shall be in undamaged condition at the time of use.

d. Recording of Sample Installation: Note and preserve the notation of the area constituting the sample installation but remove the notation at the final clean up of the project.

e. When a color, texture or pattern is specified in naming a particular manufacturer and style, include one sample of that manufacturer and style, for comparison.

1.4.6 Format of Administrative Submittals

a. When the submittal includes a document which is to be used in the project or become a part of the project record, other than as a submittal, do not apply the Contractor's approval stamp to the document, but to a separate sheet accompanying the document.

b. Operation and Maintenance Manual Data: Submit in accordance with Section 01781, "Operation and Maintenance Data." Include components required in that section and the various technical sections.

1.5 QUANTITY OF SUBMITTALS

1.5.1 Number of Copies of Product Data

Submit six copies of submittals of product data requiring review and approval only by the QC organization and seven copies of product data requiring review and approval by the Contracting Officer.

1.5.2 Number of Copies of Shop Drawings

Submit shop drawings in compliance with the quantity requirements specified for product data.

1.5.3 Number of Samples

a. Submit four samples, or four sets of samples showing range of variation, of each required item. One approved sample or set of samples will be returned to the Contractor.

b. Submit one sample panel. Include components listed in technical section or as directed.

c. Submit one sample installation, where directed.

d. Submit one sample of non-solid materials.

1.5.4 Number of Copies of Administrative Submittals

a. Unless otherwise specified, submit the administrative submittals compliance with the quantity requirements specified for product data.

b. Submit administrative submittals required under "SD-19, Operation and Maintenance Manuals" to conform to Section 01781, "Operation and Maintenance Data."

1.6 FORWARDING SUBMITTALS

1.6.1 Samples Required of the Contractor

Submit samples to the Contracting Officer.

1.7 SCHEDULE OF SUBMITTAL DESCRIPTIONS (SD)

SD-01, Data

Submittals which provide calculations, descriptions, or other documentation regarding the work.

SD-02, Manufacturer's Catalog Data

Data composed of catalog cuts, brochures, circulars, specifications and product data, and printed information in sufficient detail and scope to verify compliance with requirements of the contract documents. A type of product data.

SD-03, Manufacturer's Standard Color Charts

Preprinted illustrations displaying choices of color and finish for a material or product. A type of product data.

SD-04, Drawings

Submittals which graphically show relationship of various components of the work, schematic diagrams of systems, detail of fabrications, layout of particular elements, connections, and other relational aspects of the work. A type of shop drawing.

SD-05, Design Data

Design calculations, mix designs, analyses, or other data, written in nature and pertaining to a part of the work. A type of shop drawing.

SD-06, Instructions

Preprinted material describing installation of a product, system, or material, including special notices and Material Safety Data Sheets, if any, concerning impedances, hazards, and safety precautions. A type of product data.

SD-07, Schedules

A tabular list of data or tabular list including location, features, or other pertinent information regarding products, materials, equipment, or components to be used in the work. A type of shop drawing.

SD-08, Statements

A document, required of the Contractor, or through the Contractor by way of a supplier, installer, manufacturer, or other lower tier contractor, the purpose of which is to further the quality or orderly progression of a portion of the work by documenting procedures, acceptability of methods or personnel,

qualifications, or other verification of quality. A type of shop drawing.

SD-09, Reports

Reports of inspection and laboratory test, including analysis and interpretation of test results. Each report shall be properly identified. Test methods used and compliance with recognized test standards shall be described.

SD-10, Test Reports

A report signed by an authorized official of a testing laboratory that a material, product, or system identical to the material, product or system to be provided has been tested in accordance with requirements specified by naming the test method and material. The test report must state the test was performed in accordance with the test requirements; state the test results; and indicate whether the material, product, or system has passed or failed the test. Testing must have been within three years of the date of award of this Contract. A type of product data.

SD-11, Factory Test Reports

A written report which includes the findings of a test required to be performed by the Contractor on an actual portion of the work or prototype prepared for this project before it is shipped to the job site. The report must be signed by an authorized official of a testing laboratory and must state the test was performed in accordance with the test requirements; state the test results; and indicate whether the material, product, or system has passed or failed the test. A type of shop drawing.

SD-12, Field Test Reports

A written report which includes the findings of a test made at the job site, in the vicinity of the job site, or on a sample taken from the job site, on a portion of the work, during or after installation. The report must be signed by an authorized official of a testing laboratory or agency and must state the test was performed in accordance with the test requirements; state the test results; and indicate whether the material, product, or system has passed or failed the test. A type of shop drawing.

SD-13, Certificates

Statements signed by responsible officials of a manufacturer of a product, system, or material attesting that the product, system, or material meet specified requirements. The statements must be dated after the award of this contract, name the project, and list the specific requirements which it is intended to address. A type of shop drawing.

SD-14, Samples

Samples, including both fabricated and unfabricated physical examples of materials, products, and units of work as complete units or as portions of units of work. A type of sample.

SD-15, Color Selection Samples

Samples of the available choice of colors, textures, and finishes of a product or material, presented over substrates identical in texture to that proposed



LUMBERMENS 07955

Santiago, Exhibit D, Page 10

for the work. A type of sample.

SD-16, Sample Panels

An assembly constructed at the project site in a location acceptable to the Contracting Officer and using materials and methods to be employed in the work; completely finished; maintained during construction; and removed at the conclusion of the work or when authorized by the Contracting Officer. A type of sample.

SD-17, Sample Installations

A portion of an assembly or material constructed where directed and, if approved, retained as a part of the work. A type of sample.

SD-18, Records

Documentation to ensure compliance with an administrative requirement or to establish an administrative mechanism. A type of administrative submittal.

SD-19, Operation and Maintenance Manuals

Data intended to be incorporated in an Operations and Maintenance Manual. A type of administrative submittal.

**PART 2. PRODUCTS**

Not used.

**PART 3. EXECUTION**

3.1 SUBMITTAL REGISTER INSTRUCTIONS

Develop an electronic Submittal Register in a format compatible with Microsoft Access 2.0. Use the Submittal Register to track progress of submittals as they are processed.

a. The Submittal Register shall conform to the sample provided in Part V, Attachment K.

Column (c): Lists each specification section in which a submittal is required.

Column (d): Lists each submittal description (SD No. and type, e.g. SD-04, Drawings) required in each specification section.

Column (e): Lists one principal paragraph in specification section where a material or product is specified. This listing is only to facilitate submittal reviews. Do not consider entries in column (e) as limiting project requirements.

Column (f): Indicates approving authority for each submittal. A "G" indicates approval by Contracting Officer; a blank indicates approval by QC Manager.

b. Column (g) through (r) will be used by Contractor, Approving Authority organization and the Government on their own copies to record data



LUMBERMENS 07956

Santiago, Exhibit D, Page 11

established by the Contractor.

c. Action Codes (j) and (o): NR - Not Received; AN - Approved as noted; A - Approved; RR - Disapproved, Revised, and Resubmit (others may be prescribed by the Transmittal Form).

CONTRACTOR

Column (g) through (i): Contractor dates.

Column (j): Action code; and (k): Date of action used to record Contractor's review when forwarding submittals to QC.

Column (l): List date submittal.

Column (q): List date approval received.

APPROVING AUTHORITY

Column (l): List date submittal received.

Column (m) through (p).

Column (q): List date returned to Contractor.

END OF SECTION

Page of ____

SUBMITTAL REGISTER (PART A)

| Contract Number: | Project Title: |
|---|---|

| SPEC SECTION NO. | SD NO, AND TYPE OF SUBMITTAL<br>MATERIAL OR PRODUCT | SPEC PARA NO. | CLASSIF/ APPR BY CO * | GOVT OR A/E REVIEWER | TRANS CONTROL NO. | PLANNED SUBMITTAL DATE |
|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| 1) | | | | | | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |
| 5) | | | | | | |
| 6) | | | | | | |
| 7) | | | | | | |
| 8) | | | | | | |
| 9) | | | | | | |
| 10) | | | | | | |
| 11) | | | | | | |
| 12) | | | | | | |
| 13) | | | | | | |
| 14) | | | | | | |
| 15) | | | | | | |
| 16) | | | | | | |
| 17) | | | | | | |
| 18) | | | | | | |
| 19) | | | | | | |
| 20) | | | | | | |

* Navy Notes:
Approved by:
G: Contracting Officer
Blank: CQC Manager

* NASA Notes:
Approved by:
Blank: Contracting Officer

* Army Notes:
Classification:
GA: Gov't Approval
FIO: For Information Onl

LUMBERMENS 07958

Santiago, Exhibit D,
Page 13

(PART B) SUBMITTAL REGISTER

Page ____ of ____

Location: | Contractor:

| CONTRACTOR ACTION | | | APPROVING AUTHORITY ACTION | | | | CONTR | |
|---|---|---|---|---|---|---|---|---|
| ACT. CODE | DATE OF ACTION | DATE FWD TO APPR AUTH / DATE RECD FROM CONTR | DATE FWD TO OTHER REVIEWER | DATE RECD FROM OTH REVIEWER | ACT. CODE | DATE OF ACTION | MAILED TO CONTR / RECD FROM APPR AUTH | REMARKS |
| (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) | (p) |
| | | | | | | | | 1) |
| | | | | | | | | 2) |
| | | | | | | | | 3) |
| | | | | | | | | 4) |
| | | | | | | | | 5) |
| | | | | | | | | 6) |
| | | | | | | | | 7) |
| | | | | | | | | 8) |
| | | | | | | | | 9) |
| | | | | | | | | 10) |
| | | | | | | | | 11) |
| | | | | | | | | 12) |
| | | | | | | | | 13) |
| | | | | | | | | 14) |
| | | | | | | | | 15) |
| | | | | | | | | 16) |
| | | | | | | | | 17) |
| | | | | | | | | 18) |
| | | | | | | | | 19) |
| | | | | | | | | 20) |

ACTION CODES: NR: Not Reviewed AN: Approved as Noted
A: Approved RR: Disapproved; Revise and Resubmit
(Others may be prescribed by the Transmittal Form)

LUMBERMENS 07959

Santiago, Exhibit D, Page 14