# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: July 24, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We adopt and incorporate herein the following pretrial and trial schedule agreed to by the parties:

| | |
|---|---|
| Pretrial Meeting of Counsel | July 19, 2007 |
| Certification of Meeting of Counsel Due | July 20, 2007 |
| Dispositive Motions Due | July 20, 2007 |
| Plaintiff's Pretrial Memorandum of Contentions of Fact and Law, Witness List and Exhibit List Due | July 27, 2007 |
| Pretrial Motions Due | August 1, 2007 |
| Defendant's Pretrial Memorandum of Contentions of Fact and Law, Witness List and Exhibit List Due | August 17, 2007 |
| Pretrial Conference | August 22, 2007 |
| Trial (Seattle, Washington) | September 5-21, 2007 |

The August 22 pretrial conference will be held at 1:00 p.m. EDT at the National Courts

Building, 717 Madison Place, NW, Washington, D.C. Plaintiff may appear by telephone. We are available to assist the parties with any matters that may arise prior to trial.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge