**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

LUMBERMENS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 04-1255 C

Honorable Robert H. Hodges, Jr.

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

Plaintiff Lumbermens Mutual Casualty Company hereby respectfully moves for an enlargement of time from July 27, 2007 to July 30, 2007, to file its Memorandum of Contentions of Fact and Law. Counsel for plaintiff requests this extension because of a family emergency. Counsel for defendant has been contacted about this request and does not oppose this motion.

DATED this 26th day of July, 2007.

Respectfully submitted,

LUMBERMENS MUTUAL CASUALTY COMPANY

By _s/Mark G. Jackson
Mark G. Jackson, WSBA #18325

GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, Washington 98101
(206) 464-3939
(206) 464-0125 – fax

Counsel of Record for Plaintiff
Lumbermens Mutual Casualty Company