# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: July 26, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff's motion for an enlargement of time to July 30 to file its Memorandum of Contentions of Fact and Law is GRANTED. Defendant does not oppose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge