IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT CERTIFICATION OF MEETING OF COUNSEL

On July 17, 2007, counsel for Plaintiff and Defendant met and conferred by telephone, pursuant to the Rules of the Court of Federal Claims, Appendix A, Rule 13, and hereby verify that they accomplished all of the matters required therein.

Respectfully submitted,

s/Mark G. Jackson
Mark G. Jackson, WSBA #18325
GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, Washington 98101
(206) 464-3939
(206) 464-0125 – fax

Dated August 1, 2007

Counsel of Record for Plaintiff
Lumbermens Mutual Casualty Company

PETER D. KIESLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

August 1, 2007

Attorneys for Defendant