No. 04-1255C
(Judge Robert H. Hodges, Jr.)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LUMBERMENS MUTUAL CASUALTY COMPANY,

Plaintiff,

vs.

THE UNITED STATES,

Defendant.

EXHIBIT C

DEPOSITION EXCERPTS OF WILEY R. WRIGHT, III
Dated February 21, 2007

Mark G. Jackson, WSBA #18325
GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, Washington 98101-2939
(206) 464-3939
(206) 464-0125 – fax

Counsel of Record for
LUMBERMENS MUTUAL
CASUALTY COMPANY

EXHIBIT C
PAGE 1 OF 35

there?

A One that comes to mind was a question cost issue with regard to a lease transaction, and the government's position was that the contractor had excess space, and they disallowed some of the costs for that excess space.

There were probably another dozen issues in that particular audit report that we dealt with, but that's the one that comes to mind.

Q During this period where you were employed, which was, I guess, '79 to '86?

A Yes.

Q Did you do much litigation support?

A The disallowance that we were just talking about, the excess space issue, I believe that made it to litigation.

Q Okay. And what was your role in the litigation aspect of that?

A As a consultant to the government contractor.

Q In what capacity did you consult? Were you -- let me rephrase the question, because I want to

Do you see that?

A Yes.

Q Is that the job cost report you were just -- job cost ledger you just mentioned?

A No, I don't believe this is the one that we used to accumulate and summarize the labor transaction. There's another report entitled job labor, I believe was the title, and that was the source of the summarization of the labor cost.

Q So we're going back to Exhibit 1 now. Roman numeral three on the bottom of Page 2 is entitled opinions and bases therefor. And you list on that page and the following page, I guess, 5, primary opinions. Is that it?

A Yes.

Q Are those the only opinions that you're expressing in this particular case in this expert report?

A Yes, those are the five general areas. But there may be subopinions underneath those general areas.

Q We're going to get into each of these in



EXHIBIT C
PAGE 3 OF 36

0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

A No.

Q And materials, you define material acquisition. What do you mean by material acquisition in context of actually performed?

A The procurement of carpet, for example. If one of the schedule of value line items was carpet for $500,000, if they go out and they buy all of the carpet for the job, then they have performed that work and they have earned that schedule of value line item.

Q In your example right there, does that mean that they have actually incurred a cost for the carpet?

A If they have acquired or procured the carpet, then yes, they have.

Q And how do you define the incurrence of cost in that context?

A The incurrence of a cost is the acquisition of a good or service for the exchange of money or the creation of a liability to pay a party money.

Q Okay. In the first context, it seemed to me you looked like you had two kind of definitions right there. The exchange of something?





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

Q Okay. So your definition of actually performed in this phrase here includes liabilities incurred but not -- what's the -- let me rephrase that. What happens when you -- is it discharge the liability? Is that the phrase?

A I would use the word satisfy the liability.

Q Fine. So in the context of actually performed, as you use here, is it fair to say that your definition includes for the purposes of material, procurement, material for which the contractor has incurred a liability but not yet satisfied, as well as those material for which it has incurred a liability and satisfied?

A Yes. And that would be not just my definition; that would be consistent with generally accepted accounting principles.

Q Are you familiar with the phrases commitment, obligation and expenditure, familiar with those words?

A Yes.

Q Can you tell me what the difference between a commitment and an obligation is?

A For services, you could use a time-based method. For example, general conditions, labor. If you were to provide a project manager for 24 months, and you have gone through 12 months of those 24 months, then on a time-based calculation, you have earned 50 percent of those costs.

Q What about if the services are to perform, you know, cleaning 50 windows and it's not time based, is it unit based then?

A Yes.

Q At the end that of sentence you say from a financial perspective. What other perspectives are there?

A I just wanted to make it clear in that sentence that I'm not offering any engineering judgments or opinions.

Q So does it have anything to do with -- when you say percent complete from a financial perspective, what other percent complete is there, from your perspective, other than a financial perspective?

A None that I can think of.

Q You're familiar with a construction

schedule, correct?

A Yes.

Q Does the percent complete on a construction schedule, is that different than the financial perspective percent complete you're referring to here?

A They probably rely on the same concepts to a certain degree. But I'm certainly not a scheduling expert, so --

Q Well, in several of these examples we're going to get to, you come up with percent complete for a variety of material and labor categories, correct?

A Yes.

Q So is the -- when you do that, is it your opinion that the percent complete that you come up with for each one of those things is the percent complete that is reflected in the performance of the job?

A No. I believe what I've discussed in the report is there is not sufficient objective data to establish a reliable percentage completion based on any other method other than a cost-to-cost comparison.

Q You get into that in the next bulleted



EXHIBIT C
PAGE 7 OF

0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

A Yes. As I recall, the answer was these are the inventory records.

Q So did the government -- did you ask the government if they had any bills of lading, invoices or anything like that, that they had received from the contractor to identify what materials had been purchased for the project?

A That would address a different question. I don't remember asking that. That would address materials acquired during the course of the job, which may include some on hand at the end of the job. But it certainly wouldn't address what's on hand.

Q Okay. Would it provide --

A It would be a part of the equation.

Q It would be part of the equation?

A Could be part of the equation.

Q It would be relevant information as to what was procured with money, correct?

A Yes.

Q Did you ask about such records?

A I don't recall.

Q Did you ever see any such records?





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

A I've seen the invoices for the materials acquired for the job. I don't recall if I've seen bills of lading.

Q Which invoices have you seen? Let me rephrase the question.

Did the government provide you copies of those invoices?

A I would have to go back to the documents and determine whether or not those invoices were received or provided by the government versus obtained through discovery.

Q Now, when you say there are insufficient records to determine actual quantities of materials as a determination, et cetera, is that true for all cases, line items of material for which you performed your analysis?

A Yes.

Q So it's your opinion or your testimony that in no case was there sufficient information upon which you could rely to use the actual quantities of materials method for determining percent complete for that particular material or service line item?



EXHIBIT C
PAGE 9 OF

A That's correct. And remember, there are several issues with respect to the inventories. One is that the July/August physical inventory that was taken, the records concerning that inventory are incomplete.

Two, there are no documents that show the paper trail of the use of any materials as of July/August '01 as it made it into Atherton's work commencing, you know, months later. There just are no records.

Q Then the next method, the alternative method that you identify here on Page 3, is the cost-to-cost method, correct?

A Yes.

Q Could you describe for me what the cost-to-cost method is?

A The cost-to-cost method is simply the comparison of the cost incurred to date for a particular activity versus the total cost that would be incurred for that activity, and the comparison is stated in terms of a percentage.

For example, if you're going to spend





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

procedure, whatever it's called, that discusses the cost-to-cost method of percent complete?

A I believe you're referring to statement of position 81-1.

Q How does that work?

A That deals with the accounting for long term construction contracts for an entity. That's not the circumstances here. We're not trying to determine the percent complete of a single entity.

We have to consider the cost of two entities to find out the percent complete on this job. It's not just a single contractor performing the work on this job, as we all know.

Q Understood. So what is, I guess, the basis for using the cost-to-cost method of determining percent complete in the manner you're using it? How is that accepted in your industry?

A You won't find a statement of position or any other generally accepted accounting principle per se that deals with a calculation of percent complete in the context of a default by one contractor and the takeover of another contractor.





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

Q In your answer, you used the phrase per se. How does that qualify your answer?

A Because the guidance, specifically the guidance that you -- I believe you're referring to, deals with a single entity. But you can use the concepts underlying the guidance for that single entity and apply them to a unique special circumstance such as this.

Q Did you just say that there's no generally accepted accounting procedure by which that's done, per se?

A There is not a statement of position concerning the calculation of percentage of completion in a circumstance similar to this.

Q Is there anything similar to a statement of position to which you could direct me that describes the use of the cost-to-cost method in the context of how you're using it in your report?

A The concept of cost-to-cost can be applied. The logic of it can be applied to multiple entities if they're working on a single activity or a single job. I would look to the guidance in 81-1. I would look to





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

other accounting literature. I would look to percentage of completion guidance in the Internal Revenue Code.

There are several sources that one could turn to if they wanted to fully understand the concept of cost-to-cost methodology.

Q I understand that. What I'm asking is is there one of those documents that you just described that would say how to use or describe how to use the cost-to-cost method in the context of two contractors completing the same project one after the other?

A Not that I'm aware of.

Q How did you come up with this process?

A First of all, this is a very fundamental, widely-known methodology. So I didn't need to refer to some treatise or textbook on the cost-to-cost methodology.

Q Are there references in treatises or textbooks regarding the cost-to-cost methodology as you applied it in your expert report?

A Yes.

Q Can you give me an example?





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

proposed costs are reasonable, and it doesn't matter.

Q So do the cost principles have any effect on the cost-to-cost method as used by you here?

A Certainly the cost principles have an effect or an impact on the data that goes into the equation, but they don't have an impact on the equation.

Q You use an example in this bullet here on Page 3, the last sentence, I guess. For example, if each contractor incurred.

Do you see that?

A Yes.

Q What assumptions, if any, go into that example?

A Well, one assumption would be that the actual cost data for each of the contractors was accurately reflected in that contractor's job cost, records that were used for the calculation.

Q Any others?

A Another assumption would be that the activities reflected by the costs for each of those contractors are similar.



EXHIBIT C
PAGE 14 OF

0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

be roughly equal in their efficiency insofar as it's applied to services?

A All but one of the calculations are dealing with material items. So efficiencies wouldn't come into play for those items.

The service item was the personnel item, and if I understand your question, that would translate into Atherton spending less dollars for personnel to manage this job than Landmark did. And given that they bid the job 10 percent higher than Landmark did, that seems unlikely.

Q Is the abatement a service?

A Yes, that was the other service.

Q Does your cost-to-cost method, as applied to this, in this case, assume that the services of each contractor are roughly the same efficiency level with respect to abatement?

A Yes.

Q Do you have a basis for that assumption?

A Given that Atherton's prices were higher, if they were more efficient on a particular line item, that would mean that the number of hours would be





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

less. So the -- obviously, the rate would be even that much higher. That doesn't seem logical.

Q Was their unit price for doing abatement, for example, Atherton's, higher than Landmark's?

A I don't believe I've seen the records that would indicate to me what the unit price was for Atherton's abatement work, or at least I don't recall seeing those.

Q Have you used the cost-to-cost method before in this manner?

A Yes, I've used the cost-to-cost method before in determining percentage of completion.

Q In this manner?

A Can you explain what you mean by in this manner?

Q Yes. Two contractors, one project. One terminated, one follow-on completion contractor using the cost-to-cost method of determining percent complete for each contractor.

A In these circumstances?

Q Yes.

A No, because in other circumstances, we've

had complete, objective records to do the calculation differently.

Q Are you aware of anybody else using it in the manner you've used it here in your expert report?

A None that I can think of.

Q Are you aware of any articles or peer review type papers addressing the cost-to-cost method as used by you in this context?

A Not that I can think of.

Q In this example you say each contractor incurred a hundred dollars. What does -- and I'm back on Page 3 of the report. Do you see where it says if each contractor incurred a hundred dollars?

A Yes.

Q What do you mean by incurred as used by you in that context?

A That would be the same definition that we discussed earlier today. Incurred means the existence of a liability or the payment of monies for the acquisition of materials.

Q In the -- just to back up for a moment. In the concept of revenue, you -- a contractor can earn

acquired the good. So we're trying to measure the relative share of the acquisition of the good.

So it doesn't matter whether or not cash has gone out the door or whether or not it was still an unpaid obligation.

Q Does that assume that the obligation -- what if the obligation, the unpaid obligation, is never liquidated? What if it never becomes an accounts paid? Does that matter in your calculation?

A No.

Q Your first specific issue, the top of Page 4, I guess, we're talking about site work, right?

A Yes.

Q Your response says based on your discussion with Landmark personnel. Which Landmark personnel are you referring to?

A Brady Farley and Tate Robbins. I believe those are the two Landmark individuals that I had discussions with.

Q Did you discuss it with anybody else at Landmark?

A Not that I recall.





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

Q And, in fact, in this sentence here, though, it says the cost method for determining a percent complete is the appropriate method for calculating any overpayments, correct?

A Given the limited and incomplete inventory records and documents in this case, yes.

Q Were there incomplete inventory records with respect to asbestos abatement?

A I had no records concerning the asbestos abatement performed by Atherton other than the actual cost that they incurred as reflected on their job cost ledger.

Q Did you have actual records of asbestos abatement performed by Landmark?

A No. The only records I had, that I recall, were the cost records.

Q You weren't given any government records that showed you how many units had been abated at termination?

A There may have been. Now that you refresh my memory, there may have been some records that showed which units were abated. I don't recall them





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9