specifically.

Q Would the existence of actual records that established -- actual records created by the government establishing the number of units abated at Landmark's termination be relevant to your calculation?

A If those -- if those records were accurate, yes, they may be.

Q If the government created them by performing an inventory after termination, would you have reason to believe that they're inaccurate?

A No.

Q So would you prefer to use those accurate -- assuming those records exist and that they're accurate, would you prefer to use those records over the cost-to-cost method as used here for this calculation?

A Assuming they are accurate, yes.

Q Okay. The number on Page 6 where you say -- the top of the 180-unit column, Landmark Construction, 242,509, do you see that number?

A Yes.



EXHIBIT C
PAGE 20 OF 35

0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

Q Did you discuss this particular document with anybody at Landmark?

A I don't recall whether or not this particular document was part of the discussions that I had with Mr. Brady and -- Brady and Tate. I'd have to refer back to my notes.

Q Would it be reflected in your notes if you did discuss this with them?

A It may or may not be. But certainly it might help jog my memory if it was.

Q Did you rely on this document in preparing your expert report?

A Yes.

Q So what did you do to satisfy yourself of the accuracy and reliability of the information contained in this document?

A I had to assume that the information reflected in Landmark's job cost ledger was accurate in the same manner that I had to assume the cost information in Atherton's job cost ledger was accurate.

MR. JACKSON: Can we go off the record real



EXHIBIT C
PAGE 21 OF 35

0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

Q So that's just how you -- looking at the document, that's your interpretation of it?

A Yes.

Q The remaining to commit column heading, what does that mean? What's your interpretation of that?

A I haven't used the information in that column, so I haven't formed a conclusion about it.

Q The JTD, which I assume is job-to-date. Is that how you interpret that?

A That's my understanding.

Q What's your understanding of that based on? Again, is this just your interpretation?

A Yes, and experience with contractors. JTD cost is usually cost incurred to date as reflected on the job cost report.

Q It was an inartfully-phrased question. I was really asking you did you discuss with anybody at Landmark the phrase JTD costs as it relates to this document?

A I don't believe so.

Q Do you have an understanding, or did you





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

You mentioned earlier there were two methods of -- two alternative methods of determining percent complete. One was actual quantities, right?
A Yes.
Q And the other was cost to cost, correct?
A Yes.
Q Do you have a preferred method of those two?
A Yes.
Q Which is?
A The first, actual quantities.
Q Actual quantities. So is it fair to say that you would have attempted, in preparing this opinion, to first determine whether there existed evidence of actual quantities of abatement performed by Landmark?
A I would expect that would have happened, yes.
Q And that if you would have received that information, you would have relied on that information had you found it reliable?
A To the extent there was accurate and





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

reliable information with respect to the percent complete or the number of units that were abated, yes, I would have used that.

Q If a government employee had gone out after termination and made a physical count as to how many units had been abated prior to Landmark's termination, would you view that as a reliable record of work performed in this context by Landmark prior to termination?

A I would expect that if I had that record and that I had access to the government employees, that I would review the record and make certain inquiries with respect to the accuracy of that record, and to the extent I was satisfied about that record, I would have used it.

Q So even if you -- let me go back a little bit, then. Let's assume you had the record, okay, official government correspondence, and you were unable to get ahold of the individual who actually performed the inspection, would you prefer to use your cost-to-cost method over the actual quantities method when you had that documentary evidence but you weren't





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

MR. JACKSON: Please read the question.

(Whereupon, the requested portion was read as follows:)

QUESTION: Well, do you believe that progress payments based on costs are applicable to firm fixed price construction contracts?

THE WITNESS: Progress payments based on percentage of completion where costs are used to determine percentage of completions are applicable to firm fixed price contracts.

BY MR. JACKSON:

Q On what do you base that belief?

A Just my understanding.

Q On what do you base your understanding? What's your understanding?

A My experience. Again, I can't sit here and cite regs for you.

Q Is there a distinction between how a contractor accounts for and budgets these costs and how the government recognizes and pays for them?

A There are two separate and distinct activities.





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

A For example, an engineering judgment. If the technical rep out in the field felt like three floors of the building were completed out of ten, he would -- and all the floors costing equal, he would determine that they're 30 percent done.

If the contractor was billing for 50 percent of it on some cost based method, he would make a cut and knock it down to 30 percent.

Q So it's your testimony that the government is also concerned at that point or cognizant of or aware or takes into consideration costs incurred by the contractor in making that determination?

A No. I believe I just said that the government's rep would make a determination as to what the percent complete is, and if that was different than the contractor's percent complete based on, in the hypothetical, a cost basis, he would adjust it to his or her technical assessment.

Q So the government is going to use work actually performed as the basis of determining percent complete for progress payments?

A Yes.

Q And the contractor may bill on a cost incurred basis for progress payments?

A A contractor often bills on a cost incurred basis to determine the percent complete as of that date.

Q We're about to leave this subject, but I've got one area that I need to understand, because I'm confused just based on what you just said.

If I've got a work item on a schedule of values that costs a hundred dollars, I estimated my costs for that are a hundred dollars, okay?

A Okay.

Q So far so good? And I incur in this reporting period, this invoicing period, $50 worth of costs, looking at the labor cards coming in, but I know that I'm -- when I look at that, my unit cost of work performed is I'm inefficient and I know that I've only actually done, performed, accomplished 30 percent of the work, how is a contractor supposed to, in your mind, bill for that, at the 50 percent level or the 30 percent level?

A Should be at the 30 percent level.





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

Q So it's not solely based on the costs they incurred, but on the work accomplished?

A It should be. In practice, more times than not, it's based on cost. You've got a billing clerk putting together the bills. They do it on a cost basis.

Should that be reviewed by somebody on a technical basis like it's done at the government level, yes. Is it done sometimes, yes. More often than not, no.

Q The government is not so much concerned with cost as it is work accomplished, correct, on a fixed price construction contract?

A Yes.

Q Going to Page 9, please. In your response at the middle of the page, second line, second sentence begins furthermore, this claim is nothing more than a total cost.

Do you see that?

A Yes.

Q And the end of that sentence, you say whereby Lumbermens seeks all of its payments for the



EXHIBIT C
PAGE 28 OF 35

0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

A Given the nature of the inventory records and the document trail between termination or default by Landmark and the start of work by Atherton, no, I couldn't do that.

Q What about for the work performed up until termination, did you do that?

A No.

Q Why not?

A Because based on what appears to be the incomplete nature of the July and August inventory records, I don't believe I could quantify the value of the materials.

Q My question was broader than that, though. My question was the value of materials and services received by Landmark or put into the project by Landmark prior to Landmark's termination, did you do an evaluation of that number?

A We summarized the costs incurred for certain of the material items. For example, we went through and added up the paint invoices. We went through and added up the invoices for the cabinets. So yes, we did attempt to capture and quantify,



EXHIBIT C
PAGE 29 OF 35

0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

summarize the costs of the materials and services.

Q Is that somehow reflected in one of the opinions in your report?

A No.

Q Why is that?

A Because I used the cost information from Landmark's job cost ledger versus the summary of the underlying transactions.

Q So you didn't attempt to quantify the value of goods and services performed by Landmark prior to its termination? And by Landmark, I mean including its subs and suppliers.

A Well, I did attempt to quantify the cost of those activities. So in part --

Q Is that reflected in your opinion someplace?

A Well, yes, it's part of the equation. It goes into the overpayment calculations.

Q I'm not talking about just on an individual basis for a line item. I'm talking about in total.

A No, not in total.

Q Flip to Page 10, please. The bottom of



EXHIBIT C
PAGE 30 OF 35

Q Do you have any evidence one way or the other whether it is the case?

A No. But again, given the limited and incomplete information and documentation, we went to what we felt was the best source of objective data. We didn't have to go in and make a lot of subjective determinations to make these calculations. We went to the cost records.

Q Understood. So in terms of services, your approach assumes Landmark -- equal efficiency between the two contractors, correct?

A Yes.

Q And if there were inefficiencies for Landmark and not for Atherton, it would actually result in a decreased amount of overpayment, right?

A Correct.

Q And insofar as material is concerned, does your cost-to-cost method account for the prices one contractor as opposed to the other paid for material?

A No. In fact, that's why I said the maximum range is what it is, because one would expect that given that Atherton performed the work in periods



EXHIBIT C
PAGE 31 OF 35

later than Landmark, their prices would have increased. That would have distorted or increased, artificially increased their percentage of completion. I couldn't factor that into the equation. That's why I characterized them and presented them as maximums.

Q Did you look at any documentation that would support or refute that assumption with respect to material costs?

A I don't believe I have the documentation in order to make that assessment.

Q Did you look for it?

A I certainly looked for the invoices from Atherton and didn't have them.

Q What about Landmark?

A I did have certain invoices from Landmark, but I couldn't compare them to something I didn't have.

Q Now, insofar as material cost, does not this cost-to-cost method also assume that all the costs incurred for material -- by Landmark for material -- that that material was, in fact, used for the project?





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

A Yes.

Q Do you know if that's true?

A No.

Q Do you have evidence that may lead you to believe it's not true?

A No.

Q Have you looked?

A I don't believe I have the records to make that assessment.

Q Have you looked at the deposition transcript of Mr. Ryan for that purpose?

A I certainly didn't look at the transcript for that purpose. I looked at the transcript.

Q Have you -- did you see an invoice, for example, for flooring from Landmark's files?

A I'd have to check the documents. I don't recall, as I sit here, what invoices I've seen and which ones I haven't.

Q That would be reflected in your notes?

A In my work papers and in a file of the documents.

Q Let's go to the -- Page 15, please. This





0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

to see if that number was correct?

A As I stated three times before, I've assumed the accuracy and the reliability of Landmark's and Atherton's job cost ledgers.

In the course of doing the calculations, I may have checked those assumptions. I don't recall if I did them with respect to this particular line item.

Q I understand. That's not my question, though. My question was would it be your practice, if you had documentation available, to check the validity of your assumptions?

A Yes, if I had the invoices that supported a particular line item, I would review those invoices and check the accuracy of the summary report.

Q So given your routine in this regard, assuming you have invoices and other information relating to cabinets, for example, it is then a fair assumption to make that you did do that?

A I would expect that that happened, yes.

Q And as a result of that review, you would have had to have determined, based on the content of your report, that the information you had for other



EXHIBIT C
PAGE 34 OF 35

0f2ee522-e38b-4e3b-902a-9fc3df0fe9a9

A For purposes of the schedule of values that was used, the procurement of materials was included in the percent complete.

For example, on invoice number 12, the 39 percent that is reflected by Landmark, that includes material costs.

Q And so that as far as the progress payment clause is concerned, that equals work performed?

A Yes, I believe so.

Q So the purchase of material is equal to work performed?

A For billing purposes, yes, I believe so.

Q Is that just based on your interpretation of the contract, in this particular case for this situation?

A That's my understanding.

Q Okay. Now, you did not do, as I recall, an evaluation of whether Landmark's schedule of values complied with the contract requirements in this case; is that correct?

A That's correct.

Q What is the -- what is an internal