IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1255C (Judge Robert H. Hodges) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests that the July 24, 2007 scheduling order be amended to extend the deadlines for the Government's pre-trial filings and responses to plaintiff's pending motion for partial summary judgment and motions in limine until August 31, 2007, and to postpone the trial scheduled to commence on September 5, 2007. This is our first request for an enlargement of time for this purpose. Lumbermens' counsel has indicated that he does not oppose the granting of this motion.

This requested enlargement is due to the fact that Government counsel has a family medical emergency that may necessitate her being out of the office for several weeks. Lumbermens' counsel has indicated that he would like the trial to be rescheduled at the Court's first available opening, contingent, however, that in the event that this matter must be transferred to another attorney, that sufficient time be provided for that attorney to prepare for trial.

For the foregoing reasons, the Government respectfully request that this motion be

granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

August 13, 2007

Attorneys for Defendant