# In the United States Court of Federal Claims

*   *   *   *   *   *   *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: August 15, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

*   *   *   *   *   *   *

**AMENDED SCHEDULING ORDER**

Defendant has filed a motion to amend the pretrial and trial schedule in this case, and plaintiff has indicated it does not oppose. Accordingly, defendant's motion is GRANTED. This order modifies the July 24, 2007 scheduling order as follows:

| | Old Date | New Date |
|---|---|---|
| Defendant's Pretrial Memorandum of Contentions of Fact and Law, Witness List and Exhibit List | August 17 | August 31 |
| Pretrial Conference | August 22 | postponed |
| Trial (Seattle, Washington) | September 5-21 | postponed |

In lieu of the pretrial conference, the court will hold a telephonic status conference with the parties at 1:00 p.m. EDT on August 22. The purpose of the status conference is for the parties to suggest dates during which they would be available for trial. We would expect to reschedule the trial this fall, perhaps early November.

In addition, the Government seeks an unopposed extension to August 31 within which to file its responses to plaintiff's motion for partial summary judgment and plaintiff's motions *in limine*. Defendant's request is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge