# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: August 22, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The Government requested a continuance in this case; we agreed with consent of plaintiff's counsel to reschedule. Trial begins on November 26 in Seattle at 10:00 am local time in a courthouse to be announced. Counsel have cooperated in efforts to stipulate as many facts and exhibits as possible. To this end, counsel agreed during a telephone conference today that the Government will respond to three pending motions on September 7 and provide a witness list to plaintiff on the same day. Defendant will submit its proposed findings of fact no later than October 15, and counsel will continue to cooperate in efforts to provide comprehensive joint stipulations of facts and to stipulate the authenticity of the parties' exhibits. Counsel expect that a joint exhibit list will be available prior to trial. Nearer time for trial, this court will contact the parties to arrange a final pretrial conference to address any remaining issues.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge