IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S WITNESS LIST

John Santiago
1115 W Lexington St., Bldg 103
Oak Harbor, Washington 98275
360-257-6503

Mr. Santiago is expected to testify about his role as the administrative contracting officer during the performance of the contract.

Expected length of testimony: 1-2 hours

Ron Martin
1115 W Lexington St., Bldg 103
Oak Harbor, Washington 98275
360- 257-8774

Mr. Martin is expected to testify about his role as an engineering technician who was responsible for quality assurance during the performance of the contract.

Expected length of testimony: 1-2 hours

Kevin McAteer

GSA Western Service Center
915 2nd Ave, Suite 390
Seattle, WA 98174-1058
206-220-5064

Mr. McAteer is expected to testify about his role as the project engineer responsible for all technical aspects of during design phase and construction phase of the contract.

Expected length of testimony: 1-2 hours

Pat Copus, or other DFAS representative
DFAS San Diego
4181 Ruffin Road
San Diego, CA 92123
858-616-5011

Ms. Copus is expected to testify about the relevant regulations, practices, and policies followed by DFAS in paying contractor invoices during the relevant time period.

Expected length of testimony: 1 hour

Jay Noel
240-752-2210 (Cell)

Mr. Noel is expected to testify about his role as Atherton's project manager.

Expected length of testimony: 1 hour

John T. Egbert
Global Construction Services, Inc.
14121 - 194th Ave., N.E.
Woodinville, WA 98077
425-882-2944

Mr. Egbert is expected to testify about his role as a consultant to Lumbermens.

Expected length of testimony: 1 hour

Brady Farley
Seattle, WA 98106

Mr. Brady is expected to testify about his role as Landmark's project manager.

Expected length of testimony: 1-2 hours

Lisa Roberts
360-914-7810 (Cell)

Ms. Roberts is expected to testify about her role as Landmark's project office manager, and her role as an employee of Atherton Construction.

Expected length of testimony: 1 hour

Travis Gilliland
806-356-0533(H)

Mr. Gilliland is expected to testify about his role as Landmark's project estimator and office manager.

Expected length of testimony: 1 hour

Larry Struthers
253-376-0809 (Cell)

Mr. Struthers is expected to testify about his role as Landmark's superintendent.

Expected length of testimony: 1 hour

Tate Robbins
360-724-6305 (H)

Mr. Robbins is expected to testify about his role as Landmark's quality control person and as Atherton's quality control person.

Expected length of testimony: 1 hour

Richard Paullin
Contract Solutions LLC
2530 Riva Rd., Suite 403
Annapolis, MD 21401
410-212-1095

Mr. Paullin was retained by the Department of Justice to perform an independent review of the documents in this case. Mr. Paullin is expected to testify about his review and analyses and the expert opinions that are contained in his expert reports.

Expected length of testimony: 3-4 hours

Wiley R. Wright, III
Rubino & McGeehin
6905 Rockledge Drive, Suite 700
Bethesda, MD 20817-1818
301-564-3636

Mr. Wright was retained by the Department of Justice to perform an independent review of the documents in this case. Mr. Wright is expected to testify about his review and analyses

and the expert opinions that are contained in his expert reports.

Expected length of testimony: 3-4 hours

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

September 7, 2007

Attorneys for Defendant