IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF WILEY WRIGHT

The United States respectfully requests that leave be granted for the Government to file a sur-reply to plaintiff's reply to our opposition to plaintiff's motion in limine to exclude the expert testimony of Wiley Wright. This is our first for leave for this purpose. Lumbermens' counsel has not yet indicated whether he will oppose the granting of this motion.

On August1, 2007, Lumbermens filed a motion in limine to exclude the testimony of Wiley Wright at the trial of this matter. On September 7, 2007, we filed our opposition to Lumbermens' motion. On September 14, 2007, Lumbermens' timely filed is reply to our opposition. Given the importance of this issue to the Government's defense of this matter, and given that Mr. Wright, the Government's expert witness on damages, has been unable to address the statements made by Lumbermens in its reply due to the press of other business, including trial commitments, leave is sought to file a sur-reply to Lumbermen's motion to exclude Mr. Wright's testimony in this matter.

For the foregoing reasons, the Government respectfully requests that the Court grant the Government leave to file a sur-reply to Lumbermens' reply to our opposition to Lumbermens'

motion to exclude the testimony of Mr. Wright.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

October 1, 2007

Attorneys for Defendant