**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1255 C<br>Honorable Robert H. Hodges, Jr. |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO DEFENDANT'S CROSS-MOTION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT**

Plaintiff Lumbermens Mutual Casualty Company hereby respectfully moves for an enlargement of time from October 5, 2007 to October 12, 2007, to file its response to Defendant's Cross-Motion to Plaintiff's Motion for Partial Summary Judgment. Counsel for defendant has been contacted about this request and does not oppose this motion.

DATED this 4th day of October, 2007.

Respectfully submitted,

LUMBERMENS MUTUAL CASUALTY COMPANY

By _s/Mark G. Jackson
Mark G. Jackson, WSBA #18325

GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, Washington 98101
(206) 464-3939
(206) 464-0125 – fax

Counsel of Record for Plaintiff
Lumbermens Mutual Casualty Company