# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: October 5, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff's unopposed motion for enlargement to October 12 within which to file a response to defendant's cross-motion to plaintiff's motion for partial summary judgment is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge