# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: October 10, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's unopposed motion to file a sur-reply to plaintiff's reply to defendant's opposition to plaintiff's motion in limine to exclude expert testimony is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge