# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: November 6, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We ask the parties to confer and select a date and time during the week of November 12-16 for a pre-trial conference. Please contact us no later than Friday, November 9.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge