IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LUMBERMENS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 04-1255C
(Judge Robert H. Hodges)

DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 1 | | **Landmark's Contract** |
| 1-1 | July 29, 1999 | Contract No. N44255-97-5-5515 WSR/Revitalization, Maylor Capehart Housing Area, NAS Whidbey Island (relevant sections only) |
| 1-2 | April 20, 2000 | Landmark's Payment Bond |
| 1-3 | April 20, 2000 | Landmark's Performance Bond |
| 1-4 | | General Agreement of Indemnity |
| 1-5 | | Landmark's corporate structure |
| 2 | | **Pertinent FAR and Contract Provisions** |
| 3 | | **Landmark's Invoices** |
| | July 6, 2000 | Landmark's Invoice No. 5515-1 |
| | Aug. 17, 2000 | Landmark's Invoice No. 5515-2 |
| | Oct. 19, 2000 | Landmark's Invoice No. 5515-4 |
| | Nov. 20, 2000 | Landmark's Invoice No. 5515-5 |
| | Dec. 20, 2000 | Landmark's Invoice No. 5515-6 |
| | Jan. 20, 2001 | Landmark's Invoice No. 5515-7 |
| | Feb. 20, 2001 | Landmark's Invoice No. 5515-8 |
| | March 1, 2001 | Landmark's Invoice No. 5515-9 |
| | March 21, 2001 | Landmark's Invoice No. 5515-10 |
| | April 20, 2001 | Landmark's Invoice No. 5515-11 |
| | May 21, 2001 | Landmark's Invoice No. 5515-12 |
| | June 20, 2001 | Landmark's Invoice No. 5515-13 |
| 4 | | **Documents Pertaining to the Payment of Invoices** |
| 4-1 | Jan. 25, 2001 | Letter from Navy to Landmark returning invoice number 7 |
| 4-2 | June 26, 2001 | Letter from Navy to Landmark returning invoice number 13 |
| 4-3 | July 12, 2001 | Letter from Navy to Landmark returning invoice number 13 |
| 4-4 | July 19, 2001 | Letter from Navy to Lumbermens re invoice number 13 |
| 4-5 | July 25, 2001 | Letter from Lumbermens to Navy re invoice 13 |
| 4-6 | J uly 25, 2001 | Letter from Lumbermens to Navy re Landmark default |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 4-7 | July 26, 2001 | Letter from Navy to Landmark returning invoice number 13 |
| 4-8 | | Declaration of Patricia Copus Regarding DFAS Payment Procedures |
| 5 | | **Documents Pertaining to Miller Act Claims** |
| 5-1 | Oct. 2000 | Transcript of June 4, 2001 meeting re Landmark's financial issues |
| 5-2 | Oct. 9, 2000 | Landmark memos from Lisa Roberts to Greg Smith and Travis Gilliland, listing accounts that need immediate attention |
| 5-3 | O ct. 25, 2000 | Landmark email re financial issues |
| 5-4 | O ct. 25, 2000 | Landmark email re financial issues |
| 5-5 | Jan. 2, 2001 | Narrative of November 2001 Large Loss Meeting, listing January 2, 2001, as the loss discovery date |
| 5-6 | Jan. 2, 2001 | Letter from Lumbermens re on-site review of project status |
| 5-7 | Jan. 22, 2001 | Navy letter to Landmark re outstanding invoices |
| 5-8 | Jan. 23, 2001 | E-mail from Navy to Landmark conveying his concern of the issue of non-payment to subcontractors and suppliers |
| 5-9 | Feb. 7, 2001 | Letter from Landmark to Navy re outstanding invoices |
| 5-10 | Feb. 9, 2001 | Letter from Landmark to American Direct Procurement re outstanding invoices |
| 5-11 | Feb. 9, 2001 | Letter from Landmark to Precision Countertops re outstanding invoices |
| 5-12 | Feb. 9, 2001 | Letter from Landmark to Lloyd Enterprises re outstanding invoices |
| 5-13 | Feb. 12, 2001 | Navy email re outstanding invoices issue |
| 5-14 | Feb. 13, 2001 | Letter from Landmark to Harbor Building Supply, re outstanding invoices |
| 5-15 | Feb. 14, 2001 | Letter from Lumbermens re on-site review of project status |
| 5-16 | Feb. 20, 2001 | Birch Equipment letter re outstanding invoice |
| 5-17 | Feb. 27, 2001 | Navy letter to Birch Equipment re payment bond furnished by Lumbermens re on-site review of project status |
| 5-18 | March 8, 2001 | Site Visit Report from John Egbert to Lumbermens |
| 5-19 | March 19, 2001 | Miller Act claim filed by Levy & Associates |
| 5-20 | March 22, 2001 | Letter from Lumbermens re possible investigation into claim |
| 5-21 | April 24, 2001 | Lumbermens letter to Navy re Landmark's financial problems |
| 5-22 | May 17, 2001 | Landmark email re payment of vendors |
| 5-23 | June 1, 2001 | Letter from Harbor Building Supply to Landmark, re: Past Due Invoices |
| 5-24 | June 6, 2001 | Lumbermens letter to Bottom Line Advisors |
| 5-25 | June 7, 2001 | Lumbermens letter to Bottom Line Advisors |
| 5-26 | June 7, 2001 | Fax to Landmark from Bottom Line Advisors |
| 5-27 | June 8, 2001 | Fax from Bottom Line Advisors to bank |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 5-28 | June 8, 2001 | Fax to Bottom Line Advisors from bank |
| 6 | | **Documents Pertaining to the Schedule of Prices** |
| 6-1 | May 5, 2000 | Landmark letter to Navy with initial schedule of prices |
| 6-2 | June 28, 2000 | Schedule of Prices |
| 6-3 | Aug. 9, 2000 | Landmark Submittal No. 7A |
| 6-4 | | ROICC Handbook, pp. 63-66 |
| 7 | | **Documents Pertaining to the NAS** |
| 7-1 | Sep. 13, 1999 | Landmark Technical Proposal, Section 4.0 - Schedule |
| 7-2 | Apr. 11, 2000 | Navy letter to Landmark re contract award |
| 7-3 | July 2000 | Preliminary Work Schedule |
| 7-4 | July 27, 2000 | Design Phase Meeting Minutes |
| 7-5 | July 31, 2000 | Landmark Submittal No. 7 |
| 7-6 | Aug. 9, 2000 | Landmark Submittal No. 7A |
| 7-7 | Sep. 25, 2000 | Landmark Submittal No. 7B |
| 7-8 | Nov. 16, 2000 | Navy notes from Landmark Design Meeting |
| 7-9 | Dec. 7, 2000 | Landmark CQC Meeting Minutes |
| 7-10 | Feb. 27, 2001 | Landmark Submittal No. 7C |
| 7-11 | Mar. 14, 2001 | Navy letter to Landmark re 2-week look-ahead schedule |
| 7-12 | Mar. 2006 | Naval Facilities Acquisition Supplement (NFAS), pp. 13 & 65 |
| 8 | | **Documents Pertaining to the FAF Units** |
| 8-1 | Oct. 31, 2000 | Navy letter to Landmark seeking cost proposal for the FAF units |
| 8-2 | Feb. 21, 2001 | Letter from Navy to Landmark re bonding for FAF units |
| 8-3 | Feb. 27, 2001 | Modification regarding the FAF units |
| 8-4 | Mar. 5, 2001 | Navy letter to Landmark re bonding for FAF units |
| 8-5 | Mar. 8, 2001 | Site Visit Report from John Egbert to Lumbermens, with attached schedule of values indicating the modification for the FAF units |
| 8-6 | April 24, 2001 | Email from Lumbermens to Navy re bonding for the FAF units |
| 8-7 | June 6, 2001 | Navy email re bonding for the FAF units |
| 8-8 | Nov. 13, 2001 | Navy letter to Lumbermens re FAF units modification |
| 9 | | **Documents Pertaining to Materials** |
| 9-1 | July 17, 2001 | Navy email re materials |
| 9-2 | July 17, 2001 | Letter from Navy to Landmark re materials stored off site |
| 9-3 | July 19, 2001 | Navy memo re materials |
| 9-4 | July 19, 2001 | Navy memo re site survey |
| 9-5 | July 23, 2001 | Letter from Navy to Lumbermens re securing of off-site materials |
| 9-6 | July 24, 2001 | Navy project engineer's memo to file re discussion with Lumbermens |
| 9-7 | July 24, 2001 | Handwritten Inventory |
| 9-8 | July 25, 2001 | Lumbermens letter to Navy re materials |
| 9-9 | July 26, 2001 | Navy Work Request |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 9-10 | Aug. 1, 2001 | Egbert notes |
| 9-11 | Aug. 22, 2001 | Landmark letter to Lumbermens |
| 9-12 | Aug. 22, 2001 | Lumbermens letter to Landmark |
| 9-13 | Aug. 29, 2001 | Typed Inventory |
| 9-14 | | NAVFAC, Construction Quality Management Program, p.2-24 |
| 10 | | **Documents Pertaining to the Termination for Default** |
| 10-1 | June 21, 2001 | Landmark letter to Navy re furlough |
| 10-2 | June 22, 2001 | Navy letter to Landmark re furlough |
| 10-3 | June 25, 2001 | John Egbert memo re status of project |
| 10-4 | July 4, 2001 | Landmark letter to Navy re attempts to solve financial issues |
| 10-5 | July 6, 2001 | Lumbermens letter to Navy re possible default |
| 10-6 | July 11, 2001 | Cure Notice |
| 10-7 | July 20, 2001 | Letter from Landmark to Navy notifying Navy that Landmark is unable to complete contract performance |
| 10-8 | July 31, 2001 | Contacting Officer's Recommendation to terminate Landmark's contract for default |
| 10-9 | Aug. 2, 2001 | Termination for Default Letter |
| 10-10 | Sept. 2004 | Articles pertaining to the Government's investigation of Bill Clary for fraud |
| 11 | | **Post-Termination Documents** |
| 11-1 | J uly 31, 2001 | Chart showing completed and partially completed units |
| 11-2 | Aug. 13, 2001 | Cost estimate to Finish Started Units |
| 11-3 | Aug. 14, 2001 | Restart Work Status by Unit |
| 11-4 | Aug. 14, 2001 | Schedule and cost calculations to complete remaining unfinished units |
| 11-5 | Aug. 15, 2001 | Notes of Navy, Lumbermens, Atherton meeting |
| 11-6 | Aug. 15, 2001 | Navy email re completion schedule |
| 12 | | **Atherton Construction's Contract** |
| 12-1 | Sep. 5, 2001 | Atherton Proposal |
| 12-2 | Nov. 20, 2001 | Takeover Agreement |
| 12-3 | Nov. 20, 2001 | Completion Contract between Lumbermens and Atherton |
| 12-4 | Nov. 28, 2001 | Fax from Lumbermens to Atherton re Notice to Proceed |
| 12-5 | Nov. 28, 2001 | Fax from Atherton to Lumbermens re Notice to Proceed |
| 12-6 | April 5, 2002 | NAS for Invoice 12 |
| 13 | | **Documents Pertaining to Liquidated Damages** |
| 13-1 | Nov. 8, 2002 | Navy email re conversation with Atherton |
| 13-2 | Mar. 7, 2003 | Letter from Navy to Atherton re assessment of liquidated damages |
| 13-3 | Apr. 10, 2003 | Atherton Invoice 22 |
| 13-4 | Apr. 10, 2003 | Navy letter assessing liquidated damages |
| 13-5 | May 15, 2003 | Atherton Invoice 23 |
| 13-6 | May 22, 2003 | Navy letter assessing liquidated damages |
| 13-7 | June 18, 2003 | Atherton Invoice 24 |

| Exhibit Number | Date | Description of Exhibit |
|---|---|---|
| 13-8 | June 24, 2003 | Navy letter assessing liquidated damages |
| 13-9 | June 26, 2003 | Navy calculation of liquidated damages |
| 14 | | AICPA's Statement of Position (SOP) 81-1 – Accounting for Performance of Construction-Type and Certain Production-Type Contracts |
| | | **Expert Reports** |
| 15 | Aug. 6, 2007 | Amended Expert Report of Wiley Wright |
| 16 | O ct. 31, 2006 | Expert Rebuttal Report of Wiley Wright |
| 17 | Sept. 29, 2006 | Expert Report of Richard Paullin |
| 18 | | Expert Report of Richard Paullin, Appendix Vol. 1 |
| 19 | | Expert Report of Richard Paullin, Appendix Vol. 2 |
| 20 | Oct. 31, 2006 | Expert Rebuttal Report of Richard Paullin |
| 21 | | Summary Chart re under-payments with supporting documents |
| 22 | | Summary Chart Regarding Payments to Vendors |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

November 23, 2007

Attorneys for Defendant