IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATION OF FACTS REGARDING VENDORS

Tacoma Fixture Company - Cabinets

1. Materials for the project were provided by Tacoma Fixture Company, 1815 East D Street, Tacoma, WA 98421.
2. Tacoma Fixture Company supplied cabinets for kitchens, bathrooms and utility rooms. Landmark made a base contract purchase order dated October 25, 2007 for cabinetry for 159 housing units for a total amount of $417,561.04, $453,053.73 after sales tax.
3. The materials supplied by Tacoma Fixture were shipped to Landmark's 1154 Vista Loop, Oak Harbor, WA 98227 project address.
4. Tacoma Fixture Company shipped cabinets for 27 complete housing units to Landmark between November 7, 2000 and June 27, 2001.
5. On November 7, 2000 Tacoma Fixture shipped cabinets for housing units 1305, 1307 and 1308 and invoiced Landmark $10,405.27.
6. On February 16, 2001 Tacoma Fixture shipped cabinets for housing units 1261, 1263 and 1265 and invoiced Landmark $8,132.00.

7. On February 23, 2001 Tacoma Fixture received a payment of $5,202.64 from Landmark.

8. On March 16, 2001 Tacoma Fixture shipped cabinets for housing units 1257, 1259, 1255 and 1253 and invoiced Landmark $10,842.67. Also on March 16, 2001 Tacoma Fixture received a payment of $6,529.01 from Landmark.

9. On March 22, 2001 Tacoma Fixture shipped cabinets for housing units 1248 and 1250 and invoiced Landmark $5,421.33.

10. On April 11, 2001 Tacoma Fixture shipped cabinets for housing units 1254, 1256, 1249, 1244, 1258, 1252 and 1260 and invoiced Landmark $20,086.15.

11. On April 26, 2001 Tacoma Fixture received a payment of $8,522.60 from Landmark.

12. On May 7, 2001 Tacoma Fixture shipped cabinets for housing unit 1246 and invoiced Landmark $2,663.10.

13. On May 17, 2001 Tacoma Fixture received a payment of $596.75 from Landmark.

14. On May 24, 2001 Tacoma Fixture shipped cabinets for housing unit 1251 and invoiced Landmark $3,081.16.

15. On June 11, 2001 Tacoma Fixture shipped cabinets for housing units 1241 and 1243 and invoiced Landmark $5,979.77.

16. On June 18, 2001 Tacoma Fixture shipped cabinets for housing unit 1301 and invoiced Landmark $3,081.16.

17. On June 23, 2001 Tacoma Fixture received a payment of $17,362.56 from Landmark.

18. On June 27, 2001 Tacoma Fixture shipped cabinets for housing units 1300, 1304

and 1306 and invoiced Landmark $9,060.93.

19. In addition to the above base contract billings, Tacoma Fixture invoiced Landmark $5,807.44 for change orders between January 19, 2001 and July 9, 2001.

20. In total Tacoma Fixture Company invoiced Landmark $78,753.54 for base contract work and $5,807.44 for change order work, a total of $84,560.98.

21. In total Tacoma Fixture Company was paid $38,213.56 by Landmark.

22. Tacoma Fixture Company sought payment under the payment bond and was paid $46,347.42 by Lumbermens.

<u>Parker Paint Mfg. Co., Inc. - Paint</u>

23. Materials for the project were provided Parker Paint Mfg. Co., Inc., 3003 South Tacoma Way, Tacoma, WA 98409.

24. Parker Paint supplied paint and painting supplies for the project.

25. Most of the materials supplied by Parker Paint were shipped to Landmark's 1154 Vista Loop, Oak Harbor, WA 98227 project address.

26. On September 18, 2000 Landmark purchased painting supplies and two five gallon buckets of paint from Parker Paint and was invoiced $378.27.

27. On September 21, 2000 Landmark purchased painting supplies and 40 five gallon buckets of paint from Parker Paint and was invoiced $5,304.35.

28. On September 27, 2000 Parker Paint entered a credit of $162.60 to Landmark's account for painting supplies.

29. On October 13, 2000 Landmark purchased painting supplies and 130 five gallon buckets of paint from Parker Paint and was invoiced $9,045.21. Also on October 13, 2000 Parker Paint entered a credit of $64.99 to Landmark's account for

painting supplies.

30. On November 14, 2000 Landmark purchased painting supplies and 80 five gallon buckets of paint from Parker Paint and was invoiced $5,069.31.

31. On January 5, 2001 Landmark purchased painting supplies from Parker Paint and was invoiced $254.99.

32. On February 5, 2001 Parker Paint received payment of $4,000.00 from Landmark by check #9439 dated February 1, 2001.

33. On February 20, 2001 Landmark purchased 48 five gallon buckets of paint from Parker Paint and was invoiced $2,937.84.

34. On February 21, 2001 Landmark purchased painting supplies from Parker Paint and was invoiced $81.36.

35. In total Parker Paint provided 1,500 gallons of paint and painting supplies to Landmark.

36. In total Parker Paint invoiced Landmark $22,843.74 for paint and painting supplies.

37. In total Parker Paint was paid $4,000 by Landmark.

38. Parker Paint sought payment under the payment bond and was paid $18,843.74 (Principal), $3,391.87 (Interest) and $2,104.41 (Fees and Costs) by Lumbermens.

Precision Countertops - Tub Surrounds, Countertops

39. Materials for the project were provided by Precision Countertops, Inc., 8490 S.W. Warm Springs, Tualatin, OR 97062.

40. Precision Countertops supplied tub surrounds and countertops for the project.

41. The materials supplied by Precision Countertops were shipped to Landmark’s 1154 Vista Loop, Oak Harbor, WA 98227 project address.

42. Precision Countertops invoiced Landmark for $150,041.15.

43. Precision Countertops was paid $149,996.15 (Principal) and $6,800 (Interest) by Lumbermens.

Frontier Industries – Countertops, Paint

44. Materials for the project were provided by Frontier Industries, 33860 SR-20, Oak Harbor, WA 98277.

45. Frontier supplied countertops, paint and other supplies for the project.

46. The materials supplied by Frontier were purchased directly from Frontier Industries' Oak Harbor location.

47. Frontier invoiced Landmark for $39,826.84.

48. Frontier was paid $22,967.60 by Landmark.

49. Frontier was paid $15,904.96 (Principal) and $1,405.59 (Interest) by Lumbermens.

Holm Flooring - Flooring

50. Services for the project were provided by Holm Flooring, 2301 Rainier Avenue, Everett, WA 98201.

51. Holm Flooring supplied flooring installation services for the project.

52. The services supplied by Holm Flooring were provided at the project site.

53. Holm Flooring invoiced Landmark $10,665.68 for flooring installation services between May 2001 and July 2001. Holm Flooring received no payment from Landmark.

54. Holm Flooring was paid $10,665.68 by Lumbermens.

Resource Management Group, Inc. - Flooring

55. Materials for the project were provided by Resource Management Group, Inc.,

P.O. Box 78041, Seattle, WA 98178.

56. Resource Management supplied carpeting and other flooring materials for the project.

57. The carpeting supplied by Resource Management was shipped to Landmark at 4620 95th Street SW, Lakewood, WA 96499. The carpet shipped to Lakewood, WA, was later moved to the project site. Additional flooring materials were shipped to Landmark at the Lakewood WA address and at Landmark's 1154 Vista Loop, Oak Harbor, WA 98227 project address.

58. Resource Management invoiced Landmark for $350,836.43 and was paid by Landmark.

DK Flooring - Flooring

59. Services for the project were provided by DK Flooring, P.O. Box 2535, Oak Harbor, WA 98277.

60. DK Flooring provided flooring installation and repair services for the project.

61. The services supplied by DK Flooring were provided at the site.

62. DK Flooring invoiced Landmark for $1,253.18.

63. DK Flooring received no payments from Landmark.

64. DK Flooring was paid $1,253.18 by Lumbermens.

Harbor Building Supply - Siding, Doors and Windows

65. Materials for the project were provided by Harbor Building Supply, 5114 Point Fosdick Dr., NW #E120, Gig Harbor, WA 98335.

66. Harbor Building Supply supplied windows, blinds, doors, door hardware, siding, and other miscellaneous materials for the project.

67. The materials supplied by Harbor Building Supply were shipped to Landmark's 1154 Vista Loop, Oak Harbor, WA 98227 project address.

68. Harbor Building Supply created invoices for shipments of materials to Landmark. These invoices were created at the approximate time or shortly after the materials were shipped from the manufacturers.

69. Harbor Building Supply was instructed by Landmark not to submit those invoices for payment.

70. The Harbor Building Supply shipment invoices and a final statement of the Landmark account demonstrate that:

a. Harbor Building Supply shipped approximately $121,937 of windows, blinds, doors, and door hardware to Landmark in approximately October 2000.

b. Harbor Building Supply shipped approximately $1,855 of windows, blinds, doors, and door hardware to Landmark in approximately November 2000.

c. Harbor Building Supply shipped approximately $120,257 of windows, blinds, doors, and door hardware to Landmark in approximately December 2000.

d. Harbor Building Supply shipped approximately $18,123 of windows, blinds, doors, and door hardware to Landmark in approximately January 2001.

e. Harbor Building Supply shipped approximately $2,696 of windows, blinds, doors, and door hardware to Landmark in approximately February

2001.

f. Harbor Building Supply shipped approximately $14,430 of windows, blinds, doors, and door hardware to Landmark in approximately March 2001.

g. Harbor Building Supply shipped approximately $9,372 of windows, blinds, doors, and door hardware to Landmark in approximately April 2001.

h. Harbor Building Supply shipped approximately $2,680 of windows, blinds, doors, and door hardware to Landmark in approximately May 2001.

i. Harbor Building Supply shipped approximately $19,566 of windows, blinds, doors, and door hardware to Landmark in approximately June 2001.

j. In total Harbor Building Supply shipped approximately $310,916 of windows, blinds, doors, and door hardware to Landmark between October 2000 and June 2001

71. The Harbor Building Supply shipment invoices and a final statement of the Landmark account demonstrate that:

a. Harbor Building Supply shipped approximately $33,345 of siding to Landmark in approximately October 2000.

b. Harbor Building Supply shipped approximately $297 of siding to Landmark in approximately November 2000.

c. Harbor Building Supply shipped approximately $1,740 of siding to Landmark in approximately March 2001.

d. Harbor Building Supply shipped approximately $4,269 of siding to Landmark in approximately May 2001.

e. Harbor Building Supply shipped approximately $19,025 of siding to Landmark in approximately July 2001.

f. In total Harbor Building Supply shipped approximately $58,676 of siding to Landmark between October 2000 and July 2001. These shipments contained corner and trim pieces as well as at least 400 squares of siding, which at 100 square feet per square is at least 40,000 square feet of siding. This was the amount of siding requested by Landmark, as of July 2001, for renovations to the base contract's 160 housing units.

72. The Harbor Building Supply shipment invoices and a final statement of the Landmark account demonstrate that Harbor Building Supply shipped approximately $378,189 of windows, blinds, doors, door hardware, siding, shelving and all other materials to Landmark between October 2000 and July 2001.

73. The Harbor Building Supply shipment invoices and a final statement of the Landmark account demonstrate that Harbor Building Supply was paid approximately $386,548 by Landmark for all materials.

74. Harbor Building Supply claimed $140,000 in non-payments from Landmark but was not paid under Lumbermens payment bond.

C&C Construction Corporation - Asbestos Abatement

75. Services for the project were provided by C&C Construction Corporation, 1845 N. Bristol Street, Tacoma, WA 98402.

76. C&C Construction provided demolition services and the removal of hazardous waste (asbestos) from the housing units. C&C Construction subcontracted the asbestos abatement work to Thermatech Northwest Inc.

77. The services supplied by C&C Construction were provided at the site.

78. C&C Construction invoiced Landmark for $242,529.21.

79. C&C Construction was paid $242,529.21 by Landmark.

Thermatech Northwest Inc. - Asbestos Abatement

80. Services for the project were provided by Thermatech Northwest Inc., 1711 6th Street, Puyallup, WA 98371.

81. Thermatech provided hazardous waste removal (asbestos) from the housing units.

82. The services supplied by Thermatech were provided at the site.

83. As a subcontractor to Landmark, Thermatech submitted invoices to Landmark for $93,622.75.

84. No payments to Thermatech were made by Landmark.

85. Thermatech claimed $93,622.75 from Lumbermens but was not paid under Lumbermens payment bond.

Miscellaneous Vendors

86. In addition to the vendors listed above, the following vendors provided materials and services to Landmark and were paid the amounts listed by Lumbermens:

Platt Electric Supply, $120,572.86 (Principal) and $2,732.92 (Interest)
Familian Northwest, $21,326.76
Robins Enterprises, $1,895.12
Ace Hardware (A.K.A. Petersen Hardware or Oak Harbor Hardware), $4,437.98
Floors Plus, Inc., $5,447.21
WEMCO, $10,300.00
Thrifty Supply Co., $36,510.78 (Principal), $3,847.18 (Interest) and $3,491.15 (Fees and Costs)
Crawford Garage Door, $4,950.00
American Direct Procurement, $21,958.66
Service Master of the Island, $3,120.00
GTS Drywall, $4,389.92
Consolidated Electric, $20,236.77 (Principal) and $3,694.97 (Additional Settlement)

T&T Recovery, $9,013.14
Northwest Refinisher, $97.47
Wildwood Farms, $1,423.86
Lumbermen's of Washington, $1,916.77
M&E Enterprises, $5,925.00
Tape Ease, $552.57
Wallgrens Tire, $1,162.94
Diamond Rental, $1,682.91
Materials Testing & Consulting, $1,685.25
All Island Lock & Key, $636.48
Miles Sand and Gravel, $3,626.96
DeWildes Wholesale Nurseries, $931.00
E-Z Go Port-a-Potties, $230.28
Conrad-Mayflower, $2,000.00

Lumbermens Payment Bond Outlay

87. In total Lumbermens paid $529,041.82 (Principal) and $27,468.09 (Interest, Fees, and Settlement) to Landmark subcontractors and suppliers under the payment bond.

88. Lumbermens paid Atherton Construction, Inc, $4,160,034.76 under the performance bond to complete the project.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Mark G. Jackson
MARK G. JACKSON, ESQ.
Garvey Schubert Barer
1191 Second Avenue, #1800
Seattle, WA 98101-2939
206-464-3939

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, NW

206-464-0125 (Fax)

Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

November 30, 2007

Attorneys for Defendant