# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LUMBERMENS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 04-1255C

Honorable Robert H. Hodges, Jr.

## PLAINTIFF'S EXHIBIT LIST

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 1. | Lumbermens 03071-3072, 3051-3057 | 11-Apr-00 | Navy's acceptance of bid and notice to Landmark Construction of awarded contract N44255-97-C-5515 for the total amount $9,878,026 with schedule, continuation sheets |
| 2. | Lumbermens 07803-7808 | 29-Jul-99 | Contract, Program Requirements, III-A-1 to III-A-5 |
| 3. | Lumbermens 07809-7810 | 29-Jul-99 | Contract, Administrative Requirements, III-B-1, 2 |
| 4. | Lumbermens 07811-07896 | 29-Jul-99 | Contract, Specifications (III-C) |
| 5. | Lumbermens 07897-07930 | 29-Jul-99 | Contract, Design Submittal Requirements, III-D-1 to III-D-17 |
| 6. | Lumbermens 07932-07934 | 29-Jul-99 | Contract, Summary of Work, § 01110 |
| 7. | Lumbermens 07935-07936 | 29-Jul-99 | Contract, Work Restrictions, § 01140 |
| 8. | Lumbermens 07937-07939 | 29-Jul-99 | Contract, Price and Payment Procedures, § 01200 |
| 9. | Lumbermens 07940-07945 | 29-Jul-99 | Contract, Network Analysis Schedules, § 01321 |
| 10. | Lumbermens 07946-7959 | 29-Jul-99 | Contract, Construction Submittal Procedures, § 01330 |
| 11. | Lumbermens 07960-7961 | 29-Jul-99 | Contract, Quality Control, § 01450 |
| 12. | LMB 007272-7277 | 11-Apr-00 | Contract Clauses by Reference, Section 00720 (11, pg. Document 00720, Page 1) |
| 13. | | | FAR 52.232-5 |
| 14. | | | FAR 52.236-15 |
| 15. | | | FAR 52.245-1and FAR 52.245-2 |
| 16. | | | FAR 32.100 to 32.103 |
| 17. | Lumbermens 04345-4346 | 8-Aug-00 | Amendment A0001 |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 18. | | 11-Oct-00 | Amendment A0004 |
| 19. | Lumbermens 04257-4258 | 20-Dec-00 | Amendment A0008 |
| 20. | Lumbermens 01979-1982 | 27-Feb-01 | Amendment A00010 |
| 21. | | 1-Mar-01 | Amendment A00011 |
| 22. | LMB 007509-7510 | 3-Dec-01 | Amendment A00013 |
| 23. | Lumbermens 3087-3090 | 20-Apr-00 | Payment Bond in the penal sum of $2,500,000.00 and Performance Bond in the penal sum of $9,878,026.00 |
| 24. | Lumbermens 03263-3265 | 26-Jun-00 | Fax from B. Farley to K. McAteer containing the Landmark Construction schedule of prices of 5/5/00 per the request of McAteer |
| 25. | | 21-Jun-00 | Landmark Submittal Register |
| 26. | Lumbermens 03602 | 1-May-00 | Letter from Navy to Landmark notifying the approval of the performance and payment bonds |
| 27. | Lumbermens 03600-3620 | 6-Jul-00 | Landmark Invoice 5515-1 |
| 28. | Lumbermens 03599 | 11-Jul-00 | Navy acceptance of Landmark Invoice 5515-1 and prompt payment certification |
| 29. | Lumbermens 03092-3103 | 8-Aug-00 | Preconstruction Conference report, attended by government, Landmark, and other parties to the project, with list of attendees |
| 30. | Lumbermens 15591-15616 | 9-Aug-00 | Network Analysis Schedule, with costs for tasks totaling $9,878,026.00 |
| 31. | Lumbermens 15565-15590 | 9-Aug-00 | Network Analysis Schedule, project tasks with start and finish dates |
| 32. | Lumbermens 15547-15548 | 9-Aug-00 | "Approval as Noted" by K. McAteer dated 9/11/2000 of submittal 7A dated 8/9/2000, Completed Network Analysis |
| 33. | Lumbermens 03577, 03579-3597 | 17-Aug-00 | Landmark Invoice 5515-2 |
| 34. | Lumbermens 03578 | 17-Aug-00 | Navy acceptance of Landmark Invoice 5515-2 and prompt payment certification |
| 35. | Lumbermens 03571, 03573-3575 | 18-Sep-00 | Landmark Invoice 5515-3 |
| 36. | Lumbermens 03572 | 19-Sep-00 | Navy acceptance of Landmark Invoice 5515-3 and prompt payment certification |
| 37. | Lumbermens 03570-3570 | 19-Oct-00 | Landmark Invoice 5515-4 |
| 38. | Lumbermens 03569 | 23-Oct-00 | Navy acceptance of Landmark Invoice 5515-4 and prompt payment certification |
| 39. | Lumbermens 03544-3567 | 20-Nov-00 | Landmark Invoice 5515-5 |
| 40. | Lumbermens 03543 | 22-Nov-00 | Navy acceptance of Landmark Invoice 5515-5 and prompt payment certification |
| 41. | Lumbermens 03540-3541 | 20-Dec-00 | Landmark Invoice 5515-6 |
| 42. | Lumbermens 03539 | 21-Dec-00 | Navy acceptance of Landmark Invoice 5515-6 and prompt payment certification |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 43. | Lumbermens 03517-3536 | 20-Jan-01 | Landmark Invoice 5515-7 |
| 44. | Lumbermens 02253-2254 | 22-Jan-01 | Navy Letter to Landmark re contact from unpaid suppliers and request for accounting |
| 45. | PGE-LMB 002578 | 23-Jan-01 | Email from J. Santiago to G. Smith of Landmark re nonpayment of suppliers |
| 46. | Lumbermens 03516 | 25-Jan-01 | Letter from Navy to Landmark notifying the return of invoice number 7 dated 01/22/01 |
| 47. | Lumbermens 16534-16549 | 7-Feb-01 | Letter form Landmark to Navy re nonpayment of suppliers, billing summary, and invoice and payment history |
| 48. | Gov't Doc | 20-Feb-01 | Landmark Invoice 5515-8 |
| 49. | Lumbermens 03484 | 21-Feb-01 | Navy acceptance of Landmark Invoice 5515-8 and prompt payment certification |
| 50. | Lumbermens 03463-3481 | 1-Mar-01 | Landmark Invoice 5515-9 |
| 51. | Lumbermens 03441-3461 | 21-Mar-01 | Landmark Invoice 5515-10 |
| 52. | Lumbermens 03440 | 22-Mar-01 | Navy acceptance of Landmark Invoice 5515-10 and prompt payment certification |
| 53. | Lumbermens 03433-3435 & 03292-3309 | 20-Apr-01 | Landmark Invoice 5515-11 |
| 54. | Lumbermens 03432 | 24-Apr-01 | Navy acceptance of Landmark Invoice 5515-11 and prompt payment certification |
| 55. | LMB 007104-7120 | 21-May-01 | Landmark Invoice 5515-12 |
| 56. | LMB 007189-7208 | 20-Jun-01 | Landmark Invoice 5515-13 |
| 57. | Lumbermens 16674 | 26-Jun-01 | Letter from Navy to Landmark returning invoice # 13 of 6/20/06 |
| 58. | Lumbermens 16648-16655, 16627 | 17-Aug-00 | Coordination and Mutual Understanding Meeting minutes and participants, sent to K. McAteer on 8/21/2000 |
| 59. | Lumbermens 15875-15877, 15873, 15882-15883 | 24-Aug-00 | Design Phase meeting minutes, handwritten notes and Design Review Meeting minutes and Agenda Topics |
| 60. | Lumbermens 15872, 15874 | 31-Aug-00 | Design phase meeting agenda, list of attendees |
| 61. | Lumbermens 15862-15863 | 1-Sep-00 | Design phase meeting minutes with handwritten notes. |
| 62. | Lumbermens 15861, 15864-15869 | 7-Sep-00 | Design phase meeting agenda and list of attendees. With 5 photographs of electrical work. |
| 63. | Lumbermens 15852 | 14-Sep-00 | Design phase meeting minutes |
| 64. | Lumbermens 15620-15704 | 25-Sep-00 | Submittal 7B, Completed Network Analysis dated 9/21/2000 and email dated 1/2/2001 to T. Robbins re review of the project schedule submittal |
| 65. | Lumbermens 15851, 15853-15860 | 28-Sep-00 | Design phase meeting agenda and Requests for Information # 24, 39-44 |
| 66. | Lumbermens 15859 | 28-Sep-00 | RFI # 43, Electrical Issue |
| 67. | Lumbermens 15838-15839 | 28-Sep-00 | Design phase meeting minutes |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 68. | Lumbermens 15837, 15840-15848 | 5-Oct-00 | Design phase meeting agenda and Requests for Information # 45-53 |
| 69. | Lumbermens 15835 | 5-Oct-00 | Design phase meeting minutes with handwritten notes |
| 70. | Lumbermens 15834 | 12-Oct-00 | Design phase meeting agenda with handwritten notes |
| 71. | Lumbermens 15831 | 12-Oct-00 | Design phase meeting minutes |
| 72. | Lumbermens 15830, 15832-15833 | 19-Oct-00 | Design phase meeting agenda and Requests for Information # 57-58 |
| 73. | Lumbermens 15825-15829 | 19-Oct-00 | Design phase meeting minutes with handwritten notes, Requests for Information # 59-60, and list of attendees |
| 74. | Lumbermens 15819-15822 | 26-Oct-00 | Design phase meeting minutes |
| 75. | Lumbermens 02004 | 31-Oct-00 | Letter from Navy to Landmark re proposed contract change adding 21 additional units to the contract. |
| 76. | Lumbermens 15818-15818A, 15823 | 2-Nov-00 | Design phase agenda and handwritten notes |
| 77. | Lumbermens 15816 | 2-Nov-00 | Design phase meeting minutes with handwritten notes |
| 78. | Lumbermens 15815, 15817 | 16-Nov-00 | Design phase meeting agenda and handwritten notes |
| 79. | Lumbermens 15811-15812 | 16-Nov-00 | Production meeting minutes with handwritten notes |
| 80. | Lumbermens 15802-15806 | 7-Dec-00 | CQC meeting minutes and handwritten notes |
| 81. | Lumbermens 15794-15801 | 14-Dec-00 | CQC meeting minutes with handwritten notes of 12/21/00 and schedule matrices |
| 82. | Lumbermens 15788-15793 | 21-Dec-00 | CQC meeting minutes with handwritten notes |
| 83. | Lumbermens 15773-15776 | 4-Jan-01 | CQC meeting minutes with handwritten notes |
| 84. | Lumbermens 15768-15772 | 11-Jan-01 | CQC meeting minutes with handwritten notes |
| 85. | Lumbermens 15754-15767 | 18-Jan-01 | CQC meeting minutes with handwritten notes, Requests for Information 68-72 and schedule matrices |
| 86. | Lumbermens 15737-15753 | 25-Jan-01 | CQC meeting minutes with handwritten notes, Requests for Information 73-79 and schedule matrices |
| 87. | Lumbermens 15730-15736 | 1-Feb-01 | CQC meeting minutes with handwritten notes and lists of task completion dates |
| 88. | Lumbermens 15724-15727 | 8-Feb-01 | CQC meeting minutes with handwritten notes |
| 89. | PGE-LMB 002608-2611 | 12-Feb-01 | Emails among Navy staff re application of FAR rules and Landmark's nonpayment of subcontractors |
| 90. | Lumbermens 15728-15729 | 13-Feb-01 | Summary of Work Completed and Needs to be Completed in Work Area 1 |
| 91. | | | |
| 92. | | | |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 93. | Lumbermens 15718-15721 | 15-Feb-01 | CQC meeting minutes |
| 94. | none<br>Pl Ex 86 | 21-Feb-01 | Letter from Navy to Landmark re Consent of Surety required to complete contract modification A00010 (adding additional units) |
| 95. | Lumbermens 15469-15543 | 27-Feb-01 | Submittal 7C, Completed Network Analysis dated 2/272001 |
| 96. | Lumbermens 16617 | 27-Feb-01 | Letter from Navy to Birch Equipment Rental and Sales re nonpayment by landmark and Miller Act |
| 97. | Lumbermens 16626 | 6-Mar-01 | Letters from Navy to OSO Lumber re nonpayment by Landmark and Miller Act |
| 98. | Lumbermens 16623 | 12-Mar-01 | Letter from Navy to Landmark re OSO Lumber claim. |
| 99. | LMB 004906 | 14-Mar-01 | Letter from Navy to Landmark re discrepancies between 3/8/01 two week look-ahead schedule and actual completions |
| 100. | Lumbermens 16607-16610 | 19-Mar-01 | Letter From Levy and Associates Attorneys to Landmark, Navy, and Lumbermens, and Notice of Miller Act bond claim from Platt Electric Supply |
| 101. | Lumbermens 03376-3380 | 21-Mar-01 | Submittal Register of Contract Documents |
| 102. | Lumbermens 15707-15711 | 21-Mar-01 | Building Inspection Log Table |
| 103. | | 24-Apr-01 | Email from R. Barrick (Allied Surety) to J. Santiago, re: Landmark Construction Corp. Maylor Capehart Housing $1,884,176.00 |
| 104. | PGE-LMB 004611 | 24-Apr-01 | Email from J. Santiago to K. McAteer re Allied Surety's request to delay consent of surety to contract modification for 30 days |
| 105. | | 6-Jun-01 | Email from K. McAteer to J. Santiago, re: Maylor Capehart |
| 106. | PGE-LMB 001644-1646 | 13-Jun-01 | Letter from Navy to Landmark re 'Marginal' performance evaluation, attached performance evaluation |
| 107. | PGE-LMB 001794 | 22-Jun-01 | Letter from Navy to Landmark re delay and furloughed field staff |
| 108. | Beatty 18, LMB 010185 | 22-Jun-01 | Miller Act Notice to Contractor from Coastal Mechanical & Electrical |
| 109. | | 6-Jul-01 | Letter from S. Beatty to Navy requesting information from Navy in order to complete its investigation and assessment of the projects |
| 110. | Lumbermens 02244-2245 | 11-Jul-01 | Letter from Navy to Landmark cure notice warning of likely contract termination for lack of progress |
| 111. | LMB 007188 | 12-Jul-01 | Letter from Navy to Landmark notifying the return of invoice number 13 dated 06/20/01 for the amount of $278,647.32 for lacking a progress schedule and signed quality control invoice |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 112. | | 16-Jul-01 | Letter from S. Beatty to Navy demanding no further payment to Landmark and discussing the number of payment claims being asserted against the payment bond from subcontractors totaling an excess of $480,000.00 |
| 113. | Lumbermens 02236-2238 | 17-Jul-01 | Emails between M. Boyd, K. McAteer and J. Santiago re stored material, 7/16/01 surety request for no payment, and J. Santiago's responsibility to account for and protect that material |
| 114. | PGE-LMB 005130 | 17-Jul-01 | Letter from Navy to Landmark confirming telephone conference of 7/17/2001 and notice not to remove off-site stored material which is government property |
| 115. | PGE-LMB 005131 | 19-Jul-01 | Navy letter to Kemper re guidance on payment of Invoice 5515-13 |
| 116. | | 20-Jul-01 | Letter from Landmark to Navy notifying Navy that Landmark is unable to perform or complete the performance of the work within its contractual obligations |
| 117. | PGE-LMB 001567-1569 | 23-Jul-01 | Letter from Navy to Kemper Insurance re Landmark default notice and securing on and off-site material; attached 7/19/01 site survey and inventory of on-site material |
| 118. | | 24-Jul-01 | Memorandum from K. McAteer to file documenting the record of phone conversation with S. Beatty |
| 119. | Lumbermens 02104 | 25-Jul-01 | Kemper letter to Navy refusing payment of Invoice 5515-13 to Landmark |
| 120. | | 25-Jul-01 | Work Request # R0001-276 from ROICC Whidbey to PW Maintenance |
| 121. | Lumbermens 02094-2098 | 31-Jul-01 | Navy Recommendation to Terminate Contract for Default |
| 122. | PGE-LMB 001342-1358 | 31-Jul-01 | Attachment 76 to Recommendation to Terminate Contract - Inventory data |
| 123. | LMB 006866-6868 | 1-Aug-01 | Handwritten notes noting that Atherton called S. Beatty to bid Whidbey and that S. Hicks will send letter to Landmark to keep hands off tools and equipment |
| 124. | | | |
| 125. | | | |
| 126. | | | |
| 127. | | | |
| 128. | Lumbermens 16621-16622 | 12-Aug-01 | Project situation report |
| 129. | Lumbermens 02060-2061 | 13-Aug-01 | Handwritten schedule to complete project and completion cost accounting |
| 130. | Lumbermens 02062-2066 | 13-Aug-01 | Schedule estimating completion costs and estimate summary |
| 131. | LMB 007177-7187 | 14-Aug-01 | Unit completion report, with handwritten notes |
| 132. | Lumbermens 02092 | 15-Aug-01 | Email from K. McAteer re estimate of cost to complete project and schedule |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 133. | PGE-LMB 001589-1590 | 20-Aug-01 | Amended project situation report |
| 134. | Lumbermens 02084-2088 | 28-Aug-01 | Additional unit completion report |
| 135. | PGE-LMB 001176-1191 | 29-Aug-01 | Additional project inventory, with cover email |
| 136. | Atherton Production LMB007156-7162 | 5-Sep-01 | Ltr to Stephen Beatty from M. Muretta of Atherton Construction re Proposal for Project Completion |
| 137. | Atherton Production | 10-Sep-01 | Ltr to Stephen Beatty from M. Muretta re Cost Justification / Over Payment to Landmark with supporting documents – two versions |
| 138. | LMB 010938-40 | 3-Oct-01 | Emails between K. McAteer and S. Beatty re: Landmark subcontractor Coastal and tub surrounds |
| 139. | Lumbermens 02091 | 18-Oct-01 | Total Accrued Cost schedule with handwritten notes |
| 140. | Lumbermens 02089-2090 | 22-Oct-01 | Email from K. McAteer to J. Santiago re likely completion schedule with handwritten notes |
| 141. | LMB 001029-36 | 13-Nov-01 | Letter from Navy to S. Beatty notifying Beatty that the work for Modification A00010 is the same for PC-20 |
| 142. | LMB 007511-7514 | 20-Nov-01 | Takeover agreement between Navy and Atherton |
| 143. | PGE-LMB 000672-682 | 20-Nov-01 | Completion contract between Lumbermens and Atherton |
| 144. | LMB 007151-53 | 28-Nov-01 | Fax from Atherton to S. Beatty informing Beatty that Atherton accepts and acknowledges the NTP effective November 28, 2001; also includes performance periods for the projects listed |
| 145. | LMB 007147-48 | 18-Jan-02 | Fax from Atherton to S. Beatty attaching schedules and liquidated damages |
| 146. | Atherton Production | 12-Feb-02 | Handwritten Documentation by William Tate Robbins re electrical wiring code requirements |
| 147. | Atherton Production | 15-Feb-02 | Handwritten Documentation by William Tate Robbins re electrical discussions with ROICC |
| 148. | Atherton Production | 20-Feb-02 | Handwritten Documentation by William Tate Robbins re discussion on site |
| 149. | Atherton Production | 20-Feb-02 | Handwritten Documentation by William Tate Robbins re meeting at 0900 to discuss electrical issue |
| 150. | Atherton Production | 20-Feb-02 | Handwritten Documentation by William Tate Robbins re afternoon meeting |
| 151. | LMB 007394-7396 | 21-Feb-02 | CQC Meeting Minutes |
| 152. | | | |
| 153. | Gov't Disks Produced | 28-Feb-02 | Letter to Atherton Construction from K. McAteer re "Your submitted progress schedule is disapproved for the following reasons…" |
| 154. | LMB 007383-7390 | 1-Mar-02 | Letter to ROICC from M. Muretta re Existing Electrical Systems, together with electrical inspection reports and handwritten notes of 2/19/02 and 2/20/02 meetings re electrical problems |
| 155. | LMB 007393 | 4-Mar-02 | Letter from Navy to Atherton re Navy's belief that no life safety conditions exist |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 156. | LMB 007391-7392 | 8-Mar-02 | Ltr to ROICC from M. Muretta, President Atherton Construction, re Existing Electrical Systems/Unsafe Life Safety Conditions |
| 157. | Gov't Disks Produced | 8-Mar-02 | Memo to K. McAteer from S. Madsen re Baseline Schedule Review Comments… |
| 158. | Atherton Production | 8-Mar-02 | Ltr to ROICC from M. Muretta President Atherton Construction, re Progress Schedule |
| 159. | Atherton Production | 13-Mar-02 | Ltr to Atherton Construction from J. Santiago re proposed change for electrical repair |
| 160. | LMB 007398-7399 | 19-Mar-02 | Electrical Repair Cost Proposal |
| 161. | Gov't Disks Produced | 22-Mar-02 | Memo to K. McAteer from S. Madsen re Second Baseline Schedule Review Comments… |
| 162. | Gov't Disks Produced | 25-Mar-02 | Letter to Atherton Construction from J. Santiago re "Your submitted progress schedule dated March 14, 2002 by email is disapproved for the following reasons…" |
| 163. | PGE-LMB 003532-3533 | 28-Mar-02 | CQC Meeting Minutes |
| 164. | PGE-LMB 004617 | 29-Mar-02 | Email from J. Santiago re negotiated cost to complete electrical repairs and project schedule |
| 165. | Lumbermens 04325 | 29-Mar-02 | K. Mcateer technical analysis of Atherton's proposal to complete electrical system repairs |
| 166. | Lumbermens 04319-4320 | 30-Mar-02 | Pre-Negotiation Memorandum re electrical system repairs |
| 167. | Gov't Disks Produced | 2-Apr-02 | Letter to Atherton Construction from J. Santiago re "Your cost loaded Progress Schedule dated April 1, 2002 is approved as to…" |
| 168. | LMB 007397 | 11-Apr-02 | Letter from Navy to Atherton re request for additional contract time |
| 169. | LMB 007400-7405 | 19-Apr-02 | Atherton Substantiated Time Extension Request re electrical repairs with attachments, including revised project schedule |
| 170. | Atherton Production | 6-May-02 | Ltr to John Santiago/DON from J. Noel, Project Mgr Atherton Construction, re FAF Abatement/Demo |
| 171. | NAS 000495-496 | 5-Jun-02 | Post Negotiation Memorandum recommending contract modification to perform electrical system repairs |
| 172. | Gov't Disks Produced | 10-Jun-02 | Letter to Atherton Construction from J. Santiago re extended job completion dates |
| 173. | Gov't Disks Produced | 15-Jul-02 | Letter to Atherton Construction from K. McAteer re "Your Network Analysis Schedule submitted with Invoice 17 is not acceptable due to the following discrepancies…" |
| 174. | PGE-LMB 004636 | 16-Oct-02 | Notes of meeting with Atherton, noting request for additional contract days |
| 175. | LMB 007407-7412 | 5-Nov-02 | Letter from Navy to Atherton denying request for additional time, with rejected project schedule |
| 176. | Gov't Disks Produced | 21-Nov-02 | Minutes of Meeting with ACI on time extenstions and inssues with the Maylor Capehart Housing Renovation Project |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 177. | Gov't Disks Produced | 21-Nov-02 | Email to K. McAteer from J. Denson re Atheron Delay REA |
| 178. | LMB 007379-7380 | 10-Jan-03 | Letter from Atherton to Navy requesting final contract modification re electrical repairs and submitting a schedule to further substantiate request for an extension of time |
| 179. | Gov't Disks Produced | 13-Jan-03 | Letter to Atherton Construction from K. McAteer re " schedule MP11, data date 20 Dec 2002...is not acceptable" |
| 180. | LMB 007374-7378 | 5-Feb-03 | Letter from Atherton to Navy requesting final contract modification re electrical repairs and submitting a Extended Overhead Rate substantiation |
| 181. | Atherton Production | 6-Feb-03 | Letter to Atherton Construction from T. Fournier re proposing changes re concrete and piping |
| 182. | Atherton Production | 7-Feb-03 | Letter to Atherton Construction from J. Santiago re proposing re piping |
| 183. | PGE-LMB 004753 | 4-Mar-03 | Letter from Navy to Atherton re intention to assess liquidated damages |
| 184. | Atherton Production | 10-Mar-03 | Letter to Atherton Construction from K. McAteer re "… schedule MP12, data date January 31, 2003…not acceptable" (handwritten note "received 3/26/03") |
| 185. | LMB 007369-7373 | 16-Jul-03 | Letter from Atherton to Navy returning Contract Modification A00014 for revision to add compensation for delay to contract performance; unsigned Contract Modification A00014 |
| 186. | Lumbermens 04300 | 1-Aug-03 | Letter from Navy to Atherton refusing time extension and re-sending Contract Modification A00014 |
| 187. | Lumbermens 04298-4299 | 25-Aug-03 | Letter from Atherton to Navy re liquidated damages against the surety for delay due to changed site conditions and again refusing to sign Contract Modification A00014 |
| 188. | none | 13-Oct-99 | Lloyd Enterprises proposal to Landmark |
| 189. | none | 10-Mar-00 | Lloyd Enterprises proposal to Landmark |
| 190. | LMB 009685 | 21-May-00 | Contract between Tacoma Fixture and Landmark |
| 191. | LMB 006534-6543 | 22-May-00 | Landmark Subcontract Agreements with C&C Construction |
| 192. | none | 26-May-00 | Contract between Lloyd Enterprises and Lakeside Industries |
| 193. | HBS 000242 | 26-Jun-00 | Napco Vinyl and Metal Exterior Products project pricing by color |
| 194. | none | 25-Jul-00 | Lloyd Enterprises proposal to Landmark re adding cost to remove sidewalks and trees and contract deduction, for the total contract price of $535,932 |
| 195. | none | 2-Aug-00 | Check from Lloyd Enterprises to Bobcat Northwest for 5521.00 |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 196. | none | 3-Aug-00 | Fax from B. Farley to S. Madsen attaching Lloyd Enterprises, Inc. proposal dated July 25, 2000 and CompUSA G Ticket dated July 25, 2000. With Handwritten notes (same document in B6-171) |
| 197. | none | 8-Aug-00 | Budget for LEI Job Number 132800 for Contract Amount of $547,040.00 |
| 198. | none | 19-Sep-00 | Lloyd Enterprises, Inc. Invoice No. 50457 and statement of current amount due noting the current amount due of $387,453.06 through 9/15/2000 |
| 199. | HBS 000483-484 | 20-Sep-00 | Harbor Building Supply Quote and fax cover sheet from P, Clancy to B. Farley |
| 200. | HBS 000556 | 20-Sep-00 | Faxed copy of Harbor Building Supply Quote, with signature |
| 201. | HBS 000153-154 | 25-Sep-00 | Harbor Building Supply Purchase Order #2006-A |
| 202. | HBS 000235 | 28-Sep-00 | Color scheme of siding and trim by color - HBS |
| 203. | none | 2-Oct-00 | Check from Lloyd Enterprises to Bobcat Northwest for 28,688.00 |
| 204. | HBS 000545-546 | 17-Oct-00 | Harbor Building Supply Invoice #2006 |
| 205. | HBS 000543-544 | 17-Oct-00 | Harbor Building Supply Invoice #2009 |
| 206. | HBS 000520 | 17-Oct-00 | Harbor Building Supply Invoice #200691011 |
| 207. | LMB 009684 | 25-Oct-00 | purchase order from Landmark to Tacoma Fixture |
| 208. | LMB 006553-6560 | 2-Nov-00 | Thermatech Northwest subcontractor contract with Landmark and certificate of compliance for government |
| 209. | LMB 001166 | various | Harbor Building Supply Invoice #200691014 |
| 210. | HBS 000733, 000536 | 26-Dec-00 | Harbor Building Supply accounts receivable summary with handwritten notes noting where Landmark payment has been applied, with cover fax from P. Clancy to L. Gruber re credits to Landmark invoices |
| 211. | HBS 000737 | 17-Jan-01 | Harbor Building Supply accounts receivable summary with handwritten notes |
| 212. | LMB 002532 | 1-Feb-01 | Check from Landmark to Parker Paint for $4,000 |
| 213. | | 7-Feb-01 | List of Landmark Payments to Suppliers/Vendors, attachment C |
| 214. | Lumbermens 16449-16453 | 8-Feb-01 | Handwritten notes documenting measurements, price quotes, and what materials are needed for the construction of the units |
| 215. | Lumbermens 16530 | 9-Feb-01 | Letter from Landmark to B. Whetstone, American Direct Procurement re unpaid invoice, with handwritten notes |
| 216. | Lumbermens 16532 | 9-Feb-01 | Letter from Landmark to S. Loth, Precision Countertops, Inc. re unpaid invoice, with handwritten notes |
| 217. | PGE-LMB 004850-4855 | 9-Feb-01 | Emails between D. Wonderly and G. Schaeffer re proposed contract change adding additional housing units to the contract. |
| 218. | none | 9-Feb-01 | Letter from Landmark to A. Ellingson, Lloyd Enterprises re unpaid invoice (two versions - one with "received" stamp 2/19/01) |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 219. | Lumbermens 16531 | 13-Feb-01 | Letter from Landmark to P. Clancy, Harbor Building Supply re unpaid invoice, with handwritten notes |
| 220. | LMB 00136 | 15-Feb-01 | Check from Landmark to Tacoma Fixtures for $5,202.64 |
| 221. | LMB 00813 | 15-Feb-01 | Check from Landmark to Tacoma Fixtures for $8,522.60 |
| 222. | HBS 0 00507 | 1-Jun-01 | letter from P. Clancy of HBS to Landmark listing payments and proposing settling payment and finance charges |
| 223. | HBS 000705-707 | 14-Feb-06 | Harbor Building Supply report of all transactions re Landmark |
| 224. | LMB 000957 | December 19, 2000 | Harbor Building Supply Invoice #200691015 |
| 225. | none | various | Lloyd Enterprises Certified Payroll Reports dated from August 7, 2000 to October 8, 2000 |
| 226. | | 8-Jun-01 | Handwritten notes on conversation with Beatty about Landmark |
| 227. | LMB 009405 | 12-Jun-01 | Letter from T. Cook notifying S. Beatty that Familian Northwest is reopening the bond claim that was suspended on April 27, 2001 |
| 228. | LMB 006881 | 14-Jun-01 | Handwritten notes noting that P. Redmond-the attorney for Landmark-called Beatty to notify him of problems with the projects |
| 229. | LMB 7551-7560 | 19-Jun-01 | Email from J. Nazdin to S. Beatty, re: Kemper Insurance |
| 230. | LMB 006806-9 | 25-Jun-01 | File Memo from J. Egbert of Global Construction Services, Inc. |
| 231. | LMB 7753-54 Beatty dep 20 | 28-Jun-01 | Kemper Surety Company notes on Landmark Construction as of June 28th |
| 232. | LMB 7800-15 Beatty dep 21 | 29-Jun-01 | Email from C. Castellano to S. Beatty attaching the Landmark Spreadsheet |
| 233. | LMB 7532-33 Beatty dep 33 | 30-Jun-01 | Invoice from Global Construction Services, Inc. to S. Beatty for Professional Services- June 2001 |
| 234. | LMB 7758-67 | 3-Jul-01 | Fax from C. Castellano to S. Beatty attaching the Accounts Payable schedules for Whidbey Island and Bangor projects |
| 235. | | 16-Jul-01 | Letter from S. Beatty to L. Colvin of Thrifty Supply Company confirming the receipt of Thrifty's claim in the amount of $37,380.97 |
| 236. | | 18-Jul-01 | Letter from S. Beatty to Familian Northwest acknowledging the receipt of the notice to reopen the claim on the payment bond |
| 237. | LMB 009687-9688 | 25-Jul-01 | Letter from Kemper to B. Ryan of Tacoma Fixture re receipt of claim on payment bond and notice of investigation; Tacoma Fixture statement of Landmark account |
| 238. | | 25-Jul-01 | Handwritten notes for S. Beatty documenting a list of tasks to complete |
| 239. | | 25-Jul-01 | Handwritten notes documenting a summary of the phone conversation between S. Beatty and Ron Martin |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 240. | LMB 7730-54 | 31-Jul-01 | Email from C. Castellano to S. Beatty attaching the Landmark "Preliminary" analysis, reflecting costs to complete equal to contract balances |
| 241. | LMB 6856-57 | 31-Jul-01 | Fax from S. Beatty to J. Egbert of Global Construction Services, Inc. notifying him of the companies that still wish to complete the work on either of the projects |
| 242. | LMB 009683 | 7-Aug-01 | Letter from Kemper to B. Ryan of Tacoma Fixture requesting purchase orders and contract with Landmark |
| 243. | LMB 7565 | 8-Aug-01 | Letter from Landmark to S. Beatty notifying Kemper that no response has been given to Landmark since Kemper received the Voluntary Default letters |
| 244. | LMB 7561-62 | 8-Aug-01 | Letter from S. Beatty to Landmark updating Landmark on the current situation since the submission of Voluntary Default letters by Landmark |
| 245. | LMB 7564 | 8-Aug-01 | Letter from Landmark to S. Beatty noting that the contract files belong to Landmark and that Landmark allowing contracting officers to copy contract documents |
| 246. | LMB 009682, LMB 009684-9685 | 10-Aug-01 | Letter from B. Ryan of Tacoma Fixture Co. to S. Beatty of Kemper submitting purchase orders and contract with Landmark |
| 247. | LMB 7566-67 | 22-Aug-01 | Letter from Landmark to S. Beatty to confirm Landmark's desire to work with Kemper to mitigate their mutual losses at Whidbey and Bangor |
| 248. | LMB 7570 | 22-Aug-01 | Letter to Landmark from S. Beatty notifying Landmark that they are released from responsibility for the custody of the materials picked up by Surety and Atherton |
| 249. | LMB 009681 | 10-Sep-01 | Letter from Tacoma Fixture to Kemper re information on payment bond claim |
| 250. | LMB 6769-78 | 11-Sep-01 | Letter from S. Beatty to Landmark, PI Construction, Cambridge Construction Service, Cambridge Ventures, and Allied Surety Agency notifying the Surety's intent in seeking full reimbursement and indemnification from each of them |
| 251. | LMB 9085 | 20-Sep-01 | Letter from S. Beatty to D. Von Beck at Levy & Associates requesting Von Beck to follow up with his client Platt Electric Supply on the items requested as they are needed for the Surety's investigation |
| 252. | LMB 7574-75 | 26-Sep-01 | Letter from S. Beatty to PI Construction discussing PI's concern over Surety's efforts at completing the defaulted Projects and mitigated losses |
| 253. | LMB 6804-5 | 28-Sep-01 | Email from M. Greer (environmental surety/Princeton) to S. Beatty, re: American Eco |
| 254. | LMB 009676 | 9-Oct-01 | Copy of check to Tacoma Fixture Company |
| 255. | LMB 7579-80 | 9-Oct-01 | Letter from S. Beatty to PI Construction notifying PI that the Surety will look to them for full indemnification |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 256. | LMB 7583 | 17-Oct-01 | Letter from PI Construction to S. Beatty regarding Landmark |
| 257. | LMB 7584 | 17-Oct-01 | Letter from Landmark to S. Beatty responding to Beatty's statement accusing Landmark of total lack of cooperation |
| 258. | LMB 9050-52 | 23-Oct-01 | Letter from S. Beatty to Levy & Associates re claim by Platt Electric Supply and relationship to Coastal and other projects – handwritten note re Platt invoices. |
| 259. | LMB 7581-82 | 26-Oct-01 | Letter from S. Beatty to PI Construction assuring CI of the Surety's involvement in resolving payment claims and notifying the Navy instances where contract funds had been diverted |
| 260. | LMB 9976 | 21-Nov-01 | Letter from S. Hicks to D. Pharris of Lasher Holzapfel Sperry & Ebberson, re: Thrifty Supply Co. v. Coastal Mechanical |
| 261. | LMB9973-75 | 11-Dec-01 | Order on Summary Judgment; including Judgment Summary for Creditor- Thrifty Supply- and Judgment Debtor- Landmark |
| 262. | LMB 7538-41 | 31-Jul-02 | Invoice from Global Construction Services, Inc. to S. Beatty for Professional Services- July 2002 |
| 263. | LMB 007381-7382 | 10-Jan-03 | Letter from Atherton to Kemper Insurance re status of delays to contract performance |
| 264. | PGE-LMB 006336-6343 | 3-Mar-04 | Kemper list of claimants and payment history |
| 265. | LMB 9018-22 – Beattty dep 65 | November 26, 2001 | Letter from S. Beatty to Levy & Associates enclosing the Surety's check in the amount of $123,305.78 in payment for Platt Electric Supply's claim |
| 266. | LMB 9045-46; 9023-24, 9026 | 5-Nov-01 | Fax from S. Beatty to J. Noel of Atherton requesting verification of the number of lights on site and in storage and whether they were stored at Lakewood; notes |
| 267. | LMB 6801-3 | 00-Nov-01 | November 2001 Large Loss Meeting |
| 268. | Atherton Production | 15-Jan-02 | Subcontract Work Order/Change Order b/w Atherton Construction and Golden Great Northwest Inc. |
| 269. | Atherton Production | 1-Feb-02 | Subcontract Work Order/Change Order b/w Atherton Construction and Rich-Lore Enterprises, Inc. |
| 270. | Atherton Production | 5-Feb-02 | Subcontractor Acknowledgement by Allied Floors / Ken Payne President |
| 271. | Atherton Production | 11-Mar-02 | Subcontract Work Order/Change Order b/w Atherton Construction and Makinson Enterprises |
| 272. | PGE-LMB 005567 | 21-Mar-02 | Subcontract work order between Atherton and Allied Floors |
| 273. | Atherton Production | 14-Jun-02 | Atherton Construction Purchase Order MPH-04 to Shelter Products for $24,790.00 |
| 274. | Atherton Production | 1-Aug-02 | Atherton Construction Purchase Order MPH-07 to Shelter Products for $296,448.00 |
| 275. | Atherton Production | 10-Aug-02 | Subcontract Work Order/Change Order b/w Atherton Construction and Leonard Construction |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 276. | Atherton Production | 24-Dec-02 | Invoice #461 from A&J Glass Inc. |
| 277. | Atherton Production | 15-Jan-02 | Subcontract Work Order/Change Order b/w Atherton Construction and Barron Heating and Air Conditioning |
| 278. | Atherton Production | 23-Jan-03 | Atherton Construction Purchase Order MPH-09 to Tiz Door Sales for $96,147.00 |
| 279. | Atherton Production | 27-Jan-03 | Invoice #480 from A&J Glass Inc. |
| 280. | Atherton Production | 28-Mar-03 | Subcontract Work Order/Change Order b/w Atherton Construction and Makinson Enterprises; proposal/documents |
| 281. | PGE-LMB 005568 | 21-May-03 | Subcontract change order between Atherton and Allied Floors adding cost for materials |
| 282. | none | various | Atherton Purchase Orders to Shelter Products and Tiz Door Sales |
| 283. | | 23-Oct-01 | Letter from S. Beatty to Landmark requesting Landmark to provide any additional information or updates to the payables listings |
| 284. | Lumbermens 15884-15889 | 27-Jul-00 | Design phase meeting agenda and Requests for Information #27-30 |
| 285. | Lumbermens 15881 | 3-Aug-00 | Design phase meeting minutes |
| 286. | Gov't Disks Produced | 15-Oct-02 | Letter to Atherton Construction from K. McAteer re "Your updated schedule, MP10, with a data date of October 4, 2002…." |
| 287. | PGE-LMB 004781-4784 | 16-Oct-03 | Contract Modification A00016 to replace electrical boxes |
| 288. | none | rev. June, 1998 | Landmark Budget for Maylor Capehart Housing |
| 289. | none | undated | Project Payment Log |
| 290. | Lumbermens 00947-949 | undated | Master Warranty List for Buildings in Work Area 1, 2A, 2B, 3, 4, 5, and 6 |
| 291. | none | undated | Landmark Overhead Budget in the total amount of $1,332,993.00 |
| 292. | none | undated | Landmark Project Total |
| 293. | | undated | Photo of forklift |
| 294. | none | undated | Photograph of pallets in warehouse |
| 295. | none | undated | Photograph of carpet rolls in warehouse |
| 296. | none | undated | Photograph of laminate rolls in warehouse |
| 297. | LMB 009686 | undated | Proof of Claim on payment bond from Tacoma Fixture |
| 298. | none Ellingson dep ex 175.1 | undated | handwritten notes re costs for bobcat & saw, computers, and backhoe |
| 299. | Lumbermens 12472-12601 | various | Building Inspections Logs, Building Inspection Forms, Report of field inspection, and Asbestos Air Monitoring Sheets |
| 300. | Lumbermens 12982-13076 | various | Landmark Contractor Production Reports |
| 301. | Lumbermens 12679-12817 | various | Contractor Quality Control Reports |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 302. | none | 23-Aug-00 | Amended Budget for LEI Job Number 132800 for Contract Amount of $590,000.00 (same document in B6-173) |
| 303. | LMB 002657, 002650, 002642-2647, 002660-2661, 002113, 002665-2672, 002659, 002662-2664, 002148, 002242-2244 | various | Resource Management Group carpet and vinyl purchase orders, invoices, shipping documents and receipts |
| 304. | | various | Harbor Building Supply invoices; HBS Landmark accounts receivable statements |
| 305. | LMB 00843-847 | 20-Sep-00 | Fax from B. Farley of Landmark to "Travis &/or Jaque" of Network Analysis Schedule with handwritten notes re costs |
| 306. | PP 000014-30 | various | Parker Paint account summary and invoices dated September 18, 2000 through May 27, 2001 |
| 307. | TF 000001, LMB 001111-1112, 001103, 001238, 001109, 000766, 000741, 000747, 000791, 000724, 003819, 003800, 001710, 000526, 000520, 000712, 005806, PGE-LMB 003065, | various | Tacoma Fixture Account summary, purchase orders, account statements, and invoices dated October 25, 2000 through June 27, 2001 |
| 308. | Lumbermens 16500-16508 | 30-Jan-01 | AP Voucher Logs |
| 309. | LMB 008303-306 | 2-Oct-01 | Crawford Garage Door Payments |
| 310. | LMB 008335-338 | 8-Feb-02 | Diamond Rental Payments |
| 311. | LMB 008367-8 | 21-Sep-01 | DK Flooring |
| 312. | LMB 08397 | 4-Apr-02 | Floors Plus, Inc. Payments |
| 313. | LMB 008501 | 5-Oct-01 | GTS Drywall Payments |
| 314. | LMB 008612-15 | 2-Oct-01 | Lumbermens of Washington Payments |
| 315. | LMB 008631 | 24-Dec-01 | MTC, Inc. Payments |
| 316. | LMB 008668 | 10-Oct-01 | Miles Sand & Gravel Payments |
| 317. | LMB 008712 | 9-Oct-01 | M&E Enterprises Payments |
| 318. | LMB 008750 | 9-Oct-01 | American Direct Procurement Payments |
| 319. | LMB 008781-84 | 11-Apr-02 | Consolidated Electric Payments |
| 320. | LMB 009017 | 4-Dec-01 | Platt Electrical Supply Payments |
| 321. | LMB 009277 | 3-Dec-01 | Familian Northwest Payments |
| 322. | LMB 009483 | 29-Apr-02 | Parker Paint Payments |
| 323. | LMB 009569 | 19-Oct-01 | Robbins Enterprises Payments |
| 324. | LMB 009621 | 01-Jul-01 | Harbor Building Supply Payments |
| 325. | LMB 009623-26 | 21-Oct-01 | Service Master Payments |
| 326. | LMB 009670-9672 | 16-Oct-01 | Tacoma Fixture Payments |

| No. | Bates Number | Date | Description of Exhibit |
|---|---|---|---|
| 327. | LMB 009964-65 | 26-Dec-01 | Satisfaction of Judgment Against Lumbermens dated 1/14/01 (Thrifty Supply Co) |
| 328. | LMB 00973-75 | 11-Dec-01 | Thrifty Supply Co. Payments (Order) |
| 329. | LMB 010214 | 24-Oct-01 | T&T Recovery Payments |
| 330. | LMB 010298-301 | 03-Oct-01 | WEMCO Payments |
| 331. | LMB 010616 | 07-Dec-01 | Ace Hardware Payments |
| 332. | LMB 010901 | 05-Nov-01 | Precision Countertops Payments |
| 333. | | | Expert Report of Christopher Smith |
| 334. | | | Expert Rebuttal Report of Christopher Smith |

DATED this 3rd day of December, 2007.

By: s/Mark G. Jackson
Mark G. Jackson, WSBA #18325

GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, Washington 98101
(206) 464-3939
(206) 464-0125 – fax

Counsel of Record for Plaintiff
Lumbermens Mutual Casualty Company