# In the United States Court of Federal Claims

**04-1255C**

**Filed: January 14, 2008**

**LUMBERMENS MUTUAL CASUALTY COMPANY**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (1 Volume)**
**Held in Seattle, Washington**
**December 3, 2007 through December 5, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.