# In the United States Court of Federal Claims

**04-1255C**

**Filed: January 25, 2008**

**LUMBERMENS MUTUAL CASUALTY COMPANY**

**v.**

**THE UNITED STATES**

**Plaintiffs Exhibits: 1-334**
**Defendants Exhibits: 1,3,4-17**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.