# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: February 4, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

We ask the parties to confer and select two or three mutually acceptable dates for the completion of the trial. Contact the court no later than Friday, February 11.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge