IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE REGARDING TRIAL DATES

Pursuant to this Court's February 4, 2008 order, the United States respectfully notifies the Court that the parties, having conferred, request that the continuation of the trial of this matter be scheduled to take place at the Court of Federal Claims in Washington, D.C., preferably on March 24 and 25, 2008, or, in the alternative, on March 25 and 26, 2008, or March 26 and 27, 2008. While the parties anticipate completing the testimony of the three experts and the one remaining fact witness in two days, the third day should remain available in case there are delays in the proposed schedule. Further, it is defendant's understanding that post-trial briefs are to be submitted in lieu of closing arguments.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, NW
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

February 5, 2007

Attorneys for Defendant