# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: February 8, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties have agreed to reconvene on March 26, in the National Courts Building. Trial begins at 10 a.m. local time on Wednesday the 26th, and 9 a.m. thereafter until completed. The courtroom number will be posted in the lobby on the morning of trial.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge