IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY, Plaintiff, | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| THE UNITED STATES, Defendant. | ) | |

STIPULATION OF FACTS REGARDING RON MARTIN

Ron Martin was responsible for Quality Assurance on the Landmark contract. As part of Mr. Martin's duties and responsibilities, he met with Landmark's Project Manager and Quality Control Manager prior to the submission of Landmark's invoices to the Navy for payment. The purpose of these meetings was for Landmark and the Navy to agree on the percent complete to be applied to material and other line items in the schedule of prices, which formed the basis of Landmark's request for payment. Mr. Martin did nothing to verify that the percentage complete requested by Landmark accurately reflected the work accomplished or the quantity of materials received by Landmark for which payment was sought. For each invoice, Mr. Martin accepted the percentage complete requested by Landmark's project manager.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Mark G. Jackson
MARK G. JACKSON, ESQ.
Garvey Schubert Barer
1191 Second Avenue, #1800
Seattle, WA 98101-2939
206-464-3939
206-464-0125 (Fax)

Attorneys for Plaintiff

December 5, 2007

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

Attorneys for Defendant