# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: March 24, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The start time of the trial on Wednesday the 26th, is changed to 10:30 a.m. local time at the National Courts Building. The courtroom number will be posted in the lobby on the morning of trial.

s/ Robert H. Hodges, Jr.

Robert H. Hodges, Jr.
Judge