# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: April 7, 2008

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff's counsel will be in Washington later this month, so we are prepared to schedule the post trial hearing they requested. Counsel should advise Ms. Burns of a date and time that is mutually acceptable. They should be prepared to update legal issues that may apply, if any. Also, we hope to discuss the following issues:

1. The parties discussed in a general way the Government's duty to a surety in administering a bonded contract. However, we do not have a clear understanding of their views concerning the nature and extent of that obligation. The quality control officer admitted that he made no effort to insure that payments released to the defaulting contractor represented completed goods or services accepted by the Government. Our recollection of the contracting officer's response is that he relied on the quality control officer. What is the limit of defendant's obligation to a paid surety in such circumstances?

2. Presumably, the Government may not take actions that may facilitate a fraud, or act directly contrary to the surety's interests. If the Government impairs the surety's right to collateral it reasonably expected to obtain, does this result in some level of discharge to the surety? Plaintiff contended during trial that this is not an impairment case. What does this mean?

3. Defendant argues that the surety is responsible for the additional units because of the takeover agreement it signed with Atherton. The parties should submit any cases they have on this point. For example, did the

surety have a choice in signing the takeover agreement? Government counsel stated that defendant could have rebid the project in that event, but in what position would that have left the surety? Would the surety have been released of liability? Is the takeover agreement defendant's only argument for plaintiff's responsibility so far as the additional units are concerned?

Counsel may raise other issues during the hearing. We are available to assist counsel in resolving this case along the lines we discussed during trial.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge