# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| LUMBERMENS MUTUAL CASUALTY, | * | |
| Plaintiff, | * | No. 04-1255C |
| v. | * | Filed: April 24, 2008 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

The post-trial hearing is scheduled for Thursday, May 8th at the National Courts Building in Washington, DC. The hearing will begin at 10:00 am.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge