IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO POST-TRIAL BRIEF

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests that the deadline for filing the post-trial briefs be extended until August 8, 2008. The deadline within which to file the post-trial briefs is July 8, 2008. This is our first request for an enlargement of time for this purpose. Lumbermens' counsel has indicated that he does not oppose the granting of this motion.

This requested enlargement is due to the fact that Government counsel from November 2007 through March 2008 was involved in preparing for, and trying, this case and the case of Armour of America v. United States, 05-1731C. During April and May, 2008, Government counsel has been involved in writing the post-trial briefs for the Armour of America case and in discovery in a number of other cases

For the foregoing reasons, the Government respectfully request that the deadline within which to file our witness list, exhibit list, and proposed findings of fact and conclusions of law be

extended until August 8, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

June 10, 2008

Attorneys for Defendant