# In the United States Court of Federal Claims

* * * * * * *

LUMBERMENS MUTUAL CASUALTY, *

Plaintiff, * No. 04-1255C

v. * Filed: June 16, 2008

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's motion for an extension of time to August 8 to file its Post-trial Brief is GRANTED. Plaintiff does not oppose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge