IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LUMBERMENS MUTUAL CASUALTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1255C |
| v. | ) | (Judge Robert H. Hodges) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO POST-TRIAL BRIEF

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests that the deadline for filing the post-trial reply briefs be extended until September 22, 2008. The deadline within which to file the post-trial reply briefs is September 8, 2008. This is our first request for an enlargement of time for this purpose. Lumbermens' counsel has indicated that he does not oppose the granting of this motion.

This requested enlargement is due to the fact that during the month of August 2008 Government counsel assisted in the trial of Cooke v. United States, 06-748C. Also during August 2008, Government counsel wrote one of the post-trial briefs for Armour of America v. United States, 05-1731C.

For the foregoing reasons, the Government respectfully request that the deadline within which the reply briefs must be filed be extended until September 22, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

September 5, 2008

Attorneys for Defendant