# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| LUMBERMENS MUTUAL CASUALTY, | * | |
| Plaintiff, | * | No. 04-1255C |
| v. | * | Filed: September 8, 2008 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Defendant's motion for an extension of time to September 22 to file its Post-trial Reply Brief is GRANTED. Plaintiff does not oppose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge